# EXHIBIT A

(15 Records)

Business Overview (1)
Phone Numbers (1)
Quick Analysis Flags (1)
Associate Analytics Chart (1)
State Case Law (4)
Docket Records (3)
Background Information
FEIN Records Summary (9)
D&B Market Identifier Records Summary (1)
Corporate Filings Summary (2)
People Information
Executive Biographies Summary (1)
Full-Text Documents
Executive Biographies (1)
FEIN Records (9)
D&B Market Identifier Records (1)
Corporate Filings (2)
Miscellaneous
Report Section(s) with no Matches (14)

## Business Overview (1 Section)



| Address: | 565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE, CO 81435-9521 |
|---|---|
| Phone Number: | (970) 728-6900 |
| Active Ticker Symbols: | |
| Inactive Ticker Symbols: | |
| Location of Incorporation: | DELAWARE |

| DUNS: | 62-054-0729 |
|---|---|
| FEIN: | 841267828 |
| FEIN: | 200526555 |
| Registered Agent: | TOM RICHARDS |
| Number of Employees: | 1,000 |
| Filing Date: | 12/23/2003 |
| Filing Number: | 20031404851 |
| Officers/Directors/Contacts: | TOM RICHARDS, MANAGING MEMBER |
| Officers/Directors/Contacts: | THOMAS RICHARDS, MANAGING MEMBER |
| Officers/Directors/Contacts: | CANDACE SHUGARS, MEMBER |
| Officers/Directors/Contacts: | MATTHEW SKINNER, MEMBER |
| Officers/Directors/Contacts: | RACHEL BOWERS, DIRECTOR |

# Phone Numbers (1 Record)

| Business | Phone Number |
|---|---|
| TSG SKI & GOLF LLC | (970) 728-6900 |

# FEIN Records Summary (9 Records)

| | Business Name | Business Address | FEIN | SIC Description | View Full-Text |
|---|---|---|---|---|---|
| 1. | TSG SKI AND GOLF, LLC EMPLOYEE BENEFIT PLAN | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 20-0526555 | MEMBERSHIP SPORTS AND RECREATION CLUBS | Full-Text |
| 2. | TSG SKI & GOLF, LLC | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 20-0526555 | MEMBERSHIP SPORTS AND RECREATION CLUBS | Full-Text |
| 3. | TSG SKI AND GOLF LLC | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 84-1267828 | MEMBERSHIP SPORTS AND RECREATION CLUBS | Full-Text |
| 4. | TSG SKI & GOLF, LLC | 565 MOUNTAIN VILLAGE BOULEVARD TELLURIDE, CO 81435 | 20-0526555 | MEMBERSHIP SPORTS AND RECREATION CLUBS | Full-Text |
| 5. | TSG SKI & GOLF, LLC EMPLOYEE BENEFIT PLAN | 565 MOUNTAIN VILLAGE BLVD OFC MOUNTAIN VILLAGE, CO 81435 | 84-1267828 | MEMBERSHIP SPORTS AND RECREATION CLUBS | Full-Text |
| 6. | TSG SKI & GOLF, LLC | 565 MOUNTAIN VILLAGE BLVD. OFC MOUNTAIN VILLAGE, CO 81435 | 84-1267828 | MEMBERSHIP SPORTS AND RECREATION CLUBS | Full-Text |
| 7. | TSG SKI & GOLF, LLC. 401K PLAN | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 20-0526555 | MEMBERSHIP SPORTS AND RECREATION CLUBS | Full-Text |

| | Business Name | Business Address | FEIN | SIC Description | View Full-Text |
|---|---|---|---|---|---|
| 8. | TSG SKI & GOLF, LLC | 565 MOUNTAIN VILLAGE BLVD OFC MOUNTAIN VILLAGE, CO 81435 | 84-1267828 | MEMBERSHIP SPORTS AND RECREATION CLUBS | Full-Text |
| 9. | TSG SKI & GOLF, LLC 401K PLAN | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 20-0526555 | MEMBERSHIP SPORTS AND RECREATION CLUBS | Full-Text |

## D&B Market Identifier Records Summary (1 Record)

| | Business Name | Business Address | Executive Name | SIC Description | Latest Update to Record | View Full-Text |
|---|---|---|---|---|---|---|
| 1. | TSG SKI & GOLF, LLC | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435-9521 | MATT SKINNER | MEMBERSHIP SPORTS AND RECREATION CLUBS | 11/04/2018 | Full-Text |

## Corporate Filings Summary (2 Records)

| | Business Name | Business Type | Status | Filing State | View Full-Text |
|---|---|---|---|---|---|
| 1. | TSG SKI & GOLF, LLC | FOREIGN LIMITED LIABILITY CO | GOOD STANDING | CO | Full-Text |
| 2. | TSG COMPANY, LLC | FOREIGN LIMITED LIABILITY CO | GOOD STANDING | CO | Full-Text |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| OFAC listing: | No |
| Global Sanctions: | No |
| Business Address Used as Residential Address: | YES |
| P.O. Box listed as Address: | No |
| Bankruptcy Debtor or Creditor: | No |
| Other Listings Linked to Business Phone Number: | YES |
| Other Businesses Linked to the Business Address: | YES |
| Other Businesses Linked to Same FEIN: | YES |
| Key Nature of Suit: | No |
| Party to a Class Action last 12 months: | No |
| Going Concern: | No |
| MSB listing: | No |
| Healthcare Sanction: | No |

## Associate Analytics Chart (1 Chart)