# EXHIBIT B

| | |
|---|---|
| Possible People Information | 2 |
|    Person Overview | 2 |
|    Date of Birth Summary | 2 |
|    SSN Summary | 2 |
|    Name Variations | 2 |
|    Addresses | 2 |
|    Phone Numbers | 3 |
| Possible Asset Information | 3 |
|    Real Property Tax Assessor Records | 3 |
| Possible Business & Employment | 3 |
|    DMI | 3 |
|    FEIN | 4 |
| Full-Text Documents | 4 |
|    All Full-Text Documents | 4 |
| Possible Relatives & Household Members | 15 |
|    Household Records | 15 |
| Possible Named Parties | 15 |
|    People Associations | 15 |
|    Business Associations | 16 |
| No Documents Found | 16 |
|    No Documents Were Found In These Sources | 16 |
| Permissible Uses and FCRA Disclaimer | 16 |
|    Permissible Uses | 16 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Possible People Information

### Person Overview

**TOM RICHARDS**

PO BOX 3008

TELLURIDE, CO 81435-3008 | SAN MIGUEL County

**Phone Number(s):**

970-728-6900

**SSN:**

162-52-XXXX - issued in PA in 1973-1975

**DOB:**

06/XX/1964 (Age: 57)



### Date of Birth Summary

| Date of Birth | Source |
| --- | --- |
| 06/XX/1964 (Age: 57) | Address Historical #1 &#124; Address Historical #2 &#124; Address Historical #3 &#124; Address Historical #4 |

### SSN Summary

| SSN | Source |
| --- | --- |
| 162-52-XXXX - issued in PA in 1973-1975 | |

### Name Variations

| Name | Source |
| --- | --- |
| JAMES RICHARDS | Address Historical |
| THOMAS RICHARDS | Address Historical #1 &#124; Address Historical #2 &#124; Address Historical #3 |
| JAMES T RICHARDS | Address Historical #1 &#124; Address Historical #2 |
| TOM J RICHARDS | People Find |
| MR JT T RICHARDS | People Household |

### Addresses

| Address |
| --- |
| PO BOX 3008, TELLURIDE, CO 81435-3008 &#124; SAN MIGUEL County |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| *Reported 01/01/2008 - 12/31/2018* | |
|---|---|
| By People Household 01/01/2008 - 12/31/2015 | People Household |
| By People Find 04/01/2012 - 05/30/2014 | People Find #1  \|  People Find #2 |
| By Real Property Tax Assessor | Real Property Tax Assessor |
| **562 MOUNTAIN VILLAGE BLVD # 11, MOUNTAIN VILLAGE, CO 81435-8967 \| SAN MIGUEL County** | |
| *Reported N/A* | |
| By Real Property Tax Assessor | Real Property Tax Assessor |
| **2245 S CORONA ST, DENVER, CO 80210-4517 \| DENVER County** | |
| *Reported N/A* | |
| By Address Historical | Address Historical |
| **548 MARION ST, DENVER, CO 80218-3405 \| DENVER County** | |
| *Reported N/A* | |
| By Address Historical | Address Historical |
| **11777 ELK HEAD RANGE RD, LITTLETON, CO 80127-3709 \| JEFFERSON County** | |
| *Reported N/A* | |
| By Address Historical | Address Historical #1  \|  Address Historical #2  \|  Address Historical #3 |
| **PO BOX 4017, TRUCKEE, CA 96160-4417 \| NEVADA County** | |
| *Reported N/A* | |
| By Address Historical | Address Historical |

## Phone Numbers

| Phone | Source |
|---|---|
| 970-728-6900 | D&B Market Identifiers (DMI) |

## Possible Asset Information

### Real Property Tax Assessor Records

| Property Address | Assessed Total Value | Tax Year | Confidence Score | View Full Text |
|---|---|---|---|---|
| 562 MOUNTAIN VILLAGE BLVD 11 MOUNTAIN VILLAGE, CO 81435-8967 | $34,220.00 | 2019 | 99% | Full-Text |

## Possible Business & Employment

### DMI

Thomson Reuters. No claim to original U.S. Government Works.                                            3
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Business Name | Business Address | Confidence Score | View Full Text |
|---|---|---|---|
| TELSKI FOOD BEVERAGE SERVICE | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435-9521 | 66% | Full-Text |

**FEIN**

| Business Name | Business Address | Confidence Score | View Full Text |
|---|---|---|---|
| SEE FOREVER ASSOCIATES LLC | 420 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 93% | Full-Text |

## Full-Text Documents

All Full-Text Documents

## Historical Address Records (6)

To Summary

**Address Historical**

### Individual Information

| Name: | RICHARDS, JAMES |
|---|---|
| Date of Birth: | 06/XX/1964 |

### Historical Address Information

| Address: | 11777 ELK HEAD RANGE RD<br>LITTLETON, CO<br>80127-3709 |
|---|---|

End of Document                                           © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Address Historical**

### Individual Information

| Name: | RICHARDS, THOMAS |
|---|---|

### Historical Address Information

| Address: | 11777 ELK HEAD RANGE RD<br>LITTLETON, CO<br>80127-3709 |
|---|---|

End of Document                                           © 2021 Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

To Summary

**Address Historical**

## Individual Information

| Name: | RICHARDS, JAMES T |
|---|---|
| Date of Birth: | 06/XX/1964 |

## Historical Address Information

| Address: | 11777 ELK HEAD RANGE RD<br>LITTLETON, CO<br>80127-3709 |
|---|---|

End of Document                          © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Address Historical**

## Individual Information

| Name: | RICHARDS, THOMAS |
|---|---|

## Historical Address Information

| Address: | 2245 S CORONA ST<br>DENVER, CO 80210-4517 |
|---|---|

End of Document                          © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Address Historical**

## Individual Information

| Name: | RICHARDS, THOMAS |
|---|---|
| Date of Birth: | 06/XX/1964 |

## Historical Address Information

| Address: | 548 MARION ST<br>DENVER, CO 80218-3405 |
|---|---|

End of Document                          © 2021 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

**Address Historical**

## Individual Information

| Name: | RICHARDS, JAMES T |
|---|---|
| Date of Birth: | 06/XX/1964 |

## Historical Address Information

| Address: | PO BOX 4017<br>TRUCKEE, CA<br>96160-4417 |
|---|---|

End of Document                          © 2021 Thomson Reuters. No claim to original U.S. Government Works.

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

