# EXHIBIT C

| | |
|---|---|
| Possible People Information | 2 |
|   Person Overview | 2 |
|   Date of Birth Summary | 2 |
|   SSN Summary | 2 |
|   Name Variations | 2 |
|   Addresses | 2 |
|   Phone Numbers | 4 |
| Possible Asset Information | 4 |
|   Real Property Tax Assessor Records | 4 |
|   Real Property Transactions | 4 |
| Possible Business & Employment | 4 |
|   Professional Licenses | 5 |
|   Corporate Records & Business Registrations | 5 |
|   DMI | 7 |
| Full-Text Documents | 7 |
|   All Full-Text Documents | 7 |
| Possible Relatives & Household Members | 94 |
|   Household Records | 94 |
| Possible Named Parties | 94 |
|   People Associations | 94 |
|   Business Associations | 95 |
| No Documents Found | 95 |
|   No Documents Were Found In These Sources | 95 |
| Permissible Uses and FCRA Disclaimer | 95 |
|   Permissible Uses | 95 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Possible People Information

**Person Overview**

| | |
|---|---|
| **KANDY L SHUGARS**<br>PO BOX 458<br>PLACERVILLE, CO 81430-0458 \| SAN MIGUEL County<br>**Phone Number(s):**<br>970-728-4391<br>719-564-8087<br>970-728-6900<br>**SSN:**<br>522-15-XXXX - issued in CO in 1976<br>**DOB:**<br>11/XX/1962 (Age: 58) |  |

**Date of Birth Summary**

| Date of Birth | Source |
|---|---|
| 11/XX/1962 (Age: 58) | Address Historical #1 \| Address Historical #2 \| People Household |

**SSN Summary**

| SSN | Source |
|---|---|
| 522-15-XXXX - issued in CO in 1976 | People Find #1 \| People Find #2 |

**Name Variations**

| Name | Source |
|---|---|
| KANDY SHUGARS | Address Historical #1 \| Address Historical #2 \| People Find #1 \| People Find #2 |
| CANDY SHUGARS | Address Historical |
| KANDY L GRAYSON | People Find #1 \| People Find #2 |
| KODY SHUGARS | People Find |

**Addresses**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Address |
|---|
| **PO BOX 458, PLACERVILLE, CO 81430-0458 \| SAN MIGUEL County** |
| *Reported 01/01/1996 - 12/31/2020* |
| By People Household 01/01/1996 - 09/30/2012     People Household |
| By People Find 01/24/2003 - 01/24/2003     People Find #1  \|  People Find #2 |
| By Professional License     Professional License |
| By Real Property Deeds     Real Property Deeds |
| **PO BOX 2517, TELLURIDE, CO 81435-2517 \| SAN MIGUEL County** |
| *Reported 04/30/2020 - 04/30/2020* |
| By People Find 04/30/2020 - 04/30/2020     People Find |
| By Professional License     Professional License #1  \|  Professional License #2 |
| **113 LOST CREEK LN, TELLURIDE, CO 81435-9500 \| SAN MIGUEL County** |
| *Reported 05/01/1998 - 01/24/2003* |
| By People Find 01/24/2003 - 01/24/2003     People Find #1  \|  People Find #2 |
| **902 S CORONA ST, DENVER, CO 80209-4412 \| DENVER County** |
| *Reported 11/13/2000 - 01/24/2003* |
| By People Find 11/13/2000 - 01/24/2003     People Find #1  \|  People Find #2 |
| **9048 W 77TH PL, ARVADA, CO 80005-4305 \| JEFFERSON County** |
| *Reported 02/01/1998 - 01/24/2003* |
| By People Find 01/24/2003 - 01/24/2003     People Find #1  \|  People Find #2 |
| **14470 COUNTRY HILLS DR, BRIGHTON, CO 80601-6708 \| ADAMS County** |
| *Reported 07/18/2001 - 01/24/2003* |
| By People Find 07/18/2001 - 07/18/2001     People Find #1  \|  People Find #2 |
| **1248 GREEN MEADOWS LN, PLACERVILLE, CO 81430 \| SAN MIGUEL County** |
| *Reported 11/13/2000 - 01/24/2003* |
| By People Find 11/13/2000 - 01/24/2003     People Find #1  \|  People Find #2 |
| By Address Historical     Address Historical |
| **PO BOX 385, TELLURIDE, CO 81435-0385 \| SAN MIGUEL County** |
| *Reported 07/18/2001 - 01/24/2003* |
| By People Find 07/18/2001 - 07/18/2001     People Find #1  \|  People Find #2 |
| **78 6800 ALII DR 8-103, KAILUA KONA, HI 96740-4424 \| HAWAII County** |
| *Reported N/A* |
| By Real Property Deeds     Real Property Deeds |
| **1190 GREEN MEADOWS LN, PLACERVILLE, CO 81430 \| SAN MIGUEL County** |
| *Reported N/A* |
| By Real Property Deeds     Real Property Deeds |
| By Real Property Tax Assessor     Real Property Tax Assessor |
| **22498 HWY 145, PLACERVILLE, CO 81430 \| SAN MIGUEL County** |
| *Reported N/A* |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| By Address Historical | Address Historical |
|---|---|
| **ASTROZON BLVD UNIT 83A, PLACERVILLE, CO 81430 | SAN MIGUEL County** | |
| *Reported N/A* | |
| By Address Historical | Address Historical #1 | Address Historical #2 |
| **PLACERVILLE, CO 81430 | SAN MIGUEL County** | |
| *Reported N/A* | |
| By Professional License | Professional License |

