# EXHIBIT D

| | |
|---|---:|
| Possible People Information | 2 |
|    Person Overview | 2 |
|    Date of Birth Summary | 2 |
|    SSN Summary | 2 |
|    Name Variations | 2 |
|    Addresses | 2 |
|    Phone Numbers | 4 |
| Possible Asset Information | 4 |
|    Real Property Tax Assessor Records | 4 |
|    Real Property Transactions | 5 |
| Possible Business & Employment | 6 |
|    Executive Profile | 6 |
|    Corporate Records & Business Registrations | 7 |
|    DMI | 7 |
| Full-Text Documents | 7 |
|    All Full-Text Documents | 7 |
| Possible Relatives & Household Members | 65 |
|    Household Records | 65 |
| Possible Named Parties | 65 |
|    People Associations | 65 |
|    Business Associations | 66 |
| No Documents Found | 66 |
|    No Documents Were Found In These Sources | 66 |
| Permissible Uses and FCRA Disclaimer | 67 |
|    Permissible Uses | 67 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Possible People Information

### Person Overview

| | |
|---|---|
| **MATTHEW A SKINNER**<br>PO BOX 824<br>TELLURIDE, CO 81435-0824 \| SAN MIGUEL County<br>**Phone Number(s):**<br>970-728-7302<br>970-728-2608<br>970-729-6900<br>**SSN:**<br>518-96-XXXX - issued in ID in 1979-1980<br>**DOB:**<br>06/XX/1968 (Age: 53) |  |

### Date of Birth Summary

| Date of Birth | Source |
|---|---|
| 06/XX/1968 (Age: 53) | Address Historical #1 \| Address Historical #2 \| People Find \| People Household |

### SSN Summary

| SSN | Source |
|---|---|
| 518-96-XXXX - issued in ID in 1979-1980 | People Find |

### Name Variations

| Name | Source |
|---|---|
| MATTHEW SKINNER | People Find \| People Household |
| MATT SKINNER | People Find |

### Addresses

| Address |
|---|
| **PO BOX 824, TELLURIDE, CO 81435-0824 \| SAN MIGUEL County**<br>*Reported 01/01/2005 - 10/31/2018* |

Thomson Reuters. No claim to original U.S. Government Works.                                                                    2
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| By People Household 01/01/2005 - 08/31/2012 | People Household |
| By People Find 03/01/2007 - 03/01/2007 | People Find |
| By Real Property Deeds | Real Property Deeds |
| By Real Property Tax Assessor | Real Property Tax Assessor #1 \| Real Property Tax Assessor #2 \| Real Property Tax Assessor #3 |

**308 ADAMS RANCH RD UNIT 10, TELLURIDE, CO 81435-9318 | SAN MIGUEL County**

*Reported 01/01/2005 - 12/31/2013*

| | |
|---|---|
| By People Household 01/01/2005 - 12/31/2013 | People Household |
| By Real Property Deeds | Real Property Deeds #1 \| Real Property Deeds #2 |
| By Real Property Tax Assessor | Real Property Tax Assessor |

**1412 ELDER AVE, BOULDER, CO 80304-2628 | BOULDER County**

*Reported 11/01/2009 - 12/05/2009*

| | |
|---|---|
| By People Find 12/05/2009 - 12/05/2009 | People Find |

**301 E 13TH ST, DURANGO, CO 81301-5240 | LA PLATA County**

*Reported 05/10/2004 - 08/12/2004*

| | |
|---|---|
| By People Find 05/10/2004 - 05/10/2004 | People Find |
| By Real Property Deeds | Real Property Deeds #1 \| Real Property Deeds #2 \| Real Property Deeds #3 \| Real Property Deeds #4 \| Real Property Deeds #5 \| Real Property Deeds #6 \| Real Property Deeds #7 \| Real Property Deeds #8 |
| By Real Property Tax Assessor | Real Property Tax Assessor #1 \| Real Property Tax Assessor #2 |

