# EXHIBIT F

| | |
|---|---|
| Possible People Information | 2 |
|   Person Overview | 2 |
|   Date of Birth Summary | 2 |
|   SSN Summary | 2 |
|   Name Variations | 2 |
|   Addresses | 3 |
|   Phone Numbers | 4 |
| Possible Asset Information | 4 |
|   Real Property Tax Assessor Records | 4 |
|   Real Property Transactions | 4 |
|   Aircraft Records | 5 |
| Possible Adverse Information | 5 |
|   UCC Records | 5 |
| Possible Business & Employment | 5 |
|   Executive Profile | 5 |
|   Corporate Records & Business Registrations | 5 |
|   DMI | 6 |
| Full-Text Documents | 6 |
|   All Full-Text Documents | 6 |
| Possible Relatives & Household Members | 49 |
|   Household Records | 49 |
| Possible Named Parties | 50 |
|   People Associations | 50 |
|   Business Associations | 51 |
| No Documents Found | 51 |
|   No Documents Were Found In These Sources | 51 |
| Permissible Uses and FCRA Disclaimer | 51 |
|   Permissible Uses | 51 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Possible People Information

**Person Overview**

| | |
|---|---|
| **CURTIS BRUNJES**<br>15 S STELLAR PKWY<br>CHANDLER, AZ 85226-3724 \| MARICOPA County<br>**Phone Number(s):**<br>646-485-1963<br>718-340-8473<br>212-369-7396<br>**SSN:**<br>041-54-XXXX - issued in CT in 1971-1972<br>**DOB:**<br>07/XX/1961 (Age: 59) |  |

**Date of Birth Summary**

| Date of Birth | Source |
|---|---|
| 07/1961 (Age: 59) | Address Historical \| People Find #1 \| People Find #2 \| People Household #1 \| People Household #2 \| People Household #3 |

**SSN Summary**

| SSN | Source |
|---|---|
| 041-54-XXXX - issued in CT in 1971-1972 | People Find #1 \| People Find #2 |

**Name Variations**

| Name | Source |
|---|---|
| MR CURTIS H BRUNJES | People Household #1 \| People Household #2 \| People Household #3 |
| MR H C BRUNJES | People Find \| People Household #1 \| People Household #2 \| People Household #3 |
| H BRUNJES | People Find #1 \| People Find #2 |
| H CURTIS BRUNJES | Address Historical \| People Find #1 \| People Find #2 |
| CURTIS BRUNTES | People Find #1 \| People Find #2 |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

| HENRY C BRUNJES | People Find |
| MR CURTIS C BRUNJES | People Household |

**Addresses**

| Address |
| --- |
| **15 S STELLAR PKWY, CHANDLER, AZ 85226-3724 \| MARICOPA County** |
| *Reported 01/01/2017 - 06/30/2020* |
| By People Household 01/01/2017 - 06/30/2020 — People Household #1 \| People Household #2 |
| By People Find 03/06/2018 - 03/06/2018 — People Find #1 \| People Find #2 |
| By Real Property Tax Assessor — Real Property Tax Assessor #1 \| Real Property Tax Assessor #2 |
| **1214 5TH AVE APT 47C, NEW YORK, NY 10029-5202 \| NEW YORK County** |
| *Reported 01/01/2013 - 08/31/2013* |
| By People Household 01/01/2013 - 08/31/2013 — People Household |
| **217 E 96TH ST APT 34B, NEW YORK, NY 10128-3991 \| NEW YORK County** |
| *Reported 01/01/2007 - 04/30/2013* |
| By People Household 01/01/2007 - 04/30/2013 — People Household |
| By People Find 06/01/2011 - 06/01/2011 — People Find #1 \| People Find #2 |
| **4 48 AVE, LONG IS CITY, NY 11101 \| QUEENS County** |
| *Reported 01/01/2009 - 11/30/2012* |
| By People Household 01/01/2009 - 11/30/2012 — People Household |
| **215 E 96TH ST, NEW YORK, NY 10128-3835 \| NEW YORK County** |
| *Reported 07/16/2007 - 07/17/2007* |
| By People Find 07/17/2007 - 07/17/2007 — People Find #1 \| People Find #2 |
| **50 WARNER RD, BRIDGEWATER, CT 06752-1421 \| LITCHFIELD County** |
| *Reported 01/30/2003 - 03/26/2003* |
| By People Find 01/30/2003 - 03/26/2003 — People Find #1 \| People Find #2 |
| By Real Property Deeds — Real Property Deeds |
| By Real Property Tax Assessor — Real Property Tax Assessor |
| **1715 CHICAGO AVE, EVANSTON, IL 60201-6020 \| COOK County** |
| *Reported 07/13/2001 - 01/24/2003* |
| By People Find 07/13/2001 - 01/24/2003 — People Find #1 \| People Find #2 |
| **117 E 57TH ST APT 46G, NEW YORK, NY 10022-2095 \| NEW YORK County** |
| *Reported 03/01/1996 - 01/23/2003* |
| By People Find 03/01/1996 - 03/01/1996 — People Find #1 \| People Find #2 |
| **474 48TH AVE APT 7B, LONG ISLAND CITY, NY 11109-5609 \| QUEENS County** |
| *Reported 11/01/1997 - 01/23/2003* |
| By People Find 11/01/1997 - 01/23/2003 — People Find #1 \| People Find #2 |
| By Real Property Deeds — Real Property Deeds #1 \| Real Property Deeds #2 |
| **474 48TH AVE APT 6B, LONG ISLAND CITY, NY 11109-5607 \| QUEENS County** |

**Are You an Attorney? - 112 new legal clients seeking a local attorney now. View**



# Curtis Brunjes (He/Him) · 3rd

Managing Director Aviate & Pilot Strategy at United Airlines

Greater Phoenix Area · Contact info

500+ connections

🔒 Message    More

United Airlines

Northwestern University - Kellogg School of...

## About

Experienced Captain with a history of working in the aviation industry as a commercial pilot, managing director, and consultant. Strong operations professional with an M.B.A. from the Kellogg School of Management at Northwestern University.