# EXHIBIT I

LOG IN    REGISTER

HOME

# Curtis Brunjes



TransPac Aviation Academy

530 West Deer Valley Road, Suite 100