# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01873-NYW

NEW HAMPSHIRE INSURANCE COMPANY and
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA,

    Plaintiffs,

v.

TSG SKI & GOLF LLC, THE PEAKS OWNERS
ASSOCIATION, INC., PEAKS HOTEL LLC, and
H. CURTIS BRUNJES,

    Defendants.

---

## ELECTION CONCERNING CONSENT/NON-CONSENT TO
## UNITED STATES MAGISTRATE JUDGE JURISDICTION

---

Under 28 U.S.C. § 636(c) and D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge):

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

\_\_\_\_\_X_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Parties Represented | Date |
|---|---|---|
| /s/ *Ian A. Cooper* | <u>NEW HAMPSHIRE INSURANCE COMPANY</u> | 8/9/2021 |
| | <u>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA</u> | |

Print name   Ian A. Cooper