### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Plaintiffs, <br><br> v. <br><br> TSG SKI & GOLF LLC, THE PEAKS OWNERS ASSOCIATION, INC., PEAKS HOTEL LLC, and H. CURTIS BRUNJES, <br><br> Defendants. | Case No. 1:21-cv-01873 |

### UNOPPOSED MOTION TO CONTINUE SCHEDULING AND PLANNING CONFERENCE

NOW COME Plaintiffs, NEW HAMPSHIRE INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and for their Unopposed Motion to Continue Scheduling and Planning Conference, state as follows:

1. On July 22, 2021, Magistrate Judge Nina Wang scheduled an initial case conference to be held on September 15, 2021 at 10:00 a.m. in Courtroom A-502, 5th Floor, Alfred A. Arraj United States courthouse, 901 19th Street, Denver, Colorado. (Doc. 11.) Since that time, this lawsuit has been transferred among several different judges in the District of Colorado, including Judge Robert E. Blackburn and now to Judge Christine Arguello, but the September 15, 2021 case conference date was not removed from the docket. (Docs. 13, 14, 15.)

2. On September 9, 2021, Plaintiffs filed waivers of service from Defendants TSG SKI & GOLF LLC ("TSG") and PEAKS HOTEL LLC ("Peaks"). (Docs. 17, 18.) Responsive pleadings by TSG and Peaks are due September 21, 2021. (*Id*.)

3. Additionally, on September 13, 2021, after unsuccessful attempts to obtain a waiver of service from Defendants THE PEAKS OWNERS ASSOCIATION, INC. (the "POA") and H. CURTIS BRUNJES ("Brunjes"), summonses were issued to those Defendants. (Docs. 21; 21-1.) Responsive pleadings will be due twenty-one days after summons and a copy of the Complaint is served upon the POA and Brunjes. Fed. R. Civ. P. 12(a)(1)(A).

4. So that the initial conference with the Court is productive, Plaintiffs request that this Court continue the Scheduling and Planning Conference for approximately forty-five days, to a date of the Court's choosing, to allow for all parties to participate in the Scheduling and Planning Conference.

WHEREFORE, Plaintiffs respectfully request that this Court continue the September 15, 2021 Scheduling and Planning Conference for approximately forty-five days to a date of the Court's preference; and that the Court grant all other relief it deems just and proper.

Dated: September 14, 2021

Respectfully submitted,

NEW HAMPSHIRE INSURANCE COMPANY
and NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

By: /s/ Ian A. Cooper
Matthew J. Fink
Ian A. Cooper
David J. Rock
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
10 South Wacker Drive, 21st Floor
Chicago, IL 60606
Telephone: (312) 585-1400
mfink@nicolaidesllp.com
icooper@nicolaidesllp.com
drock@nicolaidesllp.com