# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01873-CMA-NYW

NEW HAMPSHIRE INSURANCE COMPANY, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

      Plaintiffs,

v.

TSG SKI & GOLF, LLC,
THE PEAKS OWNERS ASSOCIATION, INC.,
PEAKS HOTEL, LLC, and
H. CURTIS BRUNJES,

      Defendants.

## STIPULATION FOR EXTENSION OF RESPONSIVE PLEADINGS DEADLINE

Defendants TSG Ski & Golf, LLC ("**TSG**") and Peaks Hotel, LLC ("**Peaks Hotel**") through their attorneys, Sean Cumberlege and Todd Scardina of Scardina Law, LLC, AND Plaintiffs New Hampshire Insurance Company ("**New Hampshire**") and National Union Fire Insurance Company of Pittsburgh, Pa. ("**National Union**") by their attorney, Ian A. Cooper of Nicolaides Fink Thorpe Michaelides Sullivan LLP, respectfully submit the following Stipulation for Extension of Responsive Pleading Deadline and provide notice to the Court pursuant to D.C.COLO.LCivR 6.1(a) of their stipulation to extend TSG and Peaks Hotel's responsive pleading deadlines by fourteen (14) days, **up to and including October 7, 2021**. No prior extensions have been requested.

Respectfully submitted on September 21, 2021.

| | |
|---|---|
| *s/ Sean Cumberlege* | *s/ Ian A. Cooper* |
| **Sean R. Cumberlege, Esq.** | **Ian A. Cooper** |
| **Todd Scardina** | NICOLAIDES FINK THORPE |
| Scardina Law | MICHAELIDES SULLIVAN LLP |
| 1245 E. Colfax Avenue, Suite 302 | 10 South Wacker Drive, 21st Floor |
| Denver, Colorado 80218 | Chicago, IL 60606 |
| Telephone: 720-420-9068 | Telephone: (312) 585-1400 |

| | |
|---|---|
| E-mail: sean@scardinalaw.com<br>Attorneys for Defendants<br>TSG Ski & Golf, LLC and Peaks Hotel, LLC | E-Mail: icooper@nicolaidesllp.com<br>Attorney for Plaintiffs New<br>Hampshire Insurance Company and<br>National Union Fire Insurance<br>Company of Pittspurgh, PA |

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.  Counsel for each party certifies service of this requested extension upon their respective clients pursuant to D.C.COLO.LCivR 6.1(c).

*s/ Sean Cumberlege*
Sean Cumberlege