IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01873-CMA-NYW

NEW HAMPSHIRE INSURANCE COMPANY; and NATIONAL
UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

      Plaintiffs,

v.

TSG SKI & GOLF LLC; THE PEAKS OWNERS ASSOCIATION,
INC.; PEAKS HOTEL LLC; and H. CURTIS BRUNJES,

      Defendants.

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant The Peaks Owners Association, Inc. ("POA") by its attorney, Frederick J. Baumann of Lewis Roca Rothgerber Christie LLP, and Plaintiffs New Hampshire Insurance Company ("**New Hampshire**") and National Union Fire Insurance Company of Pittsburgh, PA ("**National Union**"), by their attorneys, Ian A. Cooper of Nicolaides Fink Thorpe Michaelides Sullivan LLP, respectfully submit the following Stipulation for Extension of Time to Respond to Complaint and provide notice to the Court pursuant to D.C.COLO.LCivR 6.1(a) of their stipulation to extend POA's responsive pleading deadline by twenty-one (21) days, **up to and including November 1, 2021**.  No prior extensions have been requested.

115761623.1

Respectfully submitted this 11th day of October, 2021.

NEW HAMPSHIRE INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

By: *s/ Ian A. Cooper*
    Matthew J. Fink
    Ian A. Cooper
    David J. Rock
    NICOLAIDES FINK THORPE
     MICHAELIDES SULLIVAN LLP
    10 South Wacker Drive, 21st Floor
    Chicago, IL 60606
    Tel.: (312) 585-1400
    mfink@nicolaidesllp.com
    icooper@nicolaidesllp.com
    drock@nicolaidesllp.com
    *Attorneys for Plaintiffs New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

THE PEAKS OWNERS ASSOCIATION, INC.

By: *s/ Frederick J. Baumann*
    Frederick J. Baumann
    LEWIS ROCA ROTHGERBER CHRISTIE LLP
    1601 19th Street, Suite 1000
    Denver, CO 80202
    Tel.: (303) 623-9000
    fbaumann@lewisroca.com
    *Attorneys for Defendant The Peaks Owners Association, Inc.*