**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01873-CMA-NYW

NEW HAMPSHIRE INSURANCE COMPANY
and NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

              Plaintiffs,

v.

TSG SKI & GOLF LLC, THE PEAKS
OWNERS ASSOCIATION, INC., PEAKS
HOTEL LLC, and H. CURTIS BRUNJES,

              Defendants.

---

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME**
**TO SERVE DEFENDANT H. CURTIS BRUNJES**

---

NOW COME Plaintiffs, New Hampshire Insurance Company ("New Hampshire") and National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), and for their Motion for Enlargement of Time to Serve Defendant H. Curtis Brunjes, state as follows:

1.      Plaintiffs seek an enlargement of time to serve H. Curtis Brunjes pursuant to Federal Rule of Civil Procedure 4(m).

2.      Federal Rule of Civil Procedure 4(m) requires service of process on a defendant within 90 days of filing a complaint, but for good cause shown, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

3.      Good cause exists for an enlargement of the time for service of process where the target of service undertakes efforts to avoid service. *Hendry v. Schneider*, 116

F.3d 446, 449 (10th Cir. 1997).  Further, good cause exists to enlarge the time for service where service has been attempted but not completed.  *Chemehuevi Indian Tribe v. Wilson*, 181 F.R.D. 438, 440 (N.D. Cal. 1998).

4.      Plaintiffs seek an enlargement of time based upon Mr. Brunjes' avoidance of service and Plaintiffs' good faith effort to obtain waiver of service of process and good faith efforts to personally serve process upon Mr. Brunjes.

5.      The Complaint for Declaratory Judgment and Reimbursement in this matter was filed on July 9, 2021. (Doc. 1.)

6.      On July 23, 2021, Plaintiffs sent a letter and a copy of the Complaint, exhibits, and waiver of service forms to Mr. Brunjes' address. (**Ex. A**, July 23, 2021 Letter; **Ex. B**, Affidavit of David J. Rock at ¶ 3.)

7.      Mr. Brunjes' response to the waiver of service form was due August 23, 2021. Fed. R. Civ. P. 4(d)(1).

8.      When Plaintiffs did not receive an executed waiver of service form from Mr. Brunjes, a summons to Mr. Brunjes was issued on September 10, 2021. (Doc. 21-1.)

9.      Plaintiffs' process server, Nationwide Legal, attempted to personally serve Mr. Brunjes at his residence at 15 South Stellar Parkway, Chandler, Arizona on:

- September 21, 2021;
- October 4, 2021;
- October 5, 2021 (two separate attempts);
- October 6, 2021; and
- October 7, 2021.

10.     Here, Plaintiffs made six separate attempts to serve Mr. Brunjes with the summons issued by the Court and a copy of the lawsuit in the time frame required by the Federal Rules. (*See* **Exhibit C**.)

2

11.   The record of Nationwide Legal's efforts to perfect service on Mr. Brunjes indicate that on various dates where service was attempted, lights were observed to be on in Mr. Brunjes' residence but there was no answer at the door and that, in Nationwide Legal's assessment, Mr. Brunjes is avoiding service.  (See **Exhibit C**).

12.   Plaintiffs' efforts to serve Mr. Brunjes support a finding that good cause exists for enlarging the time for service on Mr. Brunjes by 45 days.

13.   This extension will not unnecessarily delay these proceedings or prejudice any party to these proceedings, including Mr. Brunjes.

14.   However, Plaintiffs will be prejudiced without an enlargement of the time to perfect service of process on Mr. Brunjes.

WHEREFORE, Plaintiffs New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. respectfully request the following relief:

(a)   An enlargement of time to effect service upon Defendant H. Curtis Brunjes up to and including November 22, 2021; and

(b)   Any other relief that this Court deems just and proper.

Dated:	October 20, 2021

Respectfully submitted,

NEW HAMPSHIRE INSURANCE COMPANY
and NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.


By:	*/s/ Ian A. Cooper*
Matthew J. Fink
Ian A. Cooper
David J. Rock
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
10 South Wacker Drive, 21st Floor
Chicago, IL 60606
Telephone: (312) 585-1400
mfink@nicolaidesllp.com
icooper@nicolaidesllp.com
drock@nicolaidesllp.com