IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01873-CMA-NYW

NEW HAMPSHIRE INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Plaintiffs,

v.

TSG SKI & GOLF LLC, THE PEAKS OWNERS ASSOCIATION, INC., PEAKS HOTEL LLC, and H. CURTIS BRUNJES,

    Defendants.

---

### THE PARTIES' JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE PROPOSED SCHEDULING ORDER AND TO CONTINUE SCHEDULING CONFERENCE

---

NOW COME Plaintiffs, New Hampshire Insurance Company ("New Hampshire") and National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union"), and Defendants TSG Ski & Golf, LLC ("TSG"), Peaks Hotel LLC ("Peaks"), The Peaks Owners Association, Inc. (the "POA") (collectively, the "Parties"), and for their Motion for Enlargement of Time to File Proposed Scheduling Order and to Continue Scheduling Conference, state as follows:

    1.    The undersigned Parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f).

    2.    During the 26(f) conference, the POA proposed terms for its dismissal from this litigation that could obviate the need for the POA to file its responsive pleading (which is due on November 1, 2021, after the October 28, 2021 Scheduling Conference).

3. Separately, despite Plaintiffs' diligence detailed below, defendant H. Curtis Brunjes has not been served with summons and the complaint yet:

    a. On July 23, 2021, Plaintiffs issued a letter enclosing a copy of the Complaint, exhibits, and waiver of service forms to Mr. Brunjes' address;

    b. Mr. Brunjes' did not waive service by August 23, 2021;

    c. A summons directed to Mr. Brunjes was issued on September 10, 2021; (Doc. 21-1.)

    d. Plaintiffs' process server attempted to personally serve Mr. Brunjes at his residence at 15 South Stellar Parkway, Chandler, Arizona on:

- September 21, 2021;
- October 4, 2021;
- October 5, 2021 (two separate attempts);
- October 6, 2021; and
- October 7, 2021.

4. Plaintiffs filed a Motion for Enlargement of Time to perfect service upon Mr. Brunjes. (Doc. 33.)

5. TSG and Peaks filed a Motion to Dismiss on October 7, 2021. (Doc. 30.) The parties are currently briefing that motion. TSG and Peaks' reply brief in support of its motion is due November 11, 2021.

6. The Parties are working to narrow the issues before the Court. These discussions may result in the dismissal of at least one party.

7. Accordingly, the Parties propose an extension of time for filing the Proposed Scheduling Order to November 23, 2021 and to continue the Scheduling Conference to November 30, 2021, or alternatively, nearby dates that would better accommodate the

Court's schedule.

8.      This brief extension would allow Plaintiffs sufficient time to perfect service upon Mr. Brunjes and for the Plaintiffs to further attempt to fully resolve their claims with the POA and potentially Mr. Brunjes.

9.      Accordingly, at that point in time, all Parties will have a better understanding of the scope of the issues that this Court will need to address regardless of the outcome of TSG and Peaks' Motion to Dismiss, certain Parties may fully resolve their disputes, and all parties to this action would be before the Court.

10.     The Parties are aware of this Court's September 14, 2021 reminder of their obligation to comply with court orders related to the filing and submission of the Proposed Scheduling Order and appreciate the Court's reminder in this regard. (Doc. 24.) The Parties believe the requested enlargement of time and continuance would be the most efficient path forward in this litigation.

11.     No Party will be prejudiced by the proposed enlargement of time and continuance, and all Parties before the Court agree to such enlargement of time and continuance.

WHEREFORE, Plaintiffs New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. and Defendants TSG Ski & Golf LLC, Peaks Hotel LLC, and The Peaks Owners Association, Inc. jointly respectfully request the following relief:

(a)     An enlargement of time to file a Proposed Scheduling Order up to and including November 23, 2021;

(b)     A continuance of the Joint Scheduling Conference to November 30, 2021,

or a date otherwise agreeable to the Court; and

(c) Any other relief that this Court deems just and proper.

Dated: October 20, 2021

Respectfully submitted,

NEW HAMPSHIRE INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

By: */s/ Ian A. Cooper*
Matthew J. Fink
Ian A. Cooper
David J. Rock
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
10 South Wacker Drive, 21st Floor
Chicago, IL 60606
Telephone: (312) 585-1400
mfink@nicolaidesllp.com
icooper@nicolaidesllp.com
drock@nicolaidesllp.com

        TSG SKI & GOLF LLC and PEAKS HOTEL LLC

By: */s/ Sean Cumberlege*
Sean Richard Cumberlege
Todd R. Scardina
Scardina Family Law LLC
1245 East Colfax Ave.
Suite 302
Denver, CO 80218
Tel: 720-420-9068
sean@scardinalaw.com
todd@scardinalaw.com

        THE PEAKS OWNERS ASSOCIATION, INC.

By: */s/ Frederick J. Baumann*
Frederick J. Baumann
Lewis Roca Rothgerber Christie LLP
1601 19th Street
Suite 100
Denver, CO 80202
Tel: 303-628-9542
fbaumann@lewisroca.com