IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01873-CMA-NYW

NEW HAMPSHIRE INSURANCE COMPANY; and
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA.,

        Plaintiffs,

v.

TSG SKI & GOLF LLC;
THE PEAKS OWNERS ASSOCIATION, INC.;
PEAKS HOTEL LLC; and
H. CURTIS BRUNJES,

        Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant The Peaks Owners Association, Inc. ("POA") by its attorney, Frederick J. Baumann of Lewis Roca Rothgerber Christie LLP, respectfully requests a second extension of time for the POA to respond to the Complaint. Plaintiffs New Hampshire Insurance Company ("New Hampshire") and National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") do not oppose the motion. The POA requests a two-week extension of time, up to and including November 15, 2021. In support thereof, the POA states as follows:

1. The POA's initial answer deadline was October 11, 2021.

2. Pursuant to D.C.COLO.LCivR 6.1(a) the parties entered into a stipulation to extend the answer deadline by 21 days until November 1, 2021.

115914670.2

3. The parties are actively engaged in settlement negotiations and are working to resolve the issues between them.

4. Despite diligence, the parties have not completed their settlement discussions.

5. The POA therefore seeks an additional two-week extension of time for the POA to answer to allow the parties to continue to focus on settlement and determine if the claims between them can be resolved.

6. This modest extension will not cause delay in this matter. TSG Ski & Golf LLC and Peaks Hotel LLC filed a motion to dismiss on October 7, 2021 which is being briefed. (Doc. 30; 38.) Plaintiffs served defendant H. Curtis Brunjes on October 31, 2021. (Doc. 39.)

Respectfully submitted this 1st day of November, 2021.

THE PEAKS OWNERS ASSOCIATION, INC.

By: *s/ Frederick J. Baumann*
Frederick J. Baumann
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1601 19th Street, Suite 1000
Denver, CO 80202
Tel.: (303) 623-9000
fbaumann@lewisroca.com

*Attorneys for Defendant The Peaks Owners Association, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*s/ Lisa Elliott*
Of Lewis Roca