IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01873-CMA-NYW

NEW HAMPSHIRE INSURANCE COMPANY; and
NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA.,

        Plaintiffs,

v.

TSG SKI & GOLF LLC;
THE PEAKS OWNERS ASSOCIATION, INC.;
PEAKS HOTEL LLC; and
H. CURTIS BRUNJES,

        Defendants.

**PEAKS OWNERS ASSOCIATION, INC. JOINDER IN MOTION TO DISMISS**

Defendant The Peaks Owners Association, Inc. ("POA") by its attorney, Frederick J. Baumann of Lewis Roca Rothgerber Christie LLP, hereby joins Defendants' TSG Ski & Golf, LLC and Peaks Hotel, LLC Motion to Dismiss [30] and requests the claims asserted against it be dismissed.

116029561.1

Respectfully submitted this 15th day of November, 2021.

THE PEAKS OWNERS ASSOCIATION, INC.


By: *s/ Frederick J. Baumann*
Frederick J. Baumann
LEWIS ROCA ROTHGERBER CHRISTIE LLP
1601 19th Street, Suite 1000
Denver, CO 80202
Tel.: (303) 623-9000
fbaumann@lewisroca.com

*Attorneys for Defendant The Peaks Owners Association, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*s/ Lisa Elliott*
Of Lewis Roca

2

116029561.1