**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01873-CMA-NYW

NEW HAMPSHIRE INSURANCE COMPANY, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

      Plaintiffs,

v.

TSG SKI & GOLF, LLC,
THE PEAKS OWNERS ASSOCIATION, INC.,
PEAKS HOTEL, LLC, and
H. CURTIS BRUNJES,

      Defendants.

---

CAPTOPN            NOTICE OF ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

      H. Curtis Brunjes, *via TSG* as *assignee*

      DATED at Denver, Colorado this 30th day of November, 2021.

                      *s/ Todd Scardina*
                      **Todd Scardina**
                      Scardina Law
                      1245 E. Colfax Avenue, Suite 302
                      Denver, Colorado 80218
                      Telephone:  720-420-9068
                      E-mail: todd@scardinalaw.com
                      Attorney for H. Curtis Brunjes *via TSG* as *assignee*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2021I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

                                *s/ Todd Scardina*
                                Todd Scardina