## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01873-CMA-NYW

NEW HAMPSHIRE INSURANCE COMPANY, and

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

      Plaintiffs,

v.

TSG SKI & GOLF, LLC,

THE PEAKS OWNERS ASSOCIATION, INC.,

PEAKS HOTEL, LLC, and

H. CURTIS BRUNJES,

      Defendants.

---

## H. CURTIS BRUNJES' JOINDER IN MOTION TO DISMISS

---

Defendants TSG Ski & Golf, LLC, (hereinafter "TSG") as the assignee of H. Curtis Brunjes' interest in the applicable policies (hereinafter "Brunjes"), by through its attorneys, Sean Cumberlege and Todd Scardina of Scardina Law, LLC, respectfully submit the following Joinder in Motion to Dismiss [30].  In support thereof, Brunjes states as follows:

## INTRODUCTION

1. This matter involves insurance coverage under six separate insurance policies as identified in the Complaint [1] at Paragraphs 11 and 19 (hereinafter the "Policies").

2. On or about November 30, 2021, H. Curtis Brunjes and The Peaks Owners Association, Inc. (hereinafter the "POA") assigned all their right, title, and interest in the Policies to TSG pursuant to the Assignment Agreement attached hereto as Exhibit 1.

3. TSG is therefore filing this Joinder as the assignee of Mr. Brunjes' interests in the Policies.

4. The POA joined TSG's Motion to Dismiss by motion dated November 15, 2021 [44].

## JOINDER IN MOTION TO DISMISS

5. Brunjes hereby joins in TSG's Motion to Dismiss [30] and its Reply in Support of Motion to Dismiss [43], specifically restating and realleging the allegations therein as if made by Mr. Brunjes, where appropriate, and requesting the same relief pursuant to C.R.C.P. 12(b)(6) and (7), as stated more fully therein.

WHEREFORE, TSG Ski & Golf, LLC, as the assignee for H. Curtis Brunjes, respectfully requests the claims asserted against him be dismissed and for such other and further relief as this Court deems just and proper.

DATED at Denver, Colorado November 30, 2021.

> *s/ Todd Scardina*
> Todd Scardina
> Sean R. Cumberlege, Esq.
> Scardina Laa, LLC
> 1245 E. Colfax Avenue, Suite 302
> Denver, Colorado 80218
> Telephone:  720-420-9068
> E-mail: todd@scardinalaw.com
>
> Attorneys for Defendant H. Curtis Brunjes via TSG as assignee

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

*s/ Todd Scardina*

Todd Scardina