IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 21-cv-01873-CMA-NYW | Date: | December 7, 2021 |
| Courtroom Deputy: | Emily Buchanan | FTR: | NYW-FTR* |

| *Parties* | *Counsel* |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>**Plaintiffs,**<br><br>v.<br><br>TSG SKI & GOLF, LLC,<br>THE PEAKS OWNERS ASSOCIATION, INC.,<br>PEAKS HOTEL LLC,<br>H. CURTIS BRUNJES,<br><br>**Defendants.** | *Ian Cooper*<br><br><br><br><br><br><br>*Sean Cumberlege* |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC SCHEDULING CONFERENCE/STATUS CONFERENCE**

Court in Session: 10:01 a.m.

Appearances of counsel.

Parties would like to hold off on discovery other than initial disclosures, based on a forthcoming motion for summary judgment.

Defendants' Motion to Dismiss is pending [30]. Defendants might file counterclaims if the Motion to Dismiss is not granted. Parties intend to file cross motions for summary judgment after the Motion to Dismiss is resolved.

Parties discuss discovery that is needed.

Parties discuss a stay of discovery pending the resolution of Defendants' Motion to Dismiss.

The Court advises counsel that it does not generally stay discovery pending a dispositive motion, but counsel do not object to this course of action in this case.

**ORDERED:** **Counsel shall meet and confer and file a motion to stay discovery on or before December 17, 2021 and articulate under the applicable case law why it is appropriate in this case. If counsel do not agree on the motion to stay discovery, they shall file a joint status report and advise the Court of the issues.**

**The Court converts this Scheduling Conference into a Status Conference. Initial Disclosures, and the documents identified in the Initial Disclosures shall be produced on or before December 21, 2021. The Initial Disclosures are limited to claims currently part of this case and would not encompass any claims that might be contemplated if the Motion to Dismiss is denied.**

Court in Recess: 10:16 a.m.          Hearing concluded.          Total time in Court:  00:15

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.