IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 21-cv-01873-CMA-NYW | Date: June 27, 2022 |
|---|---|---|
| Courtroom Deputy: | Camden Pommenville | FTR: NYW-FTR* |

| *Parties* | *Attorney(s)* |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br>    **Plaintiff,**<br><br>v.<br><br>TSG SKI & GOLF LLC,<br>THE PEAKS OWNERS ASSOCIATION, INC.,<br>PEAKS HOTEL LLC,<br>H. CURTIS BRUNJES,<br>    **Defendant.** | *Matthew Jay Fink,*<br><br><br><br><br><br>*Sean Richard Cumberlege,* |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**

Court in Session: 10:30 a.m.

Appearances of counsel.

Parties discuss the deadline to file an Amended Complaint.

Parties state that issues stemming from the underlying action will be known by the deadline of July 21, 2022.

**ORDERED:** A Telephonic Status Conference will be set for October 18, 2022 at 10:30 AM before Magistrate Judge Nina Y. Wang. Participants may access this court's conference line by using the following dial-in information: 1-888-363-4749, Access Code 5738976. Parties shall submit a joint status report to the court no later than October 14, 2022.

Court in Recess:  10:39 a.m.         Hearing concluded.         Total time in Court: 00:09

*To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.