## Phone Numbers

| Phone | Source |
|---|---|
| 970-728-4391 | People Find #1 | People Find #2 |
| 719-564-8087 | People Find |
| 970-728-6900 | D&B Market Identifiers (DMI) |
| 970-728-3856 | D&B Market Identifiers (DMI) |

## Possible Asset Information

### Real Property Tax Assessor Records

| Property Address | Assessed Total Value | Tax Year | Confidence Score | View Full Text |
|---|---|---|---|---|
| 1190 GREEN MEADOWS LN PLACERVILLE, CO 81430 | $41,190.00 | 2019 | 99% | Full-Text |

### Real Property Transactions

| Property Address | Sale Price | Mortgage Amount | Recording Date | Confidence Score | View Full Text |
|---|---|---|---|---|---|
| 1190 GREEN MEADOWS LN PLACERVILLE, CO 81430 | | $214,500.00 | 03/29/2012 | 99% | Full-Text |
| 78 6800 ALII DR UNIT 8-103 KAILUA KONA, HI 96740-4424 | $144,000.00 | $108,000.00 | 09/09/2011 | 99% | Full-Text |

## Possible Business & Employment

**Professional Licenses**

| License Type | License Issue Date | License Expiration Date | Confidence Score | View Full Text |
| --- | --- | --- | --- | --- |
| CERTIFIED PUBLIC ACCOUNTANT | 03/22/1995 | 11/28/2004 | 82% | Full-Text |
| CERTIFIED PUBLIC ACCOUNTANT | 10/28/1987 | 11/30/2021 | 99% | Full-Text |
| SUBSTANTIAL EQUIVALENCY | | | 90% | Full-Text |
| CERTIFIED PUBLIC ACCOUNTANT | | | 90% | Full-Text |

**Corporate Records & Business Registrations**

| Business Name | Business Address | Confidence Score | View Full Text |
| --- | --- | --- | --- |
| TELLURIDE SKI & GOLF COMPANY, LLLP | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 97% | Full-Text |
| TELLURIDE 1ST, LLC, DISSOLVED MAY 5, 2015 | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 97% | Full-Text |
| GRAY HEAD AT TELLURIDE PROPERTY OWNERS ASSOCIATION,INC. | PO BOX 2517 TELLURIDE, CO 81435 | 91% | Full-Text |
| TELEMARK II CONDOMINIUMS ASSOCIATION, INC. | POB 2517 TELLURIDE, CO 81435 | 85% | Full-Text |
| TSG SKI & GOLF, LLC | 565 MOUNTAIN VILLAGE BLVD. TELLURIDE, CO 81435 | 97% | Full-Text |
| THE COURCHEVAL CONDOMINIUMS OWNERS ASSOCIATION, INC. | P.O. BOX 2517 TELLURIDE, CO 81435-3081 | 82% | Full-Text |
| HIDDEN LAKE ESTATES HOMEOWNERS' ASSOCIATION, INC. | PO BOX 1071 TELLURIDE, CO 81435 | 85% | Full-Text |