**920 COOPER ST, MISSOULA, MT 59802-2658 | MISSOULA County**

*Reported 11/01/1999 - 01/24/2003*

| | |
|---|---|
| By People Find 01/24/2003 - 01/24/2003 | People Find |

**2219 FAIRVIEW AVE, MISSOULA, MT 59801-7553 | MISSOULA County**

*Reported 11/13/2000 - 01/24/2003*

| | |
|---|---|
| By People Find 01/24/2003 - 01/24/2003 | People Find |

**PO BOX 1605, FRISCO, CO 80443-1605 | SUMMIT County**

*Reported 04/01/1999 - 01/24/2003*

| | |
|---|---|
| By People Find 04/01/1999 - 04/01/1999 | People Find |

**PO BOX 3337, FRISCO, CO 80443-3337 | SUMMIT County**

*Reported 11/13/2000 - 01/24/2003*

| | |
|---|---|
| By People Find 11/13/2000 - 11/13/2000 | People Find |

**PO BOX 5331, FRISCO, CO 80443-5331 | SUMMIT County**

*Reported 10/01/2000 - 01/24/2003*

| | |
|---|---|
| By People Find 10/01/2000 - 10/01/2000 | People Find |

**929 E BECKWITH AVE, MISSOULA, MT 59801-5834 | MISSOULA County**

*Reported 07/18/2001 - 01/23/2003*

| | |
|---|---|
| By People Find 01/23/2003 - 01/23/2003 | People Find |

**1532 SE TENINO ST, PORTLAND, OR 97202-6650 | MULTNOMAH County**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| | |
|---|---|
| *Reported 05/01/2000 - 01/23/2003* | |
| By People Find 01/23/2003 - 01/23/2003 | People Find |
| **1920 RATTLESNAKE DR, MISSOULA, MT 59802-3528 \| MISSOULA County** | |
| *Reported 09/01/1999 - 01/23/2003* | |
| By People Find 01/23/2003 - 01/23/2003 | People Find |
| **131 E NEEDLES RD R314, DURANGO, CO 81301-4536 \| LA PLATA County** | |
| *Reported N/A* | |
| By Real Property Deeds | Real Property Deeds |
| **1135 FLORIDA RD APT B1, DURANGO, CO 81301-4444 \| LA PLATA County** | |
| *Reported N/A* | |
| By Address Historical | Address Historical |
| By Real Property Deeds | Real Property Deeds #1 \| Real Property Deeds #2 \| Real Property Deeds #3 |
| By Real Property Tax Assessor | Real Property Tax Assessor #1 \| Real Property Tax Assessor #2 |
| **108 ADAMS RANCH RD, TELLURIDE, CO 81435-9315 \| SAN MIGUEL County** | |
| *Reported N/A* | |
| By Real Property Deeds | Real Property Deeds |
| **931 E COLORADO AVE, TELLURIDE, CO 81435 \| SAN MIGUEL County** | |
| *Reported N/A* | |
| By Real Property Deeds | Real Property Deeds #1 \| Real Property Deeds #2 \| Real Property Deeds #3 |
| By Real Property Tax Assessor | Real Property Tax Assessor |
| **520 GALENA ST, FRISCO, CO 80443 \| SUMMIT County** | |
| *Reported N/A* | |
| By Address Historical | Address Historical |

## Phone Numbers

| Phone | Source |
|---|---|
| 970-728-7302 | Executive Profile |
| 970-728-2608 | Executive Profile #1 \| Executive Profile #2 \| Executive Profile #3 |
| 970-729-6900 | Executive Profile #1 \| Executive Profile #2 |
| 970-728-6900 | D&B Market Identifiers (DMI) |
| 970-728-3856 | D&B Market Identifiers (DMI) |

## Possible Asset Information

**Real Property Tax Assessor Records**

Thomson Reuters. No claim to original U.S. Government Works.                    4
The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for
credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Property Address | Assessed Total Value | Tax Year | Confidence Score | View Full Text |
|---|---|---|---|---|
| 301 E 13TH ST DURANGO, CO 81301-5240 | $31,380.00 | 2020 | 99% | Full-Text |
| 1135 FLORIDA RD B1 DURANGO, CO 81301-4444 | $10,690.00 | 2020 | 65% | Full-Text |
| 308 ADAMS RANCH RD 10 TELLURIDE, CO 81435-9318 | $20,900.00 | 2019 | 97% | Full-Text |
| 931 E COLORADO AVE TELLURIDE, CO 81435 | $20,910.00 | 2019 | 97% | Full-Text |
| 1135 FLORIDA RD B1 DURANGO, CO 81301-4444 | $9,630.00 | 2011 | 97% | Full-Text |
| 301 E 13TH ST DURANGO, CO 81301-5240 | $26,920.00 | 2011 | 97% | Full-Text |

**Real Property Transactions**

| Property Address | Sale Price | Mortgage Amount | Recording Date | Confidence Score | View Full Text |
|---|---|---|---|---|---|
| 301 E 13TH ST DURANGO, CO 81301-5240 | | $353,500.00 | 04/28/2021 | 99% | Full-Text |
| 1135 FLORIDA RD UNIT B1 DURANGO, CO 81301-4444 | $150,000.00 | | 01/22/2018 | 65% | Full-Text |
| 301 E 13TH ST DURANGO, CO 81301-5240 | | | 07/31/2015 | 97% | Full-Text |
| 301 E 13TH ST DURANGO, CO 81301-5240 | | $299,250.00 | 07/21/2015 | 97% | Full-Text |
| 931 E COLORADO | $260,255.00 | $234,200.00 | 04/11/2014 | 97% | Full-Text |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