Thomson Reuters. No claim to original U.S. Government Works. 5

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Business Name | Business Address | Confidence Score | View Full Text |
|---|---|---|---|
| ORE STATION LODGE CONDOMINIUM ASSOCIATION | PO BOX 2032 TELLURIDE, CO 81435 | 85% | Full-Text |
| NF STADIUM, LLC | 4425 JAMBOREE ROAD, STE 250;SUITE 250 NEWPORT BEACH, CA 92660 | 85% | Full-Text |
| TSG ASSET HOLDINGS, LLC | 565 MOUNTAIN VILLAGE BOULEVARD TELLURIDE, CO 81435 | 97% | Full-Text |
| TSG BB HOLDINGS, LLC | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 97% | Full-Text |
| MEADOWS RUN LIMITED PARTNERSHIP | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 97% | Full-Text |
| THE CENTRUM HOMEOWNERS' ASSOCIATION, INC. | P.O. BOX 518;C/O CATAPULT CONSULTING, LLC TELLURIDE, CO 81435 | 82% | Full-Text |
| THE KNOLL ESTATES HOMEOWNERS' ASSOCIATION | P.O. BOX 2517 TELLURIDE, CO 81435 | 95% | Full-Text |
| THE OWNERS ASSOCIATION FOR TIMBER RIDGE AT MOUNTAIN VILLAGE | P.O. BOX 518;C/O CATAPULT CONSULTING, LLC TELLURIDE, CO 81435 | 85% | Full-Text |
| SPARKY PRODUCTIONS, INC. | PO BOX 2517 TELLURIDE, CO 81435 | 95% | Full-Text |
| TSG MANAGEMENT, LLC | 9 E LOOCKERMAN ST STE 1B DOVER, DE 19901 | 97% | Full-Text |
| BONNER DEVELOPMENT, INC. | P O BOX 983 TELLURIDE, CO 81435 | 87% | Full-Text |
| CABINS AT GOLD HILL HOMEOWNERS ASSOCIATION, INC. | P.O. BOX 2517 TELLURIDE, CO 81435 | 85% | Full-Text |
| ADAMS RANCH HOMEOWNERS COMPANY | PO BOX 2517 TELLURIDE, CO 81435 | 82% | Full-Text |

| Business Name | Business Address | Confidence Score | View Full Text |
| --- | --- | --- | --- |
| MCH STADIUM, LLC | 4425 JAMBOREE ROAD, STE 250;SUITE 250 NEWPORT BEACH, CA 92660 | 85% | Full-Text |
| TSG COMPANY, LLC | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 97% | Full-Text |
| TELLURIDE INDUSTRIAL INSTITUTE, LLC, DISSOLVED MAY 1, 2015 | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435 | 97% | Full-Text |
| LODGES ON SUNDANCE OWNERS ASSOCIATION, INC. | P.O. BOX 2517 TELLURIDE, CO 81435 | 85% | Full-Text |
| KAYENTA PHASE 2 CONDOMINIUM ASSOCIATION | PO BOX 2517 TELLURIDE, CO 81435 | 85% | Full-Text |
| ALL SQUARE, LLC, DISSOLVED OCTOBER 24, 2020 | 188 BANK STREET SE MINNEAPOLIS, MN 55414 | 82% | Full-Text |
| SHUGARS & COMPANY CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, INC. | PO BOX 2517 TELLURIDE, CO 81435 | 99% | Full-Text |

**DMI**

| Business Name | Business Address | Confidence Score | View Full Text |
| --- | --- | --- | --- |
| TSG SKI & GOLF, LLC | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435-9521 | 85% | Full-Text |
| TELLURIDE SKI & GOLF COMPANY, LLLP | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435-9521 | 85% | Full-Text |

## Full-Text Documents

**All Full-Text Documents**

## Historical Address Records (4)

7/15/2021 Print Lookup Details



# Lookup Detail View

## Licensee Information

*This serves as primary source verification\* of the license.*

*\*Primary source verification: License information provided by the Colorado Division of Professions and Occupations, established by 24-34-102 C.R.S.*

| Name | Public Address |
|---|---|
| Kandy L Shugars | Telluride, CO 81435 |

## License Information

Colorado Certificate holders passed the AICPA Ethics course within 2 years immediately preceding their Colorado application and achieved a <u>minimum</u> score of 90%. Colorado does not provide exam scores. Licensees can obtain their exam score from NASBA, for a fee, by visiting www.nasbastore.org (https://nasbastore.org/index.php?main_page=document_product_info&cPath=248&products_id=1096).