PeopleMap Report (Basic)  
MATTHEW A SKINNER

Case 1:21-cv-01873-CMA-NYW   Document 9-4   Filed 07/21/21   USDC Colorado   Page 7 of 10
07/13/2021 15:45:35  
Client ID:100016085

| Property Address | Sale Price | Mortgage Amount | Recording Date | Confidence Score | View Full Text |
|---|---|---|---|---|---|
| AVE TELLURIDE, CO 81435 | | | | | |
| 108 ADAMS RANCH RD UNIT 10 TELLURIDE, CO 81435 | | $417,000.00 | 09/10/2012 | 95% | Full-Text |
| 131 E NEEDLES RD UNIT R314 DURANGO, CO 81301-4536 | | | 12/20/2007 | 85% | Full-Text |
| 301 E 13TH ST DURANGO, CO 81301-5240 | | $167,076.00 | 08/22/2006 | 97% | Full-Text |
| 1135 FLORIDA RD UNIT B1 DURANGO, CO 81301-4444 | | $11,000.00 | 06/30/2005 | 97% | Full-Text |
| 1135 FLORIDA RD UNIT B1 DURANGO, CO 81301-4444 | | $96,900.00 | 06/30/2005 | 97% | Full-Text |
| CO | | | 04/26/2004 | 97% | Full-Text |
| 301 E 13TH ST DURANGO, CO 81301-5240 | $290,000.00 | $232,000.00 | 04/23/2004 | 97% | Full-Text |

## Possible Business & Employment

Executive Profile

| Business Name | Business Address | Confidence Score | View Full Text |
|---|---|---|---|
| TELLURIDE SKI & GOLF CLUB | 113 LOST CREEK LN # D TELLURIDE, CO 81435-9500 | 97% | Full-Text |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| Business Name | Business Address | Confidence Score | View Full Text |
|---|---|---|---|
| TELLURIDE GOLF CLUB | 136 COUNTRY CLUB DR TELLURIDE, CO 81435-9509 | 97% | Full-Text |
| TELLURIDE GOLF CLUB | 136 COUNTRY CLUB DR MOUNTAIN VILLAGE, CO 81435-9509 | 97% | Full-Text |
| TELLURIDE GOLF CLUB | 136 COUNTRY CLUB DR MOUNTAIN VILLAGE, CO 81435-9509 | 97% | Full-Text |
| TELLURIDE SKI & GOLF | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435-9521 | 97% | Full-Text |
| TELLURIDE SKI & GOLF | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435-9521 | 97% | Full-Text |

Corporate Records & Business Registrations

| Business Name | Business Address | Confidence Score | View Full Text |
|---|---|---|---|
| TELLURIDE/MONTROSE REGIONAL AIR ORGANIZATION | P.O. BOX 3268 TELLURIDE, CO 81435 | 97% | Full-Text |

DMI

| Business Name | Business Address | Confidence Score | View Full Text |
|---|---|---|---|
| TSG SKI & GOLF, LLC | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435-9521 | 97% | Full-Text |
| TELLURIDE SKI & GOLF COMPANY, LLLP | 565 MOUNTAIN VILLAGE BLVD TELLURIDE, CO 81435-9521 | 86% | Full-Text |

# Full-Text Documents

All Full-Text Documents

## Historical Address Records (2)

To Summary

7/15/2021                                                                 Matt Skinner | LinkedIn

**Are You an Attorney? - 112 new legal clients seeking a local attorney now. View**



## Matt Skinner · 3rd

CEO at Colorado Flights Alliance

Telluride, Colorado, United States ·

**Colorado Flights Alliance**

Contact info

500+ connections

Connect    🔒 Message    More

## About

As CEO of the Colorado Flights Alliance, Matt Skinner leads efforts to create economic sustainability and growth for Colorado's western slope through air service and corresponding support programs. With more than 20 years' experienc … see more

7/15/2021                                                                                     Matt Skinner | LinkedIn

Me

Notifications

Messaging

Jobs

My Network

Home

Posts Matt created, shared, or commented on in the last 90 days are displayed here.

See all activity

## Experience

**CEO**
Colorado Flights Alliance
2012 – Present · 9 yrs
Colorado

With a mission targeting sustainability for the regional economy, manage commercial air programs for Colorado's central western slope through a public/private partnership, including community & municipal collaboration, strategic development, funding and marketing.

• Record levels of air service and regional tax revenues
• Montrose (MTJ) fastest growing airport in Colorado five years

**Telluride Ski Resort**
6 yrs

**Vice President - Sales & Marketing**
2010 – 2012 · 2 yrs

Responsible for resort brands and comprehensive resort revenues.
-International and domestic sales, marketing, communications, CRM and partnerships                                                   …see more