## Minimum Training Requirements on the Date of First Issue:

- Prior to 7/1/2015 = 150 hours of education <u>OR</u> 120 hours of education + 1 year of work experience (1800 hours verified by a CPA)
- After 7/1/2015 = 150 hours of education + 1 year of work experience (1800 hours verified by a CPA)

| License Number | License Method | License Type | License Status | Original Issue Date | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|
| CPA.0011018 | Examination | Certified Public Accountant | Active | 10/28/1987 | 12/01/2019 | 11/30/2021 |

## Supervision

| Relationship | Supervisor/Supervisee | License | Start Date | Relationship Type |
|---|---|---|---|---|
| Supervises | Shugars & Co. CPAs and Consultants, Inc | FRM.5000034 | 11/22/2013 | Responsible Individual |

**Board/Program Actions**

| Discipline |
|---|
| There is no Discipline or Board Actions on file for this credential. |

Generated on: 7/15/2021 2:57:44 PM

 /  Tax Preparers  /  Colorado  /  Telluride  / Kurt H Shugars

# Kurt H Shugars

Tax Preparer | CPA

**Shugars And Company, Cpa's**
Po Box 2517,
Telluride, Colorado - 81435
shugarscompany.com

Reviews

**Kurt H Shugars, CPA** is an IRS registered tax preparer in **Telluride, Colorado.** Kurt H Shugars is associated with **Shugars And Company, Cpa's**. If you are a taxpayer or a small business owner and looking for some assistance in tax filing preparation then Kurt H Shugars can be of assistance to you.

You can contact Kurt H Shugars at Po Box 2517, Telluride, CO or on shugarscompany.com



Accurate Tax Services
Personal & Business Income Tax
IRS EFILE Provider, Since 198...

Website   Dir...

## Complete Profile:

You can find complete profile of Kurt H Shugars below with all the required details like complete name, credentials, address, contact number, website and AFSP participation status etc.

| | |
|---|---|
| **Name:** | Kurt H Shugars |
| **Credentials:** | CPA (Certified Public Accountant) |
| **DBA:** | Shugars And Company, Cpa's |
| **Address:** | Po Box 2517<br>Telluride, Colorado - 81435 |
| **Website:** | shugarscompany.com |

Kurt H Shugars is a **certified public accountant**. CPAs have passed the Uniform CPA Examination. They have completed a study in accounting at a college or university and also met experience and good character requirements established by their respective boards of accountancy. In addition, CPAs must comply with ethical requirements and complete specified levels of continuing education in order to maintain an active CPA license. CPAs may offer a range of services; some CPAs specialize in tax preparation and planning.



## Map & Directions:

Find location map with directions to reach Kurt H Shugars, CPA below.

---

Learn more

**Similar Tax Preparers in Telluride, Colorado**

**Benjamin Holec Anderson, CPA**
**Address:** 220 E Colorado Ave, Unit 209, Telluride
**Phone:** (513) 317-7300

**Genne L Boles, CPA**
**Address:** 104 Nimbus Drive, Telluride
**Phone:** (970) 708-0391

**Kandy Lynn Shugars, CPA**
**Address:** 120 South Pine Suite 201 2, Telluride
**Phone:** (970) 728-7022

**Loy G White, CPA**
**Address:** P O Box 4208, Telluride
**Phone:** NA

**M. Kathleen Erie, CPA**
**Address:** 197 Quakey Lane, Box 1586, Telluride
**Phone:** (970) 728-7064

**Rachel Loren Brodsky, CPA**
**Address:** Po Box 72, 120 S. Pine Street Suite 201, Telluride
**Phone:** (970) 728-4171

**Rebecca Ranta, CPA**
**Address:** 103 Aguirre Rd, Telluride
**Phone:** (970) 728-3535

**Richard T Betts**
**Address:** 220 East Colorado Suite 219, Telluride
**Phone:** (970) 369-2211