# EXHIBIT I
# Part 1

**POLICYHOLDER NOTICE**

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producer-compensation or by calling 1-800-706-3102.

91222 (9/16)

# Common Policy Declarations

## RENEWAL DECLARATION

| | |
|---|---|
| **NAME AND ADDRESS OF PRODUCER**<br><br>AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte        NC 28210<br>                           90249 | **INSURANCE COMPANY**<br>New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York            NY 10038 |
| **NAME AND MAILING ADDRESS OF INSURED**<br>TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE          CO 81435 | **POLICY NUMBER**          **RENEWAL OF**<br>01-LX -011738646-5/000  01-LX-011738646-4<br>**POLICY PERIOD**<br>   FROM: 11-01-17    TO: 11-01-18<br><br>at 12:01 A.M. standard time at the mailing address shown. |

**THE NAMED INSURED IS :**   LIMITED LIAB COMPANY   **BUSINESS DESC :** SKI AREA

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF
THIS POLICY, WE AGREE WITH YOU TO PROVIDE INSURANCE AS STATED IN THIS
POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A
PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | PREMIUM |
|---|---|
| COMMERCIAL PROPERTY COVERAGE PART | ██████ |
| COMMERCIAL GENERAL LIABILITY COVERAGE PART | ████ |
| COMMERCIAL CRIME COVERAGE PART | ███ |
| COMMERCIAL INLAND MARINE COVERAGE PART | █████ |
| COMMERCIAL AUTO COVERAGE PART | █████ |
| GARAGE COVERAGE PART | █████ |
| MISCELLANEOUS PROFESSIONAL LIABILITY | █████ |
| **ESTIMATED TOTAL PREMIUM** | ████ |

THE POLICY WRITING NONREFUNDABLE MINIMUM PREMIUM IS ████

---

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**
89644 (06-13)   IL0017 (11-98)   IL0228 (09-07)   118477 (03-15)

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

BY: _____

AUTHORIZED REPRESENTATIVE

# Commercial Property

## RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte                    NC 28210<br>90249 | New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York                    NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE            CO 81435 | POLICY NUMBER               RENEWAL OF<br>01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>   FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

## BUILDING-1

PREM. NO.  1    BLDG. NO.  1

565 MOUNTAIN VILLAGE BLVD        TELLURIDE                     CO 81435

SPRINKLERED BUILDING & CONTENTS

### COVERAGES PROVIDED

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINS | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING | SPECIAL-Incl theft | 25,000 | 100% | 207,485,500 |
| AGREED VALUE: $207,485,500 | EXP DATE: 11-01-18 | | | |
| BUSINESS INCOME - INCLUDING RENTAL VALUE | | | | |
| BUSINESS INCOME WITH EXTRA EXPENSE | SPECIAL-Incl theft | | 100% | 22,801,987 |
| AGREED VALUE: $ 22,801,987 | EXP DATE: 11-01-18 | | | |

### OPTIONAL COVERAGES

BUILDING: REPLACEMENT COST

BUSINESS INCOME APPLIES TO ALL PROPERTY LISTED ON THIS POLICY AND A $25,000 DEDUCTIBLE SHALL APPLY

# Commercial Property

### RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte                              NC 28210<br><div align="right">90249</div> | New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York                          NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE                    CO 81435 | 01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>    FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

## BUILDING-2

PREM. NO.  1    BLDG. NO.  2
565 MOUNTAIN VILLAGE BLVD      TELLURIDE              CO 81435
NON SPRINKLERED BUILDING & CONTENTS

### COVERAGES PROVIDED
INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINS | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING<br>   AGREED VALUE: $ 17,621,998 | SPECIAL-Incl theft<br>EXP DATE: 11-01-18 | 25,000 | 100% | 17,621,998 |

### OPTIONAL COVERAGES

BUILDING: REPLACEMENT COST

## BUILDING-3

PREM. NO.  1    BLDG. NO.  3
565 MOUNTAIN VILLAGE BLVD      TELLURIDE              CO 81435
LIFTS

### COVERAGES PROVIDED
INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINS | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING<br>   AGREED VALUE: $ 45,060,000 | SPECIAL-Incl theft<br>EXP DATE: 11-01-18 | 25,000 | 100% | 45,060,000 |

### OPTIONAL COVERAGES

BUILDING: REPLACEMENT COST

# Commercial Property

## RENEWAL DECLARATION

| | |
|---|---|
| NAME AND ADDRESS OF PRODUCER<br><br>AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte            NC 28210<br><br>90249 | INSURANCE COMPANY<br>New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York            NY 10038 |
| NAME AND MAILING ADDRESS OF INSURED<br>TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE            CO 81435 | POLICY NUMBER            RENEWAL OF<br>01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>    FROM: 11-01-17    TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

## BUILDING-4

PREM. NO. 1    BLDG. NO. 4

565 MOUNTAIN VILLAGE BLVD        TELLURIDE            CO 81435

MOBILE EQUIPMENT

### COVERAGES PROVIDED

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINS | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING<br>  AGREED VALUE: $ 5,846,453 | SPECIAL-Incl theft<br>EXP DATE: 11-01-18 | 25,000 | 100% | 5,846,453 |

### OPTIONAL COVERAGES

BUILDING: ACTUAL CASH VALUE

## BUILDING-5

PREM. NO. 1    BLDG. NO. 5

565 MOUNTAIN VILLAGE BLVD        TELLURIDE            CO 81435

MISCELLANEOUS EQUIPMENT - ACV

### COVERAGES PROVIDED

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINS | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING<br>  AGREED VALUE: $ 3,084,000 | SPECIAL-Incl theft<br>EXP DATE: 11-01-18 | 25,000 | 100% | 3,084,000 |

### OPTIONAL COVERAGES

BUILDING: ACTUAL CASH VALUE

# Commercial  Property

## RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte            NC 28210<br><div align="right">90249</div> | New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York            NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER            RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE            CO 81435 | 01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>    FROM: 11-01-17    TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

## BUILDING-6

PREM. NO.  1    BLDG.  NO.  6

565 MOUNTAIN VILLAGE BLVD        TELLURIDE                    CO 81435

GOLF COURSE EQUIPMENT AND RENTED EQUIPMENT

COVERAGES PROVIDED ─────────────

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINS | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING<br>   AGREED VALUE: $ 2,375,000 | SPECIAL-Incl theft<br>EXP DATE: 11-01-18 | 5,000 | 100% | 2,375,000 |

OPTIONAL COVERAGES

BUILDING: ACTUAL CASH VALUE

## BUILDING-7

PREM. NO.  1    BLDG.  NO.  7

565 MOUNTAIN VILLAGE BLVD        TELLURIDE            CO 81435

EDP

COVERAGES PROVIDED ─────────────

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINS | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING<br>   AGREED VALUE: $ 3,050,000 | SPECIAL-Incl theft<br>EXP DATE: 11-01-18 | 10,000 | 100% | 3,050,000 |

OPTIONAL COVERAGES

BUILDING: REPLACEMENT COST

# Commercial Property

## RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte                NC 28210<br><br>                                    90249 | New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York                NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE                CO 81435 | 01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>   FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

### BUILDING-8

**PREM. NO.  1   BLDG. NO.  8**

565 MOUNTAIN VILLAGE BLVD      TELLURIDE              CO 81435
                              FIXED SNOWMAKING

**COVERAGES PROVIDED**

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINS | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING<br>   AGREED VALUE:  $ 7,125,700 | SPECIAL-Incl theft<br>EXP DATE: 11-01-18 | 25,000 | 100% | 7,125,700 |

**OPTIONAL COVERAGES**

BUILDING: REPLACEMENT COST

### BUILDING-9

**PREM. NO.  1   BLDG. NO.  9**

565 MOUNTAIN VILLAGE BLVD      TELLURIDE              CO 81435
                              MISCELLANEOUS EQUIPMENT - RC

**COVERAGES PROVIDED**

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED $ | COINS | LIMIT OF INSURANCE $ |
|---|---|---|---|---|
| BUILDING<br>   AGREED VALUE:  $    641,000 | SPECIAL-Incl theft<br>EXP DATE: 11-01-18 | 25,000 | 100% | 641,000 |

**OPTIONAL COVERAGES**

BUILDING: REPLACEMENT COST

# Commercial  Property

### RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte                    NC 28210<br><br>90249 | New Hampshire Insurance Company<br> (a capital stock company)<br>175 Water Street - 18th Floor.<br>New York                    NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE                    CO 81435 | 01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>   FROM: 11-01-17    TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

MANUSCRIPT FORMS:

- BLANKET REAL & PERSONAL PROPERTY LIMIT $292,289,651
  PER STATEMENT OF VALUES ATTACHED TO THIS POLICY

- BLANKET BUSINESS INCOME LIMIT $22,801,987 PER STATEMENT OF
  VALUES ATTACHED TO THIS POLICY

- BI/EE INCLUDES COVERAGE FOR MANAGED PROPERTIES - LOCATIONS ON
  FILE WITH THE CARRIER

- COINSURANCE AND AGREED VALUE AS SHOWN ON THE DECLARATION PAGES
  ARE EMENDED AS PER THE SKI RESORT AGREED VALUE ENDORSEMENT

# Commercial  Property

## RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte                    NC 28210<br>90249 | New Hampshire Insurance Company<br> (a capital stock company)<br>175 Water Street - 18th Floor.<br>New York              NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                        RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE              CO 81435 | 01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>   FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

## EQUIPMENT BREAKDOWN

**Coverage:** COMPREHENSIVE   - INCLUDING PRODUCTION MACHINES    **Program:** EQUIPMENT BREAKDOWN

**Deductibles:**
      Property Damage:
      Business Interruption:
      Consequential Damage:
      Other:

109368 (11-11) - FLOOD COVERAGE:      LIMIT OF INSURANCE $10,000,000      DEDUCTIBLE $50,000 EACH FLOOD

109367 (11-11) - EARTH MOVEMENT COVERAGE:   LIMIT OF INSURANCE $10,000,000  DEDUCTIBLE $50,000 EACH OCCURRENCE

100387 (06-10) - FOOD CONTAMINATION AND COMMUNICABLE DISEASE:   LIMIT OF INSURANCE $1,000,000 AGGREGATE LIMIT
$1,000,000 DEDUCTIBLE $10,000 PER OCCURRANCE
110326 (06-12) - ADDITIONAL COVERAGES FOR GOLF COURSES: LIMIT OF INSURANCE:$2,000,000 TEES, GREENS, & FAIRWAYS
$25,000 SPRINKLERS & UNDERGROUND WIRING   $5,000 ADDITIONAL COVERED GOLF COURSE PROPERTY
MORTGAGEES AS PER ON FILE WITH THE COMPANY

108014 (08/12): ADDITIONAL COVERAGE - WILDFIRE EXTRA EXPENSE: LIMIT $100,000

| **TOTAL PROPERTY PREMIUM** | ▆▆▆▆▆ |
|---|---|

**LOSS PAYEES:**                                              **DESCRIPTION OF PROPERTY:**
CP1218 (10-12) - C. LOSS PAYABLE
LOSS PAYEES AS PER ON FILE WITH THE COMPANY - CP1218 10-12

RASMUSSEN EQUIPMENT COMPANY                              LEASED 2015 ALU SCREENING BUCKET
3333 WEST 2100 SOUTH
WEST VALLEY CITY, UT        84119-1197

# Commercial  Property

### RENEWAL  DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte                            NC 28210<br><div align="right">90249</div> | New Hampshire Insurance Company<br> (a capital stock company)<br>175 Water Street - 18th Floor.<br>New York                    NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE            CO 81435 | 01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>   FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

**LOSS PAYEES:**

CP1218 (10-12) - D. LENDER'S LOSS PAYABLE

U.S. BANK

PO BOX 487, 238 EAST COLORADO AVE

TELLURIDE, CO 81435

TERRORISM RISK INSURANCE ACT IS INCLUDED

**DESCRIPTION OF PROPERTY:**

GONDOLA PLAZA BUILDING #27

---

### FORMS AND ENDORSEMENTS

APPLYING TO COMMERCIAL PROPERTY COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:

| | | | | | |
|---|---|---|---|---|---|
| CP1218 (10-12) | 97100 (05-08) | 97081 (04/08) | 99079 (05-08) | 99021 (05-08) | CP1219 (06-07) |
| 109364(2/12) | 109365(2/12) | 109366(2/12) | 109367(11/11) | 109368(11/11) | 109370(11/11) |
| 110326 (07-12) | 110359 (07-12) | 100387(06-10) | 115191 (03-14) | 115197 (03-14) | 108014 (08-12) |
| MAN 070(11/14) | SOV | 117560 (06-14) | | | |

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

BY: _____

AUTHORIZED REPRESENTATIVE

# Commercial  General  Liability

## RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| **AmWINS Program** Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte              NC 28210<br>90249 | New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York              NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE              CO 81435 | 01-LX -011738646-5/000  01-LX -011738646-4<br>POLICY PERIOD<br>   FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

### LIMITS  OF  INSURANCE

| | | |
|---|---|---|
| GENERAL AGGREGATE | $  3,000,000 | |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE | $  1,000,000 | |
| PERSONAL INJURY & ADVERTISING INJURY | $  1,000,000 | |
| EACH OCCURRENCE | $  1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU | $   500,000 | ANY ONE PREMISES |
| MEDICAL EXPENSE | $  EXCLUDED | ANY ONE PERSON |

STATE-1

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**

LOC #  1: 565 MOUNTAIN VILLAGE BLVD      TELLURIDE CO 81435

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | PMS RATE | PDTS RATE |
|---|---|---|---|---|---|
| 1 | SKI LIFTS, TOWS OR RUNS<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 48252 | █████████ | | |
| 1 | RESTAURANTS - WITH SALES OF ALCOHOLIC BEVERAGES THAT ARE LESS<br>THAN 30% OF THE ANNUAL RECEIPTS OF THE RESTAURANT - WITH TABLE<br>SERVICE | 16910 | █████████ | | |
| 1 | REAL ESTATE PROPERTY MANAGED<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 47052 | █████████ | | |
| 1 | DAY CARE CENTERS - OTHER THAN NOT-FOR-PROFIT<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 41715 | █████████ | | |
| 1 | GOLF COURSES - MUNICIPAL OR PUBLIC - NOT GOLF OR COUNTRY CLUBS<br>PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | 44070 | █████████ | | |

# Commercial  General  Liability

## RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte            NC 28210<br>90249 | New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York            NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE            CO 81435 | 01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>   FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | PMS RATE | PDTS RATE |
|---|---|---|---|---|---|
| 1 | HOTELS AND MOTELS - WITH POOLS OR BEACHES - LESS THAN FOUR STORIES | 45190 | ███████ | | |
| | PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | |
| 1 | SPAS OR PERSONAL ENHANCEMENT FACILITIES | 18200 | ███████ | | |
| | PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | |
| 1 | HEALTH OR EXERCISE FACILITIES - COMMERCIALLY OPERATED | 44315 | ███████ | | |
| | PRODUCTS-COMPLETED OPERATIONS ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT | | | | |
| 1 | VENDING MACHINE OPERATIONS | 49619 | ███████ | | |

**LIQUOR LIABILITY**

| | | | | |
|---|---|---|---|---|
| AGGREGATE LIMIT: | $1,000,000 | | | |
| EACH COMMON CAUSE LIMIT: | $1,000,000 | | | |
| RESTAURANTS,TAVERNS,HOTEL | | 58161 | ███████ | |

## SEE FORM 117527 (06/14) COMPOSITE RATING PLAN PREMIUM ENDT

| | 09999 | GROSS SALES |
|---|---|---|

### ADDITIONAL INSURED(S)

| | |
|---|---|
| USERS OF GOLF MOBILES | PER FORM: CG2008 (04-13) |
| SUBARU OF AMERICA INC<br>2235 ROUTE 70 WEST<br>CHERRY HILL, NJ 08002 | PER FORM: CG2010 (04-13) |
| C. MERRITT "CHUCK" HORNING JR. | PER FORM: CG2026 (04-13) |

93837 (12/06)
CG DS 01 10 01

# Commercial  General  Liability

## RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte                NC 28210<br><div align="right">90249</div> | New Hampshire Insurance Company<br> (a capital stock company)<br>175 Water Street - 18th Floor.<br>New York                NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE              CO 81435 | 01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>   FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

**MANUSCRIPT FORMS:**

CG2404 (05-09) : WAIVER OF TRANSFER RIGHTS OF RECOVERY AGAINST OTHERS
           Name of Person or Organization: WHERE REQUIRED BY WRITTEN CONTRACT

CG2407 (01-96) : PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED
           Description of Premises and Operations:
           RESTAURANTS

CG2153 (01-96) : EXCLUSION - DESIGNATED ONGOING OPERATIONS

**Description of Designated Ongoing Operation(s):**
ALL OPERATIONS OF C. MERRITT HORNING JR; H&S INVESTMENTS, I LP; AND NEWPORT
FEDERAL EXCEPT THOSE OPERATIONS RELATED TO TSG SKI & GOLF LLC; FOOD &
BEVERAGE INCLUDING LIQUOR LIABILITY, THAT ARE OWNED & OPERATED BY THE
PEAK OWNERS ASSOCIATION, INC INSURED SEPARATELY.

**Specified Location (If Applicable):**

110353 (04/14): AGGREGATE DEDUCTIBLE LIABILITY INSURANCE: $25,000 PER EACH
OCCURRENCE - BODILY INJURY LIABILITY AND/OR PROPERTY DAMAGE LIABILITY
COMBINED (INCLUDING LIQUOR LIABILITY - PER COMMON CAUSE); $100,000 AGGREGATE
DEDUCTIBLE
61712 (08-07):  BLANKET ADDITIONAL INSURED - WHERE REQUIRED UNDER CONTRACT
OR AGREEMENT
110256 (03/12): COVERAGE D - SALON OR SPA PROFESSIONAL LIABILITY COVERAGE
ENDORSEMENT - EACH WRONGFUL ACT LIMIT $1,000,000
PROFESSIONAL SERVICES PERFORMED: ESTHETICIAN 1.5; MASSEUSE/MASSAGE
THERAPIST 1; BEAUTICIAN 2
DEDUCTIBLE: $25,000 EACH AND EVERY "WRONGFUL ACT"

# Commercial  General  Liability

## RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| **AmWINS Program Underwriters Inc**<br>4725 Piedmont Row Drive Suite 600<br>Charlotte                    NC 28210<br>                         90249 | New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York                    NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE                    CO 81435 | 01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>   FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

ABUSE AND MOLESTATION ENDORSEMENT
               Limits of Insurance:   $1,000,000   Each Incident Limit
                                 $1,000,000   Aggregate Limit

EMPLOYEE BENEFITS LIABILITY COVERAGE
   RETROACTIVE DATE   11-01-2001
   LIMIT OF LIABILITY
         $1,000,000 Each Wrongful Act Limit or series of continuous, repeated, or related
                  "wrongful acts"
         $1,000,000 Annual Aggregate
   DEDUCTIBLE
          $1,000 Each Wrongful Act Deductible or series of continuous, repeated, or
              related "wrongful acts"
   NUMBER OF EMPLOYEES
         200 Number of Employees of the Named Insured
       00-00-0000 Date of record for number of employees of the Named Insured
   ESTIMATED ANNUAL PREMIUM
        █████ Estimated Annual Premium

**MANUSCRIPT FORMS:**

CG2135 (10-01) : EXCLUSION - COVERAGE C - MEDICAL PAYMENTS
              DESCRIPTION AND LOCATION OF PREMISES:
              ALL ACTIVITIES, OPERATIONS AND LOCATIONS OF THE NAMED INSURED.

117526 (06-14) - BROAD FORM NAMED INSURED ENDORSEMENT

108538 (03-11) - LIMITED ADVICE OF CANCELLATION TO SCHEDULED ENTITIES

MAN 046 (09/14) - NEWLY ACQUIRED ORGANIZATIONS ENDORSEMENT

MAN 047 (09/14) - SUPPLEMENTARY PAYMENTS ENDORSEMENT

   TERRORISM RISK INSURANCE ACT IS INCLUDED                   $3,415

93837 (12/06)
CG DS 01 10 01                          Page   13 of   15

# Commercial General Liability

## RENEWAL DECLARATION

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte                NC 28210<br><br>90249 | New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York                NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE            CO 81435 | 01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>    FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

### GENERAL LIABILITY PREMIUM

---

## FORMS AND ENDORSEMENTS

APPLYING TO COMMERCIAL GENERAL LIABILITY COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:

| | | | | | |
|---|---|---|---|---|---|
| CG2135 (10-01) | IL0021 (09-08) | CG0001 (04-13) | CG2147 (12-07) | CG0033 (04-13) | IL0125 (11-13) |
| CG2008 (04-13) | CG2010 (04-13) | CG2026 (04-13) | CG2404 (05-09) | CG2407 (01-96) | CG2153 (01-96) |
| 78689 (07-03) | 65123 (04/96) | 51767 (04/02) | 58332 (08-07) | 69186 (08/07) | CG2106 (05-14) |
| CG2301 (04-13) | 61712 (08/07) | 62898 (07-12) | 65322 (08-07) | 64004 (07-12) | 110256 (3/12) |
| 117526 (06-14) | 102158 (08-14) | 102173 (05-10) | 102175 (05-10) | 82540 (07-12) | 102178 (04/14) |
| 110353 (04/14) | 108538 (03-11) | MAN 046(9/14) | MAN 047 (9-14) | 117527 (06/14) | |

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

BY: _____

AUTHORIZED REPRESENTATIVE

# Commercial Crime

## RENEWAL DECLARATION

| | |
|---|---|
| NAME AND ADDRESS OF PRODUCER<br><br>AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte            NC 28210<br>90249 | INSURANCE COMPANY<br>New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York            NY 10038 |
| NAME AND MAILING ADDRESS OF INSURED<br>TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE            CO 81435 | POLICY NUMBER            RENEWAL OF<br>01-LX -011738646-5/000  01-LX-011738646-4<br>POLICY PERIOD<br>  FROM: 11-01-17   TO: 11-01-18<br><br>At 12:01 A.M. standard time at the mailing address shown. |

## INSURING AGREEMENTS, LIMITS OF INSURANCE AND DEDUCTIBLES:

| INSURING AGREEMENTS | LIMIT OF INSURANCE<br>Per Occurrence | DEDUCTIBLE<br>Per Occurrence |
|---|---|---|
| 1. EMPLOYEE THEFT | $  1,000,000 | $  10,000 |
| 2. FORGERY OR ALTERATION | 500,000 | 10,000 |
| 3. INSIDE THE PREMISES - THEFT OF MONEY AND SECURITIES | 500,000 | 10,000 |
| 4. INSIDE THE PREMISES - ROBBERY OR SAFE BURGLARY OF OTHER PROPERTY | 500,000 | 10,000 |
| 5. OUTSIDE THE PREMISES | 500,000 | 10,000 |
| 6. COMPUTER AND FUNDS TRANSFER FRAUD | NOT COVERED | |
| 7. MONEY ORDERS AND COUNTERFEIT PAPER CURRENCY | NOT COVERED | |

IF "NOT COVERED" IS INSERTED ABOVE OPPOSITE ANY SPECIFIED INSURING AGREEMENT, SUCH INSURING AGREEMENT AND ANY OTHER
REFERENCE THERETO IN THIS POLICY IS DELETED.

| ADJUSTMENT PREMIUM | 1 |
|---|---|

| TOTAL CRIME PREMIUM | ▮▮▮▮▮ |
|---|---|

### FORMS AND ENDORSEMENTS
APPLYING TO COMMERCIAL CRIME COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:
CR0215 (10-10)   CR0021 (11-15)   CR0401 (08-13)

### CANCELLATION OF PRIOR INSURANCE
By acceptance of this policy you give us notice cancelling prior policy or bond No(s).
The cancellation to be effective at the time this policy becomes effective.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

BY: _____
AUTHORIZED REPRESENTATIVE

FORMS SCHEDULE

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte                    NC 28210<br>90249 | New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York                    NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE                    CO 81435 | 01-LX -011738646-5/000 01-LX-011738646-4<br>POLICY PERIOD<br>   FROM: 11-01-17    TO: 11-01-18<br><br>at 12:01 A.M. standard time at the mailing address shown. |

COMMON POLICY PACKAGE
89644 (06-13)      ECONOMIC SANCTIONS ENDORSEMENT
IL0017 (11-98)     COMMON POLICY CONDITIONS
IL0228 (09-07)     COLORADO CHANGES - CANCELLATION & NONRENEWAL
118477 (03-15)     POLICYHOLDER NOTICE TAXES ASSESSMENTS SURCHARGES

COMMERCIAL PROPERTY FORMS
CP1218 (10-12)     LOSS PAYABLE PROVISIONS
97100 (05-08)      COMMERCIAL PROPERTY CONDITIONS
97081 (04/08)      EQUIPMENT BREAKDOWN - OTHER CONDITIONS ENDORSEMENT
99079 (05-08)      EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA
99021 (05-08)      COLORADO CHANGES - CONCEALMENT, MISREPRESENTATION
CP1219 (06-07)     ADDITIONAL INSURED - BUILDING OWNER
109364(2/12)       SKI RESORT BUSINESS INCOME(& EXTRA EXPENSE) COV
109365(2/12)       SKI RESORT BUILDING & PERSONAL PROPERTY COV FORM
109366(2/12)       SKI RESORT CAUSE OF LOSS - SPECIAL FORM
109367(11/11)      SKI RESORT EARTH MOVEMENT COV ENDT SUB LIMIT FORM
109368(11/11)      SKI RESORT FLOOD COVERAGE ENDORSEMENT
109370(11/11)      SKI RESORT SUPPLEMENTAL DECLARATIONS
110326 (07-12)     ADDITIONAL COVERAGES FOR GOLF COURSES
110359 (07-12)     NON-OWNED GOLF CARTS COVERAGE ENDORSEMENT
100387(06-10)      FOOD CONTAMINATION AND COMMUNICABLE DISEASE COVERA
115191 (03-14)
115197 (03-14)
108014 (08-12)
MAN 070(11/14)
SOV
117560 (06-14)

COMMERCIAL GENERAL LIABILITY FORMS
CG2135 (10-01)     EXCLUSION-COVERAGE C-MEDICAL PAYMENTS
IL0021 (09-08)     NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
CG0001 (04-13)     COMMERCIAL GENERAL LIABILITY COVERAGE FORM (OCCUR)
CG2147 (12-07)     EMPLOYMENT-RELATED PRACTICES EXCLUSION
CG0033 (04-13)     LIQUOR LIABILITY COVERAGE FORM (OCCURRENCE)
IL0125 (11-13)     COLORADO CHANGES - CIVIL UNION
CG2008 (04-13)     ADDITIONAL INSURED - USERS OF GOLFMOBILES
CG2010 (04-13)     ADDITIONAL INSURED-OWNERS,LESSEES OR CONTRACTORS
CG2026 (04-13)     ADDITIONAL INSURED-DESIGNATED PERSON OR ORGANIZATN
CG2404 (05-09)     WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST

FORMS SCHEDULE

| NAME AND ADDRESS OF PRODUCER | INSURANCE COMPANY |
|---|---|
| AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte          NC 28210<br>90249 | New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York              NY 10038 |

| NAME AND MAILING ADDRESS OF INSURED | POLICY NUMBER                    RENEWAL OF |
|---|---|
| TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE              CO 81435 | 01-LX -011738646-5/000 01-LX-011738646-4<br>POLICY PERIOD<br>  FROM: 11-01-17   TO: 11-01-18<br>At 12:01 A.M. standard time at the mailing address shown. |

| | | |
|---|---|---|
| CG2407 | (01-96) | PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED |
| CG2153 | (01-96) | EXCLUSION-DESIGNATED ONGOING OPERATIONS |
| 78689 | (07-03) | FUNGUS EXCLUSION REVISED |
| 65123 | (04/96) | ABUSE AND MOLESTATION ENDORSEMENT - OCCURRENCE |
| 51767 | (04/02) | EMPLOYEE BENEFITS LIABILITY |
| 58332 | (08-07) | TOTAL LEAD EXCLUSION |
| 69186 | (08/07) | EXCLUSION FOR CONTINUING OR PROGRESSIVE ENDORSEMNT |
| CG2106 | (05-14) | EXCL-ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSN |
| CG2301 | (04-13) | EXCLUSION-REAL ESTATE AGENTS OR BROKERS ERRORS & |
| 61712 | (08/07) | ADDITIONAL INSURED-WHERE REQUIRED UNDER A CONTRACT |
| 62898 | (07-12) | RADIOACTIVE MATTER EXCLUSION |
| 65322 | (08-07) | SECURITIES AND FINANCIAL INTEREST EXCLUSION |
| 64004 | (07-12) | ERISA EXCLUSION |
| 110256 | (3/12) | COV D-SALON OR SPA PROF LIABILITY COV ENDT |
| 117526 | (06-14) | BROAD FORM NAMED INSURED ENDORSEMENT |
| 102158 | (08-14) | CRISIS RESPONSE COVG ENDT (WITH ACTS OF NATURE) |
| 102173 | (05-10) | AMENDMENT TO BI DEFINITION ENDORSEMENT |
| 102175 | (05-10) | EXCEPTION TO POLLUTION EXCLUSION |
| 82540 | (07-12) | ASBESTOS AND SILICA EXCLUSION ENDORSEMENT |
| 102178 | (04/14) | |
| 110353 | (04/14) | |
| 108538 | (03-11) | |
| MAN 046 | (9/14) | |
| MAN 047 | (9-14) | |
| 117527 | (06/14) | |

COMMERCIAL CRIME FORMS
| | | |
|---|---|---|
| CR0215 | (10-10) | COLORADO CHANGES |
| CR0021 | (11-15) | COMMERCIAL CRIME COVERAGE FORM (LOSS SUSTAINED) |
| CR0401 | (08-13) | CLIENTS' PROPERTY |

# Common Policy Declarations

## EXTENDED NAMED INSURED

| | |
|---|---|
| NAME AND ADDRESS OF PRODUCER<br><br>AmWINS Program Underwriters Inc<br>4725 Piedmont Row Drive Suite 600<br>Charlotte          NC 28210<br>                   90249 | INSURANCE COMPANY<br>New Hampshire Insurance Company<br>(a capital stock company)<br>175 Water Street - 18th Floor.<br>New York          NY 10038 |
| NAME AND MAILING ADDRESS OF INSURED<br>TSG COMPANY LLC<br>SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE          CO 81435 | POLICY NUMBER          RENEWAL OF<br>01-LX -011738646-5/000 01-LX-011738646-4<br>POLICY PERIOD<br>    FROM: 11-01-17    TO: 11-01-18<br><br>at 12:01 A.M. standard time at the mailing address shown. |

```
TSG COMPANY LLC
TSG ASSET HOLDINGS LLC
TSG MANAGEMENT LLC
TSG SKI & GOLF LLC
TSG GONDOLA LLC
TELSKI FOOD & BEVERAGE SERVICES LLC
TELSKI TRADEMARKS LLC
MEADOWS RUN LP
TELLURIDE HOLDINGS LLC
TSG SKI & GOLF LLC 401 (K) PLAN
SEE FOREVER DEVELOPMENT LLC
H & S INVESTMENTS I LP
NEWPORT FEDERAL
INN AT LOST CREEK HOA
TELLURIDE CONFERENCE CENTER, LLC
TELLURIDE CONCIERGE, LLC
PEAKS HOTEL LLC
PEAKS OWNER'S ASSOCIATION INC, AS RESPECTS THE MANAGEMENT OPERATIONS OF THE
PEAKS HOTEL BY TSG COMPANY LLC
SEE FOREVER VILLAGE AT THE PEAKS (HOA)
SEE FOREVER VILLAGE OWNERS ASSOCIATION INC
RICO HOTEL LLC
TELLURIDE RESORT & SPA
```

| | | |
|---|---|---|
| 11-13-17 | Page    1 of    1 | SIGNATURE OF AUTHORIZED REPRESENTATIVE |

**TSG Company, LLC**
**STATEMENT OF VALUES**

## TSG Company, LLC (Telluride)
11/1/2017 to 11/1/2018

|  |  | Values |
|---|---|---|
| Non sprinklered Buildings & Contents |  | 17,621,998 |
| Sprinklered Buildings & Contents |  | 207,485,500 |
| Fixed Snowmaking |  | 7,125,700 |
| Lifts |  | 45,060,000 |
| Mobile Equipment |  | 5,846,453 |
| Miscellaneous Equipment |  | 3,725,000 |
| Tee to Green Limit | See form #110326 |  |
| Golf Course & Rented Equipment, Other |  | 2,375,000 |
| EDP |  | 3,050,000 |
| Food Borne Illness | See Form #100387 |  |
|  |  |  |
| REAL AND PERSONAL PROPERTY |  | 292,289,651 |
| BUSINESS INTERRUPTION LIMIT |  | 20,301,987 |
| CONTINGENT BUSINESS INTERRUPTION | | 2,500,000 |
| ($500,000 Gondola, $2,000,000 Property Management) | | |
| TOTAL INSURABLE VALUES | | 315,091,638 |

All values submitted are correct to the best of my knowledge and belief:

_____
(Signed)

_____
(Title)

_____
(Date)

|  |
|---|
| 306,549,128 |

TSG Company, LLC
Statement of Values

V TSG Company, LLC FINAL EOV 17-18
11/10/2017 1:45 PM
BUILDING AND CONTENTS

| Building Number | Building Information | Subject of Insurance | 100% Replacement Values Non Sprinklered | Sprinklered | Total Area | Cost per Square Ft. | Previous Value | Changes |
|---|---|---|---|---|---|---|---|---|
| 1 | Camels Garden Condo's - Tickets & Rental  205 West Colorado (ski)  CONST: Steel Frame  Sprinklered  YEAR BUILT: 1979  STORIES: 5 | 1 & B  Contents | | $ 275,000  $ 10,000 | 1,000 | $275 | | |
| 2 | Telluride Ski Mountain Gorrono Restaurant  CONST: Wood Frame  Sprinklered  YEAR BUILT: 1979  STORIES: 3 | Buildings  Contents | | $ 4,500,000  $ 750,000 | 11,800 | $381 | | |
| 3 | The Deck Building @ Gorrono (Rental Ski Shop)  CONST: Wood Frame  YEAR BUILT: 1983  STORIES: 1 | Buildings  Contents | $ 100,000  $ 15,000 | | 392 | $255 | | |
| 4 | Gorrono Saloon (incl Antique Bar & Backdrop)  CONST: Wood Frame  YEAR BUILT: 1977  STORIES: 1 | Buildings  Contents | $ 250,000  $ 55,408 | | 354 | $451 | | |
| 5 | Telluride Vehicle Maintenance  CONST: Steel Frame  YEAR BUILT: 1977-1983  STORIES: 1 | Buildings  Contents | $ 1,395,000  $ 300,000 | | 4,200 | $331 | | |
| 6 | Gulseppe's Restaurant - Top Lift #9  CONST: Wood Frame  YEAR BUILT: 1984  STORIES: 1 | Buildings  Contents | $ 250,000  $ 20,000 | | 525 | $476 | | |
| 7 | Base Finish Building - Village Core  CONST: Wood Frame  YEAR BUILT: 1983  STORIES: 1 | Buildings  Contents | $ 125,000  $ 5,000 | | 852 | $193 | | |
| 8 | Coonskin Base Ticket Office/Employee Room  350 Mountain Village Blvd M  CONST: Wood Frame  YEAR BUILT: 1981  STORIES: 1 | 1 & 3  Contents | $ 800,000  $ 125,000 | | 3,000 | $267 | | |
| 9 | Columbia Place - Unit B (Accounting)  100 Mountain Village Blvd M  CONST: Wood Frame  Sprinklered  YEAR BUILT: 1987  STORIES: 4 | I&B  Contents | | $ 1,000,000  $ 850,000 | 4,000 | | | |
| 10 | Summer Trail Crew Trailer #CT5412  CONST: Wood Frame  YEAR BUILT: 1978  STORIES: 1 | Buildings  Contents | $ 30,000  $ 22,000 | | 240 | $125 | | |
| 11 | Restrooms - Top Lift #9  CONST: Wood Frame  YEAR BUILT: 1985  STORIES: 1 | Buildings | $ 350,000 | | 672 | $521 | | |
| 12 | Ski Patrol Headquarters - Top Lift #9 (Top of the World)  CONST: Wood Frame  YEAR BUILT: 1972  STORIES: 1 | Buildings  Contents | $ 200,000  $ 30,000 | | 800 | $250 | | |
| 13 | Coonskin Base Rental Shop  350 Mountain Village Blvd M  CONST: Wood Frame  YEAR BUILT: 1977  STORIES: 1 | I&B  Contents | $ 300,000  $ - | | 2,600 | $115 | | |
| 14 | Snowmaking Warming Building - Top Lift #4  CONST: Wood Frame  YEAR BUILT: 1977  STORIES: 1 | Buildings  Contents | $ 15,500  $ - | | 192 | $81 | | |
| 15 | Pandora Bldg - Lift Maintenance Utility Bldg - Top Lift #4  CONST: Wood Frame  YEAR BUILT: 1978  STORIES: 1 | Buildings  Contents | $ 24,000  $ - | | 298 | $80 | | |
| 16 | Hole #10 Barn (log) - Golf Course  CONST: Log  YEAR BUILT: 1990  STORIES: 1 | Buildings | $ 63,000 | | 760 | $81 | | |
| 17 | Metal Maintenance Barn (Golf Course)  CONST: Cinder block, wire set metal - pole barn type  YEAR BUILT: 1990  STORIES: 2 | Buildings  Contents | $ 1,500,000  $ 900,000 | | 5,000 | $300 | | |
| 18 | Golf Clubhouse & Pro Shop - The Peaks Hotel  CONST: Steel Frame  PROT: 8  Sprinklered  YEAR BUILT: 1990  STORIES: 5 | I&B  Contents | | $ 2,500,000  $ 375,000 | 9,400 | $265 | | |
| 19 | Lift Operations Building - Top of Lift #7 (Uranus)  CONST: Wood Frame  YEAR BUILT: 1996  STORIES: 1 | Buildings  Contents | $ 75,000  $ 25,000 | | 300 | $250 | | |
| 20 | Driving Range Building  CONST: Wood Frame  YEAR BUILT: 1990  STORIES: 1 | Buildings  Contents | $ 300,000  $ - | | 1,408 | $213 | | |

**TSG Company, LLC**
**Statement of Values**

| Building Number | Building Information | Subject of Insurance | 100% Replacement Values Non Sprinklered | Sprinklered | Total Area | Cost per Square Ft. | Previous Value | Changes |
|---|---|---|---|---|---|---|---|---|
| 21 | Tire Plaza Building - Units 12, 11, 12, 13, 14, 104 & 201 CONST: Steel Frame    PROT: 6 YEAR BUILT: 1995    STORIES: 3 | Sprinklered | Buildings 319 Mountain Village (5 of 6) | $ 5,850,000 | 22,932 | $240 | | |
| | | | Contents | $ 1,500,000 | | | | |
| 22 | Golf Course Halfway House CONST:50% Masonry 50% Wood Frame YEAR BUILT: 1993    STORIES: 1 | | Buildings | $ 175,000 | 500 | $350 | | |
| | | | Contents | $ 25,000 | | | | |
| 23 | Golf Course Rain Shelters (2 - Holes #7 & #14) CONST: Wood YEAR BUILT: 1990's    STORIES: 1 | | Buildings | $ 200,000 | 800 | $250 | | |
| 24 | Mountain Operations Building CONST:Steel Frame    PROT: 6 YEAR BUILT: 1994    STORIES: 2 | | Buildings | $ 1,250,000 | 4,960 | $250 | | |
| | | | Contents | $ 75,000 | | | | |
| 25 | Warehouse Inventory (Mountain Operations Building) CONST: YEAR BUILT: | | Inventory | $ 50,000 | | | | |
| 26 | Big Bikes Complex (restaurant) CONST: Steel Frame YEAR BUILT: 1995    STORIES: 6 | Sprinklered | Buildings | $ 1,500,000 | 70,567 | | | |
| | | | Contents | $ 200,000 | | | | |
| 27 | Gondola Plaza Building (Ski School & Ticket Office) CONST:Steel Frame YEAR BUILT: 1993 | Sprinklered | Buildings #2 Mountain Village (1 of 2) | $ 7,000,000 | 27,500 | $255 | | |
| | | | Contents | $ 300,000 | | | | |
| 28 | Snowmaking Storage Building @ Mtn Ops CONST: Heavy Timber YEAR BUILT: 1975    STORIES: 1 | | Buildings | $ 200,000 | 810 | $247 | | |
| | | | Contents | $ 80,000 | | | | |
| 29 | Lift Maintenance Building CONST: Steel Frame YEAR BUILT: 1998    STORIES: 2 | | Buildings | $ 1,250,000 | 5,000 | $250 | | |
| | | | Contents | $ 250,000 | | | | |
| 30 | Golf Course Restrooms (between Holes #18 & #17) CONST: Wood Frame YEAR BUILT: 1995    STORIES: 1 | | Buildings | $ 100,000 | 400 | $250 | | |
| | | | Contents | $ - | | | | |
| 31 | Lift #7 Patrol Hut (Dispatch - Middle Earth) CONST: Wood Frame YEAR BUILT: 1995    STORIES: 1 | | Buildings | $ 50,000 | 200 | $250 | | |
| | | | Contents | $ 15,000 | | | | |
| 32 | Columbia Place - Unit A - Pizza Chalet CONST: Wood Frame YEAR BUILT: 1987    STORIES: 4 | Sprinklered | I&B | $ 500,000 | | | | |
| | | | Contents | $ 400,000 | | | | |
| 33 | Franz Klammer Lodge Unit #10 Gibson-style CONST: Steel Frame YEAR BUILT: 1993    STORIES: 4 | Sprinklered | I&B | $ 200,000 | 2,000 | | | |
| 34 | Alfred's Restaurant CONST: Log Construction    PROT: 6 | Sprinklered | I & B | $ 5,000,000 | 10,527 | $0 | | |
| | YEAR BUILT: 2003    STORIES: 1 | | Contents | $ 1,000,000 | | | | |
| | | | Inventory | $ 900,000 | | | | |
| 35 | High Camp St (Prospect Ridge (F&B and Ski Patrol) CONST: Wood Frame YEAR BUILT: 2004    STORIES: 1 | | Buildings | $ 550,000 | 2,000 | $275 | | |
| | | | Contents | $ 25,000 | | | | |
| 36 | Restrooms Prospect Ridge CONST:Wood Frame YEAR BUILT: 2001    STORIES: 2 | | Buildings | $ 150,000 | 600 | $250 | | |
| 37 | Storage Containers (5) @ top of Competition Hill | | Buildings | $ 20,000 | | | | |
| | | | Contents | $ 100,000 | | | | |
| 38 | Palmyra - HOA CONST: Steel Frame YEAR BUILT: 1993    STORIES: 6 | 555 Mountain Village (4 of 4) | Contents Unit A | $ 25,000 | 2,464 | | | |
| | | | Contents Unit B | $ 25,000 | 4,270 | | | |
| | | | Contents Unit 24 | $ 100,000 | 7,321 | | | |
| | | | Contents Penthouse | $ 25,000 | 5,385 | | | |
| | | | Contents Parking Sp | $ 25,000 | 155 | | | |
| 39 | Plaza Bldg - Unit 100, 101A, 101D, 102 - HOA CONST: Steel Frame YEAR BUILT: 1995 | 560 Mountain Village (6 of 6) | Contents | $ 200,000 | 3,480 | | | |
| 40 | Franz Klammer Lodge - HOA CONST: Steel Frame YEAR BUILT: 1995    STORIES: 4 | 567 Mountain Village (2 of 4) | Contents Unit 104 & 102 | $ 25,000 | 5,706 | | | |
| | | | Contents Unit 103 | $ 5,000 | 77 | | | |
| | | | Contents Unit 104 | $ 5,000 | 178 | | | |
| | | | Contents Unit 105 | $ 10,000 | 580 | | | |
| | | | Contents Unit 107 | $ 25,000 | 3,578 | | | |
| | | | Contents Unit 108 | $ 25,000 | 505 | | | |
| | | | Contents Unit 110 | $ 25,000 | 974 | | | |

**TSG Company, LLC**
**Statement of Values**

| Building Number | Building Information | Subject of Insurance | 100% Replacement Values Non Sprinklered | Sprinklered | Total Area | Cost per Square Ft | Previous Value | Changes |
|---|---|---|---|---|---|---|---|---|
| 41 | Eckley House - Alpine Vino<br>CONST: Steel / Stone Frame<br>YEAR BUILT: 1995   STORIES: 3 | Building<br>Contents | $  1,000,000<br>$     150,000 | | 1,900 | $528 | | |
| 42 | Toorak House<br>CONST: Wood & Stone<br>YEAR BUILT: 1997   STORIES: 4 | Building<br>Contents | $  2,500,000<br>$     150,000 | | 4,800 | $521 | | |
| 43 | Ray's House<br>117 Adams Way<br>Mountain Village, CO<br>Const: Wood Frame<br>Year Built: 2001   STORIES: 2 | Building<br>Contents | | $  2,300,000<br>$     300,000 | 3,400 | $676 | | |
| 44 | NASTAR Lower Race Shack<br>Chair 4<br>Const: Wood Frame<br>Year Built: 2001 | Building<br>Contents | | $     25,000<br>$       2,500 | 100 | $250 | | added 11/1/11 |
| 45 | NASTAR Upper Race Shack<br>Chair 4<br>Const: Wood Frame<br>Year Built: 2001 | Building<br>Contents | | $     30,000<br>$       2,500 | 100 | $300 | | added 11/1/11 |
| 46 | Ski Valet Yurt | Building<br>Contents | $     12,000<br>$     30,000 | | | | | added 11/1/12 |
| 47 | Top of 5 Restrooms & Deck<br>Chair 5 Top<br>Const: Steel/Stone frame<br>Year Built: 2012 | Building<br>Contents | | $     300,000<br>$       30,000 | 800 | $375 | | added 9/26/12 |
| 48 | Top of 5 Storage Building<br>Chair 5 Top<br>Const: Steel/Stone Frame<br>Year Built: 2012 | Building<br>Contents | $     25,000<br>$       5,000 | | | | | added 9/5/13 |
| 49 | Inn at Lost Creek<br>119 Lost Creek Lane, Mountain Village CO 81435<br>Constr: Frame, Steel & Concrete<br>Year Built: 1998   STORIES: 7 | Building<br>Contents | | $  20,000,000<br>$    2,000,000 | 35,333 | $566 | | Purchase April 2013 |
| 50 | Franz Klammer Lodge, Unit 6, Phase II<br>Const: Steel Frame   STORIES: 4<br>Year Built: 1993 | I & B | | $     200,000 | 715 | $280 | | Add 1/20/14 |
| 51 | Top of Chair 10 Comfort Station<br>Yurts (2)<br>Year Built: 2013 | Building | $     260,000 | | | | | |
| 52 | Peaks Hotel<br>136 Country Club Drive, Mountain Village, CO  81435<br>Constr: Structural steel on a reinforced concrete foundation<br>Year Built: 1992<br>7 floors above Lobby Level / 5 floors below<br>Hotel Units: 177 total<br>Elevators: 6 passenger and 5 service<br>Fire Safety: Public areas and guestrooms fully sprinklered<br>Smoke detectors in public areas and guestrooms are hard-wired. | Building<br>Contents | | $125,000,000<br>$    5,000,000 | 357,500 | $350 | | Purchase 7/23/15 |
| 53 | Rico Hote<br>124 S. Glasgow Ave, Rico, CO  81332<br>Constr: Wood, Stone and Other, Metal to Roof<br>Year Built:  1926<br>2 floors above mean level, cellar<br>Hotel Units: 18 Rooms; 10 Full Baths | Building<br>Contents | $  2,000,000<br>$     100,000 | | 9,753 | $205 | | Purchase 9/9/15 |
| 54 | 1 Creative Place<br>1 Creative Place  Montrose, CO 81401<br>Constr: Metal Frame Construction<br>Year Built: 1998<br>Rental Revenue approx $125's per year | Building | | $  55,000,000<br>$    1,000,000 | 98,971 | $51 | | Purchase 9/21/15<br>Asset Holdings |
| 55 | Peaks Penthouse 830-832<br>136 Country Club Drive  PH17, Telluride, CO  81435<br>Constr: Structural steel on a reinforced concrete foundation<br>Year Built: 1992 | Building<br>Contents | | $  1,800,000<br>$     680,000 | 2,363 | $762 | | Purchase 11/23/15<br>Asset Holdings |
| 56 | Peaks Penthouse 728<br>136 Country Club Drive  PH17, Telluride, CO  81435<br>Constr: Structural steel on a reinforced concrete foundation<br>Year Built: 1992 | Building<br>Contents | | $  1,000,000<br>$     237,500 | 1,305 | $766 | | Purchase 12/14/15<br>Asset Holdings |
| 56 | Prospect Plaza<br>313 Adams Ranch Road #2-23, #2-2C and #B-1, MV, CO  81435<br>Sprinkler - 2 systems:  1 for garage and 1 for above ground<br>Constr: Wood Frame, 4 level's plus underground garage<br>Year Built: 1928 | Building<br>Contents | | $  1,000,000<br>$     500,000 | 3,914 | $256 | | Purchase 5/19/16<br>TSG SV & Golf |
| 57 | Westermere<br>622 Mountain Village Blvd #100, Mountain Village, CO  81435<br>Constr: Metal Frame, 4 levels plus underground garage<br>Year Built: 1991 | Building<br>Contents | | $     550,000<br>$     250,000 | 920 | $600 | | Purchase 6/15/16<br>TSG SV & Golf |
| 58 | Lawson Hill Condo<br>305 Society Drive, #C5  Telluride, CO  81435<br>Constr:  Meza Wood Frame, Single Floor unit in 3 level building<br>Year Built: 2001 | Building<br>Contents | | $     350,000<br>$       75,000 | 555 | $631 | | Purchase 12/1/16<br>TSG SV & Golf |
| 58 | Telluride Apartments<br>305 Adams Ranch Road, Mountain Village, CO  81435<br>Constr:  Wood Platform Frame, 3 levels, no elevator<br>Year Built: 1990 | Building<br>Contents | | $  5,000,000 | 25,765 | $194 | | Purchase 3/2/17<br>TSG SV & Golf |
| 59 | Heritage Crossing Locker Room<br>675 Mountain Village Blvd, Mountain Village, CO  81435<br>Constr:  Meza Wood Frame, Bottom floor unit in multi level  building<br>Year Built: 2002 | Building<br>Contents | | $  1,500,000<br>$     200,000 | 2,966 | $506 | | Purchase 7/14/17<br>TSG SV & Golf |
| | | **Total Values** | $   17,921,996 | $  207,415,500 | | | | |

4

**TSG Company, LLC**
**FIXED SNOWMAKING**

tr:TSG Company, LLC FINAL SOV 17-18
11/10/2017 1:48 PM
FIXED SNOWMAKING

| Item # | Description | Valuation | Value | Previous Value | Modifications | Fixed Asset ID |
|---|---|---|---|---|---|---|
| 1 | Snowmaking Equipment - wet well pump houses & contents, compressor house & contents underground piping & hydrants | Replacement Cost | 2,750,000 | | | |
| 2 | Misty Pumphouse Pumps | Replacement cost | 286,000 | | | |
| 3 | Lower Misty Infrastructure | Replacement cost | 44,700 | | | |
| 4 | Oak Street Pumphhouse, Pump & Pipelines | Replacement cost | 150,000 | | | |
| 5 | Butterfly Snowmaking | Replacement cost | 600,000 | | New 9/1/14 | |
| 6 | Village By-Pass Snowmaking | Replacement cost | 600,000 | | New 9/1/14 | |
| 7 | 20 Snowlogic Towers | Replacement cost | 150,000 | | New 11/1/14 | |
| 8 | Prospect Fit / Meadows Gravity / Village By Pass | Replacement cost | 1,000,000 | | New 11/1/14 | |
| 9 | Boomerang | Replacement cost | 1,000,000 | | New 11/1/16 | |
| 10 | 2016 Additions | Replacement cost | 350,000 | | New 11/1/16 | |
| 11 | (20) Snow Logic Snowguns | | 100,000 | | New 11/1/17 | 1885 |
| 12 | (10) Viper Snowguns | | 50,000 | | New 11/1/17 | 1886 |
| 13 | SM Compressor Booster Pump | | 45,000 | | New 11/1/17 | 1765 |
| | | Total | 7,125,700 | | | |

**TSG Company, LLC**
**LIFTS**

| LIFT # | Description | Valuation | Value | Previous Value | Modifications |
|---|---|---|---|---|---|
| 1 | Gondola - Lift #1 | Replacement Cost | 3,250,000 | 2,800,000 | Updated Sept 2015 |
| 2 | Surface Lift - Lift #2 (Thrill Hill & competition Hill) | Replacement Cost | 2,000,000 | 182,000 | |
| 3 | 1999 Doppelmayer High Speed Quad - Lift #4 | Replacement Cost | 4,000,000 | 3,640,000 | |
| 4 | 1999 Doppelmayer High Speed Quad - Lift #5 | Replacement Cost | 4,000,000 | 3,640,000 | |
| 5 | 1999 CTEC Triple - Lift #6 | Replacement Cost | 1,200,000 | 962,000 | |
| 6 | Coonskin Double - Lift #7 | Replacement Cost | 1,300,000 | 1,300,000 | |
| 7 | Double Chair - Lift #8 | Replacement Cost | 900,000 | 884,000 | |
| 8 | Triple Chair - Lift #9 | Replacement Cost | 5,500,000 | 5,200,000 | |
| 9 | 1986 Doppelmayer Quad - Lift #10 | Replacement Cost | 8,000,000 | 7,800,000 | |
| 10 | Magic Carpet #3 | Replacement Cost | 150,000 | 83,200 | |
| 11 | Doppelmayer High speed Quad - Ute Park #11 | Replacement Cost | 3,250,000 | 2,800,000 | |
| 12 | Doppelmayer High Speed Quad - Prospect Basin #12 | Replacement Cost | 3,800,000 | 3,640,000 | |
| 13 | Doppelmayer Surface Fixed Grip Platter - Lynx Lift #13 | Replacement Cost | 110,000 | 104,000 | |
| 14 | Doppelmayer High Speed Quad - Gold Hill #14 | Replacement Cost | 3,800,000 | 3,640,000 | |
| 15 | Learning Center Lift - Magic Carpet - #15 | Replacement Cost | 1,000,000 | 88,400 | |
| 16 | Revelation Bowl Lift #16 | Replacement Cost | 2,800,000 | 2,392,000 | |
| | | TOTAL  $ | 45,060,000 | | |

**TSG Company, LLC**
**MOBILE EQUIPMENT**

| Item # | Year | Description | Serial # | Valuation | Value | Previous Value | Modifications | VIN UNIT # | Fixed Asset ID |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | (7) SMI Silent Storms @ $22,950 each | | Actual Cash Value | 160,650 | | | | |
| 2 | 1999 | John Deere 550H Bulldozer | T0550HX878015 | Actual Cash Value | 100,000 | | | 4016 | No ID |
| 3 | | Kasshofner Parts | | Actual Cash Value | 90,000 | | Per est inventory | | |
| 4 | 2004 | Zarg Pipe Cutter | T037-82-150 | Actual Cash Value | 60,000 | | | 4150 | No ID |
| 5 | | Hoist | | Actual Cash Value | 20,000 | | | | |
| 6 | | 3 diesel generators ( leased from Aggreko LLC) | | Actual Cash Value | 176,000 | | | | |
| 7 | | Leased Compressors 8 @ $184 600 | | Actual Cash Value | 1,476,000 | | Add 1 1/1/17 Delete 2/28/18 | | |
| 8 | 2001 | John Deere Backhoe 410G 4X4 | T04*0GX896855 | Actual Cash Value | 50,000 | | | 4365 | 1249 |
| 9 | 2004 | Mobile Stage & Stage Trailer (Make = MAP) | 1A9BS2-2743542040 | Actual Cash Value | 75,000 | | | N/A | 392 |
| 10 | ? | Skytrak Forklift - 4X4 | P939P5279 | Actual Cash Value | 35,000 | | | 4279 | 1000 |
| 11 | 2006 | PAI TL Trailer | 5S8US1622650OC562 | Actual Cash Value | 10,000 | | | 4562 | 1001 |
| 12 | 1994 | Pacific Firewagon - Wajex (4590) | VIN 2390 | Actual Cash Value | 3,000 | | | 2390 | No ID |
| 13 | 2013 | PJ Car Trailer | 4P5C22102XD1190748 | Actual Cash Value | 10,000 | | | 4748 | |
| 14 | 2013 | John Deere Mini Excavator | 1FFC27CXACG267815 | Actual Cash Value | 20,000 | | | | 1634 |
| | | SNOWCATS | | | | | | | |
| 15 | 2005 | #889 Park Edge | WKU5623MA6L010889 | Actual Cash Value | 290,000 | | | 1889 | 711 |
| 16 | 2006 | Piston Bully Edge | WKU5623M6L010995 | Actual Cash Value | 297,608 | | Regate ser # 0512220164 mach gpo-44 | 1995 | 495 |
| 17 | 2006 | Piston Bully W Wheel | WKU5625MMC012865 | Actual Cash Value | 271,606 | | | 1895 | 492 |
| 18 | 2008 | Prinoth GR350 Groomer | 8060*0362 | Actual Cash Value | 300,000 | | | 1862 | 612 |
| 19 | 2011 | 851 Piston Bully 400 | WKU5824CQAL010290 | Actual Cash Value | 224,424 | | | 1299 | 651 |
| 20 | 2013 | 1172 PB 400 Park Snowcat | WKU5824CQC_010847 | Actual Cash Value | 240,167 | | | 1847 | 1172 |
| 21 | 2014 | Kassbohrer PB 400 | WKU5826VASQL011998 | Actual Cash Value | 260,000 | | | 1098 | 1648 |
| 22 | 2014 | Kassbohrer PB 600W | WKU5826XAGL011842 | Actual Cash Value | 366,000 | | | 6842 | 1338 |
| 23 | 2015 | Kassbohrer PB 400 | WKU5826CQGL011169 | Actual Cash Value | 300,000 | | | 1169 | 1377 |
| 24 | 2015 | Kassbohrer PB 400 | WKU5824CQGL011188 | Actual Cash Value | 300,000 | | | 1188 | 1376 |
| 25 | 2017 | Kassbohrer PB 400 | WKU5824VAGL012352 | Actual Cash Value | 300,000 | | | 1252 | 1725 |
| 26 | 2017 | Kassbohrer PB 400 | WKU5626VAGLC12353 | Actual Cash Value | 300,000 | | | 1253 | 1724 |
| 27 | 2017 | Kassbohrer PB 400 | WKU5624CQGL011833 | Actual Cash Value | 300,000 | | | 1253 | 1723 |
| | | **Total Moveable Equipment** | | | 5,846,453 | | | | |

**TSG Company, LLC**
**MISCELLANEOUS EQUIPMENT**

| Item # | Description | Serial # | Valuation | Value | Previous Value | Modifications | VM UNIT # | Fixed Asset ID |
|---|---|---|---|---|---|---|---|---|
| 1 | Radios - and repeaters, bases, antenna & towers | | Actual Cash Value | 125,000 | | | | Various |
| 2 | Mechanics/Employees Tools | | Actual Cash Value | 250,000 | | | | Various |
| 3 | Snowmaking Hoses, Guns & Towers | | Actual Cash Value | 1,500,000 | | | | Various |
| 4 | (45) snowmobiles | | Actual Cash Value | 575,000 | | | | Various |
| 5 | Hydro Mulcher | | Actual Cash Value | 35,000 | | | | No ID |
| 6 | ODS Radio Inventory | | Actual Cash Value | 200,000 | | | | Various |
| 7 | 2005 (2) Fan Guns | | Actual Cash Value | 49,000 | | | | 567 |
| 8 | (27) Time Clocks (Kronos) | | Actual Cash Value | 138,000 | | | | 479, 1052, 1536, 1559 |
| 9 | 2008 Suzuki LT - AA550XK8G King Quad 4X4 | 5SAA,42A787117738 | Actual Cash Value | 6,500 | | | 5738 | 744 |
| 10 | 2008 Suzuki LT - AA550XK8G King Quad 4X4 | 5SAA,42A087109508 | Actual Cash Value | 6,500 | | | 5508 | 745 |
| 11 | #122 1984 Reform Multikocal 600 | VIN 215.662.*122 | Actual Cash Value | 5,000 | | | 4122 | No ID |
| 12 | #131 *o d* Finn B-60 (straw blower) | VIN 34-1131 | Actual Cash Value | 1,000 | | | 4131 | No ID |
| 13 | 659 2007 Caterpillar 242B (skid steer) | V.N BXM00659 | Actual Cash Value | 25,000 | | | | 643 |
| 14 | (10) Honda Snowblowers ** | | Actual Cash Value | 25,000 | | | | See Below |
| 15 | Umbrella at Tomboy | | Actual Cash Value | 105,000 | | | | 821 |
| 16 | Umbrella at Don Vivant | | Actual Cash Value | 105,000 | | | | 1072 |
| 17 | 2 Gondola Cabins | | Replacement Cost | 10,000 | | | | |
| 18 | Snowmaking Crane | | Replacement Cost | 18,000 | | | | 1250 |
| 19 | 2013 Yamaha Grizzley 4X4 | 5Y4AJ35Y1DA101729 | Replacement Cost | 7,000 | | | 5729 | 1174 |
| 20 | 2013 Yamaha Grizzley 4X4 | 5Y4AJ35Y3DA101828 | Replacement Cost | 7,000 | | | 5828 | 1175 |
| 21 | Honda Ranther ATV AT TRX420 (red) | 1-FTE2700D4402623 | Replacement Cost | 8,000 | | | | 1227 |
| 22 | Honda Ranther ATV AT TRX420 (green) | 1-FTE2700D4402447 | Replacement Cost | 8,000 | | | | 1228 |
| 23 | Honda Forman ATV EX TRS500EFO (camo) | 1-FTE2858D4402621 | Replacement Cost | 7,000 | | | | 1229 |
| 24 | Honda Forman ATV EX TRS500EFO (camo) | 1-FTE2858D4402825 | Replacement Cost | 7,000 | | | | 1230 |
| 25 | KTM ATV 600EXE Motorcycle (white) | VB4EX9P402EM490554 | Replacement Cost | 10,000 | | | | 1251 |
| 26 | KTM ATV 500EXE Motorcycle (white) | VB4EX9P405EM499448 | Replacement Cost | 10,000 | | | | 1252 |
| 27 | 2015 Echo Trailer - Back ST175/80 D13 | 5*5BA1525F1042311 | Replacement Cost | 10,000 | | | | 1521 |
| 28 | 2014 Yamaha Side by Side | 5Y4AX46YAEA102382 | Replacement Cost | 12,000 | | | | 1727 |
| 29 | 2014 Yamaha Side by Side | 5Y4AX46Y9EA100767 | Replacement Cost | 12,000 | | | | 1626 |
| 30 | 2015 Yamaha Side by Side | 5Y4AX46Y2FA100652 | Replacement Cost | 12,000 | | | | 1627 |
| 31 | 2015 Yamaha Side by Side | 5Y4AX46Y1FA104*63 | Replacement Cost | 12,000 | | | | 1627 |
| 32 | Misc Spa Equipment | | Replacement Cost | 300,000 | | | | Various |
| 33 | VW Generator - 8k Pkup DCA-70USI | 830C178 | Replacement Cost | 175,000 | | | | 1157 |
| 34 | 1* Generator Kohler NG 180KE7KN | | Replacement Cost | 125,000 | | | | 1739 |
| 35 | Top of 15 Radio Generator | | Replacement Cost | 7,000 | | | | 1742 |
| | **Total Miscellaneous** | | **Total** | **3,725,000** | | | | |

| 14 | ** Honda Snowblowers | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | - S628 | szas1173140 | | | | | | 461 |
| | - S1132 | szd1002184 | | | | | | 958 |
| | - S1132 | szb1016221 | | | | | | 1021 |
| | - S628 | szs42002229 | | | | | | 390 |
| | - S1132 | szb1016245 | | | | | | No ID |
| | - s928 | sza-2018810 | | | | | | No ID |
| | - s724te | szbe2401651 | | | | | | 1561 |
| | - s724te | szbe1052786 | | | | | | 1514 |
| | - s724te | szbe2461764 | | | | | | 1562 |
| | - s928 | sav,5014692 | | | | | | 714 |

TSG Company, LLC
GOLF COURSE

| Item # | Description | Serial # | Valuation | Value | Previous Value | Modifications |
|--------|-------------|----------|-----------|-------|----------------|---------------|
| 1 | Tee to Green - see form #110328 | | | | | |
| 2 | Culverts at Golf course included in Outdoor Property Property $100,000 Sublimit | | | | | |
| 3 | Blanket Golf Course Equipment | | ACTUAL CASH VALUE | 1,000,000 | | |
| 4 | Rented Equipment | | ACTUAL CASH VALUE | 500,000 | | |
| 5 | Golf Carts | | ACTUAL CASH VALUE | 450,000 | | |
| 6 | GPS System | | ACTUAL CASH VALUE | 425,000 | | |
| | | | Total Other | 2,375,000 | | |

**TSG Company, LLC**
**EDP**

| Item # | Description | Serial # | Valuation | Value | Previous Value | Modifications |
|--------|-------------|----------|-----------|-------|----------------|---------------|
| 1 | Various EDP Equipment | | Replacement Cost | 2,750,000 | | |
| 2 | VoIP Phone System | | Replacement Cost | 300,000 | | |
| | | | Total EDP | 3,050,000 | | |

tr:TSG Company, LLC FINAL SOV 17-18
11/10/20171:48 PM
Business Interruption

**TSG Company, LLC**

| | 2018 | | |
| --- | --- | --- | --- |
| | January | February | March |
| Gross Sales | 10,688,398 | 13,158,205 | 17,132,720 |
| Less COGS | 642,893 | 691,561 | 902,187 |
| Less Direct non-continuing Expenses | 4,809,779 | 5,921,192 | 7,709,724 |
| **Net Profit (Gross Margin)** | **5,235,726** | **6,545,452** | **8,520,809** |

| | |
| --- | --- |
| Total Net Profit for 3 Months | 20,301,987 |
| Adustment for specific exposure | |
| Extra Expense adjustment | |
| Total Desired Business Interruption Policy Limit | 20,301,987 |

| | | |
| --- | --- | --- |
| 0.45 | 0.45 | 0.45 |
| 4,809,779 | 5,921,192 | 7,709,724 |

No Change from 2017 to 2018

| Item # | Year | Description | Serial # | Valuation | Value | Previous Value | Modifications | VM UNIT # |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT
CAREFULLY.**

**ENDORSEMENT #**

This endorsement, effective 12:01 A.M.                              forms a part of Policy

No.                    issued to                        by

## ECONOMIC SANCTIONS ENDORSEMENT

*This endorsement modifies insurance provided under the following:*

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay
any claim or provide any benefit hereunder to the extent that the provision of such cover,
payment of such claim or provision of such benefit would expose the Insurer, its parent
company or its ultimate controlling entity to any sanction, prohibition or restriction under
United Nations resolutions or the trade or economic sanctions, laws or regulations of the
European Union or the United States of America.

AUTHORIZED REPRESENTATIVE

89644 6-13

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 02 28 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

A. Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** If this policy has been in effect for less than 60 days, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

B. The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 60 Days Or More**

**a.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy by mailing through first-class mail to the first Named Insured written notice of cancellation:

**(1)** Including the actual reason, at least 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** At least 45 days before the effective date of cancellation if we cancel for any other reason.

We may only cancel this policy based on one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** A false statement knowingly made by the insured on the application for insurance; or

**(3)** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

C. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

If we decide not to renew this policy, we will mail through first-class mail to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 45 days before the expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

 © ISO Properties, Inc., 2006 □

**D.** The following condition is added:

**INCREASE IN PREMIUM OR DECREASE IN COVERAGE**

We will not increase the premium unilaterally or decrease the coverage benefits on renewal of this policy unless we mail through first-class mail written notice of our intention, including the actual reason, to the first Named Insured's last mailing address known to us, at least 45 days before the effective date.

Any decrease in coverage during the policy term must be based on one or more of the following reasons:

**1.** Nonpayment of premium;

**2.** A false statement knowingly made by the insured on the application for insurance; or

**3.** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## POLICYHOLDER NOTICE

### Taxes, Assessments and/or Surcharges

The taxes, assessments and/or surcharges shown on the declarations page or any premium schedule are collected on behalf of the applicable State(s) and in accordance with such State's laws and regulations.  The payment of these taxes, assessments and/or surcharges is the responsibility of the Named Insured.  In the event the applicable State implements a new tax, assessment and/or surcharge or increases such tax, assessment and/or surcharge during the term of this policy, the Named Insured shall remain responsible for the payment of all amounts due under the policy, including those newly implemented or increased taxes, assessments and/or surcharges.

Any newly implemented or increased taxes, assessments and/or surcharges shall apply on the effective date dictated by the applicable State regardless:

1. Of when the Insurance Company implements the new or increased tax, assessment or surcharge into its systems; or
2. If the Insurance Company recalculates the Named Insured's premium in accordance with the policy's terms and conditions as part of a premium audit after the end of the policy period.

## ADDENDUM TO THE DECLARATIONS

By signing below, the President and the Secretary of the Insurer agree on behalf of the Insurer to all the terms of this Policy.


Jeremy D. Edgecliffe-Johnson
PRESIDENT

Tanya Kent
SECRETARY

This Policy shall not be valid unless signed at the time of issuance by an authorized representative of the Insurance Company, either below or on the Declarations page of the Policy.


Ethan Allen
AUTHORIZED COMPANY REPRESENTATIVE


Granite State Insurance Company
The Insurance Company of the State of Pennsylvania
Illinois National Insurance Co.
New Hampshire Insurance Company
American Home Assurance Company
National Union Fire Insurance Company of Pittsburgh, Pa.
Commerce and Industry Insurance Company


COUNTERSIGNATURE
(only where required by law)


COUNTERSIGNATURE DATE                         COUNTERSIGNED AT


78711 (01-17)

POLICY NUMBER:                                                    **COMMERCIAL PROPERTY**
                                                                 **CP 12 18 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| **Location Number:** | **Building Number:** | **Applicable Clause**<br>**(Enter C.1., C.2., C.3. or C.4.): C2** |
|---|---|---|
| **Description Of Property:** | **Gondola Plaza Building #27** | |
| **Loss Payee Name:** | **U.S. Bank** | |
| **Loss Payee Address:** | **PO Box 487, 238 East Colorado Ave**<br>**Telluride, CO 81435** | |
| **Location Number:**<br>88-7521455956&88-7521406967 | **Building Number:** | **Applicable Clause**<br>**(Enter C.1., C.2., C.3. or C.4.): C2** |
| **Description Of Property:** | **All Business Assets, except the Gondola Plaza Building** | |
| **Loss Payee Name:** | **U.S. Bank** | |
| **Loss Payee Address:** | **950 17th Street, 8th Floor**<br>**Denver, Co 80202** | |
| **Location Number:** | **Building Number:** | **Applicable Clause**<br>**(Enter C.1., C.2., C.3. or C.4.):** |
| **Description Of Property:** | | |
| **Loss Payee Name:** | | |
| **Loss Payee Address:** | | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

(1) Warehouse receipts;

(2) A contract for deed;

(3) Bills of lading;

(4) Financing statements; or

(5) Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

(1) We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

(2) The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

(3) If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(a) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(b) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(c) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

(4) If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(a) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(b) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

 © Insurance Services Office, Inc., 2011 CP 12 18 10 12

**3. Contract Of Sale Clause**

  **a.** The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

  **b.** For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

    **(1)** Adjust losses with you; and

    **(2)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

  **c.** The following is added to the **Other Insurance** Condition:

    For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

  **a.** The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

  **b.** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

  **c.** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A. CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

**B. CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D. LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E. LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F. NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G. OTHER INSURANCE**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H. POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.

2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission. All rights reserved.

I. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission. All rights reserved.

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.    11/1/17          Forms a part of Policy No.

Issued to:                    TSG Company LLC

By:

# EQUIPMENT BREAKDOWN  - OTHER CONDITIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

    BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
    CAUSES OF LOSS FORM – SPECIAL FORM

*Equipment Breakdown is subject to the Limits of Insurance shown in the Supplemental Declarations attached to and forming a part of this policy, unless otherwise specified below.*

| Coverages | Limits of Insurance |
|---|---|
| Equipment Breakdown Limit | $100,000,000 |
| Expediting Expenses | $    100,000 |
| Hazardous Substances | $    100,000 |
| Spoilage | $    100,000 |
| Computer Equipment | $    100,000 |
| Data Restoration | $    100,000 |
| Service Interruption | S    100,000 |
| Business Income<br>(Business Income is a sublimit, and included in the total Equipment Breakdown limit above) | $ 21,301,987 |
| Extra Expense | Combined with Business Income |
| Dependent Property | $  1,500,000 |
| Ordinance or Law | $  1,000,000 |

**Deductibles**

*Equipment Breakdown is subject to the deductibles shown in the Declarations attached to and forming a part of this policy, unless otherwise specified below.*

| | |
|---|---|
| Direct Coverages...................................................... | $25,000 |
|     Except equip. for generating electricity............ | $40.00 Per KW, $10,000 Minimum |
|     Except motors, compressors, pumps & gears.. | $40.00 Per Horsepower, $10,000 Minimum |
| Indirect Coverages .................................................. | 1 Times ADV* |

97081 (4/08)                    Page 1 of 2

**_Other Conditions_**  (any Equipment Breakdown conditions not otherwise indicated above)

Excavation costs limited to: $5,000
Extended Business Income: 180 Days
Interruption of Service Waiting Period: 24 Hours

*ADV = Average Daily Value

All other terms, conditions, and exclusions shall remain unchanged.

_____
Authorized Representative

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.                     forms a part of Policy


No.issued to                          by

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - SPECIAL FORM

**A.** The exclusion set forth in Paragraph **B.1.h** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.1.h.,** such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.1.h.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

All other terms and conditions of the policy remain the same.


_____
Authorized Representative

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.                    forms a part of Policy

No.issued to                    by

# COLORADO CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY CONDITIONS

The **CONCEALMENT, MISREPRESENTATION OR FRAUD** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any loss or damage in any case of:

1. Concealment or misrepresentation of a material fact; or

2. Fraud;

committed by you or any other insured ("insured") at any time and relating to coverage under this policy.

All other terms and conditions of the policy remain the same.

_____

Authorized Representative

    Includes copyrighted material of Insurance Services Office, Inc., with its permission. All rights reserved.

POLICY NUMBER:

COMMERCIAL PROPERTY
CP 12 19 06 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – BUILDING OWNER

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number: | | Building Number: | |
|---|---|---|---|
| **Building Description:** | | | |
| **Building Owner Name:** | | | |
| **Building Owner Address:** | | | |
| Premises Number: | | Building Number: | |
| **Building Description:** | | | |
| **Building Owner Name:** | | | |
| **Building Owner Address:** | | | |
| Premises Number: | | Building Number: | |
| **Building Description:** | | | |
| **Building Owner Name:** | | | |
| **Building Owner Address:** | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The building owner identified in this endorsement is a
Named Insured, but only with respect to the coverage
provided under this Coverage Part or Policy for direct
physical loss or damage to the building(s) described
in the Schedule.

# SKI RESORT
# BUSINESS INCOME (AND EXTRA EXPENSE)
# COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E. Definitions.**

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(1)** Business Income including "Rental Value".

**(2)** Business Income other than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph:

**(a)** If you occupy only part of the site at which the described premises are located, your premises means:

**(i)** The portion of the building which you rent, lease or occupy; and

**(ii)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

**(b)** If you do not own or occupy the described premises, but you obtain income through a property management contract, or similar contract, the described premises means the location subject to the terms and conditions of the property management contract, but only if such premises is described on the Declarations.

### 2. Extra Expense

**a.** Extra Expense coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

| 109364 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 10 |
| --- | --- | --- |

(1) Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

**3. Covered Causes Of Loss, Exclusions And Limitations**

See Causes of Loss – Special Form.

**4. Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under the Additional Coverage – Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under the Additional Coverage -- Interruption Of Computer Operations.

**5. Additional Coverages**

a. **Civil Authority**

In this Additional Coverage – Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, , provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income and Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four (4) consecutive weeks after the date of that action; or

(2) When the action of civil authority ends;

Whichever occurs first.

b. **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

c. **Extended Business Income**

(1) **Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

(i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

(ii) 180 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

(i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

(ii) 180 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

d. **Interruption Of Computer Operations**

(1) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

(2) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) Coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in the CAUSES OF LOSS – SPECIAL FORM.

(b) Coverage under this Additional Coverage – Interruption Of Computer Operations, if caused by virus or hacking as described in Paragraph 6. **Virus and Hacking** of Section **F. Additional Coverage Extensions** in the CAUSES OF LOSS – SPECIAL FORM, will be subject to Virus and Hacking Limit of Insurance shown in the Supplemental Declarations.

(c) If the CAUSES OF LOSS – SPECIAL FORM is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

| 109364 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 3 of 10 |
| --- | --- | --- |

**(3)** The most we will pay under this Additional Coverage – Interruption of Computer Operations is the Interruption of Computer Operations Limit of Insurance shown on the Supplemental Declarations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage – Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the Limit of Insurance stated in the Supplemental Declarations as referenced above has not been exhausted.

**6. Coverage Extensions**

These Extensions are additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

Insurance provided by this Coverage Part is extended as follows:

**a. Newly Acquired or Constructed Property**

**(1)** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**(2)** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is the Newly Acquired or Constructed Property of Insurance shown on the Supplemental Declarations at each location.

**(3)** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire or begin to construct the property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

**b. Dependent Property**

We shall pay for the actual loss of your business income caused by or resulting from:

**(1)** the necessary suspension of your operations during the period of restoration; and

**(2)** direct physical loss or damage by a Covered Cause of Loss to your dependent property.

Dependent Property means property operated by others which you depend on to:

**(1)** Deliver materials or services to you, or to others for your account (Contributing Locations). These services shall not include water, communication, or power supply services;

**(2)** Accept your products or services (Recipient Locations);

**(3)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

**(4)** Attract customers to your business (Leader Locations).

The most we will pay for loss or damage under this Business Income and Extra Expense Coverage Extension is the Dependent Property Limit of Insurance shown on the Supplemental Declarations.

c. **Off Premises Utility Failure**

We shall pay for the actual loss of your business income and extra expense caused by or resulting from:

(1) The necessary suspension of your operations during the period of restoration;

(2) Direct physical loss or damage by a Covered Cause of Loss to property not on your premises but used to supply you with services by the following utilities:

(a) Water Supply Services, meaning the following types of property supplying water to the premises described in the Declarations:

(i) Pumping stations; and

(ii) Water mains.

(b) Communication Supply Services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave, or television services to the premises described in the Declarations, such as:

(i) Communication transmission lines;

(ii) Coaxial cables; and

(iii) Microwave radio relays, except satellites.

This shall not include above-ground communication lines.

(c) Power Supply Services, meaning the following types of property supplying electricity, steam, or gas to the premises described in the Declarations:

(i) Utility generating plants;

(ii) Switching stations;

(iii) Substations;

(iv) Transformers; and

(v) Transmission lines.

This shall not include above-ground transmission or distribution lines.

The most we shall pay under this Business Income and Extra Expense Coverage Extension is the Off Premises Utility Failure Limit of Insurance shown on the Supplemental Declarations for loss you incur after the first twenty-four (24) hours following direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility companies described above.

d. **Lease Cancellation Moving Expense**

Extra Expense coverage is extended to include any moving expenses incurred by you, which result from the cancellation of a lease at your premises described in the Declarations, provided that such lease cancellation occurs as a result of direct physical loss or damage to such premises by a Covered Cause of Loss.

The most we will pay for loss or damage under this Extra Expense Coverage Extension is the Lease Cancellation Moving Expense Limit of Insurance shown on the Supplemental Declarations.

B. **Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations and New Buildings;
2. Civil Authority;
3. Extra Expense; or
4. Extended Business Income.

C. **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Loss**

a. You must see that the following are done in the event of loss:

   (1) Notify the police if a law may have been broken.

   (2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

   (3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

   (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   (5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

   (6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   (7) Cooperate with us in the investigation or settlement of the claim.

   (8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**3. Loss Determination**

a. The amount of Business Income loss will be determined based on:

   (1) The Net Income of the business before the direct physical loss or damage occurred;

   (2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

   (3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

   (4) Other relevant sources of information, including:

      (a) Your financial records and accounting procedures;

      (b) Bills, invoices and other vouchers; and

      (c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

   (1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

      (a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

| 109364 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 6 of 10 |

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**a.** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**b.** The Limit of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**a.** The Limit of Insurance, multiplied by

**b.** The fraction shown in the Declarations for this Optional Coverage.

**Example:**

| | | | |
|---|---|---|---|
| When: | The Limit of Insurance is | $ | 120,000 |
| | The fraction shown in the Declarations for this Optional Coverage is | | 1/4 |

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If, in this example, the actual amount of loss is:

| | | |
|---|---|---|
| Days 1-30 | $ | 40,000 |
| Days 31-60 | | 20,000 |
| Days 61-90 | | 30,000 |
| | $ | 90,000 |

We will pay:

| | | |
|---|---|---|
| Days 1-30 | $ | 30,000 |
| Days 31-60 | | 20,000 |
| Days 61-90 | | 30,000 |
| | $ | 80,000 |

The remaining $10,000 is not covered.

**E. Definitions**

**1.** "Accident" means a fortuitous event that causes direct physical damage to covered equipment. The event must be one of the following:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

**c.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

| 109364 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 7 of 10 |
|---|---|---|

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

Covered equipment means Covered Property, unless otherwise indicated in the Equipment Breakdown -- Other Conditions Endorsement:

(1) That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

(2) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

None of the following is covered equipment:

(1) A structure, foundation, cabinet, compartment or air supported structure or building;

(2) Insulating or refractory material;

(3) Sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

(4) Water piping other than boiler feed-water piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) Vehicle or any equipment mounted on a vehicle. For the purpose of this limitation, vehicle means, any machine or apparatus that is used for transportation or moves under its own power including, but not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a vehicle;

(6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(7) Dragline, excavation or construction equipment; or

(8) Equipment manufactured by **you** for sale.

2. "Computer Equipment" means electronic data processing systems including keyboards, display screens, terminals, printers, and related peripheral equipment used solely for data processing operations. Computer equipment shall not include such equipment held for sale, distribution, or which is manufactured in the course of your business.

3. "Electronic data" means information, instruction, or "programs" that are recorded on your "media", including original source material used to enter data.

4. "Finished Stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

5. "Media" means magnetic tapes, compact discs, diskettes, disk packs, cards, or other standardized data recording materials which can be read by your electronic data processing equipment.

6. "Operations" means:

a. Your business activities occurring at the described premises; and

b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

7. "Period of Restoration" means the period of time that:

a. **Begins:**

(1) Immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises for Business Income and Extra Expense; and

(2) For equipment breakdown:

(a) (1) above shall apply, except;

(b) If a time deductible is shown in the Declarations, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is

expressed in days, each day shall mean twenty-four (24) consecutive hours; or

(c) If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of the policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in the Declarations will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible; or

(d) If a deductible for Equipment Breakdown is shown in the Equipment Breakdown – Other Conditions Endorsement, then as respects Equipment Breakdown Coverage, the "period of restoration" will begin immediately after the "accident", and the deductible shown in the Equipment Breakdown – Other Conditions Endorsement will apply;

Caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the earlier of:

(1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

If more than one "period of restoration" applies to business income and extra expense coverages as the result of one occurrence, or one accident, the longest single applicable waiting period shall apply.

The expiration date of this policy will not cut short the "period of restoration".

8. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

9. "Programs" means software that are purchased or written specifically to be used with "computer equipment".

10. "Rental Value" means Business Income that consists of:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

b. Continuing normal operating expenses incurred in connection with that premises, including:

(1) Payroll; and

(2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

11. "Suspension" means:

a. The slowdown or cessation of your business activities; or

| 109364 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 9 of 10 |

**b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

By signing below, the President and the Secretary of the Insurer agree on behalf of the Insurer to all the terms of this Policy.

_____
PRESIDENT

_____
SECRETARY

This Policy shall not be valid unless signed at the time of issuance by an authorized representative of the Insurer, either below or on the Declarations page of the policy.

_____
AUTHORIZED REPRESENTATIVE

# SKI RESORT
# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H. – Definitions.**

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a. **Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building or structure;

(6) Ski lifts, including, but not limited to aerial lifts, surface lifts, or other equipment used to transport customers to the top of a ski slope or run. Covered equipment shall consist of towers, chairs, cables, ropes, machinery houses, ramps and related equipment used in their operation and maintenance of such ski lifts (excluding engineering costs and site preparation, other than construction supervision);

(7) Fixed snowmaking equipment including compressors, compressor houses, related equipment and structures and electrical equipment including transformers and distribution panels.

b. **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others;

(8) "Ski area mobile equipment" used in the operation of your business.

c. **Personal Property Of Others** that is:

(1) In your care, custody or control; and

(2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises;

But this shall not include any property which you have accepted under a "shipping document" or "storage document", unless such property is reported to us and coverage specifically shown in the Declarations.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

Covered Property does not include:

a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

c. Automobiles held for sale;

d. Bridges, roadways, walks, patios or other paved surfaces, except as provided under Subparagraph **o.** of Paragraph **5. Coverage Extensions**.

e. Contraband, or property in the course of illegal transportation or trade;

f. The cost of excavations, grading, backfilling or filling;

g. Land (including land on which the property is located), water, growing crops or lawns;

h. Personal property while airborne or waterborne;

i. Bulkheads, pilings, piers, wharves or docks;

j. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

k. Retaining walls that are not part of a building, except as provided under Subparagraph **l.** in Paragraph **5. Coverage Extensions**;

l. Underground pipes, flues or drains;

m. "Computer equipment", "media", "electronic data" and "programs" except as provided under Subparagraph **h.** of Paragraph **4. Additional Coverages** of Section **A. Coverage**, and in Section **E. Additional Coverage – Equipment Breakdown** in the CAUSES OF LOSS – SPECIAL FORM.

n. The cost to replace or restore the information on valuable papers and records, including those which exist as "electronic data". Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as "electronic data".

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

    (a) "Ski area mobile equipment" used in the operation of your business at the described premises.(b)Vehicles or self-propelled machines, other than autos, you hold for sale;

    (c) Rowboats or canoes out of water at the described premises; or

    (d) Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

p.  The following property while outside of buildings:

    (1) Grain, hay, straw or other crops;

    (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3.  Covered Causes Of Loss**

See Causes of Loss – Special Form

**4.  Additional Coverages**

Limits for each additional coverage are in addition to Limits of Insurance for Covered Property shown in the Declarations. Unless otherwise indicated, the property deductible shown in the Declarations shall apply to the Additional Coverages.

  **a.  Debris Removal**

(1) Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

    (a) Extract "pollutants" from land or water; or

    (b) Remove, restore or replace polluted land or water.

(3) Subject to the exception in Paragraph **(4)**, the following provision applies:

The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional limit, as shown in the Supplemental Declarations, for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, but only if The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

Therefore, if this exception applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the limit shown in the Supplemental Declarations.

(5) Examples

**Example #1**

| Limit of Insurance | $ | 90,000 |
|---|---|---|
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 50,000 |

| | |
|---|---|
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 – $500) |
| Debris Removal Expense | $ 10,000 |

The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | |
|---|---|
| Limit of Insurance | $ 190,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 180,000 |
| Amount of Loss Payable | $ 179,500 |
| | ($180,000 – $500) |
| Debris Removal Expense | $ 50,000 |
| Debris Removal Expense | |
| Payable | |
| Basic Amount | $ 10,500 |
| Additional Amount | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is $10,500. The cap applies because the sum of the loss payable ($179,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($190,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the sum of the loss payable and debris removal expense ($179,500 + $50,000 = $229,500) would exceed the Limit of Insurance ($190,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $35,500; $14,500 of the debris removal expense is not covered.

**b.    Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)**   While it is being moved or while temporarily stored at another location; and

**(2)**   Only if the loss or damage occurs within 30 days after the property is first moved.

**c.    Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

**(1)**   Assumed by contract or agreement prior to loss; or

**(2)**   Required by local ordinance.

We will pay up to an additional limit, as shown in the Supplemental Declarations, for fire department service charge in any one occurrence of physical loss or damage to Covered Property, but only if the total of the actual fire department service charge plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is the Pollutant Clean up and Removal Limit of Insurance shown on the Supplemental Declarations for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Recharge of Fire Protection Equipment**

We will pay your expense to recharge your fire protection equipment:

(1) If you use your equipment, or the equipment automatically discharges, to protect your Covered Property as a result of a covered cause of loss; or

(2) Due to accidental discharge.

However, we will not pay for:

(1) Any costs resulting from the enforcement of any ordinance or law that regulates the recharging, repair or replacement of such fire extinguishing device, or fire fighting suppressing or controlling substance;

(2) Halon;

(3) Recharge of any device used for demonstration or testing purposes; or

(4) Recharge due to maintenance of any device or system.

No deductible applies to this Additional Coverage.

The most we will pay under this Additional Coverage is the Recharge of Fire Protection Equipment Limit of insurance shown on the Supplemental Declarations.

**f. Reward Payments**

In the event of covered loss or damage to Covered Property as a result of arson, theft or vandalism, we will pay for amounts you offer, and subsequently pay, as a reward to anyone other than you, your officers, partners, directors, or any family member(s) of such individuals, or any employee of a law enforcement agency or any employee of a business engaged in property protection, or any person(s) involved in the crime, as a reward for information leading to:

(1) the arrest and conviction of any person(s) responsible for the arson, theft or vandalism loss; or

(2) the recovery of the stolen property.

No deductible applies to this Additional Coverage.

The most we will pay under this Additional Coverage is the Reward Payments Limit of Insurance shown on the Supplemental Declarations.

**g. Money and Securities**

(1) We will pay for the loss of "money" and "securities" belonging to your business if at the time of the loss, the "money" and "securities" are at the described premises, at a bank or savings institution prior to deposit with that institution, within your living quarters, or in the possession of your partner(s), officer(s) or director(s), or employee(s) authorized to have use and custody of such property, or in transit between any of these places and results directly from:

(a) Theft, meaning the unlawful taking of property to your deprivation;

(b) Disappearance; or

(c) Destruction.

(2) With respect to this Additional Coverage, we will not pay for loss:

**(a)** Resulting from accounting or arithmetical errors or omissions;

**(b)** Due to the giving or surrendering of property in any exchange or purchase; or

**(c)** Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**(3)** A loss caused by one or more persons, or involving a single act or series of related acts, is considered one occurrence.

**(4)** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**(5)** In the event of loss or damage we will determine the value as follows:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(6)** "Money" means:

**(a)** Currency, coins and bank notes in current use and having a face value; and

**(b)** Travelers checks, register checks and money orders held for sale to the public.

**(7)** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or property and includes:

**(a)** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

**(b)** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

The insurance provided by this coverage form is extended to cover "money" and "securities" used in your business that are lost, damaged, or destroyed as a result of a covered cause of loss if:

**(1)** On your premises described in the Declarations or in a federally or state regulated savings or banking institution; or

**(2)** Away from your premises described in the Declarations while in transit by a person authorized by you, or within the living quarters of someone to whom you have entrusted the Covered Property.

The most we will pay under this Additional Coverage is the applicable Money and Securities Limit of Insurance shown on the Supplemental Declarations.

**h. Computer Equipment, Media, Electronic Data, And Programs**

The insurance provided by this coverage form is extended to cover "computer equipment", "media", "electronic data", and "programs" which you own, lease, or rent from others, or for which you are legally responsible including the replacement cost to reproduce "programs" that are lost or accidentally erased, including documentation and source materials, if you actually replace or reproduce them.

Computer "programs" and "electronic data" are covered solely as respects direct physical loss or damage by a "specified cause of loss", as defined in the Causes of Loss – Special Form.

The most we will pay under this Additional Coverage is the Computer Equipment, Media, Electronic Data, And Programs Limit of Insurance shown on the Supplemental Declarations.

**i. Lock Replacement**

We will pay your necessary expense incurred to replace locks or lock cylinders only after:

**(1)** A covered theft of property from any building or structure described in the Declarations; or

**(2)** Theft of a key to any building or structure described in the Declarations.

The following additional conditions apply to lock replacement coverage:

**(1)** You must notify us and the appropriate law enforcement authority of the theft as soon as practicable; and

**(2)** You must replace locks and lock cylinders within 72 hours of the discovery of the theft.

Under this Additional Coverage, we will not pay for:

**(1)** Disappearance of a key, or keys, without evidence of theft; or

**(2)** Lock replacement as respects locks or lock cylinders of any motor vehicle, motorized land vehicle, or any other building, structure, room, vault, or other property which is not a part of a building or structure described in the Declarations.

The most we will pay under this Additional Coverage is the Lock Replacement Limit of Insurance shown on the Supplemental Declarations.

**j. Wind Blown Debris**

We will pay your expense to remove debris (including trees) blown onto your premises, as shown on the Declarations, from the premises of others.

The most we will pay under this Additional Coverage is the Wind Blown Debris Limit of Insurance shown on the Supplemental Declarations.

**k. Claim Expense**

We will pay your reasonable and necessary expenses up to the Claim Expense Limit of Insurance shown on the Supplemental Declarations for preparing and certifying details which we require to determine the amount of loss payable under this policy.

However, we will not pay for:

**(1)** Expenses incurred by you in utilizing the services of Attorneys, Public Adjusters, Insurance Agents or Brokers,

or any of their subsidiary, related or associated entities; or

**(2)** Any fees or costs for consultation on coverage or negotiation of claims; or

**(3)** Any costs, or overhead or operating expenses, related to a claim that you may incur, including salaries of your employees.

**l.** Expediting Costs:

We will pay the reasonable and necessary costs incurred for the temporary repair of covered loss or damage to Covered Property and to expedite the permanent repair or replacement of such damaged property.

This Additional Coverage does not cover costs:

**(1)** Recoverable elsewhere in this Policy; or

**(2)** For permanent repair or replacement of damaged property.

The most we will pay under this Additional Coverage is the Expediting Costs Limit of Insurance shown on the Supplemental Declarations.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises. Limits for each coverage extension are included in, and not in addition to, Limits of Insurance for Covered Property.

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, that insurance is extended to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension at each building is the Newly Acquired or Constructed Property - Buildings Limit of Insurance shown on the Supplemental Declarations.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, that insurance is extended to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension at each building is the Newly Acquired or Constructed Property – Your Business Personal Property Limit of Insurance shown on the Supplemental Declarations.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

However, property with a value of $10,000 or less for any one building, or any one item of business personal property, will be covered from the time of acquisition until the expiration date of this policy and will not be subject to the reporting, or premium adjustment, provisions of Paragraph **a. Newly Acquired Or Constructed Property** stated above.

**b.** **Personal Effects And Property Of Officers, Partners, Members or Employees**

The insurance that applies to Your Business Personal Property is extended to apply to personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

The most we will pay for loss or damage under this Extension at each described premises is the Personal Effects and Property of Officers, Partners, Members and Employees Limit of Insurance shown on the Supplemental Declarations. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

c. **Valuable Papers And Records (Other Than Electronic Data)**

(1) The insurance that applies to Your Business Personal Property is extended to apply to the cost to research, replace or restore the lost information on valuable papers and records for which duplicates do not exist.

(2) Under this Coverage Extension, the most we will pay to research, replace or restore the lost information at each described premises is the Valuable Papers And Records (Other Than Electronic Data) Limit of Insurance shown on the Supplemental Declarations, unless a higher limit is shown in the Declarations. Such amount is additional insurance.

We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records.

d. **Property Off-Premises**

(1) The insurance provided by this Coverage Form is extended to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is the Property Off - Premises Limit of Insurance shown on the Supplemental Declarations.

e. **Your Outdoor Property**

The insurance provided by this Coverage Form is extended to apply to your outdoor property within 1,000 feet of the premises described in the Declarations, including outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), if direct physical loss or damage is caused by a covered cause of loss.

Your outdoor property does not include sod, trees, shrubs or plants.

The most we will pay for loss or damage under this Extension is the Your Outdoor Property Limit of Insurance shown on the Supplemental Declarations. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

f. **Sod, Trees, Shrubs and Plants**

The insurance provided by this Coverage Form is extended to apply to your sod, trees, shrubs, and plants within 1,000 feet of the premises described in the Declarations, if direct physical loss or damage is caused by or results from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or civil commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is the Sod, Trees, Shrubs and Plants Limit of Insurance shown on the Supplemental Declarations.

g. **Non-Owned Detached Trailers**

**(1)** The insurance that applies to Your Business Personal Property is extended to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

The most we will pay for loss or damage under this Extension is the Non-Owned Detached Trailers Limit of Insurance shown on the Supplemental Declarations.

**h. Fine Arts**

The insurance provided by this Coverage Form is extended to cover your fine arts at the premises described in the Declarations. Fine Arts means paintings, rare books, manuscripts, pictures, prints, etchings, drawings, tapestries, bronzes, statuary, potteries, porcelains, marbles, and other bona fide works of art; or items of rarity or historical value that you own or are in your care, custody or control.

The most we will pay for loss or damage under this Extension is the Fine Arts Limit of Insurance shown on the Supplemental Declarations.

**i. Salesperson's Samples**

The insurance provided by this coverage form is extended to cover property used only for sample purposes while it is in the care, custody, and control of any salesperson, located anywhere within the coverage territory.

The most we will pay for loss or damage under this Extension is the Salesperson's Samples Limit of Insurance shown on the Supplemental Declarations.

**j. Accounts Receivable Records**

**(1)** The insurance provided by this Coverage Form is extended to cover your accounts receivable records. Accounts receivable records shall be limited to:

**(a)** All amounts due from your customers that you are unable to collect;

**(b)** Interest charges on any loans required to offset amounts you are unable to collect pending our payment of these amounts;

**(c)** Reasonable collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable.

The most we will pay for loss or damage under this Extension is the Accounts Receivable Records Limit of Insurance shown on the Supplemental Declarations.

**(2)** This Coverage Extension does not apply to:

**(a)** Bookkeeping, accounting or billing errors or omissions; or

**(b)** Loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**k. Off Premises Utility Failure**

We shall pay for loss of or damage to your Covered Property caused by the interruption of service to the premises described in the Declarations which results from direct physical loss of or damage, by a Covered Cause of Loss, to the following services not on the premises described in the Declarations:

(1) Water Supply Services, meaning the following types of property supplying water to the premises described in the Declarations:

    (a) Pumping stations; and

    (b) Water mains.

(2) Communication Supply Services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave, or television services to the premises described in the Declarations, such as:

    (a) Communication transmission lines;

    (b) Coaxial cables; and

    (c) Microwave radio relays except satellites.

This shall not include above ground communication lines.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam, or gas to the premises described in the Declarations:

    (a) Utility generating plants;

    (b) Switching stations;

    (c) Substations;

    (d) Transformers; and

    (e) Transmission lines.

This shall not include above ground transmission or distribution lines, except;

We will pay for loss or damage under this Extension which results from direct physical loss of or damage, by a Covered Cause of Loss, to above ground transmission lines within 5 statute miles of the premises described in the Declarations.

The most we will pay for loss or damage under this Extension is the Off Premises Utility Failure Limit of Insurance shown in the Supplemental Declarations.

l.  **Retaining Walls**

Coverage for your building is extended to include retaining walls that are not a part of a building, located at the premises described in the Declarations.

The most we will pay for loss or damage under this Extension is the Retaining Walls Limit of Insurance shown on the Supplemental Declarations.

m. **Undamaged Leasehold Improvements**

If your lease is canceled in accordance with a valid lease provision as the result of direct physical loss or damage, by a Covered Cause of Loss, to property at the location in which you are a tenant, and you cannot legally remove your "Tenants Improvements and Betterments", we will extend Your Business Personal Property coverage to apply to the unamortized value of such "Tenants Improvements and Betterments".

The most we will pay for loss or damage under this Extension is the Undamaged Leasehold Improvements Limit of Insurance shown on the Supplemental Declarations.

n.  **Coverage for Loss to Portion of Undamaged Building**

This Coverage Extension applies only to buildings to which the Replacement Cost Coverage applies.

In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay for the loss in value of the undamaged portion of the damaged building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

o.  **Bridges, Roadways, Walks, Patios or Other Paved Surfaces**

Coverage for your building is extended to include your bridges, roadways, walks, patios or other paved surfaces, provided that a description and value is shown on the statement of values submitted to, and on file with us.

If the CAUSES OF LOSS – SPECIAL FORM is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Coverage Extension.,

**p.  Ordinance or Law**

(1)  This Coverage Extension applies only to buildings to which the Replacement Cost Coverage applies.

(2)  In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law that requires you to demolish and clear the site of undamaged parts of the building, subject to the limitations stated in Subparagraphs **p.(4)** through **p.(10)** of this Coverage Extension.

(3)  In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Subparagraphs **p.(4)** through **p.(10)** of this Coverage Extension.

(4)  The ordinance or law referred to in **p.(2)** and **p.(3)** of this Coverage Extension is an ordinance or law that regulates the demolition, construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(5)  Under this Coverage Extension, we will not pay any costs due to an ordinance or law that:

(a)  You were required to comply with before the loss, even when the building was undamaged; and

(b)  You failed to comply with.

(6)  Under this Coverage Extension, we will not pay for:

(a)  The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b)  Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(7)  The Limit of Insurance for this Coverage Extension is included in, and not in addition to, Limits of Insurance for Covered Property.

(8)  With respect to this Coverage Extension:

(a)  We will not pay for the Increased Cost of Construction:

(i)  Until the property is actually repaired or replaced, at the same or another premises; and

(ii)  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b)  If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **p.(7)** of this Coverage Extension, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires re-location to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **p.(7)** of this Coverage Extension, is the increased cost of construction at the new premises.

(9) This Coverage Extension is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(10) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Coverage Extension, as stated in **p.(7)** of this Coverage Extension, is not subject to such limitation.

**B. Exclusions And Limitations**

See CAUSES OF LOSS - SPECIAL FORM.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations or any Supplemental Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $5,000 per sign in any one occurrence.

**D. Deductible**

1. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

2. As respects Equipment Breakdown coverage:

The deductible(s) for Buildings and Business Personal Property shown in the Declarations apply(ies) unless a separate deductible for Equipment Breakdown is shown in the Declarations, or by endorsement hereto.

If such deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage, or expense (prior to any applicable deductible) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

3. If more than one deductible applies to Covered Property, as a result of one occurrence, you shall pay the highest applicable deductible.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

Example No. 1:

| | |
|---|---|
| Deductible: | $ 250 |
| Limit of Insurance – Bldg. 1: | $ 60,000 |
| Limit of Insurance – Bldg. 2: | $ 80,000 |
| Loss to Bldg. 1: | $ 60,100 |
| Loss to Bldg. 2: | $ 90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$ 60,100

−    250

$ 59,850 Loss Payable – Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139, 850

| | | |
|---|---|---|
| 109365 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 13 of 20 |

**Example No. 2:**

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:    $    70,000

(exceeds Limit of Insurance plus Deductible)

Loss to Bldg. 2:    $    90,000

(exceeds Limit of Insurance plus Deductible)

Loss Payable – Bldg. 1:    $60,000

(Limit of Insurance)

Loss Payable – Bldg. 2:    $80,000

(Limit of Insurance)

Total amount of loss payable:

$140,000

## E.  Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1.  Abandonment

There can be no abandonment of any property to us.

### 2.  Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

## 3.  Duties In The Event Of Loss Or Damage

**a.**  You must see that the following are done in the event of loss or damage to Covered Property:

**(1)**  Notify the police if a law may have been broken.

**(2)**  Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)**  As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)**  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)**  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)**  As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)**  Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)**  Cooperate with us in the investigation or settlement of the claim.

| 109365 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 14 of 20 |

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**c.** In the event of imminent loss or damage to Covered Property, by a Covered Cause of Loss, with prior notice to and approval from us, you must take all reasonable steps to protect the Covered Property from damage, and keep a record of your expenses incurred to protect the Covered Property. We will reimburse such approved expenses.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

    **(1)** Pay the value of lost or damaged property;

    **(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

    **(3)** Take all or any part of the property at an agreed or appraised value; or

    **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

    **(1)** We have reached agreement with you on the amount of loss; or

    **(2)** An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Branded Or Labeled Merchandise**

If Branded or Labeled merchandise is damaged, you may at your own expense:

**a.** Stamp "salvage" on the merchandise or its containers, if the stamp shall not physically damage the merchandise, or

**b.** Remove the brands or labels; if doing so shall not physically damage the merchandise. You shall re-label the merchandise or its containers to comply with the law.

If you elect one of these options in Subparagraphs **6.a** or **6.b.**, we shall pay the difference between the salvage value of damaged merchandise with the brand or label attached and the salvage value of damaged merchandise with the brand or label removed.

**7. Consequential Damages**

We will pay for consequential damages resulting from a partial loss by a Covered Cause of Loss to your Covered Property.**b.**

| 109365 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 15 of 20 |

Consequential damages means the loss of value of a part or parts of your product that are not physically damaged and are unmarketable as a complete product.

8. **Pair or Sets**

We shall pay for loss or damage to a Pair or Set.

In case of loss to any part of a pair or set we may:

   a.  Repair or replace any part to restore the pair or set to its value before the loss; or

   b.  Pay the difference between the value of the pair or set before and after the loss.

9. **Valuation**

We will determine the value of Covered Property in the event of loss or damage, at the time of loss, as follows:

   a.  Replacement cost, except as otherwise provided in this Paragraph 9.  Replacement cost shall not exceed the smallest of the following amounts:

      (1)  The limit of this policy applicable to the lost or damaged Covered Property;

      (2)  The cost to repair or replace the Covered Property, or any part thereof, with property of comparable material and quality, on the same premises and used for the same purpose;

      (3)  The amount actually and necessarily expended in repairing or replacing the lost or damaged Covered Property;

   We shall not pay on a replacement cost basis for any loss or damage:

      (1)  Until the lost or damaged Covered Property is actually repaired or replaced; and

      (2)  Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

   If you do not repair or replace the Covered Property, it shall be valued at its actual cash value on the date of loss.

   b.  "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

   c.  Labor, materials, and services that you furnish or arrange on property of others are valued based on the actual cost of the labor, materials, and services.

   d.  Fine arts are valued at the appraised value at the time of loss, or if there is no appraisal at the greater of:

      (1)  the original acquisition cost, or

      (2)  the market value at the time of loss.

   e.  Accounts receivable loss payment shall be determined as follows:

      (1)  When there is proof that a loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding at the time of the loss, the amount of the loss shall be based on your latest monthly statements and shall be computed as follows:

         (a)  Determine the amount of all outstanding accounts receivable at the end of the same fiscal month in the year immediately preceding the year in which the loss occurs;

         (b)  Calculate the percentage of increase or decrease in your gross sales of goods and services for the twelve (12) fiscal months immediately preceding the month in which the loss occurred against the twelve (12) months prior to the period determined in step (a);

         (c)  The total amount of accounts receivable as of the last day of the fiscal month in which the loss occurs shall be the amount determined in step (a) increased or decreased by the percentage determined in step (b); and

         (d)  The established monthly amount of accounts receivable shall be adjusted for the normal fluctuation in the amount of accounts receivable in the fiscal month in which the loss occurs;

(2) We shall deduct from the established total amount of accounts receivable:

(a) The amount of any accounts evidenced by records not lost or damaged;

(b) Any other amounts you are able to establish or collect; and

(c) An amount to allow for probable bad debts which you normally would have been unable to collect;

(3) If you recover the amount of any accounts receivable that were included in the amount of the paid loss, you shall return the recovered amount to us, up to the total amount of the paid loss. You shall keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

f. "Computer equipment", "media", "electronic data", and "programs" loss payments shall be determined as follows:

(1) "Computer equipment" is valued at the total cost to repair or replace the damaged property without deduction for depreciation. However, we will not pay more than the smallest of the following:

(a) The actual cost to repair or replace the lost or damaged property with new property of the same kind, quality and capability, on the same site and used for the same purpose;

(b) The Limit of Insurance shown in the Supplemental Declarations for the damaged property.

(2) "Electronic data" and "programs" are valued at the actual cost to reproduce the data and programs, if you actually reproduce the data and programs. We will also pay any reasonable additional expense that you may incur in reproducing the data and programs to continue your normal computer operations. The most we will pay for this coverage is the Limit of Insurance shown in the Supplemental Declarations.

We will not pay for data and programs that cannot be reproduced due to lack of backup, support documentation or records unless specified articles are described and agreed values are shown in the Declarations. If shown, we will pay for each article lost at the agreed value.

(3) "Media" items are valued at actual cost to repair or replace with similar like, kind and quality, up to the limit shown in the Supplemental Declarations.

g. "Ski area mobile equipment" used in the operation of your business at the actual cash value as of the time of loss or damage, unless otherwise indicated in the Declarations.

h. At the actual cash value as of the time of loss or damage, if actual cash value is shown in the Declarations.

10. Any recovery as a result of subrogation proceedings arising out of an occurrence, after expenses incurred in such subrogation proceedings are deducted, shall accrue to you in the proportion that the deductible amount and/or any provable uninsured loss amount bears to the entire provable loss amount.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**2. Errors or Omissions**

We will cover direct physical loss or damage at locations within the Coverage Territory that you own, lease or operate, if such loss or damage is not payable under this Policy solely due to:

**a.** Any error or unintentional omission in the description of the address of the property whether made at the inception of the policy period or subsequent thereto; or

**b.** Failure through any error or unintentional omission to:

**(1)** Include any described premises of the insured at the inception of the Policy; or

**(2)** Report any newly acquired location before the period of automatic coverage provided under this Policy for Newly acquired location(s) expires.

With respect to Subparagraphs **a.** and **b.** above, this Errors or Omissions Condition does not function to allow you or your representative to correct any value shown in the Statement of Values, or Limit of Insurance.

We will cover such direct physical loss or damage, to the extent it would have provided coverage had such error or unintentional omission not been made.

You must report any error or unintentional omission us immediately upon discovery.

There is no coverage under this Paragraph for loss or damage which is covered under the Newly Acquired or Constructed Property provisions of this Policy.

**G. Inflation Guard Optional Coverage**

If shown as applicable in the Declarations, the f Inflation Guard Optional Coverage applies separately to each Item.

**1.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**2.** The amount of increase will be:

**a.** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**b.** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**c.** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

| | | | |
|---|---|---|---|
| If: | The applicable Limit of Insurance is | $ | 100,000 |
| | The annual percentage increase is | | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is | | 146 |
| | The amount of increase is $100,000 x .08 x 146 | | |
| | ÷ 365 = | $ | 3,200 |

**H. Definitions**

1. "Computer equipment" means electronic data processing systems including keyboards, display screens, terminals, printers, and related peripheral equipment used solely for data processing operations. "Computer equipment" shall not include such equipment held for sale, distribution, or which is manufactured in the course of your business.

2. "Electronic data" means information, instruction, or "programs" that are recorded on your "media", including original source material used to enter data.

3. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

4. "Media" means magnetic tapes, compact discs, diskettes, disk packs, cards, or other standardized data recording materials which can be read by your "computer equipment".

5. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

6. "Programs" means software that are purchased or written specifically to be used with "computer equipment".

7. "Shipping document" means a tariff document, bill of lading, shipping receipt, freight bill or contract for services.

8. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

9. "Ski area mobile equipment" means a land vehicle, including any attached machinery or equipment, whether self-propelled or not that is:

   **a.** Not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged;

   **b.** Maintained for use primarily on premises owned or rented to you, including the ways immediately adjoining such premises;

   **c.** Maintained for use solely in the operation of your business as a ski area; and

   **d.** Maintained for purposes other than the transportation of persons or cargo.

   "Ski area mobile equipment" includes:

   **a.** Bulldozers, forklifts and other vehicles;

   **b.** Vehicles that travel on crawler treads, including, but not limited to snowcats and snowmobiles;

   **c.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1) Power cranes, shovels, loaders, diggers or drills;

   (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

| 109365 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 19 of 20 |
|---|---|---|

**(4)** Cherry pickers and similar devices used to raise or lower workers;

**d.** Self-propelled vehicles permanently attached equipment designed for:

**(1)** Snow removal;

**(2)** Road maintenance; or

**(3)** Street cleaning.

"Ski area mobile equipment" does not include:

**a.** Any ski lifts including, but not limited to aerial lifts, surface lifts, or other equipment used to transport customers to the top of a ski slope or run; or

**b.** Fixed snowmaking equipment including compressors, compressor houses, related equipment and structures and electrical equipment including transformers and distribution panels.

**10.** "Storage document" means a warehouse receipt, storage receipt, inventory control document or master storage agreement.

**11.** "Tenants Improvements and Betterments" means fixtures, alterations, installations or additions:

**a.** Made a part of a building you occupy, but do not own; and

**b.** You acquired or made at your expense but cannot legally remove.

By signing below, the President and the Secretary of the Insurer agree on behalf of the Insurer to all the terms of this Policy.

_____
PRESIDENT

_____
SECRETARY

This Policy shall not be valid unless signed at the time of issuance by an authorized representative of the Insurer, either below or on the Declarations page of the policy.

_____
AUTHORIZED REPRESENTATIVE

# SKI RESORT
# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G. Definitions**.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section **B.**, Exclusions; or

2. Limited in Section **C.**, Limitations;

that follow.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   ### a. Ordinance Or Law

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   ### b. Earth Movement

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

Except as provided by Subparagraph **5.k.** of Section **A.** in the Building and Personal Property Coverage Form, the failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **g.(1)**, **g.(3)** or **g. (4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Subparagraphs **g.(1)** through **g.(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, as described in Subparagraphs **g.(1)** through **g.(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

As respects the Additional Coverage – Equipment Breakdown, if electrical "covered equipment" requires drying out because of Water, as described in Subparagraphs **g.(1)** and **g.(3)** above, we will pay the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible indicated in the Declarations.

**h.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

This exclusion does not apply to the extent that coverage is provided by Additional Coverage – Equipment Breakdown.

This exclusion does not apply to "Computer Equipment".

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force.  But if mechanical breakdown results in elevator collision, we will pay for loss or damage caused by that elevator collision.

This exclusion does not apply to the extent that coverage is provided by Additional Coverage – Equipment Breakdown.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

If an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss", "accident", or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss", "accident" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

This exclusion does not apply to the extent that coverage is provided by Additional Coverage – Equipment Breakdown.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **j.**, does not apply to damage to glass caused by chemicals applied to the glass.

k. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

l. Improper lubrication and/or maintenance of ski lifts, including, but not limited to aerial lifts, surface lifts, or other equipment used to transport customers to the top of a ski slope or run. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

m. Physical damage to "ski area mobile equipment" used in the operation of your business that is the direct result of an "accident".

n. The weight of a load exceeding the registered lifting capacity of "ski area mobile equipment".

o. Freezing to above ground snowmaking pipes.

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

a. **Business Income (And Extra Expense) Coverage Form**

We will not pay for:

(1) Except as provided by paragraph **E. Additional Coverage – Equipment Breakdown,** or as provided by Subparagraph **6.c.** of Section **A.** in the Business Income (and Extra Expense) Coverage Form, any loss caused directly or indirectly by the failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power, communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(2) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4) Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(5)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(6)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.**, Ordinance Or Law;

**(b)** Paragraph **B.1.c.**, Governmental Action;

**(c)** Paragraph **B.1.d.**, Nuclear Hazard;

**(d)** Paragraph **B.1.e.**, Utility Services; and

**(e)** Paragraph **B.1.f.**, War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

This limitation does not apply to the extent that coverage is provided by Additional Coverage – Equipment Breakdown.

b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

This limitation does not apply to the extent that coverage is provided by Additional Coverage – Equipment Breakdown.

c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

e. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a. Animals, and then only if they are killed or their destruction is made necessary.

b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

(1) Glass; or

(2) Containers of property held for sale.

c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

(1) If the property is located on or within 1,000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income Coverage or to Extra Expense Coverage.

3. **Furs, Jewelry, Stamps and Other Specified Items**

The most we will pay for loss of or damage, by theft, to all property shown below is the Theft of Furs, Jewelry, Stamps and Other Specified Items Limit of Insurance shown on the Supplemental Declarations for any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The property for which this limitation applies is:

a. Furs, fur garments and garments trimmed with fur.

b. Jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. Stamps, tickets, including lottery tickets held for sale, and letters of credit.

These limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

D. **Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **D.2.** and **D.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   a. A "specified cause of loss" other than fire or lightning; or

   b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **D.2.** of this Limited Coverage is limited to the applicable Limit of Insurance shown in the Supplemental Declarations. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss"

   (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than the applicable Limit of Insurance shown in the Supplemental Declarations even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**E. Additional Coverage – Equipment Breakdown**

The most we will pay for loss or damage under this Additional Coverage – Equipment Breakdown arising from any one "accident" is the Limit of Insurance shown in the Declarations, or by endorsement hereto. Limits for this Additional Coverage – Equipment Breakdown are included in, and are not in addition to, Limits of insurance for Covered Property.

1. We will pay for direct physical damage to Covered Property that is the direct result of an "accident".

2. The following coverages also apply to the direct result of an "accident". These coverages do not provide additional amounts of insurance.

   a. **Expediting Expenses**

   With respect to your damaged Covered Property, we will pay for the reasonable extra cost to:

   (1) make temporary repairs; and

   (2) expedite permanent repairs or permanent replacement.

   The most we will pay for loss, damage or expense under this coverage is the limit indicated in the Supplemental Declarations.

b. **Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in 2.c.(1)(b) below. As used in this Additional Coverage – Equipment Breakdown, additional costs mean those beyond what would have been payable under this coverage had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is the Limit of Insurance indicated in the Supplemental Declarations.

c. **Spoilage**

(1) We will pay:

   (a) For physical damage to "perishable goods" due to spoilage;

   (b) For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

   (c) Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation Condition of

the Building and Personal Property Coverage Form.

The most we will pay for loss, damage or expense under this coverage is the Limit of Insurance indicated in the Supplemental Declarations.

**d.  Computer Equipment**

We will pay for loss, damage or expense caused by or resulting from an "accident" to "computer equipment".

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is the Limit of Insurance indicated in the Supplemental Declarations. Computers used primarily to control or operate "covered equipment" are not subject to this limit.

**e.  Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data".

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is the Limit of Insurance indicated in the Supplemental Declarations.

**f.  Service Interruption**

(1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility, or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) Unless otherwise shown in the Declarations or Equipment Breakdown – Other Conditions Endorsement, Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident".

(3) The most we will pay for loss, damage or expense under this coverage is the Limit of Insurance that applies to Business Income, Extra Expense or Spoilage, except that if a Limit of Insurance is shown in the Supplemental Declarations for Service Interruption, that Limit will apply to Business Income and Extra Expense loss under this Service Interruption coverage.

**g.  Business Income and Extra Expense**

Any insurance provided under this policy for Business Income or Extra Expense is extended to Equipment Breakdown coverage.

The most we will pay for loss of Business Income you sustain or necessary Extra Expense you incur is the Limit of Insurance shown in the Supplemental Declarations for that coverage.

3. In addition to all other exclusions and limitations, we will not pay under this coverage for loss, damage or expense caused by or resulting from:

**a.** Any defect, programming error, programming limitation, computer virus, hacking, malicious code, loss of "electronic data", loss of access, loss of use, loss of functionality or other condition within or involving "electronic data" or "media" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

**b.** Any of the following tests:

A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

**c.** Misalignment, miscalibration, tripping off – line, or any condition that can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of

maintenance. But if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

4. With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except for explosion of steam boilers, steam pipes, steam engines or steam turbines); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

5. With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

6. We will not pay under this coverage for any loss or damage to animals.

7. The following conditions are added:

   a. **Suspension**

      Whenever "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

      (1) Your last known address; or

      (2) The address where the "covered equipment" is located.

      Once suspended in this way, your insurance can be reinstated only by an endorsement for the "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

   b. **Jurisdictional Inspections**

      If any property that is "covered equipment" under this coverage requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

   c. **Environmental, Safety and Efficiency Improvements**

      If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which actual cash value applies.

F. **Additional Coverage Extensions**

   1. **Property In Transit**

      This Extension applies only to your personal property to which this form applies.

      a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

      b. Loss or damage must be caused by or result from:

         (1) A Covered Cause of Loss; or

         (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

      c. The most we will pay for loss or damage under this Extension is the Property in Transit Limit of Insurance shown in the Supplemental Declarations.

      This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension, **F.3.**, does not increase the Limit of Insurance.

4. **Sewer Backup and Water Below the Surface**

   We will pay for direct physical loss or damage caused by:

   **a.** Water that backs up through a sewer or drain; or

   **b.** Water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

   We will not pay for any loss or damage caused by water or other materials that back up from a sewer or drain when such back up is caused by any flood. For purposes of this Paragraph, flood has the meaning described Subparagraphs **1.g.(1)**, **1.g.(2)** and **1.g.(5)** of Section **B. Exclusions.**

   This Coverage Extension, **F.4.**, does not increase the Limit of Insurance.

5. **Additional Spoilage**

Except as otherwise covered by Subparagraph **E. Additional Coverage – Equipment Breakdown**, we shall pay for loss of or damage to your "perishable goods", caused by a power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

**a.** Only the following Exclusions in Paragraph **B.1.** of this Causes of Loss Form are applicable to this Additional Coverage Extension:

   **(1)** Earth Movement;

   **(2)** Governmental Action;

   **(3)** Nuclear Hazard;

   **(4)** War And Military Action; and

   **(5)** Water.

**b.** In addition, the following Exclusions apply to this Additional Coverage Extension:

   We will not pay for loss or damage caused by or resulting from:

   **(1)** The disconnection of any refrigerating, cooling or humidity control system from the source of power.

   **(2)** The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

   **(3)** The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

      **(a)** Lack of fuel; or

      **(b)** Governmental order.

   **(4)** The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

   **(5)** Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

The most we will pay for loss or damage under this Extension is the Additional Spoilage Limit of Insurance shown in the Supplemental Declarations.

## 6. Virus and Hacking

We cover direct physical loss to covered "computer equipment", "electronic data", "media" or "programs", and your Web site caused by a computer virus or by computer hacking.

However, we do not cover:

a. Loss of exclusive use of any "electronic data" or proprietary "programs" that have been copied, scanned, or altered;

b. Loss of or reduction in economic or market value of any "electronic data" or proprietary "programs" that have been copied, scanned, or altered;

c. Theft from your "electronic data" or proprietary "programs" of confidential information through the observation of the "electronic data" or proprietary "programs" by accessing covered "computer equipment", your computer network, or your Web site without any alteration or other physical loss or damage to the records or programs.

Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

Computer hacking means an unauthorized intrusion by an individual or group of individuals, whether employed by you or not, into "computer equipment", "electronic data", "media" or "programs", a Web site, or a computer network and that results in but is not limited to:

a. Deletion, destruction, generation, or modification of "software";

b. Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "electronic data", "media" or "programs";

c. Observation, scanning, or copying of "electronic data" or "media" and proprietary "programs";

d. Damage, destruction, inadequacy, malfunction, degradation, or corruption of any

"computer equipment" or "media" used with "computer equipment"; or

e. Denial of access to or denial of services from your "computer equipment", your computer network, or Web site.

Computer virus means the introduction into "computer equipment", "electronic data", "media" or "programs", or a Web site of any malicious, self-replicating electronic data processing code or other code and that is intended to result in, but is not limited to:

a. Deletion, destruction, generation, or modification of "electronic data", "media" or "programs";

b. Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "electronic data", "media" or "programs";

c. Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "computer equipment" or "media" used with "computer equipment"; or

d. Denial of access to or denial of services from your "computer equipment", your computer network, or Web site.

The most we pay in any one occurrence under this Additional Coverage Extension is the Virus and Hacking Limit of Insurance shown in the Supplemental Declarations.

The most we pay for all covered losses under this Supplemental Coverage during each separate 12 month period of this policy is the Virus and Hacking Limit of Insurance shown in the Supplemental Declarations.

## G. Definitions

1. "Accident" means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

a. Mechanical breakdown, including rupture or bursting caused by centrifugal force;

b. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

c. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned

or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

**2.** "Boilers and Vessels" means:

**a.** Any boiler, including attached steam, condensate and feedwater piping; and

**b.** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear in this policy, but may appear in the Equipment Breakdown – Other Conditions Endorsement.

**3.** "Computer Equipment" means electronic data processing systems including keyboards, display screens, terminals, printers, and related peripheral equipment used solely for data processing operations. Computer equipment shall not include such equipment held for sale, distribution, or which is manufactured in the course of your business.

**4.** "Covered Equipment"

**a.** "Covered Equipment" means Covered Property, unless otherwise indicated in the Equipment Breakdown – Other Conditions Endorsement:

**(1)** That generates, transmits or utilizes energy, including electronic communications and data processing equipment, or

**(2)** Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

**b.** None of the following is "covered equipment":

**(1)** Structure, foundation, cabinet, compartment or air supported structure or building;

**(2)** Insulating or refractory material;

**(3)** Sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

**(4)** Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

**(5)** Vehicle or any equipment mounted on a vehicle. For the purpose of this limitation, vehicle means, any machine or apparatus that is used for transportation or moves under its own power including, but not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a vehicle;

**(6)** Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

**(7)** Dragline, excavation or construction equipment; or

**(8)** Equipment manufactured by you for sale.

**5.** "Electronic data" means information, instruction, or "programs" that are recorded on your media, including original source material used to enter data.

**6.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**7.** "Hazardous Substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

**8.** "Media" means magnetic tapes, compact discs, diskettes, disk packs, cards, or other standardized data recording materials which

can be read by your electronic data processing equipment.

9. "Perishable Goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

10. "Production Machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

This term does not appear in this policy, but may appear in the Equipment Breakdown – Other Conditions Endorsement.

11. "Programs" means software that are purchased or written specifically to be used with "computer equipment".

12. "Ski area mobile equipment" means a land vehicle, including any attached machinery or equipment, whether self-propelled or not that is:

a. Not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged;

b. Maintained for use primarily on premises owned or rented to you, including the ways immediately adjoining such premises;

c. Maintained for use solely in the operation of your business as a ski area; and

d. Maintained for purposes other than the transportation of persons or cargo.

"Ski area mobile equipment" includes:

a. Bulldozers, forklifts and other vehicles;

b. Vehicles that travel on crawler treads, including, but not limited to snowcats and snowmobiles;

c. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills;

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(4) Cherry pickers and similar devices used to raise or lower workers;

d. Self-propelled vehicles permanently attached equipment designed for:

(1) Snow removal;

(2) Road maintenance; or

(3) Street cleaning.

"Ski area mobile equipment" does not include:

a. Any ski lifts including, but not limited to aerial lifts, surface lifts, or other equipment used to transport customers to the top of a ski slope or run; or

b. Fixed snowmaking equipment including compressors, compressor houses, related equipment and structures and electrical equipment including transformers and distribution panels.

13. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into manmade underground cavities.

b. Falling objects does not include loss or damage to:

(1) Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

## ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.                    forms a part of Policy

No.                              issued to            by

# SKI RESORT
# EARTH MOVEMENT COVERAGE ENDORSEMENT
# (SUB-LIMIT FORM)

This endorsement modifies insurance provided under the following:

SKI AREA PROPERTY COVERAGE – BUILDING AND PERSONAL PROPERTY COVERAGE FORM
SKI AREA PROPERTY COVERAGE – CAUSES OF LOSS – SPECIAL FORM

**A. Additional Covered Causes Of Loss**

The following are added to the Covered Causes of Loss:

**Earth Movement**

1. Earthquake, including any earth sinking, rising or shifting related to such event;

2. Landslide, including any earth sinking, rising or shifting related to such event;

3. Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

4. Earth sinking rising or shifting;

5. Volcanic eruption, explosion or effusion meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   a. Airborne volcanic blast or airborne shock waves;

   b. Ash, dust or particulate matter; or

   c. Lava flow.

All Earth Movement that occurs within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**B. Exclusions, Limitations And Related Provisions**

1. The Exclusions and Limitation(s) sections of the Causes of Loss Form apply to coverage provided under this endorsement, except as provided in **B.2.** and **B.3.** below.

2. To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

3. We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

4. We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

5. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

| 109367 (11/11) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 3 |

**C.  Limit Of Insurance**

**1.  General Information**

The term Limit of Insurance means the Limit of Insurance applicable to Earth Movement for the Covered Property or Coverage under which loss or damage is sustained.

The Declarations provides information on the Limit of Insurance applicable to Covered Property and Coverages for Earth Movement.

**2.  Annual Aggregate Limit**

The Limit of Insurance for Earth Movement is an annual aggregate limit and as such is·the most we will pay for the total of all loss or damage that is caused by Earth Movement in a 12-month period (starting with the beginning of the present annual policy period), even if there is more than one Earth Movement occurrence during that period of time. Thus, if the first Earth Movement occurrence does not exhaust the Limit of Insurance, then the balance of that Limit is available for subsequent Earth Movement occurrence(s).

If a single Earth Movement occurrence begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance applicable to the following annual policy period will **not** apply to such Earth Movement occurrence.

**3.  Additional Coverages And Coverage Extensions**

Amounts payable under an Additional Coverage or Coverage Extension, as set forth in the applicable Coverage Form, do not increase the Limit of Insurance for Earth Movement.

**4.  Ensuing Loss**

If a Cause of Loss (such as fire) is covered by means of an exception to the Earth Movement Exclusion, in the Causes of Loss Form, we will also pay for the loss or damage caused by that other Covered Cause of Loss. But the most we will pay, for the total of all loss or damage caused by the Earth Movement and other Covered Cause of Loss, is the Limit of Insurance applicable to such other Covered Cause of Loss. We will **not** pay the sum of the two Limits.

**D.  Deductible**

The Deductible, if any, in this Ski Area Property Coverage Form is replaced by the following with respect to Earth Movement.

**1.**  The Deductible for coverage provided under this endorsement is the Deductible applicable to Earth Movement shown on the Declarations.

**2.**  The Deductible provisions apply to each occurrence of Earth Movement.

**3.**  We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible.  We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**4.**  When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage:

**a.**  If the Earth Movement deductible is shown as a percentage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Declarations for any described premises;

**b.**  If the Earth Movement deductible is shown as a dollar amount(s), the applicable deductible for Earth Movement is the highest dollar amount deductible shown in the Declarations for any described premises;

**c.**  If the Earth Movement deductible is shown as different percentages and / or dollar amounts, we will deduct an amount equal to a percentage of the value of the property at time of loss, being the highest percentage shown in the Declarations for any described premises, but not less than the lowest dollar amount deductible, shown in the Declarations for any described premises.

**5.**  If there is loss or damage caused by Earth Movement, and loss or damage caused by a Cause of Loss (e.g., fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**E. Business Income and Extra Expense Period of Restoration**

The "period of restoration" definition stated in the Business Income (And Extra Expense) Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each occurrence of Earth Movement. A single occurrence of Earth Movement is defined in Section A. of this endorsement.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.                    forms a part of Policy


No.                    issued to                    by

# SKI RESORT
# FLOOD COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

SKI AREA PROPERTY COVERAGE – BUILDING AND PERSONAL PROPERTY COVERAGE FORM
SKI AREA PROPERTY COVERAGE – CAUSES OF LOSS – SPECIAL FORM

**A. Additional Covered Cause Of Loss**

The following is added to the Covered Causes Of Loss:

Flood, meaning a general and temporary condition of partial or complete inundation of normally dry land areas due to:

1. The overflow of inland or tidal waters;

2. The unusual or rapid accumulation or runoff of surface waters from any source; or

3. Mudslides or mudflows which are caused by flooding as defined in **A.2.** above. For the purpose of this Covered Cause Of Loss, a mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

All flooding in a continuous or protracted event will constitute a single flood.

**B. Exclusions, Limitations And Related Provisions**

1. The Exclusions and Limitation(s) sections of the Causes Of Loss – Special Form apply to coverage provided under this endorsement except as provided in **B.2.** and **B.3.** below.

2. To the extent that a part of the Water Exclusion might conflict with coverage provided under this endorsement, that part of the Water Exclusion does not apply.

3. To the extent that a tsunami causes the overflow of tidal waters, the exclusion of earthquake, in the Earth Movement Exclusion, does not apply.

4. The following exclusions and limitations are added and apply to coverage under this endorsement:

a. We will not pay for any loss or damage caused by or resulting from any Flood that begins before or within 72 hours after the inception date of this endorsement. If you request and we provide an increase in the stated Limit of Insurance for Flood, the increase will not apply to loss or damage from any Flood that begins before or within 72 hours after your request was made.

If the Flood is due to the overflow of inland or tidal waters, then the Flood is considered to begin when the water first overflows its banks.

b. We will not pay for loss or damage caused by or resulting from destabilization of land arising from the accumulation of water in subsurface land areas.

c. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land due to the collapse or sinking of land caused by or resulting from Flood. However, coverage under this endorsement includes damage to the covered portions of the building and to covered personal property, caused by collapse or sinking of land along the shore of a body of water as the result of erosion or undermining caused by waves or currents of water which exceed the cyclical levels and cause Flood.

**C. Additional Coverages And Coverage Extensions**

1. With respect to Flood Coverage, the Debris Removal Additional Coverage (and any additional limit for Debris Removal under a Limit Of Insurance clause or an endorsement) is not applicable and is replaced by the following:

**DEBRIS REMOVAL**

a. We will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from Flood. However, we will not pay to remove deposits of mud or earth from the grounds of the described premises.

b. We will also pay the expense to remove debris of Covered Property that has floated or been hurled off the described premises by Flood.

c. This coverage for Debris Removal, as set forth in **C.1.a.** and **C.1.b.** above, does not increase the applicable Limit of Insurance for Flood. Therefore, the most we will pay for the total of debris removal and loss or damage to Covered Property is the Limit of Insurance for Flood that applies to the Covered Property at the affected described premises covered under this endorsement.

**D. Limit Of Insurance**

1. **General Information**

Flood Coverage may be written at a Limit of Insurance that is equal to or less than the Limit of Insurance which applies to other Covered Causes of Loss (e.g., Fire) under this Ski Area Commercial Property Coverage Form.

The Limit of Insurance for Flood is shown in the Declarations.

2. **Application Of Limit And Aggregate**

The Limit of Insurance for Flood is the most we will pay in a single occurrence of Flood for loss or damage caused by the Flood. If there is more than one Flood in a 12-month period (starting with the beginning of the present annual policy period), the most we will pay for the total of all loss or damage sustained during that period of time and caused by Flood is the amount that is identified as the Annual Aggregate for Flood as shown in the Declarations.

If the Limit of Insurance and the Annual Aggregate amount are the same, or if there is no amount stated as an Annual Aggregate, then the Limit of Insurance is the most we will pay for the total of all loss or damage that is caused by Flood in a 12-month period (starting with the beginning of the present annual policy period), even if there is more than one occurrence of Flood during that period of time. Thus, if the first Flood does not exhaust the applicable Limit of Insurance, then the balance of that Limit is available for a subsequent Flood(s).

If a single occurrence of Flood begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance or Annual Aggregate applicable to the following annual policy period will **not** apply to that Flood.

3. **Ensuing Loss**

In the event of covered ensuing loss, for example, loss caused by Fire, Explosion and/or Sprinkler Leakage which results from the Flood, the most we will pay, for the total of all loss or damage caused by flood, fire, explosion and sprinkler leakage, is the Limit of Insurance applicable to Fire. We will **not** pay the sum of the Fire and Flood Limits.

**E. Deductible**

1. The Deductible for coverage provided under this endorsement is the Deductible applicable to Flood as shown in the Declarations.

2. We will not pay that part of the loss that is attributable to any Deductible(s) in the National Flood Insurance Program policy.

3. If Flood results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies (e.g., the Flood deductible or the Fire deductible).

**F. Other Insurance**

The **Other Insurance** Commercial Property Condition is replaced by the following with respect to the coverage provided under this endorsement:

1. If the loss is also covered under a National Flood Insurance Program (NFIP) policy then we will pay only for the amount of loss in excess of the limit insured under that policy.

**2.** If there is other insurance covering the loss, other than that described in F.1. above, we will pay our share of the loss. Our share is the proportion that the applicable Limit of Insurance under this endorsement bears to the total of the applicable Limits of Insurance under all other such insurance. But we will not pay more than the applicable Limit of Insurance stated in the Declarations.

**G. Business Income and Extra Expense Period of Restoration**

The "period of restoration" definition stated in the Business Income (And Extra Expense) Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each occurrence of Flood. A single occurrence of Flood is defined in Section **A.** of this endorsement.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

_____
Authorized Representative

# *SKI RESORT*

## SUPPLEMENTAL DECLARATIONS

Limits of Insurance shown below shall apply with respect to Additional Coverages, Coverage Extensions and Additional Coverage Extensions, as provided in the Ski Area Commercial Property Forms, unless another limit is otherwise indicated in the Declarations or by endorsement hereto.

Where a Limit of Insurance is indicated as included, such coverage shall follow the Limit(s) of Insurance provided by the Policy and indicated in the Declarations.

If other, more specific, coverage is provided by this policy, the Limit of Insurance with respect to Additional Coverages, Coverage Extensions and Additional Coverage Extensions shall apply in excess of the Limit(s) of Insurance for such specific coverage.

No coverage is provided by this Supplemental Declarations. Refer to the Ski Area Commercial Property Forms to determine the scope of your insurance protection.

### Building and Personal Property Coverage Form

| Additional Coverages | Limits of Insurance |
|---|---|
| Debris Removal | $ 25,000 |
| Preservation of Property | Included |
| Fire Department Service Charge | 25,000 |
| Pollutant Clean Up And Removal | 25,000 |
| Recharge of Fire Protection Equipment | 10,000 |
| Reward Payments | 10,000 |
| Money And Securities – On Your Premises | 20,000 |
| Money And Securities - Away From Your Premises | 10,000 |
| Computer Equipment, Media, Electronic Data, And Programs: | |
|     Computer Equipment | **1,000,000** |
|     Media, Electronic Data And Programs | **Included in above** |
| Lock Replacement | 10,000 |
| Wind Blown Debris | 10,000 |
| Claim Expense | 25,000 |
| Expediting Costs | 25,000 |

| Coverage Extensions | Limits of Insurance |
|---|---|
| Newly Acquired or Constructed Property – Buildings | $ 1,000,000 |
| Newly Acquired or Constructed Property – Your Business | |
|     Personal Property | 1,000,000 |
| Personal Effects And Property Of Officers, Partners, Members | |
|     and Employees | 50,000 |
| Valuable Papers And Records (Other Than Electronic Data) | 100,000 |
| Property Off - Premises | 50,000 |
| Your Outdoor Property | 100,000 |
| Sod, Trees, Shrubs and Plants | |
|     Any one Tree, Shrub or Plant | 1,000 |
|     Any one occurrence | 25,000 |
| Non-Owned Detached Trailers | 20,000 |
| Fine Arts | **500,000** |
| Salesperson's Samples | 10,000 |
| Accounts Receivable Records | 100,000 |
| Off Premises Utility Failure – Damage to Covered Property | **1,000,000** |

| 109370 (11/11) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 3 |
|---|---|---|

| | |
|---|---|
| Retaining Walls | 5,000 |
| Undamaged Leasehold Improvements | 50,000 |
| Coverage for Loss to Portion of Undamaged Building | Included |
| Bridges, Roadways, Walks, Patios or Other Paved Surfaces | Included |
| Ordinance or Law | Included |

## Business Income and/or Extra Expense Coverage Form

| Additional Coverages | Limits of Insurance |
|---|---|
| Civil Authority | $   Included |
| Alterations And New Buildings | Included |
| Extended Business Income | Included |
| Interruption Of Computer Operations | 100,000 |

| Coverage Extensions | Limits of Insurance |
|---|---|
| Newly Acquired or Constructed Property (Business Income) | $   500,000 |
| Dependent Property | 100,000 |
| Off Premises Utility Failure (Business Income) | **1,000,000** |
| Lease Cancellation Moving Expenses | 5,000 |

| | |
|---|---|
| Off Premises Utility Failure – when loss is caused by loss or damage to Above Ground Transmission or Distribution Lines: Damage to Covered Property and Business Income combined | **1,000,000** |

## Causes of Loss – Special Form

| Limitation | Limits of Insurance |
|---|---|
| Theft of Furs, Jewelry, Stamps and Other Specified Items | $   5,000 any one item; Maximum 10,000 any one occurrence |

| Additional Coverages | Limits of Insurance |
|---|---|
| Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria | 25,000 |

| Additional Coverage Extensions | Limits of Insurance |
|---|---|
| Property In Transit | $   350,000 |
| Water Damage, Other Liquids, Powder Or Molten Material Damage | Included |
| Glass | Included |
| Sewer Backup and Water Below the Surface | Included |
| Additional Spoilage | 25,000 |
| Virus and Hacking | 25,000 |

| Additional Coverage – Equipment Breakdown | Limits of Insurance |
|---|---|
| Equipment Breakdown | $   Included |
| Expediting Expenses | 25,000 |
| Hazardous Substances | 25,000 |
| Spoilage | 25,000 |

| Computer Equipment | 25,000 |
| Data Restoration | 25,000 |
| Service Interruption | 25,000 |
| Business Income | Included |
| Extra Expense | Included |
| Dependent Property | Included |
| Ordinance or Law | Included |

Where a Limit of Insurance is indicated as Included, such coverage shall follow the Limit(s) of Insurance provided by the Policy and indicated in the Declarations, unless otherwise indicated in the Equipment Breakdown – Other Conditions Endorsement.

Where any policy deductible, condition, limitation or exclusion for Additional Coverage – Equipment Breakdown is different from those provided by the forms attached to this policy, such deductible, condition, limitation or exclusion for Additional Coverage – Equipment Breakdown, if any, will be indicated in the Equipment Breakdown – Other Conditions Endorsement.

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.                    Forms a part of Policy No.

Issued to:

By:

# ADDITIONAL COVERAGES FOR GOLF COURSES

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

SCHEDULE

| ADDITIONAL COVERAGES | LIMITS OF INSURANCE | |
|---|---|---|
| Tee to Green | $2,000,000 | Per policy period |
| Sprinklers and Underground Wiring | $25,000 | Per occurrence |
| Additional Covered Golf Course Property | $5,000 | Per occurrence |

*\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.*

The following Additional Coverages are added to Paragraph **4. Additional Coverages** in Section **A. Coverage**:

[Limits for each Additional Coverage are in addition to Limits of Insurance for Covered Property shown in the Declarations.  Unless otherwise indicated, the property deductible shown in the Declarations shall apply to the Additional Coverages].

**a. Tee To Green**

We will pay for loss or damage to your golf holes meaning tees, driving ranges, cut fairways, greens, bunkers, cut and maintained roughs and other cut and maintained playing surfaces.

We will only pay for loss or damage caused by or resulting from any of the following causes of loss:

**(1)**     Fire, lightning, explosion;

**(2)**     Aircraft or vehicles;

**(3)**     Riots, riot attending a strike, civil commotion;

**(4)**     Vandalism and malicious mischief; or

**(5)**     Windstorm or hail.

The total we will pay for all loss or damage under this Additional Coverage in any one policy period shall not exceed the amount shown in the Schedule to this Additional Coverage for Golf Courses endorsement (hereinafter the "Schedule").

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

**b. Sprinklers And Underground Wiring**

We will pay for loss or damage to your in-ground landscape sprinkler systems (including related equipment) and underground wiring at the premises described in the Declarations.  We will not pay for loss or damage caused by freezing.

The most we will pay for loss or damage under this Additional Coverage for any one occurrence is the amount shown in the Schedule.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

**c. Additional Covered Golf Course Property**

We will pay for loss or damage to your:

(1) flags, ball washers, benches, tee markers, tee monuments, tee signs, exterior light fixtures, poles and bells at the premises described in the Declarations; and

(2) fences, bridges, walks, patios and other paved surfaces that are adjacent to greens and fairways covered under the Tee to Green Additional Coverage, above.

The most we will pay for loss or damage under this Additional Coverage for any one occurrence is the amount shown in the Schedule.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

All other terms and conditions of the policy remain the same.

_____

Authorized Representative

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.            Forms a part of Policy No.

Issued to:

By:

# NON-OWNED GOLF CARTS COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

SKI RESORT BUILDING AND PERSONAL PROPERTY COVERAGE FORM

The following Additional Coverages are added to Paragraph **4. Additional Coverages** of Section **A. Coverage**:

[Limits for each Additional Coverage are in addition to Limits of Insurance for Covered Property shown in the Declarations. Unless otherwise indicated, the property deductible shown in the Declarations shall apply to the Additional Coverages].

**a. Leased or Borrowed Golf Carts for 30 Days or Less**

**(1)** We will pay for loss of or damage to golf carts leased or borrowed by you for a period of 30 days or less for tournaments or other special events being held at the golf club, provided that:

**(a)** The golf carts are in your care, custody or control at the premises described in the Declarations; and

**(b)** You have a contractual responsibility to pay for loss of or damage to the golf carts.

**(2)** This Additional Coverage is excess over the amount due (whether you can collect on it or not) from any other insurance covering such golf cart.

The most we will pay for loss or damage under this Additional Coverage for any one occurrence is $50,000.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

This Additional Coverage is subject to a deductible of $1,000 per occurrence.

**b. Members' Golf Carts in Your Custody**

We will pay for loss or damage to your members' golf carts while in your care, custody or control.

The most we will pay for loss or damage under this Additional Coverage for any one occurrence is $25,000.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

This Additional Coverage is subject to a deductible of $1,000 per occurrence

However, our payment for loss of or damage to your members' golf carts will only be for the account of the owner of the golf cart.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective                    at 12:01 A.M.            forms a part of

Policy No.                                      Issued to:

By:

# FOOD CONTAMINATION AND COMMUNICABLE DISEASE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

<u>SCHEDULE*</u>

<u>**Premises Covered:**</u>

   1.

   2.

   3.

<u>**Limit of Insurance for Each Premises:**</u>

Food Contamination and Communicable Disease Aggregate Limit          $

\* Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations, or by endorsement hereto.

I.   Subparagraph e. is added to paragraph **5. Additional Coverages** of Section **A. COVERAGE** as follows:

   **e.  Food Contamination and Communicable Disease**

      **(1)**  We will pay for the actual loss of Business Income you sustain if the Board of Health or other governmental body orders you to close one or more of your entire premises, as shown in the Schedule of this FOOD CONTAMINATION AND COMMUNICABLE DISEASE COVERAGE endorsement (hereinafter "Schedule"), due to discovery or suspicion of "food contamination" or "communicable disease".

      **(2)**  We will pay for Extra Expense you incur (as described in Subparagraphs **(a) – (e)** below) due to the Board of Health or other governmental body discovering or suspecting "food contamination" or "communicable disease" at your premises, as described in the Schedule. We will only pay for the following Extra Expense:

         **(a)**  The cost to replace consumable food that is declared contaminated by the local Board of Health or other governmental body, or consumable food that is suspected to be contaminated;

**(b)** The cost of necessary medical tests or vaccinations for your employees, as required by the local Board of Health or other governmental body, but only to the extent that such tests or vaccinations do not qualify for coverage under any other insurance policy, or insurance plan;

**(c)** The cost to clean up your equipment as required by the Board of Health or any other governmental body;

**(d)** The cost to reimburse your guests, patrons, or invitees for necessary doctors care, hospitalization and medical tests, and

**(e)** The cost of additional expense in advertising to restore your business reputation.

**(3)** Limit of Insurance

The most we will pay under this Additional Coverage for all losses due to "food contamination" and "communicable disease" in any one policy year, at each premises described in the Schedule is the Food Contamination and Communicable Disease Aggregate Limit shown in the Schedule.

The Food Contamination and Communicable Disease Aggregate Limit is in addition to the Limits of Insurance for Covered Property shown in the Declarations.

**(4)** This Additional Coverage does not apply to any fines or penalties levied against you by the Board of Health, or any other governmental authority, as a result of the discovery or suspicion of "food contamination" or "communicable disease".

**II.** With respect to the coverage provided by this endorsement *only*, Subparagraph **c. Extended Business Income** of Paragraph **5. Additional Coverages** of Section **A. Coverage** is deleted in its entirety.

**III.** With respect to the coverage provided by this endorsement *only*, the following definitions are added to Section **F. Definitions**:

**1.** "Food contamination" means food that is deemed unfit for consumption by the Board of Health or other governmental body as a result of:

**a.** Tainted food you purchased;

**b.** Food which has been improperly stored, handled, or prepared; or

**c.** A "communicable disease" transmitted through your employee(s).

**2.** "Communicable disease" means any disease that is transmissible by infection or contagion through contact with humans or animals, or through bodily fluids, contaminated objects, airborne inhalation or a similar agent.

All other terms, conditions, and exclusions of the policy shall remain unchanged.

_____

AUTHORIZED REPRESENTATIVE

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.
Forms a part of Policy

# SKI RESORT PROPERTY COVERAGE
# PROPERTY IN TRANSIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

SKI RESORT PROPERTY COVERAGE – CAUSES OF LOSS – SPECIAL FORM

Subparagraph **1. a.** of Section **F. Additional Coverage Extensions** is deleted in its entirety and replaced by the following:

You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) while in due course of "transit", including loading and unloading. Your personal property in "transit" includes shipments within the Coverage Territory, including, while waterborne on inland or coastal waterways within or between the Continental United States, Alaska, or Canada. This coverage shall not apply to the property of others for which you are responsible as a carrier for hire, as a shipper, or hauler. We shall pay for those shipments of your personal property in the custody of a carrier under a shipping document.

For the purposes of this endorsement, "transit" means the shipment of Covered Property that:

a.   Begins at the point of shipment to a specific destination;

b.   Includes the ordinary reasonable and necessary stops, interruptions, delays, or transfers incidental to the route and method of shipment, including rest periods taken by driver(s);

c.   Includes temporary storage at a terminal location, including while situated on or in the mode of transportation used for shipment of Covered Property, for up to 30 consecutive days; and

d.   Ends upon the acceptance of the goods by or on behalf of the consignee at the specified destination.

All other terms and conditions of the policy remain the same.

<div align="right">

_____
Authorized Representative

</div>

| 115191(3/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 1 |

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.

Forms a part of Policy No.

# SKI RESORT AGREED VALUE ENDORSEMENT

This endorsement modifies insurance provided under the following:

SKI RESORT BUILDING AND PERSONAL PROPERTY COVERAGE FORM

As respects the Commercial Property Declarations, or Commercial Property Renewal Declarations, attached to and forming a part of this policy:

1. any amount indicated as a coinsurance percentage is deleted in its entirety, and

2. Agreed Value means, we will pay no more for loss of or damage to that property than the Limit of Insurance shown for it in the Declarations.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| 115197 (3/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 1 |

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.                    forms a part of Policy

No.                                        issued to                    by

# ADDITIONAL COVERAGE – WILDFIRE EXTRA EXPENSE

This endorsement modifies insurance provided under the following:

SKI RESORT BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

## <u>Schedule</u>

Wildfire Extra Expense Aggregate Limit of Insurance          $

*(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)*

**I.**   Subparagraph **c.** is added to Paragraph **2.** **<u>Extra Expense</u>** of Section **A. Coverage** as follows:

   **c.**   However, this Paragraph does not apply to the Wildfire Extra Expense Additional Coverage.

**II.**   Subparagraph **e. Wildfire Extra Expense** is added to Paragraph **5. Additional Coverages** of Section **A. Coverage** as follows:

   **e.   Wildfire Extra Expense**

   "Wildfire Extra Expense" that you sustain due to direct physical loss or damage, to a "forest" covering the "insured ski area" described in the Declarations.  The direct physical loss or damage must be caused by a "wildfire".

   The Wildfire Extra Expense Aggregate Limit of Insurance shown in the Schedule above is the most we will pay under this endorsement, for the total of all "Wildfire Extra Expenses" sustained in any one policy period, regardless of the number of occurrences under this policy.  With respect to an occurrence which begins in one policy period and continues or results in additional loss or damage in a subsequent policy period, all direct physical loss or damage is deemed to be sustained in the policy period in which the occurrence began.

   The Wildfire Extra Expense Aggregate Limit of Insurance is in addition to the Limit of Insurance for Business Interruption and Extra Expense shown on the Declarations.

   Subparagraph **g.** of Paragraph **2. Property Not Covered** of Section **A. Coverage** of the Ski Resort Building and Personal Property Coverage Form shall not apply to this Wildfire Extra Expense Additional Coverage, but only to the extent provided herein.

| 108014 (8/12) | © All rights reserved. | Page 1 of 2 |

II. The following Paragraphs are added to Section **E. Definitions:**

1. "Wildfire" means a highly destructive fire involving a "forest".

2. "Forest" means the dense growth of trees and underbrush covering a tract of land.

3. "Insured ski area" means the land within the ski resort's permit area that is owned or leased by you.

4. "Wildfire Extra Expense" means the necessary excess cost incurred by you in order to continue operation of the "insured ski area" and related ski resort business as nearly as reasonably practicable for a period not to exceed 12 months, over and above the cost that would normally have been incurred to conduct business during the same period had no direct physical loss or damage occurred.  The end of the policy period does not cut short this 12-month period.  "Wildfire Extra Expense" are:

   a. Expenses to restore the ski slopes located in the "insured ski area", including but not limited to, expenses for: constructing berms, installing barriers or fencing to contain snow on slopes, demarking trails, removing debris, such as trees and brush, and re-foresting and/or similar expenses; and

   b. Advertising expenses in order to promote the operation of the "insured ski area" after a "wildfire".

All other terms and conditions of the policy remain the same.


_____
Authorized Representative

| 108014 (8/12) | © All rights reserved. | Page 2 of 2 |

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.

Forms a part of Policy No.

# SKI RESORT PROPERTY
# UNDERGROUND PROPERTY ENDORSEMENT

This endorsement modifies insurance provided under the following:

SKI RESORT BUILDING AND PERSONAL PROPERTY COVERAGE FORM

I.   Subparagraph l. of paragraph **2. Property Not Covered** of section **A. Coverage** is deleted in its entirety and replaced by the following:

l.   Underground pipes, flues or drains, except as provided in paragraph **5. Coverage Extensions**;

II.  The following is added to paragraph **5. Coverage Extensions:**

**Underground Property**

Coverage for your building is extended to include your underground property, including but not limited to pipes, flues, drains or tanks, provided that a description and value is shown on the statement of values submitted to, and on file with us.

Coverage includes cost to excavate such underground property during repair and replacement.

Coverage under this Coverage Extension does not include underground or buried piping used to de-ice heated walkways, driveways or patios.

All other terms and conditions of the policy remain the same.

Authorized Representative

| MAN 070 (11/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 1 |

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.

Forms a part of Policy No.

# OFF PREMISES UTILITY SERVICES CHANGES

This endorsement modifies insurance provided under the following:

    SKI RESORT BUILDING AND PERSONAL PROPERTY COVERAGE FORM
    SKI RESORT BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

I.  The SKI RESORT BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

    Subparagraph k.(2) of paragraph **5. Coverage Extensions** of section **A. Coverages** is deleted in its entirety and replaced with the following:

    **(2)** Communication Supply Services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave, or television services to the premises described in the Declarations, such as:

        **(a)** Communication transmission lines;

        **(b)** Coaxial cables; and

        **(c)** Microwave radio relays except satellites.

    We will pay for loss or damage under this Extension which results from direct physical loss of or damage, caused by or resulting from a Covered Cause of Loss, to above ground communication lines within 5 statute miles of the premises described in the Declarations.

II.  The SKI RESORT BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM is amended as follows:

    Subparagraph **c. Off Premises Utility Failure** of paragraph **6. Coverage Extensions** of section **A. Coverages** is deleted in its entirety and replaced by the following:

    **c.  Off Premises Utility Failure**

    We shall pay for the actual loss of your business income and extra expense caused by or resulting from:

    **(1)** The necessary suspension of your operations during the period of restoration;

    **(2)** Direct physical loss or damage by a Covered Cause of Loss to property not on your premises but used to supply you with services by the following utilities:

        **(a)** Water Supply Services, meaning the following types of property supplying water to the premises described in the Declarations:

            **(i)** Pumping stations; and

            **(ii)** Water mains.

| 117560 (06/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 2 |
|---|---|---|

**(b)** Communication Supply Services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave, or television services to the premises described in the Declarations, such as:

   **(i)** Communication transmission lines;

   **(ii)** Coaxial cables; and

   **(iii)** Microwave radio relays, except satellites.

We will pay for loss or damage under this Extension which results from direct physical loss of or damage, caused by or resulting from a Covered Cause of Loss, to above ground communication lines within 5 statute miles of the premises described in the Declarations. .

**(c)** Power Supply Services, meaning the following types of property supplying electricity, steam, or gas to the premises described in the Declarations:

   **(i)** Utility generating plants;

   **(ii)** Switching stations;

   **(iii)** Substations;

   **(iv)** Transformers; and

   **(v)** Transmission lines.

We will pay for loss or damage under this Extension which results from direct physical loss of or damage, caused by or resulting from a Covered Cause of Loss, to above ground transmission lines within 5 statute miles of the premises described in the Declarations.

The most we shall pay under this Business Income and Extra Expense Coverage Extension is the Off Premises Utility Failure Limit of Insurance shown on the Supplemental Declarations for loss you incur after the first twenty-four (24) hours following direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility companies described above, unless a dollar deductible is shown in the Declarations or by endorsement to this policy for Business Income and then such dollar deductible shall apply as respects this coverage extension.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

POLICY NUMBER:                                          COMMERCIAL GENERAL LIABILITY
                                                        CG 21 35 10 01

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

Description And Location Of Premises Or Classification:

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section I – Coverage C – Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section I – Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007 IL 00 21 09 08 ☐

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

© Insurance Services Office, Inc., 2012

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph f.**(2)** or f.**(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

© Insurance Services Office, Inc., 2012

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

**COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

p. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

## COVERAGE C – MEDICAL PAYMENTS

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage A; and

   **b.** Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

© Insurance Services Office, Inc., 2012    CG 00 01 04 13

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the injury or damage arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above;

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

(3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

  © Insurance Services Office, Inc., 2012

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

  © Insurance Services Office, Inc., 2012  CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  (1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

  (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  a. False arrest, detention or imprisonment;

  b. Malicious prosecution;

  c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

  f. The use of another's advertising idea in your "advertisement"; or

  g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

  a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    (1) Products that are still in your physical possession; or

    (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      (a) When all of the work called for in your contract has been completed.

      (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  b. Does not include "bodily injury" or "property damage" arising out of:

    (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

    (3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

  a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 © Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.**, Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 00 33 04 13

# LIQUOR LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – LIQUOR LIABILITY COVERAGE

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies if liability for such "injury" is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "injury" and settle any claim or "suit" that may result. But:

   **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

   **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

**b.** This insurance applies to "injury" only if:

   **(1)** The "injury" occurs during the policy period in the "coverage territory"; and

   **(2)** Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "injury" or claim, knew that the "injury" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "injury" occurred, then any continuation, change or resumption of such "injury" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Injury" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim, includes any continuation, change or resumption of that "injury" after the end of the policy period.

**d.** "Injury" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim:

   **(1)** Reports all, or any part, of the "injury" to us or any other insurer;

   **(2)** Receives a written or verbal demand or claim for damages because of the "injury"; or

   **(3)** Becomes aware by any other means that "injury" has occurred or has begun to occur.

### 2. Exclusions

This insurance does not apply to:

**a. Expected Or Intended Injury**

   "Injury" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Workers' Compensation And Similar Laws**

   Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

c. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "injury".

d. **Liquor License Not In Effect**

"Injury" arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

e. **Your Product**

"Injury" arising out of "your product". This exclusion does not apply to "injury" for which the insured or the insured's indemnitees may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

f. **Other Insurance**

Any "injury" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the limits of insurance.

This exclusion does not apply if the other insurance responds to liability for "injury" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

g. **War**

"Injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## SUPPLEMENTARY PAYMENTS

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

3. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

5. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

6. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

7. Expenses incurred by the insured for first aid administered to others at the time of an event to which this insurance applies.

These payments will not reduce the limits of insurance.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    © Insurance Services Office, Inc., 2012    CG 00 33 04 13

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (a) above; or

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (a) or (b) above.

(2) "Property damage" to property:

(a) Owned or occupied by; or

(b) Rented or loaned;

to that "employee", any of your other "employees", by any of your partners or members (if you are a partnership or joint venture), or by any of your members (if you are a limited liability company).

b. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

b. Coverage does not apply to "injury" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for all "injury" as the result of the selling, serving or furnishing of alcoholic beverages.

3. Subject to the Aggregate Limit, the Each Common Cause Limit is the most we will pay for all "injury" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – LIQUOR LIABILITY CONDITIONS

1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Injury, Claim Or Suit**

   **a.** You must see to it that we are notified as soon as practicable of an "injury" which may result in a claim. To the extent possible, notice should include:

      **(1)** How, when and where the "injury" took place;

      **(2)** The names and addresses of any injured persons and witnesses; and

      **(3)** The nature and location of any "injury".

   **b.** If a claim is made or "suit" is brought against any insured, you must:

      **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

      **(2)** Notify us as soon as practicable.

     You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

      **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      **(2)** Authorize us to obtain records and other information;

      **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury" to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

   **a. Primary Insurance**

   This insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **b.** below.

   **b. Method Of Sharing**

   If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

   If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

   **a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

   **b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

 © Insurance Services Office, Inc., 2012 CG 00 33 04 13

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**2.** "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the "injury" occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

c. All other parts of the world if the "injury" arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph **a.** above; or

(2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

**3.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**4.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

**5.** "Injury" means damages because of "bodily injury" and "property damage", including damages for care, loss of services or loss of support.

**6.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**7.** "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

**8.** "Suit" means a civil proceeding in which damages because of "injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**9.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

© Insurance Services Office, Inc., 2012

**10.** "Your product":

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

© Insurance Services Office, Inc., 2012
CG 00 33 04 13

IL 01 25 11 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Colorado law.

**B.** Under the Commercial Automobile Coverage Part, the term "family member" is replaced by the following and supersedes any other provisions to the contrary:

"Family member" means a person related to:

**1.** The individual Named Insured by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of such Named Insured's household, including a ward or foster child;

**2.** The individual named in the Schedule by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individuals endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of your household, including a ward or foster child.

COMMERCIAL GENERAL LIABILITY
CG 20 08 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – USERS OF GOLFMOBILES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person(s) using or legally responsible for the use of golfmobiles loaned or rented to others by you or any of your concessionaires but only for their liability arising out of the use of the golfmobiles.

**B.** For the purposes of this endorsement, golfmobile means a motorized conveyance that is:

**1.** Designed to carry up to four persons on a golf course for the purpose of playing golf; and

**2.** Not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground.

POLICY NUMBER:                                             COMMERCIAL GENERAL LIABILITY
                                                              CG 20 10 04 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
|  |  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or
2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and
2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or
2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

CG 20 10 04 13

POLICY NUMBER:                                                    COMMERCIAL GENERAL LIABILITY
                                                                 CG 20 26 04 13

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – DESIGNATED
# PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

**CG 20 26 04 13**                    © Insurance Services Office, Inc., 2012                    **Page 1 of 1**

POLICY NUMBER:

COMMERCIAL GENERAL LIABILITY
CG 24 04 05 09

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Person Or Organization: |
| --- |
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

© Insurance Services Office, Inc., 2008

POLICY NUMBER:                                                      **COMMERCIAL GENERAL LIABILITY**
**CG 24 07 01 96**

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE PART
   PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

**Description of Premises and Operations:**


(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1. On, from or in connection with the use of any premises described in the Schedule, or

2. In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf,

Paragraph **a.** of the definition of "Products-completed operations hazard" in the DEFINITIONS Section is replaced by the following:

   "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

POLICY NUMBER:                                          **COMMERCIAL GENERAL LIABILITY**
                                                               CG 21 53 01 96

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED ONGOING OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Description of Designated Ongoing Operation(s):**

**Specified Location (If Applicable):**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.,** Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

CG 21 53 01 96                Copyright, Insurance Services Office, Inc., 1994                Page 1 of 1    □

ENDORSEMENT #

This endorsement, effective 12:01 A. M.                 forms a part of Policy

No.                              issued to                     by

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

FUNGUS EXCLUSION

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", or any other loss, cost or expense, including but not limited to, losses, costs or expenses related to, arising from or associated with clean-up, remediation, containment, removal or abatement, caused directly or indirectly, in whole or in part, by:

      a. Any "fungus(i)", "mold(s)", mildew or yeast, or
      b. Any "spore(s)" or toxins created or produced by or emanating from such "fungus(i)", "mold(s)", mildew or yeast, or
      c. Any substance, vapor, gas, or other emission or organic or inorganic body or substance produced by or arising out of any "fungus(i)", "mold(s)", mildew or yeast, or
      d. Any material, product, building component, building or structure, or any concentration of moisture, water or other liquid within such material, product, building component, building or structure, that contains, harbors, nurtures or acts as a medium for any "fungus(i)", "mold(s)", mildew, yeast, or "spore(s)" or toxins emanating therefrom,

regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to that "bodily injury", "property damage", "personal and advertising injury", loss, cost or expense.

For the purposes of this exclusion, the following definitions are added to the Policy:

    "Fungus(i)" includes, but is not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including "mold(s)", rusts, mildews, smuts, and mushrooms.

    "Mold(s)" includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and "fungi" that produce molds.

78689 (7/03)                              Page 1 of 2

"Spore(s)" means any dormant or reproductive body produced by or arising or emanating out of any "fungus(i)", "mold(s)", mildew, plants, organisms or microorganisms.

It is understood that to the extent any coverage may otherwise be provided under this policy or any of its other endorsements, the provisions of this exclusion will supercede.

**ALL OTHER TERMS AND CONDITIONS SHALL REMAIN UNCHANGED.**

_____
Authorized Representative

This endorsement, effective                A.M.                                    forms a part of

Policy No.                          issued to

By:

## ABUSE AND MOLESTATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**Commercial General Liability Coverage Part-Occurrence**

### ADDITIONAL DECLARATIONS

1.    Limits of Insurance

$ \underline{\hspace{3cm}}            For each **abuse or molestation incident**

$ \underline{\hspace{3cm}}            Aggregate Limit of Insurance for all **abuse or
                                             molestation incidents**

**(If no entry appears above, information required to complete this endorsement will be shown in
the Declarations as applicable to this endorsement.)**

For the purposes of this endorsement, Coverage A., Bodily Injury and Property Damage, and
Coverage B., Advertising Injury and Personal Injury, of the Commercial General Liability
Coverage Part are each amended by adding the following to the end of each insuring agreement
and the following shall be the only insuring agreement to apply to **abuse or molestation
incidents**.

## I.    INSURING AGREEMENT

A.    **We** shall pay those amounts that the insured becomes legally obligated to pay as damages
      for **bodily injury**, **mental injury**, **advertising injury** or **personal injury** arising out of:

   1.    Any **abuse or molestation incident** arising out of:

         Negligent:

         a.    Employment;

         b.    Investigation;

         c.    Supervision;

d.    Reporting to the proper authorities, or failure to report; or

e.    Retention;

of a person for whom the insured is or ever was legally responsible.

B.    This insurance shall only apply if the **abuse or molestation incident** takes place on or after the inception date of this policy, but before the end of the **policy period**, and within the coverage territory.

C.    A **claim** by a person or organization seeking damages will be deemed to have been made at the earlier of the following times:

1.    When notice of such **claim** is received and recorded by the insured or by **us**, whichever comes first; or

2.    When **we** make settlement in accordance with the provisions of this endorsement.

.    All **claims** for damages because of **bodily injury**, **mental injury**, **advertising injury**, or **personal injury** arising out of an **abuse or molestation incident** to the same person, including damages claimed by any person or organization for care, loss of services, or death resulting at any time from the **bodily injury**, **mental injury**, **advertising injury**, or **personal injury**, shall be deemed to have been made at the time the first of those **claims** is made against the insured.

D.    **We** have the right and duty to defend any **suit** seeking damages to which this endorsement applies.  **Our** right and duty to defend end when **we** have exhausted the applicable limit of insurance.  Further, **we** may at our discretion investigate any **abuse or molestation incident** and settle any **claim** or **suit** that may result.

## II.    DEFINITIONS

For the purposes of this endorsement, the following additional definitions shall apply:

A.    **Abuse or molestation incident** means any actual or alleged negligent act, error, or omission resulting in abuse
or molestation or threatened abuse or molestation.

B.    **Mental Injury** means mental anguish or emotional distress.

## III.    LIMITS OF INSURANCE

A.    The limits of insurance stated above in the Additional Declarations and the information contained in this section fix the most **we** shall pay regardless the number of:

65123(4/96)                    2

1.    insureds;

2.    **Claims** submitted or suits brought; or

3.    Persons or organizations making **claims** or bringing **suits**.

B.    The most **we** shall pay under this endorsement for damages for **bodily injury, mental injury, advertising injury,** and **personal injury** arising from each **abuse or molestation incident** is limited to each **abuse or molestation incident** limit of insurance. The total damages for all **bodily injury, mental injury, advertising injury,** and **personal injury** arising from all **abuse or molestation incidents** shall be limited to the aggregate limit of insurance shown above in the Additional Declarations.

C.    These limits of insurance shall be the only limits of insurance available for coverage under this endorsement notwithstanding anything contained in Section III., Limits of Insurance, of the Commercial General Liability Coverage Part.

D.    All claims arising from continuous, related, or repeated **abuse or molestation incidents** shall be treated as arising out of one **abuse or molestation incident.** The limits of insurance in effect when the first **claim** was made shall apply to all such **claims.**

E.    The limits of insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the **policy period** shown in the Declarations, unless the **policy period** is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period shall be deemed part of the last preceding **policy period** for purposes of determining the limits of insurance.

## IV.    EXCLUSIONS

The endorsement shall not apply to any individual who:

1.    Committed or is alleged to have committed in the act which results in an **abuse or molestation incident;**

2.    Knowingly failed to prevent any expected or intended **abuse or molestation incident;** or

3.    Intentionally neglected to notify the proper authorities of any **abuse or molestation incident.**

**All other terms, conditions and exclusions remain unchanged.**

———————————————————————————
AUTHORIZED REPRESENTATIVE

65123(4/96)                                                                3

ENDORSEMENT #

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

This endorsement, effective **12:01 A.M.**                      forms a part of Policy

No. issued to

By

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**NOTICE: EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THE COVERAGE OF THIS ENDORSEMENT IS GENERALLY LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND REPORTED IN WRITING TO THE INSURER PURSUANT TO THE TERMS HEREIN. PLEASE READ THIS ENDORSEMENT CAREFULLY AND DISCUSS THE COVERAGE THEREUNDER WITH YOUR INSURANCE AGENT OR BROKER.**

**NOTICE: THE LIMIT OF INSURANCE AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY AMOUNTS INCURRED BY US FOR LEGAL DEFENSE.**

**EMPLOYEE BENEFITS LIABILITY INSURANCE**
**PROVIDES CLAIMS MADE COVERAGE - Please read carefully**

**ADDITIONAL DECLARATIONS**

| ITEMS | | |
|---|---|---|
| 1. | LIMIT OF INSURANCE FOR EMPLOYEE BENEFITS LIABILITY INSURANCE<br>Any payments made pursuant to this endorsement will be subject to, and erode the General Aggregate Limit of the policy to which this endorsement is attached.<br>$ _____ , Each Wrongful Act or Series Of Related Wrongful Acts Limit | |
| 2. | SELF INSURED RETENTION: ☐ (Applicable, if checked) | $ _____ , Each Wrongful act or series of related Wrongful acts. If applicable, then the insurance provided by this endorsement will only apply in excess of the listed Self Insured Retention (hereinafter "Retained Limit"). Additionally, we shall have the right, but not the duty, to defend any suit against the Insured seeking damages on account of a Wrongful act or series of related Wrongful acts. |
| 3. | DEDUCTIBLE: (Applicable, if checked) | $ _____ , Each Wrongful act or series of related Wrongful acts. If applicable, then the Deductible is subject to the terms and conditions of the Deductible Endorsement – Form A (Form No. _____ ) that is attached to the policy under Endorsement No. _____ . |
| 4. | RETROACTIVE DATE: | |
| 5. | ESTIMATED ANNUAL PREMIUM: | $ |

A. For the purpose of coverage provided by this endorsement only, **SECTION I – COVERAGES,** is amended with the addition of the following:

COVERAGE - EMPLOYEE BENEFITS LIABILITY

1. Insuring Agreement

   a. We will pay the Insured for those sums which the Insured shall become legally obligated to pay as damages because of any "claim" made against the Insured due to any "Wrongful act" of the Insured, or any other person for whose acts the Insured is legally liable, in the "administration" of the "employee benefit program" of the Insured.

   Except with respect to a Retained Limit as indicated in Item 2 of the Additional Declarations, we have the right and duty to defend any suit against the Insured seeking damages on account of such negligent act, error or omission, even if any of the allegations of the suit are groundless, false or fraudulent, and we may make such investigation and settlement of any "claim" or suit as we deem expedient. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply.
   But:

   1) The amount we will pay for damages is limited as described in Section D. 1. of this endorsement headed Limits of Insurance;
   2) the amounts we pay for "allocated loss adjustment expenses" will reduce the Limit of Insurance available, as provided under Section D. 1. of this endorsement headed Limits of Insurance; and
   3) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments, settlements, or "allocated loss adjustment expenses".

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Section C. of this endorsement.

   b. The insurance provided by this endorsement applies to damages only if:

   1) the damages did not occur before the Retroactive Date, if any, shown in Item 4. of the Additional Declarations or after the end of the policy period; and
   2) the "claim" for damages covered by this endorsement is first made against the Insured, in accordance with Paragraph c. below, during the policy period or an Extended Reporting Period we provide under Section E., 2. Optional Extended Reporting Period.

   c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

   1) When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or
   2) When we make settlement in accordance with Paragraph 1.a. above

   A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the "claim".

   d. All "claims" for damages made by an "employee" because of any "Wrongful act" or series of related "Wrongful acts", including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

2. Exclusions

This endorsement does not apply to:

a. Dishonest, Fraudulent, Criminal Or Malicious Act.

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

b. Bodily Injury, Property Damage, Or Personal And Advertising Injury

"Bodily injury", "property damage" or "personal and advertising injury".

c. Failure To Perform A Contract

Damages arising out of failure of performance of contract by any insurer.

d. Insufficiency Of Funds

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation

Any "claim" based upon:

1) Failure of any investment to perform;
2) Errors in providing information on past performance of investment vehicles; or
3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program"

f. Workers' Compensation And Similar Laws

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. ERISA

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. Available Benefits

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. Taxes, Fines Or Penalties

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. Employment-Related Practices

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

k. Failure to Maintain Insurance or Bond

Any "claim" made against the Insured based on or attributable to any failure

or omission on the part of the Insured to effect and maintain insurance or bonding for Plan Property or Assets.

B. For purposes of the coverage provided by this endorsement only, **Section II – Who Is An Insured** is deleted in its entirety and replaced with the following:

Insured: as used in this endorsement, means the Named Insured, provided that (a) if the Named Insured is designated as an individual, the insurance applies only to the conduct of a business of which he is the sole proprietor and (b) the unqualified word Insured also includes the following:

A.  If the Named Insured is or includes a partnership or joint venture, any partner or member thereof but only with respect to his liability as such;

B.  Any executive officer, director or stockholder of the Named Insured while acting within the scope of his duties as such;

C.  Any employee, provided such employee is authorized to act in the "administration" of the "Employee Benefits Program" of the Named Insured.

C. For the purposes of the coverage provided by this endorsement only, **SECTION I – SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**, is deleted in its entirety and replaced with the following:

ALLOCATED LOSS ADJUSTMENT EXPENSES – EMPLOYEE BENEFITS LIABILITY COVERAGE

a. If a Retention Amount is shown in Item 2. of the Additional Declarations above, you are responsible for all "Allocated Loss Adjustment Expenses" we pay as Supplementary Payments, according to the election indicated by an "X" below. If no election is indicated, election i. shall apply.

☐ i.     All "Allocated Loss Adjustment Expenses" up to the Retained Limit.  However, the most you are responsible for with respect to damages and "Allocated Loss Adjustment Expenses" combined shall not exceed the Retained Limit.

☐ ii.    All "Allocated Loss Adjustment Expenses".

☐ iii.   A part of "Allocated Loss Adjustment Expenses".  That part will be calculated by dividing the smaller of the Retained Limit or the damages you pay by the damages we pay. If we pay no damages, you are responsible for all "Allocated Loss Adjustment Expenses" up to the applicable Retained Limit and ___% of all remaining "Allocated Loss Adjustment Expenses".

☐ iv.    No "Allocated Loss Adjustment Expenses".

b. If a Deductible Amount is shown in Item 2. of the Additional Declarations above, **you must reimburse us** for all "Allocated Loss Adjustment Expense" we pay as Supplementary Payments, according to the election indicated in the Deductible Endorsement that is referred to in Item 3 of the Additional Declarations.

c. With regard to either a Retained Limit or a Deductible:

(1) your duty to pay for "Allocated Loss Adjustment Expenses" applies separately to each "Wrongful act" or series of related "Wrongful acts" committed in the "administration" of the "employee benefit program" of the Insured; and

(2) All payments made by us for "Allocated Loss Adjustment Expenses" will be within the Limits of Insurance as provided under Section D. 1. of this endorsement headed Limits of Insurance.

D. For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is revised as follows:

1. Limits Of Insurance

a. The Limits of Insurance shown in the Additional Declarations and the rules below fix the most we will pay regardless of the number of:
1) Insureds;

51767(04/02)                                       4

2) "Claims" made or "suits" brought;
3) Persons or organizations making "claims" or bringing "suits";
4) "Wrongful act" or series of related "Wrongful acts"; or
5) Benefits included in your "employee benefit program".

b. The General Aggregate Limit as described in **Section III - Limits Of Insurance, 2.** is amended to include the following paragraph:

d. All damages and all associated "allocated loss adjustment expenses" that we pay because of a "Wrongful act" or series of related "Wrongful acts" committed in the "administration" of the "employee benefit program" of the Insured.

c. Subject to the General Aggregate Limit, the Each Wrongful Act or Series Of Related Wrongful Acts Limit as stated in Item 1. of the Additional Declarations is the most we will pay for all damages and all associated "allocated loss adjustment expenses" due to any one "Wrongful act" or series of related "Wrongful acts" committed in the "administration" of the "employee benefit program" of the Insured.

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

2. Retention Amount

If a Retention Amount is shown in Item 2. of the Additional Declarations above, the Limits of Insurance for the Coverage provided by this endorsement will apply in excess of the Retained Limit as stated in Item 2. of the Additional Declarations.

Subject to additional "Allocated Loss Adjustment Expenses", the Retained Limit is the most an insured will pay for all damages due to any one "Wrongful act" or series of related "Wrongful acts" committed in the "administration" of the "employee benefit program" of the Insured.

3. Deductible

If a Deductible Amount is shown in Item 2. of the Additional Declarations above, **you must reimburse us** for all damages due to any one "Wrongful act" or series of related "Wrongful acts" committed in the "administration" of the "employee benefit program" of the Insured and any "Allocated Loss Adjustment Expense" we pay as Supplementary Payments, according to the terms and conditions as provided for in the Deductible Endorsement that is referred to in Item 3 of the Additional Declarations.

E. For the purpose of coverage provided by this endorsement only, **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** is amended with the addition of the following conditions:

1. PREMIUM

The premium stated in the ADDITIONAL DECLARATIONS is an estimated premium only. Upon termination of each annual period of this endorsement the Insured, on request, will furnish us a statement of the total number of employees at the end of the period. The earned premium shall be computed on the average of the number of employees at the end of the coverage period and that stated in the ADDITIONAL DECLARATIONS. If the earned premium thus computed exceeds the estimated premium paid, the Insured shall pay the excess to us; if less, we shall return to the Insured the unearned portion paid by such Insured.

2. OPTIONAL EXTENDED REPORTING ENDORSEMENT

The coverage under the Employee Benefits Liability Endorsement may end because one of us chooses to cancel it or not renew it. If this is not the result of non-payment of the premium, then you have the right to purchase an Extended Reporting Period Endorsement. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It only extends the time to report covered claims that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. The "claim" must first be made against an Insured and reported to us within 3 years after the Employee Benefits Liability Endorsement ends and while the reporting endorsement is in effect.

To obtain this reporting endorsement you must request it in writing and pay the additional premium within 30 days after this agreement ends. If we don't receive written notice and payment within this period, the Extended Reporting Period will not go into effect. Additionally, you may not exercise this right at a later date.

We'll sell you this endorsement for the additional premium. This additional premium will not exceed 200% of the annual premium for the Employee Benefits Liability Endorsement. Once you pay the premium we can't cancel the endorsement. We will determine the additional premium taking into account the following:

a.    The exposures insured;
b.    Previous types and amounts of insurance;
c.    Limits of Liability available under the Employee Benefit Liability Insurance for future payment of damages; and
d.    Other related factors.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

The optional Extended Reporting Period Endorsement does not reinstate or increase the Limits of Liability applicable to any "claim" to which The Employee Benefits Liability Endorsement applies.

3.    CONFORMITY WITH STATUTE

Terms of this endorsement which are in conflict with the statute of the state wherein this endorsement is issued are hereby amended to conform to such statutes.

F. Special Conditions relating to the Retained Limit (if applicable)

1.    With respect to the coverage provided by this endorsement only, Section IV - Commercial General Liability Conditions, 2. - Duties in the Event of Occurrence, Offense, "claim" or Suit, a. is amended to read:

A. Periodic Notices: on a _____ basis, you must provide us with a written summary (loss run) of all "wrongful acts", "claims", or "suits" which have or may result in payments within the Retained Limit.

This written summary must show:

1.    The date of the "wrongful act"; and
2.    A description of the damage, and
3.    The amount paid or reserved, including "allocated loss adjustment expense", resulting from the "wrongful act", "claim" or "suit".

B. Individual Notices of a "wrongful act" : in addition to the Periodic Notices provided for in A. above, you must see to it that we are notified as soon as practicable of any "wrongful act" which may result in a "claim". Knowledge of a "wrongful act" by your agent, your servant, or your employee will not in itself constitute knowledge to you unless the Director of Risk Management (or one with similar or equivalent title) or his/her designee, at the address shown in the policy declarations, will have received such notice. To the extent possible notice should include how, when and where the "wrongful act" took place and the nature of any damage arising out of the "wrongful act". You must provide us with any and all additional information, material and/or data, subsequent to the original notice, as it becomes available.

2. Claims Administration

A. You will employ and pay, without any reimbursement from us, a firm acceptable to us for the purpose of providing claim services (Claims Administrator). In the event of cancellation, expiration or revision of the contract between you and the self-insurance service company, you will notify us within ten (10) days of the cancellation, expiration or revision.

B. Loss settlements made by you or the Claims Administrator will be within the terms, conditions and limits of the policy.

C. There will be no reduction of the Retained Limit because of payment of "claims" or "suits" arising from "claims" or "suits" for which coverage is not afforded to by the policy.

3. Bankruptcy

Your bankruptcy, insolvency, inability to pay, failure to pay, or refusal to pay the Retained Limit will not increase our obligations under the policy. In the event there is insurance, whether or not applicable to an "wrongful act", "claim" or "suit" within the Retained Limit, you will continue to be responsible for the full amount of the Retained Limit before the limits of insurance under this policy apply. In no case will we be required to pay the Retained Limit or any portion thereof. Our obligations will attach only when the entire amount of the Retained Limit has been paid and then only in excess of the Retained Limit and not in excess of the total limit of insurance adjusted for any reduction in the aggregate limit of our liability.

G. For the purpose of coverage provided by this endorsement only, **SECTION V – DEFINITIONS**, is amended with the addition of the following definitions:

1. "Administration": shall mean:
   A. Giving counsel to employees with respect to the Employee benefit program;
   B. Interpreting the Employee benefit program;
   C. Handling of records in connection with the Employee benefit program;
   D. Effective enrollment, termination or cancellation of employees under the "Employee benefit program", provided all are acts which are authorized by the Named Insured.

2. "Allocated Loss Adjustment Expenses" means all fees for service of process and court costs and court expenses; pre- and post-judgement interest; attorneys' fees; cost of undercover operative and detective services; costs of employing experts; costs for legal transcripts, copies of any public records, and costs of depositions and court-reported or recorded statements; costs and expenses of subrogation; and any similar fee, cost or expense reasonably chargeable to the investigation, negotiation, settlement or defense of a loss or a "claim" or "suit" against you, or to the protection and perfection of your or our subrogation rights.

   "Allocated Loss Adjustment Expenses" shall not include our general overhead, the salary and employee benefits of any of our employees, nor the fees of any attorney who is our employee or under our permanent retainer; nor the fees of any attorney we retain to provide counsel to us about our obligations, if any, under any policy issued by us or our affiliated company (ies), with respect to a "claim" or "suit" against you.

3. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

4. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

5. "Employee benefit program": means a program providing some or all of the following benefits to "employees" of the insured, whether provided through a cafeteria plan or otherwise:

    (a) group life insurance; group accident or health insurance; dental, vision and hearing plans; provided that no one other than an "employee" of the insured may subscribe to such benefits and such benefits are made generally available to those "employees" of the insured who satisfy the plan's eligibility requirements;

    (b) profit sharing plans, employee savings plans, pension plans, employee stock subscription plans, provided that no one other than an "employee" of the insured may subscribe to such benefits and such benefits are made generally available to all "employees" of the insured who are eligible under the plan for such benefits;

    (c) workmen's compensation, unemployment insurance, social security benefits, disability benefits;

    (d) Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave;  tuition assistance plans; transportation and health club subsidies; and

    (e) Any other similar benefits designated in the Schedule or added thereto by endorsement.

6. "Wrongful act": means any actual or alleged negligent act, error or omission in the "administration" of the Employee Benefits Plan.

H. For the purpose of coverage provided by this endorsement only, Definitions 5. and 18. in **SECTION V – DEFINITIONS** are replaced by the following:

5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

    a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

All other terms, exclusions, and conditions of this policy remain unchanged.

                                      _____
                                        Authorized Representative

ENDORSEMENT

This endorsement, effective 12:01 A.M.                    forms a part of

policy No.                        issued to

by

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## TOTAL LEAD EXCLUSION

*This endorsement modifies insurance provided under the following:*

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> COMMERCIAL UMBRELLA LIABILITY

This insurance does not apply to any "bodily injury", "property damage", "personal and advertising injury", or any other loss, cost or expense arising out of the presence, ingestion, inhalation, or absorption of or exposure to lead in any form or products containing lead.

_____
**Authorized Representative or
Countersignature (in States Where
Applicable)**

58332 (08/07)    Includes copyrighted material of Insurance Services Office, Inc., with its permission    Page 1 of 1

ENDORSEMENT

This endorsement, effective 12:01 A.M.                              forms a part of

Policy No.:                              Issued to:

By:

EXCLUSION FOR CONTINUING OR PROGRESSIVE
"BODILY INJURY", "PERSONAL AND ADVERTISING INJURY" OR "PROPERTY
DAMAGE"

This endorsement modifies insurance under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**1. SECTION I. – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY
DAMAGE LIABILITY, Paragraph 1. Insuring Agreement, a.** is amended to add the
following paragraph:

> (3) In the event of continuing or progressive "bodily injury" or "property damage"
> over any length of time, we will have no duty to defend or investigate any
> "occurrence", claim or "suit" unless such "bodily injury" or "property damage"
> first commenced during the policy period.

**2. SECTION I. – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY
DAMAGE LIABILITY, Paragraph 1. Insuring Agreement, b. (3), c., d., d.(1), d.(2),
d.(3), and e.** are deleted from the policy.

**3. SECTION I. - COVERAGES, COVERAGE A.- Bodily Injury and Property Damage
Liability, 2. - Exclusions,** is amended to add:

> .   "bodily injury" or "property damage" which is continuing or progressive
> and which first commenced prior to the inception date of this policy.  This
> exclusion shall apply whether or not the insured's legal obligation to pay
> for damages for "bodily injury" or "property damage" was established
> before the inception date of this policy.

**4. SECTION I. - COVERAGES, COVERAGE B.  PERSONAL AND ADVERTISING
INJURY LIABILITY, Paragraph 1. Insuring Agreement, a.** is amended to add the
following:

> (3) In the event of continuing of progressive "personal and advertising injury"
> over any length of time, we will have no duty to defend or investigate any
> offense, claim or "suit" unless such "personal and advertising injury" first
> commenced during the policy period.

69186 (08/07)                    - 1 --

Includes copyrighted material of Insurance Services Office, Inc., with its permission

With respect to such continuing or progressive "personal and advertising injury", such "personal and advertising injury" shall be deemed to be one offense, and shall be deemed to occur or be committed only when such "personal and advertising injury" first commenced.

5. **SECTION I. - COVERAGES, COVERAGE B.- Personal and Advertising Liability, 2. – Exclusions** is amended to add the following exclusion:

**Continuous or Progressive "Personal and Advertising Injury**

"Personal and advertising injury" which is continuing or progressive and which first commenced prior to the inception date of this policy.  This exclusion shall apply whether or not the insured's legal obligation to pay for damages for "personal and advertising injury" was established before the inception date of this policy.

6. **SECTION V. DEFINITIONS, Paragraph 13. Occurrence** is deleted in its entirety and replaced by the following:

13.    "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

In the event of continuing or progressive "bodily injury" or "property damage" over any length of time, such "bodily injury" or "property damage" shall be deemed to be one "occurrence", and shall be deemed to occur only when such "bodily injury" or "property damage" first commenced.

7. **SECTION IV. CONDITIONS** is amended to add the following conditions:

10.    **Obligations of Other Insurers**
Nothing herein shall be interpreted to relieve any other insurer from obligations under policies issued to any insured which provide coverage for all or part of any continuing or progressive "bodily injury", "property damage" or "personal and advertising injury".

11.    **Defects with Deficiencies in Buildings and Property**
With respect to any alleged defects and deficiencies in buildings or real property, this Endorsement applies separately to each alleged defect or deficiency.

All other terms, conditions, and exclusions shall remain the same.

_____
Authorized Representative

Includes copyrighted material of Insurance Services Office, Inc., with its permission

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. Exclusion **2.p.** of Section I – Coverage A – Bodily Injury And Property Damage Liability is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

B. The following is added to Paragraph **2.** Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

COMMERCIAL GENERAL LIABILITY
CG 23 01 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability and Paragraph **2. Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

    © Insurance Services Office, Inc., 2012

**ENDORSEMENT**

This endorsement, effective 12:01 A.M.                    forms a part of

policy No.                        issued to

by

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL INSURED - WHERE REQUIRED UNDER CONTRACT OR AGREEMENT

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SECTION II - WHO IS AN INSURED,** is amended to read:

Any person or organization to whom you become obligated to include as an additional insured under this policy, as a result of any contract or agreement you enter into which requires you to furnish insurance to that person or organization of the type provided by this policy, but only with respect to liability arising out of your operations or premises owned by or rented to you. However, the insurance provided will not exceed the lesser of:

- The coverage and/or limits of this policy, or

- The coverage and/or limits required by said contract or agreement.

_____

**Authorized Representative or
Countersignature (in States Where
Applicable)**

81712 (08/07)                    Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission

ENDORSEMENT

This endorsement, effective 12:01 A.M.                    forms a part of

policy No.                         issued to

by

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

RADIOACTIVE MATTER EXCLUSION

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Section I. - Coverages, Coverage A.- Bodily Injury and Property Damage Liability, 2. - Exclusions,** is amended to add:

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened exposure of person(s) or property to any radioactive matter or any form of radiation.

**Section I. - Coverages, Coverage B.- Personal and Advertising Liability, 2. - Exclusions,** is amended to add:

"Personal and advertising injury" arising out of the actual, alleged or threatened exposure of person(s) or property to any radioactive matter or any form of radiation.

_____

**Authorized Representative**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT
CAREFULLY.**

**ENDORSEMENT #**

This endorsement, effective 12:01 A.M.
forms a part of Policy

No.                              issued to                                    by

**SECURITIES AND FINANCIAL INTEREST EXCLUSION**

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Section I. - Coverages, Coverage A.- Bodily Injury and Property Damage
Liability, 2. - Exclusions,** is amended to add:

"Bodily injury" or "property damage", arising out of:

(1) The purchase, or sale or offer of sale, or solicitation of any security,
debt, bank deposit or financial interest or instrument;

(2) Any representations made at any time in relation to the price or value
of any security, debt, bank deposit or financial interest or instrument;
or

(3) Any depreciation or decline in price or value of any security, debt,
bank deposit or financial interest or instrument.

**Section I. - Coverages, Coverage B.- Personal and Advertising Liability, 2. -
Exclusions,** is amended to add:

"Personal and advertising injury" arising out of:

(a) The purchase, or sale or offer of sale, or solicitation or advertising of
any security, debt, bank deposit or financial interest or instrument;

65322 (8/07)                          1

Includes copyrighted material of Insurance Services Office, Inc., with its permission

(b) Any representations made at any time in relation to the price or value
of any security, debt, bank deposit or financial interest or instrument;
or

(c) Any depreciation or decline in price or value of any security, debt,
bank deposit or financial interest or instrument.


 

 

 

_____

AUTHORIZED REPRESENTATIVE

65322 (8/07)                    2

Includes copyrighted material of Insurance Services Office, Inc., with its permission

ENDORSEMENT

This endorsement, effective 12:01 A.M.                          forms a part of

policy No.                              issued to

by

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

ERISA EXCLUSION

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Section I. - Coverages, Coverage A.- Bodily Injury and Property Damage Liability, 2. - Exclusions, is
amended to add:**

"Bodily injury" or "property damage" arising out of any obligation you incur under the Employee
Retirement Income Security Act of 1974, Public Law 93-406, any law amendatory
thereof or any regulation pertaining thereto.

**Section I. - Coverages, Coverage B.- Personal and Advertising Liability, 2. - Exclusions is amended
to add:**

"Personal and advertising injury" arising out of any obligation you incur under the Employee
Retirement Income Security Act of 1974, Public Law 93-406, any law amendatory thereof or
any regulation pertaining thereto.

_____
**Authorized Representative**

## ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement, effective 12:01 a.m.                     forms a part of Policy No. #

Issued to     TSG Company LLC                     by: New Hampshire Insurance Company

## COVERAGE D – SALON OR SPA PROFESSIONAL LIABILITY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided by under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

### SCHEDULE

| Coverage D – Salon or Spa Professional Liability Coverage | Limits of Insurance | |
|---|---|---|
| | | |
| Each Wrongful Act Limit | **$1,000,000** | Each "wrongful act" |
| | | |
| List of "professional services" performed by you and the number of persons performing each service. | | |
| Esthetician _1.5____ | | |
| Masseuse/ Massage Therapist _1____ | | |
| Manicurist/ Nail Technician _1____ | | |
| Beautician _2____ | | |
| Hairstylist/ Barber _____ | | |
| Body Wrap Technician _____ | | |
| | | |
| Additional Service (Per Unit Charge) | | |
| Hydrotherapy Table/ Tub _____ | | |
| | | |
| Deductible: **$ 25,000**     each and every "wrongful act" | | |
| Information required to complete this Schedule, if not shown above, will be shown on the Declarations. | | |

**A.** Subparagraphs **1.a.(2)** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)** and **1.a.(2)** of **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)** are deleted in their entirety and replaced with the following:

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A, B or D, or medical expenses under Coverage C.

**B.** The following exclusions are added to the policy and are applicable to "bodily injury" and "property damage" under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)** and "personal and advertising injury" under **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES):**

This insurance does not apply to:

| 110256 (3/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 6 |
|---|---|---|

1. Any claim or "suit" for which coverage is provided under **COVERAGE D SALON OR SPA PROFESSIONAL LIABILITY COVERAGE**.

2. Any claim or "suit" arising out of the performance of or failure to perform professional services of any kind or description, or any act, error, or omission, malpractice or mistake of a professional nature committed by you or on your behalf in the conduct of your business.

C. The following is added to **SECTION I – COVERAGES**:

**COVERAGE D SALON OR SPA PROFESSIONAL LIABILITY COVERAGE**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" arising out of a "wrongful act" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "wrongful act" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in **SECTION III – LIMITS OF INSURANCE**; and

      (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B** or **D**, or medical expenses under Coverage **C**.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **SUPPLEMENTARY PAYMENTS – COVERAGES A, B AND D**.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" arises out of a "wrongful act";

      (2) The "bodily injury" or "property damage" is caused by a "wrongful act" that takes place in the "coverage territory";

      (3) The "bodily injury" or "property damage" occurs during the policy period; and

      (4) Prior to the policy period, no insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** and no "employee" authorized by you to give or receive notice of a "wrongful act" or claim, knew that the "bodily injury" or "property damage" arising out of "wrongful act" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** or any "employee" authorized by you to give or receive notice of a "wrongful act" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** or any "employee" authorized by you to give or receive notice of a "wrongful act" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

      (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or

| 110256  (3/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 2 of 6 |
|---|---|---|

"property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Intentional, Dishonest, Fraudulent, Criminal or Malicious Act**

"Bodily injury" or "property damage" arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error, or omission committed by any insured, including the willful or reckless violation of any statute.

**b. Failure to Perform Services in Accordance with Law**

"Bodily injury" or "property damage" arising out of services performed or preparations, products, apparatus or other equipment used in violation of any federal, state, municipal or other local law, rule, or regulation.

**c. Treatment without a License**

"Bodily injury" or "property damage" arising out of the performance of any service or treatment without a license if the law requires a license to perform the service or treatment, or any services performed by a person under the age of 16, or your failure to affirmatively determine if any insured has obtained such license.

**d. Specific Treatments or Procedures**

"Bodily injury" or "property damage" arising out of any of the following treatments or procedures:

**(1)** Micro-pigmentation, derma-pigmentation, permanent makeup or cosmetic tattooing;

**(2)** Body piercing, other than piercing of the ears;

**(3)** Tattooing or other similar applications of body art;

**(4)** Tattoo removal;

**(5)** Hair removal by x-ray, laser or photocoagultion;

**(6)** Any type of cosmetic dermatology, including, but not limited to injection of botox, injection of fillers, laser surgery, liposuction, eyelifts, and face lifts;

**(7)** Acupuncture;

**(8)** Dying or tinting of eyelashes using dyes or tints not approved by the Food and Drug Administration;

**(9)** Application of chemical peels containing a concentration of greater than thirty percent (30%) of active ingredients;

**(10)** Any invasive treatment, including, but not limited to removal of moles, warts and other growths, plastic surgery or sclerotherapy, or other procedures to minimize the appearance of veins;

**(11)** Nutritional Counseling; or

**(12)** Personal training;

| 110256 (3/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 3 of 6 |
| --- | --- | --- |

However, Subparagraph **(12)** does not apply to the use of physical fitness facilities if the user is not under the direct supervision of a personal trainer.

**e.  Specific Professional Services**

Any act, error, omission, malpractice, or mistake in the performance or failure to perform professional services by any attorney, architect, engineer, accountant, real estate manager, advisor or agent, or investment advisor or professional, chiropodist chiropractor, physical therapist, acupuncturist, or optometrist.

**f.  Medical Facilities**

The operation of any medical facility, including, but not limited to any hospital, clinic, medical office, urgent care center, sanatorium, or laboratory.

**g.  Professional Healthcare Services**

The performance of or failure to perform "professional healthcare services"

For the purposes of this endorsement, "professional healthcare services" means:

**(1)** Medical, surgical, dental, nursing or other healthcare services, including the furnishing of food or beverages in connection therewith; or

**(2)** Furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

**h.  Professional Boards or Committees**

Service by any person as a member of a formal accreditation, standards review or similar professional board or committee of any insured or if such person is charged with the duty of executing directives on behalf of such board or committee.

**i.  Products-Completed Operations Hazard**

"Bodily injury" or "property damage" included within the "products-completed operations hazard".

**j.  Coverage Provided Under Coverages A or B**

Any claim or "suit" for which coverage is provided under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** or **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** of this policy.

All Exclusions pertaining to "bodily injury" and "property damage" under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and "personal and advertising injury" under **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** shall apply equally to "bodily injury" and "property damage" under this **COVERAGE D – SALON OR SPA PROFESSIONAL LIABILITY COVERAGE**, except Exclusions **B.1.** and **B.2.** on page 1 of this Salon or Spa Professional Liability Coverage Endorsement, which do not apply to **COVERAGE D SALON OR SPA PROFESSIONAL LIABILITY COVERAGE.**

**D.** The title **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** is deleted and replaced with the new title **SUPPLEMENTARY PAYMENTS – COVERAGES A, B, AND D.**

**E.** Paragraph 1. of **SECTION III – LIMITS OF INSURANCE** is deleted and replaced with the following:

**1.** The Limits of Insurance shown in the Declarations and in the Schedule of the Salon or Spa Professional Liability Coverage Endorsement (the "Schedule") along with the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

| 110256  (3/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 4 of 6 |
|---|---|---|

    **b.** Claims made or "suits" brought;

    **c.** Persons or organizations making claims or bringing "suits"; or

    **d.** "Wrongful acts".

**F.** With respect to this endorsement only, Paragraph **2.** of **SECTION III – LIMITS OF INSURANCE** is deleted and replaced with the following:

    **2.** The General Aggregate Limit shown in the Declarations is the most we will pay for the sum of:

        **a.** Medical Expenses under Coverage **C**;

        **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

        **c.** Damages under Coverage **B**; and

        **d.** Damages under Coverage **D**.

**G.** Paragraphs **8.** and **9.** are added to **SECTION III – LIMITS OF INSURANCE** as follows:

    **8.** Subject to Paragraph **2.** above, the Each Wrongful Act Limit shown in the Schedule is the most we will pay for all damages arising out of a single "wrongful act" under Coverage **D**.

    **9.** The Deductible, if applicable, shown in the Schedule applies to each and every "wrongful act" and shall be paid by you. The Deductible is included within and reduces the applicable limit of insurance. The Deductible shall be applied to the payment of judgments and/or settlements under Coverage **D**.

    We may advance payment of part or all of the Deductible amount and upon notification of such payment made, you must promptly reimburse us for the Deductible amounts advanced by us.

    All "wrongful acts" resulting from related or interrelated "wrongful acts" will be deemed to be a single "wrongful act".

**H.** Subparagraph **a.** of Paragraph **2.** of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is deleted and replaced with the following:

    **2. Duties in the Event of a "Wrongful Act", Occurrence, Offense, Claim or Suit**

        **a.** You must see to it that we are notified as soon as practicable of a "wrongful act", "occurrence" or offense which may result in a claim. To the extent possible, notice should include:

            **(1)** How, when and where the "wrongful act", "occurrence" or offense took place; and

            **(2)** The names and addresses of any injured persons and witnesses; and

            **(3)** Nature and location of any injury or damage arising out of the "wrongful act", "occurrence" or offense.

**I.** With respect to this endorsement only, Paragraph **4. Other Insurance** of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is deleted in its entirety and replaced with the following.

Insurance provided by **COVERAGE D SALON OR SPA PROFESSIONAL LIABILITY COVERAGE** shall be excess over any other insurance provided to any insured whether such insurance is provided on a primary, excess, contingent, or any other basis, unless such insurance is written to be specifically excess of this policy.

**J.** Paragraph **18.** in **SECTION V – DEFINITIONS** is deleted and replaced with the following:

    **18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal and advertising injury", or a "wrongful act" to which this insurance applies is alleged. "Suit"

| 110256 (3/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 5 of 6 |

includes:

    **a.**  An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.**  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**K.**  In addition to the definitions in **SECTION V – DEFINITIONS** which apply to **COVERAGE D– SALON OR SPA PROFESSIONAL LIABILITY COVERAGE**, the following additional definitions apply to Coverage **D** only, and with respect to Coverage **D**, supersede any similar definitions in the policy:

    **1.**  "Professional services" means the services set forth below if provided by an insured for a fee:

        **a.**  Hairstylist or Barber;

        **b.**  Beautician;

        **c.**  Masseuse or massage therapist;

        **d.**  Esthetician;

        **e.**  Body wrap technician; or

        **f.**  Nail technician or manicurist.

    **2.**  "Wrongful act" means any act, error, or omission in the performance of or failure to perform "professional services" that an insured provides to its customers.

All other terms and conditions of the policy remain the same.

 

                                                _____

                                                Authorized Representative

Includes copyrighted material of Insurance Services Office, Inc with permission.

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.,
Forms a part of Policy No.:

# BROAD FORM NAMED INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

:

Throughout this policy the words "you" and "your" refer to the "Named Insured" shown in the Declarations Page.

"Named Insured" means the person or organization first named as the Named Insured on the Declarations Page of this policy (the "First Named Insured"). "Named Insured" also includes:

(1) any other person or organization named as a Named Insured on the Declarations Page; and

(2) any subsidiary, associated, affiliated, or allied company or corporation (including subsidiaries thereof) of which a "Named Insured" has more than 50% ownership interest in or exercises management or financial control over at the inception date of this policy, provided such subsidiary, associated, affiliated, or allied company or corporation and their operations have been declared to us, in writing, prior to the inception date of this policy.

The first Named Insured is the appointed and irrevocable agent for all Named Insureds, including, for the purpose of receipt of any notice of cancellation, notice of nonrenewal (if applicable), and the payment or return of any premium under this policy.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| 117526 (6/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 1 |

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.:
Forms a part of Policy No.:

## CRISIS RESPONSE COVERAGE EXTENSION ENDORSEMENT
## (INCLUDING ACTS OF NATURE)

THIS COVERAGE EXTENSION ENDORSEMENT EXTENDS COVERAGE TO PROVIDE FOR "CRISIS RESPONSE COSTS" AND "CRISIS MANAGEMENT LOSS" IN THE EVENT OF A "CRISIS EVENT" AS DEFINED HEREIN. THE LIMITS OF INSURANCE PROVIDED FOR SUCH COVERAGE ARE IN ADDITION TO THE LIMITS OF INSURANCE PROVIDED IN THE DECLARATIONS OF THIS POLICY.

Schedule

CRISIS RESPONSE NOTIFICATION TELEPHONE NUMBER:  877-244-3100

| Crisis Response Coverage Extension | Limits of Insurance | |
|---|---|---|
| Crisis Response Aggregate Limit | $250,000 | |
| Each Crisis Response Costs Limit | $250,000 | Each "Crisis Event" |
| Each Crisis Management Loss Limit | $50,000 | Each "Crisis Event" |

Notwithstanding any provisions to the contrary in the policy to which this Coverage Extension is attached, subject to the Limits of Insurance as shown in the above Schedule and in accordance with the terms and conditions set forth in this Coverage Extension, the policy is extended to provide "crisis response costs" and "crisis management loss" resulting from a "crisis event".

SECTION I. – CRISIS RESPONSE COVERAGE EXTENSION

A. We will reimburse you or pay on your behalf reasonable and necessary "crisis response costs" and/or "crisis management loss" arising out of:

1. "Bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct"; or

2. An imminent threat of "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct";

But only with respect to a "crisis event" to which this Coverage Extension applies.

The amount we will reimburse you or pay on your behalf for such "crisis response costs" and/or "crisis management loss" is limited as described in SECTION III – CRISIS RESPONSE LIMITS OF INSURANCE.  No self-insured retention or deductible shall apply to this Coverage Extension.

B. We will reimburse you or pay on your behalf "crisis response costs" and/or "crisis management loss" arising out of a "crisis event" only if:

1. The "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct" or an imminent threat of "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct" takes place in the "coverage territory";

2. The "crisis event" commences to occur during the policy period, and

| 102158 (08/14) | ©All rights reserved. | Page 1 of 5 |
|---|---|---|

3.  Such "crisis response costs" and/or "crisis management loss" are incurred within thirty (30) days after the commencement date of the "crisis event". The end of the policy period will not cut short this thirty (30) day period.

All related or interrelated "crisis events" shall be treated as one "crisis event" and shall be deemed to have occurred in their entirety when the first of such "crisis events" occurs.

## SECTION II. - EXCLUSIONS

If this Coverage Extension is attached to a Commercial General Liability Coverage Form, the exclusions of the policy also apply to this Coverage Extension, except for the following Exclusions, which do not apply to this Coverage Extension: Expected or Intended Injury; Liquor Liability; Workers' Compensation And Similar Laws; Employer's Liability; Pollution; Aircraft, Auto or Watercraft; Mobile Equipment; Damage To Property; Damage to Your Product; Damage to Your Work; Damage To Impaired Property Or Property Not Physically Injured; and Recall Of Products, Work Or Impaired Property.

If this Coverage Extension is attached to a Professional Liability or Professional Errors and Omissions Policy, the exclusions of the policy also apply to this Coverage Extension, except for the following Exclusions, which do not apply to this Coverage Extensions: Bodily Injury; Property Damage; Personal and Advertising Injury; Dishonest, Fraudulent or Criminal Acts; Workers' Compensation And Similar Laws; Employer's Liability; Pollution; Aircraft, Auto or Watercraft; Prior Knowledge; Misappropriation of Funds; or Unfair Trade Practices.

## SECTION III. - CRISIS RESPONSE LIMITS OF INSURANCE

A.  The Schedule above and the rules below establish the most we will reimburse or pay on your behalf for "crisis response costs" and "crisis management loss" regardless of the number of Insureds, "crisis events", or "affected persons".

B.  The Crisis Response Aggregate Limit is the most we will reimburse or pay on your behalf for the sum of all "crisis response costs" and "crisis management loss" under this Coverage Extension.

C.  Subject to Paragraph B. above, the Each Crisis Response Costs Limit is the most we will reimburse or pay on your behalf for all "crisis response costs" arising out of any one "crisis event".

D.  Subject to Paragraph B. above, the Crisis Management Loss Limit is the most we will reimburse or pay on your behalf for all "crisis management loss" arising out of any one "crisis event".

All "crisis events" or all related or interrelated "crisis events" will be deemed to be one "crisis event".

## SECTION IV. - DEFINITIONS

The definitions of the policy apply to this Coverage Extension. However, the following additional definitions applicable to this coverage Extension supersede any similar definitions in the policy.

You and your refer to the Named Insured and we, us and our refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning as follows:

A.  "Affected persons" means those individuals, including your employees, who suffer direct "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct" or directly experience an imminent threat of "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct"

B.  "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time.

C.  "Coverage territory" means the United States of America, including its territories and possessions, Puerto Rico and Canada. "Coverage territory" shall also include "crisis events" occurring anywhere

| 102158 (08/14) | ©All rights reserved. | Page 2 of 5 |

in the world if such "crisis event" occurs during an event officially sponsored, organized and controlled by you or during travel thereto or returning there-from.

D. "Crisis event" means:

1. A man-made emergency situation or an emergency situation caused by an act of nature that involves "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct" or an imminent threat of "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct", sustained by an "affected person(s)", including, but not limited to:

   a. arson;

   b. an explosion or bombing;

   c. the taking of hostages;

   d. a mass shooting;

   e. terrorism (if covered under the policy only);

   f. intentional contamination of food, drink, or pharmaceuticals;

   g. a building, structure or forest fire;

   h. a building, structure or equipment collapse;

   i. an automobile, watercraft or aircraft accident;

   j. an avalanche;

   k. flood;

   l. earthquake;

   m. any event that results in dismemberment, permanent paralysis or traumatic brain injury to an individual

   n. mud slide; or

   o. a drowning, in a natural or man-made body of water

2. Adverse media coverage of any kind which first occurs during the policy period and results from an emergency situation described in Subparagraph 1. above, regardless of when such emergency situation occurs.

E. "Crisis management firm" means a public relations firm or crisis management firm, assigned or approved by us in writing that is hired by you to perform services of the type covered under "crisis management loss" in connection with a "crisis event".

F. "Crisis management loss" means reasonable and necessary fees and expenses charged by a "crisis management firm" or your employees in providing public relations and media management services for the purpose of maintaining and restoring public confidence in you. These expenses may include printing, advertising, or mailing of materials to manage reputational risk. This does not include the salaries of your employees.

"Crisis management loss" shall not include "crisis response costs" or "defense costs".

G. "Crisis response costs" means:

| 102158 (08/14) | ©All rights reserved. | Page 3 of 5 |

1. Reasonable and necessary "emergency transport expenses", "emergency psychology expenses", funeral expenses, travel expenses, and temporary living expenses incurred by you to provide relief and/or support to "affected persons" and the immediate family members of such "affected persons";

2. Expenses incurred by you to secure the scene of a "crisis event"; and

3. Any other expenses pre-approved by the Company

"Crisis response costs" shall not include "defense costs" or "crisis management loss".

H.  "Defense costs" means legal fees and expenses incurred by you for legal advice or services sought in anticipation of, or upon actual receipt of, a claim alleging liability and seeking damages for "bodily injury", "property damage" ", "personal and advertising injury" or "sexual misconduct" or an imminent threat of "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct".

I.   "Emergency transport expenses" means reasonable and necessary emergency transport expenses, occurring within 24-hours after a "crisis event", to transport an "affected person" sustaining "bodily injury" or "sexual misconduct" in a "crisis event" to a medical treatment facility.

J.   "Emergency psychology expenses" means reasonable and necessary expenses for psychology or counseling services provided to "affected persons" and incurred within the first fourteen (14) days of a "crisis event".  This does not include the costs or expenses of any medications or hospitalizations.  Such psychology or counseling services must be approved by the "crisis management firm".

K.  "Property damage" means:

1. Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

2. Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "crisis event" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media including cloud stored data which are used with electronically controlled equipment.

L.   "Sexual misconduct" means any sexual act (even if consensual) including, but not limited to, sexual abuse, sexual molestation, sexual harassment, sexual misconduct, sexual assault, sexual victimization, sexual intimacy, sexual contact, sexual advances, sexual exploitation, requests for sexual favors, verbal or physical conduct of a sexual nature, coercion to engage in sexual activities and licentious or immoral misconduct.

## SECTION V. – CONDITIONS

The general and/or common conditions of the policy apply to this Coverage Extension.  However, the following conditions applicable to this Coverage Extension supersede any similar conditions in the policy to the contrary.

A.  Insured's Duties in the Event of a "Crisis Event"

1. You must see to it that we are notified by telephone within twenty-four (24) hours of a "crisis event" which may result in "crisis response costs" or "crisis management loss".  The call must

| 102158 (08/14) | ©All rights reserved. | Page 4 of 5 |

be made to the phone number indicated in the Schedule of this Coverage Extension.  If necessary, we will provide you with an approved "crisis management firm" unless we agree to accept a "crisis management firm" that you have selected.

2.  Thereafter you must provide written notice, as soon as practicable.  To the extent possible, this written notice should include:

   a.  How, when and where the "crisis event" took place;

   b.  The names and addresses of any "affected parties" and witnesses; and

   c.  The nature and location of any injury or damage arising out of the "crisis event".

3.  If reimbursement is sought directly by you, you must submit a claim for reimbursement of "crisis response costs" and "crisis management loss" within ninety (90) days after incurring such "crisis response costs" or "crisis management loss".  Such claim(s) must include invoices and/or receipts supporting such "crisis response costs" or "crisis management loss" for each and every expense in excess of fifty (50) dollars.

4.  Written notice and claim submission as required in Paragraphs 1. and 2. of this section, respectively, shall be mailed or delivered to:

   Attn: Crisis Response Dept
   175 Water Street, 20th Floor
   New York, NY 10038

**B.  Anti-Stacking Provision**

If "crisis response costs" and/or "crisis management loss" provided by this Coverage Extension are also provided by any other insurance issued to you by us or any of our affiliated companies (whether or not such costs or loss are referred to using these same terms), the maximum limit of insurance under all insurance available shall not exceed the highest applicable limit of insurance available under any one policy or endorsement.  This condition does not apply to any other insurance issued by us or any of our affiliated companies specifically intended to apply as excess insurance over this Coverage Extension.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| 102158 (08/14) | ©All rights reserved. | Page 5 of 5 |
|---|---|---|

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.                    forms a part of Policy

No.                                           issued to

by

# AMENDMENT TO DEFINITION OF BODILY INJURY ENDORSEMENT

This endorsement modifies the insurance under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Paragraph **3.** of **SECTION V – DEFINITIONS** is deleted in its entirety and replaced with the following:

**3.**  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

"Bodily injury" also includes mental anguish and emotional distress provided such mental anguish or emotional distress results from the bodily injury, sickness or disease.

All other terms and conditions of the policy remain the same.

---

Authorized Representative

102173 (05/10)

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.                    forms a part of Policy

No.                    issued to

by

# EXCEPTION TO POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies the insurance under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Subparagraph **f.(d)(iv)** is added to Paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)** as follows:

(iv)    "Bodily injury" or "property damage" arising out of the following if the operations meet all standards of any statute, ordinance, regulation or license requirement of any federal, state or local government which apply to those operations:

    **a.**  Pesticide or herbicide applications.

    **b.**  The application or use of pool chemicals.

    **c.**  The application or use of chemicals to maintain the surface of an ice rink.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

102175 (05/10)                    Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT
CAREFULLY.**

**ENDORSEMENT #**

This endorsement, effective 12:01 A.M.                                    forms a part
of Policy

No.                          issued to                          by

**ASBESTOS AND SILICA EXCLUSION
ENDORSEMENT**

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Section I. - COVERAGES, COVERAGE A. - BODILY INJURY and PROPERTY
DAMAGE LIABILITY, 2. - Exclusions**, is amended to add the following exclusions:

**Asbestos**

"Bodily injury" or "property damage" arising out of the manufacture of, mining of, use of,
sale of, installation of, removal of, distribution of, or exposure to asbestos products,
asbestos fibers or asbestos dust, or to any obligation of the insured to indemnify any
party because of "bodily injury" or "property damage" arising out of the  manufacture  of,
mining of, use of, sale of, installation of, removal of, distribution of, or exposure to
asbestos products, asbestos fibers or asbestos dust.

**Silica**

"Bodily injury" or "property damage" arising out of the presence, ingestion, inhalation or
absorption of or exposure to silica products, silica fibers, silica dust or silica in any
form, or to any obligation of the insured to indemnify any party because of "bodily
injury" or "property damage" arising out of the presence, ingestion, inhalation or
absorption of or exposure to silica products, silica fibers, silica dust or silica in any
form.

**Section I. - COVERAGES, COVERAGE B. - PERSONAL and ADVERTISING INJURY
LIABILITY, 2. - Exclusions** is amended to add the following exclusions:

**Asbestos**

"Personal and advertising injury" arising out of the manufacture of, mining of, use of,
sale of, installation of, removal of, distribution of, or exposure to asbestos products,
asbestos fibers or asbestos dust, or to any obligation of the insured to indemnify any
party because of "personal and advertising injury" arising out of the

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust.

**Silica**

"Personal and advertising injury" arising out of the presence, ingestion, inhalation or absorption of or exposure to silica products, silica fibers, silica dust or silica in any form, or to any obligation of the insured to indemnify any party because of "personal and advertising injury" arising out of the presence, ingestion, inhalation or absorption of or exposure to silica products, silica fibers, silica dust or silica in any form.

All other terms, conditions and exclusions of the policy shall remain unchanged.

_____
**AUTHORIZED REPRESENTATIVE**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.,
Forms a part of Policy No.:

# SKI OPERATIONS GENERAL LIABILITY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

I.   The following is added to Subparagraph **f.(1)(a)** of Paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)**:

   (iv) "Bodily injury" or "property damage" arising out of the perils of explosion, fire, smoke or fumes, heat, lightning, windstorm, vandalism or malicious mischief, collision or overturning of an "auto" or "mobile equipment".

II.  Subparagraph **g.(3)** of Paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced with the following:

   (3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured.

   A deductible of $1,000 applies to this Subparagraph **g.(3)**;

III. Subparagraph **j.(4)** of Paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced with the following:

   (4) Personal property in the care, custody, or control of the insured except for "property damage" to the following:

      (a) Equipment contained in lockers owned, operated or controlled by you;
      (b) Personal property of guests in lodging accommodations owned or operated by you or under your management; or
      (c) Property of others while in your custody for repair or service.

   We may advance payment of part or all of the deductible amount and, upon notification of such payment made, you must promptly reimburse us for the deductible amounts advanced by us.

   The most we will pay for damages covered under this Subparagraph (4) is $250,000.

   A deductible of $1,000 applies to this Subparagraph.

IV.  Subparagraphs **1.b.** and **1.d.** of **SUPPLEMENTARY PAYMENTS -- COVERAGES A and B (SECTION I – COVERAGES)** are deleted in their entirety and replaced with the following:

   b. Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

| 102178 (4/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 6 |
|---|---|---|

    **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $350 a day because of time off from work.

**V.** Subparagraph **2.a.(1)(d)** of **SECTION II - WHO IS AN INSURED** is deleted in its entirety and replaced with the following:

    **(d)** Arising out of his or her providing or failing to provide professional health care services.

    However, your "employees" or your "volunteer workers" are insureds for "bodily injury" and "personal and advertising injury" arising out of "emergency medical services" if such "employees" or "volunteer workers" are duly trained and/or licensed as physicians, nurses, physician assistants, medical advisors, medical trainers, paramedics, or emergency medical technicians.

    For the purposes of this exception, "emergency medical services" means providing first aid, emergency medical care or basic life support, including emergency surgical procedures, to your customers if they suffer injury or illness on your premises or adjacent premises owned by a state or governmental agency or subdivision or political subdivision that has issued you a permit or authorization. "Emergency medical services" does not include providing either non-emergency or elective surgical procedures or any non-emergency medical care.

**VI.** Paragraph **2.** of **SECTION II – WHO IS AN INSURED** is amended to include the following as insureds:

    **e.** **(1)** Any person or organization from whom you lease equipment when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an insured only with respect to their liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

    A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

    **(2)** With respect to the insurance afforded these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

    **f.** Any person or organization from whom you lease a premises when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an insured only with respect to liability arising out of your ownership, maintenance or use of that part of the premises leased to you, subject to the following additional exclusions:

    This insurance does not apply to:

    **(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises;

    **(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

    **g.** Any person or organization (referred to below as vendor) with whom you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy, but only with respect to "bodily

| 102178 (4/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 2 of 6 |
|---|---|---|

injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business

(1) The insurance afforded the vendor does not apply to:

(a) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

(b) Any express warranty unauthorized by you;

(c) Any physical or chemical change in the product made intentionally by the vendor;

(d) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

(e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

(f) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

(g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

(h) "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

(i) The exceptions contained in Sub-paragraphs g.(1)(d) or g.(1)(f); or

(ii) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

(2) This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

h. (1) Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

(a) Your acts or omissions; or

(b) The acts or omissions of those acting on your behalf;

In the performance of your ongoing operations for the additional insured.

A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

| 102178 (4/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 3 of 6 |

(2) With respect to the insurance afforded these additional insureds, the following additional exclusions applies:

This insurance does not apply to:

(a) "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

(i) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(ii) Supervisory, inspection, architectural or engineering activities.

(b) "Bodily injury" or "property damage" occurring after:

(i) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

(ii) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

I. Any state or governmental agency or subdivision or political subdivision in connection with premises you own, rent or control, subject to the following provisions:

(1) This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

(2) This insurance does not apply to:

(a) "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality; or

(b) "Bodily injury" or "property damage" included within the "products-completed operations hazard".

VII. With respect to the insurance afforded to the additional insureds added to the Policy by Subparagraphs **2.(e)** through **(i)** of **SECTION II – WHO IS AN INSURED** (Amendatory Change VI. Of this Endorsement), the following provisions shall apply:

**1.** The insurance afforded to such additional insured:

**a.** Only applies to the extent permitted by law; and

**b.** Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**2.** The following is added to **SECTION III – LIMITS OF INSURANCE:**

The most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement you have entered into with the additional insured; or

| 102178 (4/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 4 of 6 |
|---|---|---|

b.    Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations

VIII.  **SECTION III – LIMITS OF INSURANCE** is deleted in its entirety and replaced with the following:

1.   The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a.   Insureds;

b.   Claims made or "suits" brought; or

c.   Persons or organizations making claims or bringing "suits".

2.   The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

3.   The Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

4.   Subject to Paragraph **2.** above, The Each Occurrence Limit is the most we will pay for the sum of:

a.   Damages under Coverage **A**; and

b.   Medical expenses under Coverage **C**
because of all "bodily injury" and "property damage" arising out of any one "occurrence".

5.   Subject to Paragraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6.   Subject to Paragraph **4.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

IX.  Subparagraphs **2.e.**, **2.f** and **2.g.** are added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** as follows:

e.   Knowledge of the "occurrence", offense, claim or "suit" by the agent, servant, or "employee" of an insured shall not in itself constitute your knowledge unless one of your officers, manager or partners has received notice of the "occurrence", offense, claim or "suit".

f.   Failure by the agent, servant or "employee" of an insured (other than an officer, manager or partner) to notify us of an "occurrence" shall not constitute a failure to comply with subparagraphs **2.a.** and **2.b.** of this Section.

g.   Failure to report an "occurrence" or offense which you inadvertently reported to another insurer shall not constitute a failure to comply with Subparagraphs **2.a.** and **2.b.** of this

| 102178 (4/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 5 of 6 |
|---|---|---|

Section. However, you shall notify us of any such "occurrence" or offense as soon as you become aware of such error.

**X.** Paragraphs **10.** and **11.** are added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** as follows:

**10. Unintentional Error or Omission**

The unintentional failure by you or any insured to provide accurate and complete representations as of the inception of the policy will not prejudice the coverages afforded by this policy. However, you must report such error or omission to us as soon as practicable after its discovery.

**11. Liberalization Clause**

If we revise or replace our standard policy form to provide more coverage without an additional premium charge, your policy will automatically provide the additional coverages as of the date the revision is effective in your state.

**XI.** Paragraph **5.** of **SECTION V – DEFINITIONS** is deleted in its entirety and replaced with the following:

**5.** "Employee" includes a "leased worker" or a "temporary worker".

**XII.** Subparagraph **f.** of Paragraph **12.** of **SECTION V - DEFINITIONS** is deleted in its entirety and replaced with the following:

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.,
Forms a part of Policy No.:

# AGGREGATE DEDUCTIBLE LIABILITY INSURANCE (DEFENSE COSTS WITHIN DEDUCTIBLE)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE FORM

## SCHEDULE

| Aggregate Deductible | $ |
|---|---|

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM or | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |
| OR | Amount and Basis of Deductible | |
| | PER CLAIM or | PER COMMON CAUSE |
| Liquor Liability (either alone or in combination with any of the deductible amounts for Bodily Injury Liability, Property Damage Liability or Bodily Injury Liability and/or Property Damage Liability Combined indicated in the Schedule above) | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages and/or "defense costs" for all "bodily injury", "property damage" and "injury", however caused):

**A.** Regardless of the number of insureds, claims made or "suits" brought, or persons or organizations making claims or bringing "suits", the most that you will be obligated to pay for the sum of all deductibles shall be the amount shown as Aggregate Deductible in the Schedule or the Declarations.

**B.** Subject to Paragraph **A.**, above, our obligation under the Bodily Injury Liability, Property Damage Liability, and Liquor Liability Injury Coverages to pay damages on your behalf applies only after any deductible amount, stated in the Schedule above as applicable to such coverages, is exhausted by the payment of damages and/or "defense costs".

**C.** Subject to Paragraph **A.**, above, you may select a deductible amount for Bodily Injury Liability and/or Property Damage Liability Coverage on either a per claim or a per "occurrence" basis. You may select a deductible amount for Liquor Liability Coverage on either a per claim or a per common cause basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

    **1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

        **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury" and/or "defense costs" resulting from such claim;

        **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage" and/or "defense costs" resulting from such claim; or

        **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

            **(1)** "Bodily injury";

            **(2)** "Property damage"; or

            **(3)** "Bodily injury" and "property damage" combined

        As the result of any one "occurrence".

        If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", and/or "defense costs" are incurred for such claim, a separate deductible amount will be applied to each person making a claim for such damages.

        With respect to "property damage", person includes an organization.

        **d.** Under Liquor Liability Coverage, to all "injuries" sustained by any one person or organization.

    **2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

        **a.** Under Bodily Injury Liability Coverage, to all damages and/or "defense costs" because of "bodily injury";

        **b.** Under Property Damage Liability Coverage, to all damages and/or "defense costs" because of "property damage"; or

        **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages and/or "defense costs"  because of:

            **(1)** "Bodily injury";

            **(2)** "Property damage"; or

            **(3)** "Bodily injury" and "property damage" combined

As the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

   **3.** **PER COMMON CAUSE BASIS.** If the Liquor Liability deductible amount indicated in the Schedule above is on a per common cause basis, that deductible amount applies to all damages and/or "defense costs" because of "injury" as the result of the selling, serving or furnishing of any alcoholic beverage to any one person, regardless of the number of persons or organizations who sustain damages.

**D.** The terms of this insurance, including those with respect to:

   **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

   **2.** Your duties in the event of an "occurrence", "injury", claim, or "suit"

Apply irrespective of the application of the deductible amount.

**E.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

**F.** For the purposes of this endorsement <u>only</u>, the following definitions are added:

"Defense costs" means what we will pay under Paragraph **1.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of the Commercial General Liability Coverage Forms and the **SUPPLEMENTARY PAYMENTS** Section of the Liquor Liability Coverage Form.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| 110353 (4/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 3 of 3 |
|---|---|---|

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

ENDORSEMENT #

This endorsement, effective 12:01 A.M.                                          forms a part of

Policy No.                                                           issued to

By:

LIMITED ADVICE OF CANCELLATION TO SCHEDULED ENTITIES

SCHEDULE

| NAME OF PERSON OR ORGANIZATION | E-MAIL OR U.S. POSTAL SERVICE ADDRESS |
|---|---|
| Bank of America N.A. CREB Collateral Administration Insurance Group | Mail Code: FL9-100-03-26 PO Box 40329 Jacksonville, FL 32203 |
| GPSI Leasing II - Accord, LLC | Attn: Betty Temple PO Box 1719 Portland, OR 97207-1719 |
| TMVOA | 455 Mountain Village Blvd. Mountain Village, CO 81435 |
| The Peaks Owners Association, Inc. Attn: Edward D. Herrick Jr. President | 136 Country Club Drive, Mountain Village, CO 81435 |
| Montrose Regional Airport | 2100 Airport Road, Montrose, CO 81401 |
| Durango- La Plata County Airport | 1000 Airport Road, Durango, CO 81303 |
| Canon Lease #0010714809002 | 15325 SE 30th Place, Suite 00 Bellevue, WA 98007-6538 |

This policy is amended as follows:

In the event that the **Insurer** cancels this policy for any reason other than non-payment of premium, and

    1.  the cancellation effective date is prior to this policy's expiration date;

    2.  the **First Named Insured** is under an existing contractual obligation to notify a certificate(s) holder(s) when this policy is canceled (hereinafter, the "Certificate Holder(s)") and has provided the **Insurer**, either directly or through it's broker of record, either:

        (a)  the name of the entity shown on the certificate, a contact name at such entity and the U.S. Postal Service mailing address of each such entity; or

        (b)  the email address of a contact at each such entity; and

    3.  prior to the effective date of cancellation, the **First Named Insured** confirms to the **Insurer**, either directly or through its broker of record, that the persons or

108538 (03/11)

organizations set forth in the Schedule above, as well as their respective addresses listed, should continue to be a part of the Schedule and, if not, the names of the persons or organizations that should be deleted,

the **Insurer** will provide advice of cancellation (the "Advice") to each such Certificate Holder(s) confirmed by the **First Named Insured** in writing to be correctly a part of the Schedule within 30 days after the **First Named Insured** confirms the accuracy of the Schedule above with the **Insurer**; provided, however, that if a specific number of days is not stated above, then the Advice will be provided to such Certificate Holder(s) as soon as reasonably practicable after the **First Named Insured** confirms the accuracy of the Schedule above with the **Insurer**.

Proof of the **Insurer** emailing the Advice, using the information provided and subsequently confirmed by the **First Named Insured** in writing, will serve as proof that the Insurer has fully satisfied its obligations under this endorsement.

This endorsement does not affect, in any way, coverage provided under this policy or the cancellation of this policy or the effective date thereof, nor shall this endorsement invest any rights in any entity not insured under this policy.

The following Definitions apply to this endorsement:

1. **First Named Insured** means the Named Insured shown on the Declarations Page of this policy.
2. **Insurer** means the insurance company shown in the header on the Declarations Page of this policy.

All other terms, conditions and exclusions shall remain the same.

AUTHORIZED REPRESENTATIVE

108538 (03/11)

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.
Forms a part of Policy No.:

# NEWLY ACQUIRED ORGANIZATIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **3.** of **SECTION II - WHO IS AN INSURED** is deleted in its entirety and replaced by the following:

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| MAN 046 (09/14) | Includes copyrighted material of Insurance Services Office, Inc. with permission. | Page 1 of 1 |
|---|---|---|

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 a.m.
Forms a part of Policy No.:

## SUPPLEMENTARY PAYMENTS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **1.d.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** is deleted in its entirety and replaced by the following:

d.    All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $500 a day because of time off from work.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| MAN 047 (09/14) | Includes copyrighted material of insurance Services Office, Inc. with permission. | Page 1 of 1 |
|---|---|---|

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M. 11/1/17 forms a part of Policy No.

issued to TSG Company LLC                    **Per Expiring $25,000 / $100,000**

by

## COMPOSITE RATING PLAN PREMIUM ENDORSEMENT

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CGL)
LIQUOR LIABILITY COVERAGE FORM (LL)
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM (PCO)
BUSINESS AUTO COVERAGE FORM (BA)
GARAGE COVERAGE FORM (G)
TRUCKERS COVERAGE FORM (T)

**The Class Code, Premium Basis, and Rate section of the Policy Declarations is changed to apply as follows:**

The premium for this policy will be computed upon a composite basis as shown below in accordance with our rules, rates, rating plans, premiums and minimum premiums and the other policy terms.

SCHEDULE

| Coverage (CGL, LL, PCO, BA, G or T) | Basis of Premium | Premium Type | Estimated Basis of Premium | Composite Rate(s) | Estimated Premium | Minimum Premium | Deposit Premium |
|---|---|---|---|---|---|---|---|
| CGL-Hotel/Prop Mgmt | ▮ | NS | ▮ | ▮ | ▮ | | ▮ |
| CGL-All other | ▮ | NS | ▮ | ▮ | ▮ | | ▮ |
| | | | | $ | | | |
| | | | | $ | | | |
| | | | Totals: | Per Declarations | ▮ | | Per Declarations |

The Composite Rate(s) shown above apply per $1,000 of Gross Sales (a basis of premium type defined on page 2 of this endorsement).

Terrorism surcharges are not included in the above composite rate calculations, but are included in the Final Deposit Premium on the policy declarations page.

| 117527 (6/14) | ©All rights reserved. | Page 1 of 3 |
|---|---|---|

**COMPOSITE RATING PLAN PREMIUM ENDORSEMENT**

### DEFINITIONS OF "BASIS OF PREMIUM TYPE"

(Subject to "Exceptions", if any, described below)

**Admissions** means the total number of persons, other than you, your partners and your employees, admitted during the policy period, to events conducted on premises you own, rent, lease, or otherwise control, whether on paid admission tickets, complimentary tickets or passes.

**Cost** means the total cost to you for all work performed for you during the policy period by independent contractors and their subcontractors at all levels, including the cost of all labor, materials, equipment and supplies furnished, used or delivered for use in the execution of such work, whether furnished by the owner, by contractors or subcontractors at any level, including, but not limited to, all fees, allowances, bonuses, and commissions either made, paid or due, as well as taxes other than taxes which you collect as a separate item and remit directly to a governmental division.

**Gallons** means the total number of gallons of liquid petroleum gases invoiced on any basis to any customer, whether or not the insured actually takes possession of such gasses.

**Licensed Auto** means the final average of the number of "autos" at policy inception and the number of "autos" at policy termination.

**Miles** means the total mileage driven during the policy period by all licensed "autos" owned by you.

**Receipts** means the gross amount of money you have charged others for work that you, your partners, your employees, your contractors and subcontractors at all levels have performed during the policy period, including taxes other than taxes which you collect as a separate item and remit directly to a governmental division.

**Remuneration** or **Payroll** means all of the money or the substitute for money earned during the policy period by you if you are the proprietor of the insured business, by all partners if you are a partnership or by all members if you are a Limited Liability Company, and by all your employees for their services to you during the policy period, subject to the following:

☐ Total Gross Remuneration or Payroll, without limitation; or

☐ Determined and limited in accordance with our Workers' Compensation Insurance Manual's rules respectively for the states in which you have employment; or

☐ Determined and limited in accordance with our General Liability Insurance Manual's rules respectively for the states in which you have employment.

**Sales** means the gross amount of money you or others trading in your name have charged for all goods and services you or they have sold or distributed during the policy period, including charges for delivery, installation, service and repair, and including taxes other than taxes which you or such others collect as a separate item and remit directly to a governmental division. Sales will include both foreign and domestic sales and sales by one named insured to another unless otherwise indicated by "x" below:

☒ Sales do NOT include foreign sales.

☒ Sales do NOT include sales by one named insured to another.

**Units** means the number of items of the types specified in this endorsement.

a. **Units that you hold for use in your business** shall mean half the sum of their number at the policy's inception and their number at its expiration or termination, (if terminated then pro-rated by the fraction of an annual period that the policy remained in effect).

b. **Units that you sell to others** whether for your own account or the account of another, shall mean the total number of such units that you sell during the policy term.

If Units is selected as the basis of premium, a Unit is a(n)          .

**Other Basis of Premium Type (define here):**

| 117527 (6/14) | ©All rights reserved. | Page 2 of 3 |
|---|---|---|

**Other Definitions**

**Subject** is a Premium Type which means that such premium is subject to adjustment under a retrospective rating plan described in an endorsement attached to the policy. "Subject" is signified on Page 1 by a Premium Type "S".

**Non-Subject** is a Premium Type which means that such is NOT subject to adjustment under a retrospective rating plan described in an endorsement attached to the policy. "Non-Subject" is signified on Page 1 by a Premium Type "NS".

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| 117527 (6/14) | ©All rights reserved. | Page 3 of 3 |

CRIME AND FIDELITY
CR 02 15 10 10

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COLORADO CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY
GOVERNMENT CRIME POLICY
GOVERNMENT EMPLOYEE THEFT AND FORGERY POLICY
KIDNAP/RANSOM AND EXTORTION POLICY

A. Paragraph (2) of the **Cancellation Of Policy** Condition is replaced by the following:

   (2) If this policy has been in effect for less than 60 days, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (b) 30 days before the effective date of cancellation if we cancel for any other reason.

B. The following is added to the **Cancellation Of Policy** Condition:

   (7) **Cancellation Of Policies In Effect For 60 Days Or More**

   (a) If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy by mailing through first-class mail to the first Named Insured written notice of cancellation:

   (i) Including the actual reason, at least 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

   (ii) At least 45 days before the effective date of cancellation if we cancel for any other reason.

   We may only cancel this policy based on one or more of the following reasons:

   (i) Nonpayment of premium;

   (ii) A false statement knowingly made by the Insured on the application for insurance; or

   (iii) A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

C. The following are added and supersede any other provisions to the contrary:

   1. **Nonrenewal**

   If we decide not to renew this policy, we will mail through first-class mail to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 45 days before the expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

   If notice is mailed, proof of mailing will be sufficient proof of notice.

   2. **Increase In Premium Or Decrease In Coverage**

   We will not increase the premium unilaterally or decrease the coverage benefits on renewal of this policy unless we mail through first-class mail written notice of our intention, including the actual reason, to the first Named Insured's last mailing address known to us, at least 45 days before the effective date.

   Any decrease in coverage during the policy term must be based on one or more of the following reasons:

   a. Nonpayment of premium;

   b. A false statement knowingly made by the Insured on the application for insurance; or

   c.  A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

If notice is mailed, proof of mailing will be sufficient proof of notice.

D. The following is added to Section **E. Conditions:**

**Loss Payment**

   **1.**  We will give you notice of our intentions within 60 days after we receive the sworn proof of loss; and

   **2.**  We will pay for covered loss or damage within 60 days after we receive the sworn proof of loss, if you have complied with all the terms of this policy and:

      **a.**  We have reached agreement with you on the amount of loss; or

      **b.**  An appraisal award has been made.

© Insurance Services Office, Inc., 2009

CRIME AND FIDELITY
CR 00 21 11 15

# COMMERCIAL CRIME COVERAGE FORM
# (LOSS SUSTAINED FORM)

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is or is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section F. Definitions.

## A. Insuring Agreements

Coverage is provided under the following Insuring Agreements for which a Limit Of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.k.** or **E.1.l.**, which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.**:

### 1. Employee Theft

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

### 2. Forgery Or Alteration

a. We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

   (1) Made or drawn by or drawn upon you; or

   (2) Made or drawn by one acting as your agent;

   or that are purported to have been so made or drawn.

   For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

b. If you are sued for refusing to pay any instrument covered in Paragraph **2.a.**, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay for such legal expenses is in addition to the Limit of Insurance applicable to this Insuring Agreement.

### 3. Inside The Premises – Theft Of Money And Securities

We will pay for:

a. Loss of "money" and "securities" inside the "premises" or "financial institution premises":

   (1) Resulting directly from "theft" committed by a person present inside such "premises" or "financial institution premises"; or

   (2) Resulting directly from disappearance or destruction.

b. Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

c. Loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of, or unlawful entry into, those containers.

### 4. Inside The Premises – Robbery Or Safe Burglary Of Other Property

We will pay for:

a. Loss of or damage to "other property":

   (1) Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

   (2) Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

b. Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

c. Loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

5. **Outside The Premises**

We will pay for:

a. Loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

b. Loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

6. **Computer And Funds Transfer Fraud**

a. We will pay for:

(1) Loss resulting directly from a fraudulent:

   (a) Entry of "electronic data" or "computer program" into; or

   (b) Change of "electronic data" or "computer program" within;

   any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs 5.a.(1)(a) and 5.a.(1)(b):

   (i) "Money", "securities" or "other property" to be transferred, paid or delivered; or

   (ii) Your account at a "financial institution" to be debited or deleted.

(2) Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that account.

b. As used in Paragraph 5.a.(1), fraudulent entry or fraudulent change of "electronic data" or "computer program" shall include such entry or change made by an "employee" acting, in good faith, upon a "fraudulent instruction" received from a computer software contractor who has a written agreement with you to design, implement or service "computer programs" for a "computer system" covered under this Insuring Agreement.

7. **Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having, in good faith, accepted in exchange for merchandise, "money" or services:

a. Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

b. "Counterfeit money" that is acquired during the regular course of business.

B. **Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit Of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or coverages.

C. **Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

D. **Exclusions**

1. This insurance does not cover:

a. **Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

(1) You; or

(2) Any of your partners or "members";

whether acting alone or in collusion with other persons.

b. **Acts Committed By Your Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act prior to the Policy Period shown in the Declarations.

c. **Acts Committed By Your Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

(1) Whether acting alone or in collusion with other persons; or

(2) While performing services for you or otherwise;

except when covered under Insuring Agreement A.1.

d. **Confidential Or Personal Information**

Loss resulting from:

(1) The disclosure or use of another person's or organization's confidential or personal information; or

(2) The disclosure of your confidential or personal information. However, this Paragraph **1.d.(2)** does not apply to loss otherwise covered under this insurance that results directly from the use of your confidential or personal information.

For the purposes of this exclusion, confidential or personal information includes, but is not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

e. **Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

f. **Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

g. **Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

(1) Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

(2) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

(3) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

h. **Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.2.**

i. **Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

j. **Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

k. **Virtual Currency**

Loss involving virtual currency of any kind, by whatever name known, whether actual or fictitious including, but not limited to, digital currency, crypto currency or any other type of electronic currency.

l. **War And Military Action**

Loss or damage resulting from:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

2. Insuring Agreement A.1. does not cover:

a. **Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

(1) An inventory computation; or

(2) A profit and loss computation.

However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

b. **Trading**

Loss resulting from trading, whether in your name or in a genuine or fictitious account.

c. **Warehouse Receipts**

Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

3. Insuring Agreements A.3., A.4. and A.5. do not cover:

a. **Accounting Or Arithmetical Errors Or Omissions**

Loss resulting from accounting or arithmetical errors or omissions.

b. **Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

c. **Fire**

Loss or damage resulting from fire, however caused, except:

(1) Loss of or damage to "money" and "securities"; and

(2) Loss from damage to a safe or vault.

d. **Money Operated Devices**

Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

e. **Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

f. **Transfer Or Surrender Of Property**

(1) Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises":

(a) On the basis of unauthorized instructions; or

(b) As a result of a threat including, but not limited to:

(i) A threat to do bodily harm to any person;

(ii) A threat to do damage to any property;

(iii) A threat to introduce a denial of service attack into any "computer system";

(iv) A threat to introduce a virus or other malicious instruction into any "computer system" which is designed to damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system";

(v) A threat to contaminate, pollute or render substandard your products or goods; or

(vi) A threat to disseminate, divulge or utilize:

i. Your confidential information;

ii. Confidential or personal information of another person or organization; or

iii. Weaknesses in the source code within any "computer system".

© Insurance Services Office, Inc., 2015     CR 00 21 11 15

(2) However, this exclusion does not apply under Insuring Agreement A.5. to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

    (a) Had no knowledge of any threat at the time the conveyance began; or

    (b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4. Insuring Agreement A.6. does not cover:**

**a. Authorized Access**

Loss resulting from a fraudulent:

(1) Entry of "electronic data" or "computer program" into; or

(2) Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under Insuring Agreement A.5.b.

**b. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**c. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fraudulent Instructions**

Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

(1) Transfer, pay or deliver "money", "securities" or "other property"; or

(2) Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Insuring Agreement A.6.a.(2) or A.6.b.

**e. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

(1) An inventory computation; or

(2) A profit and loss computation.

**E. Conditions**

The following conditions apply in addition to the Common Policy Conditions:

**1. Conditions Applicable To All Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" is not required, and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

**b. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceals or misrepresents a material fact concerning:

(1) This insurance;

(2) The property covered under this insurance;

(3) Your interest in the property covered under this insurance; or

(4) A claim under this insurance.

c. **Consolidation – Merger Or Acquisition**

If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

(1) You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

(2) For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition of assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

d. **Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

e. **Duties In The Event Of Loss**

After you "discover" a loss or a situation that may result in loss of or damage to "money", "securities" or "other property", you must:

(1) Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.** or **A.2.**) involves a violation of law, you must also notify the local law enforcement authorities;

(2) Give us a detailed, sworn proof of loss within 120 days;

(3) Cooperate with us in the investigation and settlement of any claim;

(4) Produce for our examination all pertinent records;

(5) Submit to examination under oath at our request and give us a signed statement of your answers; and

(6) Secure all of your rights of recovery against any person or organization responsible for the loss and do nothing to impair those rights.

f. **Employee Benefit Plans**

The "employee benefit plans" shown in the Declarations (hereinafter referred to as Plan) are included as Insureds under Insuring Agreement **A.1.**, subject to the following:

(1) If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator is responsible for selecting a Limit of Insurance for Insuring Agreement **A.1.** that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required under ERISA as if each Plan were separately insured.

(2) With respect to loss sustained or "discovered" by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

(3) If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

(4) If two or more Plans are insured under this insurance, any payment we make for loss:

(a) Sustained by two or more Plans; or

(b) Of commingled "money", "securities" or "other property" of two or more Plans;

resulting directly from an "occurrence", will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required under ERISA for each Plan bears to the total of those limits.

(5) The Deductible Amount applicable to Insuring Agreement **A.1.** does not apply to loss sustained by any Plan.

 © Insurance Services Office, Inc., 2015 CR 00 21 11 15

g. **Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

(1) No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

(2) No later than one year from the date of that cancellation with regard to any "employee benefit plan".

h. **Joint Insured**

(1) If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

(2) If any Insured, or partner, "member", "manager", officer, director or trustee of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

(3) An "employee" of any Insured is considered to be an "employee" of every Insured.

(4) If this insurance or any of its coverages are cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by it:

(a) No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

(b) No later than one year from the date of that cancellation with regard to any "employee benefit plan".

(5) We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

(6) Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any "employee benefit plan" for loss sustained by that Plan, shall fully release us on account of such loss.

i. **Legal Action Against Us**

You may not bring any legal action against us involving loss:

(1) Unless you have complied with all the terms of this insurance;

(2) Until 90 days after you have filed proof of loss with us; and

(3) Unless brought within two years from the date you "discovered" the loss.

If any limitation in this condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

j. **Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

k. **Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

(1) **Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

(a) Partly during the Policy Period shown in the Declarations; and

(b) Partly during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this Policy Period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

 © Insurance Services Office, Inc., 2015

**(2) Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

(a) This insurance became effective at the time of cancellation of the prior insurance; and

(b) The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**(3)** In settling loss under Paragraphs k.(1) and k.(2):

(a) The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

(b) We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)** The following examples demonstrate how we will settle losses subject to this condition:

**Example Number 1**

The Insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy A and Policy **B**.

**Policy A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Policy B**

Issued prior to Policy **A**. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Settlement Of Loss**

The amount of loss sustained under Policy A is $2,500 and under Policy **B**, $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy A. The Policy A Deductible Amount of $5,000 applies. The loss is settled as follows:

(a) The amount of loss sustained under Policy A ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss - $5,000 deductible = $0.00).

(b) The remaining amount of loss sustained under Policy B ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy A of $2,500 is applied to the loss (i.e., $7,500 loss - $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

**Example Number 2**

The Insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy A and Policy B.

**Policy A**

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

© Insurance Services Office, Inc., 2015    CR 00 21 11 15

#### Policy B

Issued prior to Policy A. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

##### Settlement Of Loss

The amount of loss sustained under Policy A is $175,000 and under Policy B, $75,000.

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy B. The Policy A Deductible Amount of $10,000 applies. The loss is settled as follows:

(a) The amount of loss sustained under Policy A ($175,000) is settled first. The amount we will pay is the Policy A Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000, which is greater than the $125,000 policy limit.

(b) The remaining amount of loss sustained under Policy B ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy B limit - $125,000 paid under Policy A = $25,000).

The most we will pay for this loss is $150,000.

##### Example Number 3

The Insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies A, B, C and D.

#### Policy A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

#### Policy B

Issued prior to Policy A. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

#### Policy C

Issued prior to Policy B. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

#### Policy D

Issued prior to Policy C. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

##### Settlement Of Loss

The amount of loss sustained under Policy A is $350,000; under Policy B, $250,000; under Policy C, $600,000; and under Policy D, $800,000.

The highest single Limit of Insurance applicable to this entire loss is $1,000,000 written under Policy A. The Policy A Deductible Amount of $100,000 applies. The loss is settled as follows:

(a) The amount of loss sustained under Policy A ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

(b) The amount of loss sustained under Policy B ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

(c) The amount of loss sustained under Policy C ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

(d) We will not make any further payment under Policy D, as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy A has been satisfied.

The most we will pay for this loss is $1,000,000.

I. **Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

(1) If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

(a) This insurance became effective at the time of cancellation of the prior insurance; and

(b) The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

**(2)** In settling loss subject to this condition:

  **(a)** The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

  **(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

**(3)** The insurance provided under this condition is subject to the following:

  **(a)** If loss covered under this condition is also partially covered under Condition **E.1.k.**, the amount recoverable under this condition is part of, not in addition to, the amount recoverable under Condition **E.1.k.**

  **(b)** For loss covered under this condition that is not subject to Paragraph **l.(3)(a)**, the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

    **(i)** This insurance as of its effective date; or

    **(ii)** The prior cancelled insurance had it remained in effect.

**m. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1)** Primary Insurance

  When this insurance is written as primary insurance, and:

  **(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit Of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

  **(b)** You have other insurance covering the same loss other than that described in Paragraph m.(1)(a), we will only pay for the amount of loss that exceeds:

    **(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

    **(ii)** The Deductible Amount shown in the Declarations;

  whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2)** Excess Insurance

  **(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

  **(b)** However, if loss covered under this insurance is subject to a deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

**n. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease;

**(2)** That is held by you in any capacity; or

**(3)** For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**o. Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

p. Recoveries

(1) Any recoveries, whether effected before or after any payment under this insurance, whether made by us or by you, shall be applied net of the expense of such recovery:

(a) First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

(b) Second, to us in satisfaction of amounts paid in settlement of your claim;

(c) Third, to you in satisfaction of any Deductible Amount; and

(d) Fourth, to you in satisfaction of any loss not covered under this insurance.

(2) Recoveries do not include any recovery:

(a) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

(b) Of original "securities" after duplicates of them have been issued.

q. Territory

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

r. Transfer Of Your Rights Of Recovery Against Others To Us

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

s. Valuation – Settlement

The value of any loss for purposes of coverage under this insurance shall be determined as follows:

(1) Money

Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

(a) At face value in the "money" issued by that country; or

(b) In the United States of America dollar equivalent, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

(2) Securities

Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

(a) Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

(i) Market value of the "securities" at the close of business on the day the loss was "discovered", or

(ii) Limit of Insurance applicable to the "securities".

(3) Property Other Than Money And Securities

(a) Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

(i) The Limit of Insurance applicable to the lost or damaged property;

(ii) The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

(iii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

© Insurance Services Office, Inc., 2015

(b) We will not pay on a replacement cost basis for any loss or damage to property covered under Paragraph s.(3)(a):

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

(c) We will, at your option, pay for loss or damage to such property:

(i) In the "money" of the country in which the loss or damage was sustained; or

(ii) In the United States of America dollar equivalent of the "money" of the country in which the loss or damage was sustained, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

(d) Any property that we pay for or replace becomes our property.

2. **Conditions Applicable To Insuring Agreement A.1.**

a. **Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

(1) As soon as:

(a) You; or

(b) Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you; or

(2) On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

b. **Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in Territory Condition **E.1.q.** for a period of not more than 90 consecutive days.

3. **Conditions Applicable To Insuring Agreement A.2.**

a. **Deductible Amount**

The Deductible Amount does not apply to legal expenses paid under Insuring Agreement A.2.

b. **Electronic And Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

c. **Proof Of Loss**

You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

d. **Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement A.2.

4. **Conditions Applicable To Insuring Agreements A.4. And A.5.**

a. **Armored Motor Vehicle Companies**

Under Insuring Agreement A.5., we will only pay for the amount of loss you cannot recover:

(1) Under your contract with the armored motor vehicle company; and

(2) From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

b. **Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

(1) Precious metals, precious or semiprecious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

(2) Manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

5. Conditions Applicable To Insuring Agreement A.6.

a. **Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

b. **Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement A.6.

F. **Definitions**

1. "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

2. "Computer system" means:

a. Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

b. Systems and applications software; and

c. Related communications networks;

by which "electronic data" is collected, transmitted, processed, stored or retrieved.

3. "Counterfeit money" means an imitation of "money" which is intended to deceive and to be taken as genuine.

4. "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

5. "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

"Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

6. "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

7. "Employee":

a. Means:

(1) Any natural person:

(a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

(b) Whom you compensate directly by salary, wages or commissions; and

(c) Whom you have the right to direct and control while performing services for you;

(2) Any natural person who is furnished temporarily to you:

(a) To substitute for a permanent "employee", as defined in Paragraph **7.a.(1)**, who is on leave; or

(b) To meet seasonal or short-term work load conditions;

while that person is subject to your direction and control and performing services for you;

(3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph **7.a.(2)**;

(4) Any natural person who is:

(a) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; or

(b) Your director or trustee while that person is engaged in handling "money", "securities" or "other property" of any "employee benefit plan";

(5) Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained by you as a consultant while performing services for you;

(6) Any natural person who is a guest student or intern pursuing studies or duties;

(7) Any natural person employed by an entity merged or consolidated with you prior to the effective date of this insurance; and

(8) Any natural person who is your "manager", director or trustee while:

(a) Performing acts within the scope of the usual duties of an "employee"; or

(b) Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

b. Does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph 7.a.

8. "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and that is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

9. "Financial institution" means:

a. With regard to Insuring Agreement A.3.:

(1) A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

(2) An insurance company.

b. With regard to Insuring Agreement A.6.:

(1) A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

(2) An insurance company; or

(3) A stock brokerage firm or investment company.

c. Other than Insuring Agreements A.3. and A.6., any financial institution.

10. "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution" as defined in Paragraph F.9.a.

11. "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

12. "Fraudulent instruction" means:

a. With regard to Insuring Agreement A.6.a.(2):

(1) A computer, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent; or

(2) A written instruction (other than those covered under Insuring Agreement A.2.) issued to a "financial institution" directing the "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", through an electronic funds transfer system at specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

b. With regard to Insuring Agreement A.6.b.:

A computer, telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change "electronic data" or "computer programs" within a "computer system" covered under the Insuring Agreement, which instruction in fact was fraudulently issued by your computer software contractor.

13. "Manager" means a natural person serving in a directorial capacity for a limited liability company.

14. "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

© Insurance Services Office, Inc., 2015

15. "Messenger" means you, or your relative, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

16. "Money" means:

    a. Currency, coins and bank notes in current use and having a face value;

    b. Traveler's checks and money orders held for sale to the public; and

    c. In addition, includes:

        (1) Under Insuring Agreements A.1. and A.2., deposits in your account at any "financial institution"; and

        (2) Under Insuring Agreement A.6., deposits in your account at a "financial institution" as defined in Paragraph F.9.b.

17. "Occurrence" means:

    a. Under Insuring Agreement A.1.:

        (1) An individual act;

        (2) The combined total of all separate acts whether or not related; or

        (3) A series of acts whether or not related;

        committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition E.1.k. or E.1.l.

    b. Under Insuring Agreement A.2.:

        (1) An individual act;

        (2) The combined total of all separate acts whether or not related; or

        (3) A series of acts whether or not related;

        committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition E.1.k. or E.1.l.

    c. Under all other Insuring Agreements:

        (1) An individual act or event;

        (2) The combined total of all separate acts or events whether or not related; or

        (3) A series of acts or events whether or not related;

        committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition E.1.k. or E.1.l.

18. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

19. "Premises" means the interior of that portion of any building you occupy in conducting your business.

20. "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

    a. Caused or threatened to cause that person bodily harm; or

    b. Committed an obviously unlawful act witnessed by that person.

21. "Safe burglary" means the unlawful taking of:

    a. Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

    b. A safe or vault from inside the "premises".

22. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

    but does not include "money".

23. "Theft" means the unlawful taking of property to the deprivation of the Insured.

24. "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

    a. By means of computer, telefacsimile, telephone or other electronic instructions; or

    b. By means of written instructions (other than those covered under Insuring Agreement A.2.) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system.

25. "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CLIENTS' PROPERTY

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY

With regard to this Clients' Property endorsement, the provisions of the Coverage Form or Policy to which this endorsement is attached apply, unless modified by this endorsement.

**A.** The following Insuring Agreement is added to Section **A. Insuring Agreements:**

We will pay for loss of or damage to "money", "securities" and "other property" sustained by your "client" resulting directly from "theft" committed by an identified "employee", acting alone or in collusion with other persons.

**B.** Under Section **D. Exclusions** in the Commercial Crime Coverage Form and the Commercial Crime Policy, the **Acts Committed By Your Employees, Managers, Directors, Trustees or Representatives** Exclusion does not apply to this Insuring Agreement.

**C.** Under Section **E. Conditions:**

**1.** Paragraph (1) of the **Duties In The Event Of Loss** Condition is replaced by the following:

(1) Notify us as soon as possible;

**2.** The **Ownership Of Property; Interests Covered** Condition is replaced by the following:

**Ownership Of Property; Interests Covered**

The property covered under this Insuring Agreement is limited to property:

**a.** That your "client" owns or leases; or

**b.** That your "client" holds for others in any capacity; or

**c.** For which your "client" is legally liable, provided your "client" was liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your "client". Any claim for loss that is covered under this Insuring Agreement must be presented by you.

**D.** Under Section **F. Definitions:**

**1.** The following definitions are added:

**a.** "Client" means any entity for whom you perform services under a written contract.

**b.** "Occurrence" means:

(1) An individual act;

(2) The combined total of all separate acts whether or not related; or

(3) A series of acts whether or not related;

committed by an "employee", acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, before such policy period or both.

**2.** The definition of "theft" is replaced by the following:

"Theft" means the unlawful taking of property to the deprivation of your "client".

     © Insurance Services Office, Inc., 2012

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE
### (COVERAGE INCLUDED)

Coverage for acts of terrorism is included in your policy.  You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed.  As defined in Section 102(1) of the Act:  The term "act of terrorism" means any act that is certified by the Secretary of the Treasury - in consultation with the Secretary of Homeland Security, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.  Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended.  However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.  Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning January 1, 2016; 83% beginning January 1, 2017; 82% beginning January 1, 2018; 81% beginning January 1, 2019 and 80% beginning on January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage.  The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is
$ ▮▮▮▮ and does not include any charges for the portion of losses covered by the United States Government under the Act.


Policy No.   01-LX-011738646-5
Named Insured TSG COMPANY LLC


96556 (1/15)
Copyright 2015 National Association of Insurance Commissioners


11-13-17                        Page   1 of    1

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producer-compensation or by calling 1-800-706-3102.

91222 (9/16)

## POLICYHOLDER NOTICE

### Taxes, Assessments and/or Surcharges

The taxes, assessments and/or surcharges shown on the declarations page or any premium schedule are collected on behalf of the applicable State(s) and in accordance with such State's laws and regulations. The payment of these taxes, assessments and/or surcharges is the responsibility of the Named Insured. In the event the applicable State implements a new tax, assessment and/or surcharge or increases such tax, assessment and/or surcharge during the term of this policy, the Named Insured shall remain responsible for the payment of all amounts due under the policy, including those newly implemented or increased taxes, assessments and/or surcharges.

Any newly implemented or increased taxes, assessments and/or surcharges shall apply on the effective date dictated by the applicable State regardless:

1. Of when the Insurance Company implements the new or increased tax, assessment or surcharge into its systems; or
2. If the Insurance Company recalculates the Named Insured's premium in accordance with the policy's terms and conditions as part of a premium audit after the end of the policy period.

118477 (3/15)

# NEW HAMPSHIRE INSURANCE COMPANY

A stock company
175 Water Street 18th Floor, New York, NY 10038
## COMMON POLICY DECLARATIONS
RENEWAL DECLARATION

> **POLICY NO:** 01-LX-011738646-6
>
> RENEWAL OF   01-LX-011738646-5

### NAMED INSURED AND MAILING ADDRESS

> TSG COMPANY LLC SEE EXTENDED NAMED INSURED
> ENDT
> 565 MOUNTAIN VILLAGE BLVD
> TELLURIDE, CO 81435

### PRODUCER MAILING ADDRESS          90249

> AMWINS PROGRAM UNDERWRITERS, INC.
> 4725 PIEDMONT ROW DR SUITE 600
> CHARLOTTE, NC 28210-0000

**POLICY PERIOD:** FROM 11/01/2018 TO 11/01/2019 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**THE NAMED INSURED IS:** Limited Liability Company (LLC)     **BUSINESS DESCRIPTION:** SKI AREA

**AUDIT FREQUENCY:** Annual

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| THIS POLICY CONSISTS OF THE COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. | | PREMIUM |
|---|---|---|
| COMMERCIAL PROPERTY | $ | ▮ |
| COMMERCIAL GENERAL LIABILITY | $ | |
| CRIME AND FIDELITY | $ | |
| COMMERCIAL INLAND MARINE | $ | |
| PROFESSIONAL LIABILITY | $ | |
| TOTAL PREMIUM | $ | ▮ |
| POLICY PREMIUM | $ | ▮ |

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE PARTS**
See Forms Schedule
**NOTE: IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

12-19-18

# NEW HAMPSHIRE INSURANCE COMPANY

A stock company

175 Water Street 18th Floor, New York, NY 10038

## COMMERCIAL PROPERTY

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 01-LX-011738646-6 | |
| **RENEWAL OF:** 01-LX-011738646-5 | |

**NAMED INSURED AND MAILING ADDRESS**

TSG COMPANY LLC SEE EXTENDED NAMED INSURED
ENDT
565 MOUNTAIN VILLAGE BLVD
TELLURIDE, CO 81435

**PRODUCER MAILING ADDRESS**

90249

AMWINS PROGRAM UNDERWRITERS, INC.
4725 PIEDMONT ROW DR SUITE 600
CHARLOTTE, NC 28210-0000

**POLICY PERIOD:** FROM 11/01/2018 TO 11/01/2019 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

THE NAMED INSURED IS :Limited Liability Company (LLC)          BUSINESS DESCRIPTION :SKI AREA

LOCATION: 1 BUILDING: 1

PROPERTY AT YOUR PREMISES
ADDRESS: AS PER SCHEDULE ON FILE WITH CARRIER, VALUATION, COVERAGES,, LIMITS, PER SOV.
DEDUCTIBLE PER FORM 115192, TELLURIDE, CO 81435
BUILDING DESCRIPTION: AS PER SCHEDULE ON FILE WITH CARRIER
PROTECTION CLASS: 3   CONSTRUCTION: FRAME

**COVERAGES PROVIDED**

INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH AN AMOUNT OF INSURANCE IS SHOWN

| COVERAGE | CAUSE OF LOSS | DED | COINSURANCE | AMOUNT OF INSURANCE |
|---|---|---|---|---|
| Building | Special Including Theft | $25,000 | N/A | $296,852,651 |
| Agreed Value: $296,852,651<br> Exp Date: 11/01/2019<br>Replacement Cost | | | | |
| Business Income With Extra Expense | Special Including Theft | | N/A | $22,801,987 |
| Business Income Including Rental Value<br>Agreed Value: $22,801,987<br> Exp Date: 11/01/2019 | | | | |

| Additional Interest | Name | Address |
|---|---|---|
| Mortgageholders | MORTGAGEES AS PER ON FILE WITH THE COMPANY | ., Telluride, Colorado 81435 |

**EARTHQUAKE - VOLCANIC ERUPTION COVERAGE SCHEDULE**

| | |
|---|---|
| Property Damage Deductible | $50,000 |
| Earthquake Sprinkler Leakage Only | ☐ |

12-19-18

# NEW HAMPSHIRE INSURANCE COMPANY
## COMMERCIAL PROPERTY
RENEWAL DECLARATION

**POLICY NO:** 01-LX-011738646-6
**INSURED:** TSG COMPANY LLC SEE EXTENDED NAMED INSURED ENDT

**EFFECTIVE DATE:** 11/01/2018
**AGENT:** AMWINS PROGRAM UNDERWRITERS, INC.

### EARTHQUAKE - VOLCANIC ERUPTION COVERAGE SCHEDULE
| | |
|---|---|
| Earthquake Sub-Limit | 10,000,000 |

### FLOOD COVERAGE

| | |
|---|---|
| Flood Deductible | $50,000 |
| No-Coinsurance Option | ☐ |
| Annual Aggregate Limit | $10,000,000 |
| Underlying Insurance Waiver | ☐ |

Other Flood Insurance Description:

Description Of Covered Personal Property In The Open:

### MISCELLANEOUS COVERAGE - POLICY

| COVERAGE | DEDUCTIBLE | AMOUNT OF INSURANCE |
|---|---|---|
| 72 hours is removed from Flood Coverage Endorsement Section B. Exclusions, 4. A. | | |
| Additional Coverage for Golf Courses | | $2,000,000 |
| Ski Wildfire Extra Expense Additional Coverage - $100,000 | | $100,000 |

TERRORISM RISK INSURANCE ACT IS INCLUDED ████

| | |
|---|---|
| TOTAL COMMERCIAL PROPERTY PREMIUM | ████ |

**FORMS AND ENDORSEMENTS**
APPLYING TO COMMERCIAL PROPERTY AND MADE PART OF THIS POLICY AT TIME OF ISSUE:
**See Forms Schedule**
NOTE:  IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

12-19-18

# NEW HAMPSHIRE INSURANCE COMPANY

A stock company

175 Water Street 18th Floor, New York, NY 10038

## GENERAL LIABILITY

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 01-LX-011738646-6 | |
| **RENEWAL OF:** 01-LX-011738646-5 | |

| NAMED INSURED AND MAILING ADDRESS | PRODUCER MAILING ADDRESS          90249 |
|---|---|
| TSG COMPANY LLC SEE EXTENDED NAMED INSURED ENDT<br>565 MOUNTAIN VILLAGE BLVD<br>TELLURIDE, CO 81435 | AMWINS PROGRAM UNDERWRITERS, INC.<br>4725 PIEDMONT ROW DR SUITE 600<br>CHARLOTTE, NC 28210-0000 |

**POLICY PERIOD:** FROM 11/01/2018 TO 11/01/2019 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

## COMMERCIAL GENERAL LIABILITY COVERAGE

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| GENERAL AGGREGATE | NONE | |
| PRODUCTS – COMPLETED OPERATIONS AGGREGATE | $1,000,000 | |
| PERSONAL INJURY & ADVERTISING INJURY | $1,000,000 | |
| EACH OCCURRENCE | $1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU | $500,000 | ANY ONE PREMISES |
| MEDICAL EXPENSE | EXCLUDED | ANY ONE PERSON |

## LIQUOR LIABILITY COVERAGE

### LIMITS OF INSURANCE

| | |
|---|---|
| EACH COMMON CAUSE LIMIT | $1,000,000 |
| AGGREGATE LIMIT | $1,000,000 |

## MISCELLANEOUS COVERAGE - POLICY

| COVERAGE | PREMIUM BASIS | ESTIMATED EXPOSURE |
|---|---|---|
| Coverage D - Salon or Spa Professional | | |

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**
1   565 MOUNTAIN VILLAGE BLVD, Telluride, CO 81435

## DESCRIPTION OF BUSINESS

12-19-18
93837 (12/06)
CG DS 01 10 01

Page 1 of 6

# NEW HAMPSHIRE INSURANCE COMPANY
## GENERAL LIABILITY
### RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 01-LX-011738646-6<br>**INSURED:** TSG COMPANY LLC SEE EXTENDED NAMED INSURED ENDT | **EFFECTIVE DATE:** 11/01/2018<br>**AGENT:** AMWINS PROGRAM UNDERWRITERS, INC. |

### DESCRIPTION OF BUSINESS

FORM OF BUSINESS:

☐ INDIVIDUAL       ☐ PARTNERSHIP       ☐ JOINT VENTURE       ☐ TRUST

☒ LIMITED LIABILITY COMPANY       ☐ ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)

☐ OTHER

BUSINESS DESCRIPTION:       SKI AREA

12-19-18
93837 (12/06)
CG DS 01 10 01

# NEW HAMPSHIRE INSURANCE COMPANY
## GENERAL LIABILITY
RENEWAL DECLARATION

| POLICY NO: 01-LX-011738646-6 | EFFECTIVE DATE: 11/01/2018 |
|---|---|
| INSURED: TSG COMPANY LLC SEE EXTENDED NAMED INSURED ENDT | AGENT: AMWINS PROGRAM UNDERWRITERS, INC. |

| LOC | CLASSIFICATION | CODE | PREMIUM BASIS | EXPOSURE | PMS RATE | PDTS RATE | OTHER RATE |
|---|---|---|---|---|---|---|---|
| 1 | Restaurants - with sales of alcoholic beverages that are less than 30% of the total annual receipts of the restaurants - with table service | 16910 | ███ | ███ | | | |
| 1 | Spas or Personal Enhancement Facilities<br><br>Products-completed operations are subject to the General Aggregate Limit | 18200 | ███ | ███ | | | |
| 1 | Sporting Goods or Athletic Equipment Stores | 18206 | ███ | ███ | | | |
| 1 | Day Care Centers (For-Profit)<br><br>Products-completed operations are subject to the General Aggregate Limit | 41715 | ███ | ███ | | | |
| 1 | Golf Courses - municipal or public - not golf or country clubs<br><br>Products-completed operations are subject to the General Aggregate Limit | 44070 | ███ | ███ | | | |

12-19-18
93837 (12/06)
CG DS 01 10 01

# NEW HAMPSHIRE INSURANCE COMPANY
## GENERAL LIABILITY
RENEWAL DECLARATION

| POLICY NO: 01-LX-011738646-6 | EFFECTIVE DATE: 11/01/2018 |
|---|---|
| INSURED: TSG COMPANY LLC SEE EXTENDED NAMED INSURED ENDT | AGENT: AMWINS PROGRAM UNDERWRITERS, INC. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Health or Exercise Facilities - commercially operated<br><br>Products-completed operations are subject to the General Aggregate Limit | 44315 | ████ | ████ | | |
| 1 | Hotels and Motels - with pools or beaches - less than four stories<br><br>Products-completed operations are subject to the General Aggregate Limit | 45190 | ████ | ████ | | |
| 1 | Real Estate Property Managed<br><br>Products-completed operations are subject to the General Aggregate Limit | 47052 | ████ | ████ | | |
| 1 | Ski Lifts, Tows or Runs<br><br>Products-completed operations are subject to the General Aggregate Limit | 48252 | ████ | ████ | | |
| 1 | Vending Machine Operations - Not Otherwise Classified | 49619 | ████ | ████ | | |

# NEW HAMPSHIRE INSURANCE COMPANY
## GENERAL LIABILITY
RENEWAL DECLARATION

**POLICY NO:** 01-LX-011738646-6
**INSURED:** TSG COMPANY LLC SEE EXTENDED NAMED INSURED ENDT

**EFFECTIVE DATE:** 11/01/2018
**AGENT:** AMWINS PROGRAM UNDERWRITERS, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | All States - except Michigan - Restaurants, Taverns, Hotels, Motels, including package sales | 58161 | ▮ | ▮ | | |
| 1 | Security and Patrol Agencies  Products-completed operations are subject to the General Aggregate Limit | 98751 | ▮ | ▮ | | |

| ABUSE AND MOLESTATION | | |
|---|---|---|
| Limits of Insurance: | Incident:  Aggregate: | $1,000,000  $1,000,000 |

| EMPLOYEE BENEFITS LIABILITY COVERAGE | |
|---|---|
| LIMITS OF INSURANCE | |
| Employee Benefits Programs Limit of Insurance | $1,000,000 |
| Employee Benefits Programs Aggregate Limit | $1,000,000 |
| RETROACTIVE DATE | |
| RETROACTIVE DATE: 11/01/2001 | |
| DEDUCTIBLE | |
| DEDUCTIBLE AMOUNT: | $1,000 |
| Number of Employees of the Named Insured | 200 |
| Date of Record for Number of Employees of the Named Insured | 11/01/2001 |
| Estimated Annual Premium | ▮ |

TERRORISM RISK INSURANCE ACT IS INCLUDED          ▮

| GENERAL LIABILITY PREMIUM | ▮ |
|---|---|

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**

12-19-18
93837 (12/06)
CG DS 01 10 01

# NEW HAMPSHIRE INSURANCE COMPANY

## GENERAL LIABILITY

### RENEWAL DECLARATION

**POLICY NO:** 01-LX-011738646-6
**INSURED:** TSG COMPANY LLC SEE EXTENDED NAMED INSURED ENDT

**EFFECTIVE DATE:** 11/01/2018
**AGENT:** AMWINS PROGRAM UNDERWRITERS, INC.

See Forms Schedule

NOTE: IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.

THESE DECLARATIONS AND THE COMMON POLICY DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATIONS), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

# NEW HAMPSHIRE INSURANCE COMPANY

A stock company
175 Water Street 18th Floor, New York, NY 10038
## COMMERCIAL CRIME AND FIDELITY
RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 01-LX-011738646-6 | |
| **RENEWAL OF:** 01-LX-011738646-5 | |

**NAMED INSURED AND MAILING ADDRESS**

TSG COMPANY LLC SEE EXTENDED NAMED INSURED
ENDT
565 MOUNTAIN VILLAGE BLVD
TELLURIDE, CO 81435

**PRODUCER MAILING ADDRESS**          90249

AMWINS PROGRAM UNDERWRITERS, INC.
4725 PIEDMONT ROW DR SUITE 600
CHARLOTTE, NC 28210-0000

**POLICY PERIOD:** FROM 11/01/2018 TO 11/01/2019 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS
SHOWN ABOVE.

**INSURING AGREEMENTS**

| INSURING AGREEMENT | LIMIT | DEDUCTIBLE |
|---|---|---|
| Employee Theft (Blanket) | $1,000,000 | $10,000 |
| Forgery or Alteration | $500,000 | $10,000 |
| Inside the Premises - Theft of Money and Securities | $500,000 | $10,000 |
| Outside the Premises | $500,000 | $10,000 |
| Inside the Premises - Robbery or Safe Burglary of Other Property | $500,000 | $10,000 |

| TOTAL CRIME AND FIDELITY PREMIUM | $ | |
|---|---|---|

12-19-18

# NEW HAMPSHIRE INSURANCE COMPANY

## COMMERCIAL CRIME AND FIDELITY

RENEWAL DECLARATION

| | |
|---|---|
| **POLICY NO:** 01-LX-011738646-6<br>**INSURED:** TSG COMPANY LLC SEE EXTENDED NAMED INSURED ENDT | **EFFECTIVE DATE:** 11/01/2018<br>**AGENT:** AMWINS PROGRAM UNDERWRITERS, INC. |

**FORMS AND ENDORSEMENTS**
**APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:**
See Forms Schedule
See Forms Schedule
**NOTE: IF NO ENTRY APPEARS ON THE ABOVE ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

**CANCELLATION OF PRIOR INSURANCE**
By acceptance of this policy you give us notice cancelling prior policy or bond No(s).
The cancellation to be effective at the time this policy becomes effective.

**THESE DECLARATIONS, IF APPLICABLE, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, AND SUPPLEMENTAL FORM DECLARATION(S), IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY**

# New Hampshire Insurance Company

175 Water Street 18th Floor, New York, NY 10038

## EXTENDED NAME SCHEDULE

| POLICY NO: 01-LX-011738646-6 |
|---|
| RENEWAL OF: 01-LX-011738646-5 |

**ACCOUNT NUMBER:** 00202419218

**NAMED INSURED AND MAILING ADDRESS**

TSG COMPANY LLC SEE EXTENDED NAMED INSURED
ENDT
565 MOUNTAIN VILLAGE BLVD
TELLURIDE,CO 81435

**AGENCY AND MAILING ADDRESS**          90249

AMWINS PROGRAM UNDERWRITERS, INC.
4725 PIEDMONT ROW DR SUITE 600
Charlotte, NC 28210-0000

**POLICY PERIOD:** FROM 11/01/2018 TO 11/01/2019 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS
SHOWN ABOVE.

TSG COMPANY LLC
TSG ASSET HOLDINGS LLC
TSG MANAGEMENT LLC
TSG SKI & GOLF LLC
TSG GONDOLA LLC
TELSKI FOOD & BEVERAGE SERVICES LLC
TELSKI TRADEMARKS LLC
MEADOWS RUN LP
TELLURIDE HOLDINGS LLC
TSG SKI & GOLF LLC 401 (K) PLAN
SEE FOREVER DEVELOPMENT LLC
H & S INVESTMENTS I LP
NEWPORT FEDERAL
INN AT LOST CREEK HOA
TELLURIDE CONFERENCE CENTER, LLC
TELLURIDE CONCIERGE, LLC
PEAKS HOTEL LLC
PEAKS OWNER'S ASSOCIATION INC, AS RESPECTS THE MANAGEMENT OPERATIONS OF THE
PEAKS HOTEL BY TSG COMPANY LLC
SEE FOREVER VILLAGE AT THE PEAKS (HOA)
SEE FOREVER VILLAGE OWNERS ASSOCIATION INC
RICO HOTEL LLC
TELLURIDE RESORT & SPA

COUNTERSIGNED AT: _____   BY: _____

AUTHORIZED REPRESENTATIVE

12-19-18                                                                                    Page 1 of 1

# NEW HAMPSHIRE INSURANCE COMPANY

175 Water Street 18th Floor, New York, NY 10038

## FORMS SCHEDULE

| | |
|---|---|
| **POLICY NO:** 01-LX-011738646-6 | |
| **RENEWAL OF:** 01-LX-011738646-5 | |

**ACCOUNT NUMBER:** 00202419218

**NAMED INSURED AND MAILING ADDRESS**

TSG COMPANY LLC SEE EXTENDED NAMED INSURED
ENDT
565 MOUNTAIN VILLAGE BLVD
TELLURIDE, CO 81435

**AGENCY AND MAILING ADDRESS**          90249

AMWINS PROGRAM UNDERWRITERS, INC.
4725 PIEDMONT ROW DR SUITE 600
CHARLOTTE, NC 28210-0000

**POLICY PERIOD:** FROM 11/01/2018 TO 11/01/2019 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**NOTE: IF NO ENTRY APPEARS ON THE FOLLOWING ENDORSEMENTS, INFORMATION REQUIRED TO COMPLETE THE FORM WILL BE SHOWN ON THE SUPPLEMENTAL FORM DECLARATION IMMEDIATELY FOLLOWING THE APPLICABLE ENDORSEMENT.**

| COMMON POLICY PACKAGE | | APPLICABLE COVERAGE PARTS |
|---|---|---|
| 89644 06-13 | Economic Sanctions Endorsement | Crime And Fidelity, General Liability, Commercial Property |
| IL0003 09-08 | Calculation of Premium | Crime And Fidelity, General Liability, Commercial Property |
| IL0017 11-98 | Common Policy Conditions | Crime And Fidelity, General Liability |
| IL0021 09-08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) | General Liability |
| IL0935 07-02 | Exclusion Of Certain Computer-Related Losses | Crime And Fidelity, Commercial Property |
| IL0125 11-13 | Colorado Changes - Civil Union | General Liability |
| IL0169 09-07 | Colorado Changes - Concealment, Misrepresentation Or Fraud | Commercial Property |
| IL0228 09-07 | Colorado Changes - Cancellation And Nonrenewal | Crime And Fidelity, General Liability, Commercial Property |
| 102158 08-14 | Crisis Response Coverage Extension Endorsement (Including Acts of Nature) | General Liability |

| COMMERCIAL PROPERTY FORMS | |
|---|---|
| 109364 02-12 | Ski Resort Commercial Property Coverage Form Business Income (And Extra Expense) Coverage Form |
| 109367 11-11 | Ski Resort Earth Movement Coverage Endorsement (Sub - Limit Form) |
| 109368 11-11 | Ski Resort Flood Coverage Endorsement |
| 119817 04-16 | Amount Of Insurance Schedule Endorsement |
| CP0090 07-88 | Commercial Property Conditions |
| CP0140 07-06 | Exclusion Of Loss Due To Virus Or Bacteria |
| CP1218 10-12 | Loss Payable Provisions |

12-19-18

# New Hampshire Insurance Company
## FORMS SCHEDULE

| POLICY NO: 01-LX-011738646-6 | EFFECTIVE DATE: 11/01/2018 |
|---|---|
| INSURED: TSG COMPANY LLC SEE EXTENDED NAMED INSURED ENDT | AGENT: AMWINS PROGRAM UNDERWRITERS, INC. |

### COMMERCIAL PROPERTY FORMS

| | |
|---|---|
| 115191 08/17 | SKI RESORT PROPERTY COVERAGE PROPERTY IN TRANSIT ENDORSEMENT |
| 115192 08/17 | MULTIPLE DEDUCTIBLE ENDORSEMENT |
| 97081 04/08 | EQUIPMENT BREAKDOWN - OTHER CONDITIONS ENDORSEMENT |
| 100387 06/10 | FOOD CONTAMINATION AND COMMUNICABLE DISEASE COVERAGE |
| 110326 07/12 | ADDITIONAL COVERAGES FOR GOLF COURSES |
| 108014 08/17 | ADDITIONAL COVERAGE - WILDFIRE EXTRA EXPENSE |
| MAN XXX 11/11 | SKI RESORT SUPPLEMENTAL DECLARATIONS |
| MAN 070 11/14 | SKI RESORT PROPERTY UNDERGROUND PROPERTY ENDORSEMENT |
| 117560 09/18 | OFF PREMISES UTILITY SERVICES CHANGES |
| IL1201 11/85 | POLICY CHANGE |
| 109366 02-12 | Ski Resort Commercial Property Coverage Form Cause of Loss-Special Form |
| 109365 02-12 | Ski Resort Commercial Property Coverage Form Building and Personal Property Coverage Form |

### COMMERCIAL GENERAL LIABILITY FORMS

| | |
|---|---|
| 102178 04-14 | Ski Operations General Liability Enhancement Endorsement |
| 110256 03-12 | Coverage D - Salon or Spa Professional Liability Coverage Endorsement |
| 117526 06-14 | Broad Form Named Insured Endorsement |
| 117527 06-14 | Composite Rating Plan Premium Endorsement |
| 61712 08-07 | Additional Insured - Where Required Under Contract or Agreement |
| 62898 07-12 | Radioactive Matter Exclusion |
| 64004 07-12 | ERISA Exclusion |
| 82540 07-12 | Asbestos and Silicosis Exclusion |
| CG0001 04-13 | Commercial General Liability Coverage Form |
| CG0033 04-13 | Liquor Liability Coverage Form |
| CG2008 04-13 | Additional Insured - Users Of Golfmobiles |
| CG2010 04-13 | Additional Insured - Owners, Lessees Or Contractors - Scheduled Person Or Organization |
| CG2026 04-13 | Additional Insured - Designated Person Or Organization |
| CG2106 05-14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability - With Limited Bodily Injury Exception |
| CG2135 10-01 | Exclusion - Coverage C - Medical Payments |
| CG2147 12-07 | Employment-Related Practices Exclusion |
| CG2153 01-96 | Exclusion - Designated Ongoing Operations |
| CG2301 04-13 | Exclusion - Real Estate Agents Or Brokers Errors Or Omissions |
| CG2404 05-09 | Waiver Transfer Rights of Recovery-1 |
| CG2407 01-96 | Products/Completed Operations Hazard Redefined |
| 108538 03/11 | LIMITED ADVICE OF CANCELLATION TO SCHEDULED ENTITIES |
| MAN 046 09/14 | NEWLY ACQUIRED ORGANIZATIONS ENDORSEMENT |

# New Hampshire Insurance Company
## FORMS SCHEDULE

**POLICY NO:** 01-LX-011738646-6
**INSURED:** TSG COMPANY LLC SEE EXTENDED
NAMED INSURED ENDT

**EFFECTIVE DATE:** 11/01/2018
**AGENT:** AMWINS PROGRAM UNDERWRITERS, INC.

| COMMERCIAL GENERAL LIABILITY FORMS | |
|---|---|
| MAN 047 09/14 | SUPPLEMENTARY PAYMENTS ENDORSEMENT |
| 69186 11-14 | Exclusion for Continuing or Progressive "BI", "Personal and Advertising Injury" or "PD" |
| 65123 04-96 | Abuse and Molestation Endorsement - Occurrence |
| 58332 08-07 | Total Lead Exclusion |
| 51767 04-02 | Employee Benefits Liability Insurance |
| 110353 04-14 | Aggregate Deductible Liability Insurance (Defense Costs Within Deductible) |
| 102175 05-10 | Exception to Pollution Exclusion Endorsement |
| 102173 05-10 | Amendment to Definition of Bodily Injury Endorsement |
| 78689 07-03 | Fungus Exclusion |

| CRIME AND FIDELITY FORMS | |
|---|---|
| CR0021 08-13 | Commercial Crime Coverage Form (Loss Sustained Form) |
| CR0401 08-13 | Clients' Property |
| CR0160 08-07 | Colorado Changes |

12-19-18

## ADDENDUM TO THE DECLARATIONS

By signing below, the President and the Secretary of the Insurer agree on behalf of the Insurer to all the terms of this Policy.

Jeremy D. Edgecliffe-Johnson
PRESIDENT

Tanya Kent
SECRETARY

This Policy shall not be valid unless signed at the time of issuance by an authorized representative of the Insurance Company, either below or on the Declarations page of the Policy.

Ethan Allen
AUTHORIZED COMPANY REPRESENTATIVE

Granite State Insurance Company
The Insurance Company of the State of Pennsylvania
Illinois National Insurance Co.
New Hampshire Insurance Company
American Home Assurance Company
National Union Fire Insurance Company of Pittsburgh, Pa.
Commerce and Industry Insurance Company

_____
COUNTERSIGNATURE
(only where required by law)

_____    _____
COUNTERSIGNATURE DATE        COUNTERSIGNED AT

78711 (01-17)

# NEW HAMPSHIRE INSURANCE COMPANY

175 Water Street 18th Floor, New York, NY 10038

## INSTALLMENT PLAN

POLICY NO: 01-LX-011738646-6

RENEWAL OF  01-LX-011738646-5

**ACCOUNT NUMBER:** 00202419218

**NAMED INSURED AND MAILING ADDRESS**

TSG COMPANY LLC SEE EXTENDED NAMED INSURED
ENDT
565 MOUNTAIN VILLAGE BLVD
TELLURIDE, CO 81435

**AGENCY AND MAILING ADDRESS**                    90249

AMWINS PROGRAM UNDERWRITERS, INC.
4725 PIEDMONT ROW DR SUITE 600
CHARLOTTE, NC 28210-0000

**POLICY PERIOD:** FROM 11/01/2018 TO 11/01/2019 AT 12:01 AM STANDARD TIME AT YOUR MAILING ADDRESS
SHOWN ABOVE.

PREMIUM AMOUNT: ████████

| DUE DATE | PREMIUM DUE |
|----------|-------------|
| 11/01/2018 | |
| 12/01/2018 | |
| 01/01/2019 | |
| 02/01/2019 | |
| 03/01/2019 | |
| 04/01/2019 | |
| 05/01/2019 | |
| 06/01/2019 | |
| 07/01/2019 | |
| 08/01/2019 | |

12-19-18

Named Insured: TSG COMPANY LLC SEE EXTENDED NAMED INSURED ENDT
Policy No: 01-LX-011738646-6 000
Effective 12:01 a.m. 11/01/2018

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM INSURANCE COVERAGE
### (COVERAGE INCLUDED)

Coverage for acts of terrorism is included in your policy. You are hereby notified that under the Terrorism Risk Insurance Act, as amended in 2015, the definition of act of terrorism has changed.  As defined in Section 102(1) of the Act: The term "act of terrorism" means any act that is certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% through 2015; 84% beginning on January 1, 2016; 83% beginning on January 1, 2017; 82% beginning on January 1, 2018; 81% beginning on January 1, 2019 and 80% beginning on January 1, 2020 of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is ▮▮▮▮ and does not include any charges for the portion of losses covered by the United States government under the Act.

96556 (1/15)
© 2015 National Association of Insurance Commissioners

# ENDORSEMENT
## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

Policy No: 01-LX-011738646-6

Effective 12:01 a.m.  11/01/2018

## ECONOMIC SANCTIONS ENDORSEMENT

*This endorsement modifies insurance provided under the following:*

The Insurer shall not be deemed to provide cover and the Insurer shall not be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose the Insurer, its parent company or its ultimate controlling entity to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union or the United States of America.

89644 6-13

IL 00 03 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was comput-
ed based on rates in effect at the time the policy was
issued. On each renewal, continuation, or anniversary
of the effective date of this policy, we will compute the
premium in accordance with our rates and rules then
in effect.

© ISO Properties, Inc., 2007                   □

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

    Copyright, Insurance Services Office, Inc., 1998       □

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   **A.** Under any Liability Coverage, to "bodily injury" or "property damage":

   **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

   **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

   **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

   **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

   **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 09 35 07 02

.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

© ISO Properties, Inc., 2001

IL 01 25 11 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following:

Spouse or party to a civil union recognized under Colorado law.

**B.** Under the Commercial Automobile Coverage Part, the term "family member" is replaced by the following and supersedes any other provisions to the contrary:

"Family member" means a person related to:

1. The individual Named Insured by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of such Named Insured's household, including a ward or foster child;

2. The individual named in the Schedule by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individuals endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Colorado law, who is a resident of your household, including a ward or foster child.

IL 01 69 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CONCEALMENT, MISREPRESENTATION OR FRAUD

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART – FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL
COVERAGES, CONDITIONS, DEFINITIONS
FARM COVERAGE PART – LIVESTOCK COVERAGE FORM
FARM COVERAGE PART – MOBILE AGRICULTURAL MACHINERY AND
EQUIPMENT COVERAGE FORM

The **CONCEALMENT, MISREPRESENTATION OR FRAUD** Condition is replaced by the following:

**CONCEALMENT, MISREPRESENTATION OR FRAUD**

We will not pay for any loss or damage in any case of:

1. Concealment or misrepresentation of a material fact; or

2. Fraud;

committed by you or any other insured ("insured") at any time and relating to coverage under this policy.

 © ISO Properties, Inc., 2006 □

IL 02 28 09 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** If this policy has been in effect for less than 60 days, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**B.** The following is added to the **Cancellation** Common Policy Condition:

**7. Cancellation Of Policies In Effect For 60 Days Or More**

**a.** If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel this policy by mailing through first-class mail to the first Named Insured written notice of cancellation:

**(1)** Including the actual reason, at least 10 days before the effective date of cancellation, if we cancel for nonpayment of premium; or

**(2)** At least 45 days before the effective date of cancellation if we cancel for any other reason.

We may only cancel this policy based on one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** A false statement knowingly made by the insured on the application for insurance; or

**(3)** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

**C.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

If we decide not to renew this policy, we will mail through first-class mail to the first Named Insured shown in the Declarations written notice of the nonrenewal at least 45 days before the expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

        © ISO Properties, Inc., 2006           ▢

**D.** The following condition is added:

**INCREASE IN PREMIUM OR DECREASE IN COVERAGE**

We will not increase the premium unilaterally or decrease the coverage benefits on renewal of this policy unless we mail through first-class mail written notice of our intention, including the actual reason, to the first Named Insured's last mailing address known to us, at least 45 days before the effective date.

Any decrease in coverage during the policy term must be based on one or more of the following reasons:

**1.** Nonpayment of premium;

**2.** A false statement knowingly made by the insured on the application for insurance; or

**3.** A substantial change in the exposure or risk other than that indicated in the application and underwritten as of the effective date of the policy unless the first Named Insured has notified us of the change and we accept such change.

If notice is mailed, proof of mailing will be sufficient proof of notice.

# COMMERCIAL CRIME COVERAGE FORM
## (LOSS SUSTAINED FORM)

Various provisions in this Policy restrict coverage. Read the entire Policy carefully to determine rights, duties and what is or is not covered.

Throughout this Policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** Definitions.

**A. Insuring Agreements**

Coverage is provided under the following Insuring Agreements for which a Limit Of Insurance is shown in the Declarations and applies to loss that you sustain resulting directly from an "occurrence" taking place during the Policy Period shown in the Declarations, except as provided in Condition **E.1.k.** or **E.1.l.**, which is "discovered" by you during the Policy Period shown in the Declarations or during the period of time provided in the Extended Period To Discover Loss Condition **E.1.g.:**

**1. Employee Theft**

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

For the purposes of this Insuring Agreement, "theft" shall also include forgery.

**2. Forgery Or Alteration**

**a.** We will pay for loss resulting directly from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

**(1)** Made or drawn by or drawn upon you; or

**(2)** Made or drawn by one acting as your agent;

or that are purported to have been so made or drawn.

For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st Century Act shall be treated the same as the original it replaced.

**b.** If you are sued for refusing to pay any instrument covered in Paragraph **2.a.**, on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur and pay in that defense. The amount that we will pay for such legal expenses is in addition to the Limit of Insurance applicable to this Insuring Agreement.

**3. Inside The Premises – Theft Of Money And Securities**

We will pay for:

**a.** Loss of "money" and "securities" inside the "premises" or "financial institution premises":

**(1)** Resulting directly from "theft" committed by a person present inside such "premises" or "financial institution premises"; or

**(2)** Resulting directly from disappearance or destruction.

**b.** Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

**c.** Loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of, or unlawful entry into, those containers.

**4. Inside The Premises – Robbery Or Safe Burglary Of Other Property**

We will pay for:

**a.** Loss of or damage to "other property":

**(1)** Inside the "premises" resulting directly from an actual or attempted "robbery" of a "custodian"; or

**(2)** Inside the "premises" in a safe or vault resulting directly from an actual or attempted "safe burglary".

    b. Loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "robbery" or "safe burglary" of "other property", if you are the owner of the "premises" or are liable for damage to it.

    c. Loss of or damage to a locked safe or vault located inside the "premises" resulting directly from an actual or attempted "robbery" or "safe burglary".

**5. Outside The Premises**

We will pay for:

    a. Loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

    b. Loss of or damage to "other property" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from an actual or attempted "robbery".

**6. Computer And Funds Transfer Fraud**

    a. We will pay for:

      (1) Loss resulting directly from a fraudulent:

        (a) Entry of "electronic data" or "computer program" into; or

        (b) Change of "electronic data" or "computer program" within;

      any "computer system" owned, leased or operated by you, provided the fraudulent entry or fraudulent change causes, with regard to Paragraphs **6.a.(1)(a)** and **6.a.(1)(b):**

        (i) "Money", "securities" or "other property" to be transferred, paid or delivered; or

        (ii) Your account at a "financial institution" to be debited or deleted.

      (2) Loss resulting directly from a "fraudulent instruction" directing a "financial institution" to debit your "transfer account" and transfer, pay or deliver "money" or "securities" from that account.

    b. As used in Paragraph **6.a.(1)**, fraudulent entry or fraudulent change of "electronic data" or "computer program" shall include such entry or change made by an "employee" acting, in good faith, upon a "fraudulent instruction" received from a computer software contractor who has a written agreement with you to design, implement or service "computer programs" for a "computer system" covered under this Insuring Agreement.

**7. Money Orders And Counterfeit Money**

We will pay for loss resulting directly from your having, in good faith, accepted in exchange for merchandise, "money" or services:

    a. Money orders issued by any post office, express company or "financial institution" that are not paid upon presentation; or

    b. "Counterfeit money" that is acquired during the regular course of business.

**B. Limit Of Insurance**

The most we will pay for all loss resulting directly from an "occurrence" is the applicable Limit Of Insurance shown in the Declarations.

If any loss is covered under more than one Insuring Agreement or coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or coverages.

**C. Deductible**

We will not pay for loss resulting directly from an "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the Declarations. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.

**D. Exclusions**

    1. This insurance does not cover:

      **a. Acts Committed By You, Your Partners Or Your Members**

      Loss resulting from "theft" or any other dishonest act committed by:

      (1) You; or

      (2) Any of your partners or "members";

      whether acting alone or in collusion with other persons.

      © Insurance Services Office, Inc., 2012      CR 00 21 08 13

**b. Acts Committed By Your Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of such "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c. Acts Committed By Your Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

(1) Whether acting alone or in collusion with other persons; or

(2) While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1.**

**d. Confidential Or Personal Information**

Loss resulting from:

(1) The disclosure of your or another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) The use of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**e. Data Security Breach**

Fees, costs, fines, penalties and other expenses incurred by you which are related to the access to or disclosure of another person's or organization's confidential or personal information including, but not limited to, patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

**f. Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

**g. Indirect Loss**

Loss that is an indirect result of an "occurrence" covered by this insurance including, but not limited to, loss resulting from:

(1) Your inability to realize income that you would have realized had there been no loss of or damage to "money", "securities" or "other property";

(2) Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance; or

(3) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

**h. Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action, except when covered under Insuring Agreement **A.2.**

**i. Nuclear Hazard**

Loss or damage resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**j. Pollution**

Loss or damage caused by or resulting from pollution. Pollution means the discharge, dispersal, seepage, migration, release or escape of any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**k. War And Military Action**

Loss or damage resulting from:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© Insurance Services Office, Inc., 2012

2. Insuring Agreement **A.1.** does not cover:

   a. **Inventory Shortages**

   Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

   (1) An inventory computation; or

   (2) A profit and loss computation.

   However, where you establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount of loss claimed.

   b. **Trading**

   Loss resulting from trading, whether in your name or in a genuine or fictitious account.

   c. **Warehouse Receipts**

   Loss resulting from the fraudulent or dishonest signing, issuing, cancelling or failing to cancel, a warehouse receipt or any papers connected with it.

3. Insuring Agreements **A.3.**, **A.4.** and **A.5.** do not cover:

   a. **Accounting Or Arithmetical Errors Or Omissions**

   Loss resulting from accounting or arithmetical errors or omissions.

   b. **Exchanges Or Purchases**

   Loss resulting from the giving or surrendering of property in any exchange or purchase.

   c. **Fire**

   Loss or damage resulting from fire, however caused, except:

   (1) Loss of or damage to "money" and "securities"; and

   (2) Loss from damage to a safe or vault.

   d. **Money Operated Devices**

   Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

   e. **Motor Vehicles Or Equipment And Accessories**

   Loss of or damage to motor vehicles, trailers or semitrailers or equipment and accessories attached to them.

   f. **Transfer Or Surrender Of Property**

   (1) Loss of or damage to property after it has been transferred or surrendered to a person or place outside the "premises" or "financial institution premises":

   (a) On the basis of unauthorized instructions; or

   (b) As a result of a threat including, but not limited to:

   (i) A threat to do bodily harm to any person;

   (ii) A threat to do damage to any property;

   (iii) A threat to introduce a denial of service attack into any "computer system";

   (iv) A threat to introduce a virus or other malicious instruction into any "computer system" which is designed to damage, destroy or corrupt "electronic data" or "computer programs" stored within the "computer system";

   (v) A threat to contaminate, pollute or render substandard your products or goods; or

   (vi) A threat to disseminate, divulge or utilize:

   i. Your confidential information;

   ii. Confidential or personal information of another person or organization; or

   iii. Weaknesses in the source code within any "computer system".

   (2) But, this exclusion does not apply under Insuring Agreement **A.5.** to loss of "money", "securities" or "other property" while outside the "premises" in the care and custody of a "messenger" if you:

   (a) Had no knowledge of any threat at the time the conveyance began; or

   (b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

   g. **Vandalism**

   Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

    © Insurance Services Office, Inc., 2012    CR 00 21 08 13

**h. Voluntary Parting Of Title To Or Possession Of Property**

Loss resulting from your, or anyone else acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4.** Insuring Agreement **A.6.** does not cover:

**a. Authorized Access**

Loss resulting from a fraudulent:

(1) Entry of "electronic data" or "computer program" into; or

(2) Change of "electronic data" or "computer program" within;

any "computer system" owned, leased or operated by you by a person or organization with authorized access to that "computer system", except when covered under Insuring Agreement **A.6.b.**

**b. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**c. Exchanges Or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase.

**d. Fraudulent Instructions**

Loss resulting from an "employee" or "financial institution" acting upon any instruction to:

(1) Transfer, pay or deliver "money", "securities" or "other property"; or

(2) Debit or delete your account;

which instruction proves to be fraudulent, except when covered under Insuring Agreement **A.6.a.(2)** or **A.6.b.**

**e. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

(1) An inventory computation; or

(2) A profit and loss computation.

**E. Conditions**

The following conditions apply in addition to the Common Policy Conditions:

**1. Conditions Applicable To All Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of, another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" is not required, and no additional premium will be charged for the remainder of the Policy Period shown in the Declarations.

**b. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured, at any time, intentionally conceals or misrepresents a material fact concerning:

(1) This insurance;

(2) The property covered under this insurance;

(3) Your interest in the property covered under this insurance; or

(4) A claim under this insurance.

**c. Consolidation – Merger Or Acquisition**

If you consolidate or merge with, or purchase or acquire the assets or liabilities of, another entity:

(1) You must give us written notice as soon as possible and obtain our written consent to extend the coverage provided by this insurance to such consolidated or merged entity or such purchased or acquired assets or liabilities. We may condition our consent by requiring payment of an additional premium; but

**(2)** For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition of assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

**d. Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

**e. Duties In The Event Of Loss**

After you "discover" a loss or a situation that may result in loss of or damage to "money", "securities" or "other property", you must:

**(1)** Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreement **A.1.** or **A.2.**) involves a violation of law, you must also notify the local law enforcement authorities;

**(2)** Give us a detailed, sworn proof of loss within 120 days;

**(3)** Cooperate with us in the investigation and settlement of any claim;

**(4)** Produce for our examination all pertinent records;

**(5)** Submit to examination under oath at our request and give us a signed statement of your answers; and

**(6)** Secure all of your rights of recovery against any person or organization responsible for the loss and do nothing to impair those rights.

**f. Employee Benefit Plans**

The "employee benefit plans" shown in the Declarations (hereinafter referred to as Plan) are included as Insureds under Insuring Agreement **A.1.**, subject to the following:

**(1)** If any Plan is insured jointly with any other entity under this insurance, you or the Plan Administrator is responsible for selecting a Limit of Insurance for Insuring Agreement **A.1.** that is sufficient to provide a Limit of Insurance for each Plan that is at least equal to that required under ERISA as if each Plan were separately insured.

**(2)** With respect to loss sustained or "discovered" by any such Plan, Insuring Agreement **A.1.** is replaced by the following:

We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

**(3)** If the first Named Insured is an entity other than a Plan, any payment we make for loss sustained by any Plan will be made to the Plan sustaining the loss.

**(4)** If two or more Plans are insured under this insurance, any payment we make for loss:

**(a)** Sustained by two or more Plans; or

**(b)** Of commingled "money", "securities" or "other property" of two or more Plans;

resulting directly from an "occurrence", will be made to each Plan sustaining loss in the proportion that the Limit of Insurance required under ERISA for each Plan bears to the total of those limits.

**(5)** The Deductible Amount applicable to Insuring Agreement **A.1.** does not apply to loss sustained by any Plan.

© Insurance Services Office, Inc., 2012    CR 00 21 08 13

g. **Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

(1) No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

(2) No later than one year from the date of that cancellation with regard to any "employee benefit plan".

h. **Joint Insured**

(1) If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

(2) If any Insured, or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

(3) An "employee" of any Insured is considered to be an "employee" of every Insured.

(4) If this insurance or any of its coverages are cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

(a) No later than one year from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

(b) No later than one year from the date of that cancellation with regard to any "employee benefit plan".

(5) We will not pay more for loss sustained by more than one Insured than the amount we would pay if all such loss had been sustained by one Insured.

(6) Payment by us to the first Named Insured for loss sustained by any Insured, or payment by us to any "employee benefit plan" for loss sustained by that Plan, shall fully release us on account of such loss.

i. **Legal Action Against Us**

You may not bring any legal action against us involving loss:

(1) Unless you have complied with all the terms of this insurance;

(2) Until 90 days after you have filed proof of loss with us; and

(3) Unless brought within two years from the date you "discovered" the loss.

If any limitation in this condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

j. **Liberalization**

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the Policy Period shown in the Declarations, the broadened coverage will immediately apply to this insurance.

k. **Loss Sustained During Prior Insurance Issued By Us Or Any Affiliate**

(1) **Loss Sustained Partly During This Insurance And Partly During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place:

(a) Partly during the Policy Period shown in the Declarations; and

(b) Partly during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest;

and this insurance became effective at the time of cancellation of the prior insurance, we will first settle the amount of loss that you sustained during this policy period. We will then settle the remaining amount of loss that you sustained during the policy period(s) of the prior insurance.

**(2) Loss Sustained Entirely During Prior Insurance**

If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place entirely during the policy period(s) of any prior cancelled insurance that we or any affiliate issued to you or any predecessor in interest, we will pay for the loss, provided:

(a) This insurance became effective at the time of cancellation of the prior insurance; and

(b) The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

We will first settle the amount of loss that you sustained during the most recent prior insurance. We will then settle any remaining amount of loss that you sustained during the policy period(s) of any other prior insurance.

**(3)** In settling loss under Paragraphs k.(1) and k.(2):

(a) The most we will pay for the entire loss is the highest single Limit of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior insurance issued by us.

(b) We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under this insurance. If no loss was sustained under this insurance, we will apply the Deductible Amount shown in the Declarations to the amount of loss sustained under the most recent prior insurance.

If the Deductible Amount is larger than the amount of loss sustained under this insurance, or the most recent prior insurance, we will apply the remaining Deductible Amount to the remaining amount of loss sustained during the prior insurance.

We will not apply any other Deductible Amount that may have been applicable to the loss.

**(4)** The following examples demonstrate how we will settle losses subject to this condition:

**Example Number 1**

The Insured sustained a covered loss of $10,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

**Policy A**

The current policy. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

**Policy B**

Issued prior to Policy **A**. Written at a Limit of Insurance of $50,000 and a Deductible Amount of $5,000.

The amount of loss sustained under Policy **A** is $2,500 and under Policy **B**, $7,500.

The highest single Limit of Insurance applicable to this entire loss is $50,000 written under Policy **A**. The Policy **A** Deductible Amount of $5,000 applies. The loss is settled as follows:

(a) The amount of loss sustained under Policy **A** ($2,500) is settled first. The amount we will pay is nil ($0.00) because the amount of loss is less than the Deductible Amount (i.e., $2,500 loss – $5,000 deductible = $0.00).

(b) The remaining amount of loss sustained under Policy **B** ($7,500) is settled next. The amount recoverable is $5,000 after the remaining Deductible Amount from Policy **A** of $2,500 is applied to the loss (i.e., $7,500 loss – $2,500 deductible = $5,000).

The most we will pay for this loss is $5,000.

**Example Number 2**

The Insured sustained a covered loss of $250,000 resulting directly from an "occurrence" taking place during the terms of Policy **A** and Policy **B**.

**Policy A**

The current policy. Written at a Limit of Insurance of $125,000 and a Deductible Amount of $10,000.

   © Insurance Services Office, Inc., 2012   CR 00 21 08 13

### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $150,000 and a Deductible Amount of $25,000.

The amount of loss sustained under Policy **A** is $175,000 and under Policy **B**, $75,000.

The highest single Limit of Insurance applicable to this entire loss is $150,000 written under Policy **B**. The Policy **A** Deductible Amount of $10,000 applies. The loss is settled as follows:

(a) The amount of loss sustained under Policy **A** ($175,000) is settled first. The amount we will pay is the Policy **A** Limit of $125,000 because $175,000 loss - $10,000 deductible = $165,000, which is greater than the $125,000 policy limit.

(b) The remaining amount of loss sustained under Policy **B** ($75,000) is settled next. The amount we will pay is $25,000 (i.e., $150,000 Policy **B** limit - $125,000 paid under Policy **A** = $25,000).

The most we will pay for this loss is $150,000.

### Example Number 3

The Insured sustained a covered loss of $2,000,000 resulting directly from an "occurrence" taking place during the terms of Policies **A, B, C** and **D**.

### Policy A

The current policy. Written at a Limit of Insurance of $1,000,000 and a Deductible Amount of $100,000.

### Policy B

Issued prior to Policy **A**. Written at a Limit of Insurance of $750,000 and a Deductible Amount of $75,000.

### Policy C

Issued prior to Policy **B**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

### Policy D

Issued prior to Policy **C**. Written at a Limit of Insurance of $500,000 and a Deductible Amount of $50,000.

The amount of loss sustained under Policy **A** is $350,000; under Policy **B**, $250,000; under Policy **C**, $600,000; and under Policy **D**, $800,000.

The highest single Limit of Insurance applicable to this entire loss is $1,000,000 written under Policy **A**. The Policy **A** Deductible Amount of $100,000 applies. The loss is settled as follows:

(a) The amount of loss sustained under Policy **A** ($350,000) is settled first. The amount we will pay is $250,000 (i.e., $350,000 loss - $100,000 deductible = $250,000).

(b) The amount of loss sustained under Policy **B** ($250,000) is settled next. The amount we will pay is $250,000 (no deductible is applied).

(c) The amount of loss sustained under Policy **C** ($600,000) is settled next. The amount we will pay is $500,000, the policy limit (no deductible is applied).

(d) We will not make any further payment under Policy **D**, as the maximum amount payable under the highest single Limit of Insurance applying to the loss of $1,000,000 under Policy **A** has been satisfied.

The most we will pay for this loss is $1,000,000.

I. **Loss Sustained During Prior Insurance Not Issued By Us Or Any Affiliate**

(1) If you "discover" loss during the Policy Period shown in the Declarations, resulting directly from an "occurrence" taking place during the policy period of any prior cancelled insurance that was issued to you or a predecessor in interest by another company, and the period of time to discover loss under that insurance had expired, we will pay for the loss under this insurance, provided:

(a) This insurance became effective at the time of cancellation of the prior insurance; and

(b) The loss would have been covered under this insurance had it been in effect at the time of the "occurrence".

(2) In settling loss subject to this condition:

(a) The most we will pay for the entire loss is the lesser of the Limits of Insurance applicable during the period of loss, whether such limit was written under this insurance or was written under the prior cancelled insurance.

**(b)** We will apply the applicable Deductible Amount shown in the Declarations to the amount of loss sustained under the prior cancelled insurance.

**(3)** The insurance provided under this condition is subject to the following:

**(a)** If loss covered under this condition is also partially covered under Condition **E.1.k.**, the amount recoverable under this condition is part of, not in addition to, the amount recoverable under Condition **E.1.k.**

**(b)** For loss covered under this condition that is not subject to Paragraph l.(3)(a), the amount recoverable under this condition is part of, not in addition to, the Limit of Insurance applicable to the loss covered under this insurance and is limited to the lesser of the amount recoverable under:

**(i)** This insurance as of its effective date; or

**(ii)** The prior cancelled insurance had it remained in effect.

**m. Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1) Primary Insurance**

When this insurance is written as primary insurance, and:

**(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit Of Insurance shown in the Declarations bears to the total limit of all insurance covering the same loss.

**(b)** You have other insurance covering the same loss other than that described in Paragraph **m.(1)(a)**, we will only pay for the amount of loss that exceeds:

**(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

**(ii)** The Deductible Amount shown in the Declarations;

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

**(2) Excess Insurance**

**(a)** When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

**(b)** However, if loss covered under this insurance is subject to a deductible, we will reduce the Deductible Amount shown in the Declarations by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

**n. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

**(1)** That you own or lease;

**(2)** That is held by you in any capacity; or

**(3)** For which you are legally liable, provided you were liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

**o. Records**

You must keep records of all property covered under this insurance so we can verify the amount of any loss.

**p. Recoveries**

**(1)** Any recoveries, whether effected before or after any payment under this insurance, whether made by us or by you, shall be applied net of the expense of such recovery:

**(a)** First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

**(b)** Second, to us in satisfaction of amounts paid in settlement of your claim;

**(c)** Third, to you in satisfaction of any Deductible Amount; and

© Insurance Services Office, Inc., 2012    CR 00 21 08 13

(d) Fourth, to you in satisfaction of any loss not covered under this insurance.

(2) Recoveries do not include any recovery:

(a) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

(b) Of original "securities" after duplicates of them have been issued.

**q. Territory**

This insurance covers loss that you sustain resulting directly from an "occurrence" taking place within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**r. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**s. Valuation – Settlement**

The value of any loss for purposes of coverage under this insurance shall be determined as follows:

**(1) Money**

Loss of "money" but only up to and including its face value. We will, at your option, pay for loss of "money" issued by any country other than the United States of America:

(a) At face value in the "money" issued by that country; or

(b) In the United States of America dollar equivalent, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

**(2) Securities**

Loss of "securities" but only up to and including their value at the close of business on the day the loss was "discovered". We may, at our option:

(a) Pay the market value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

(i) Market value of the "securities" at the close of business on the day the loss was "discovered"; or

(ii) Limit of Insurance applicable to the "securities".

**(3) Property Other Than Money And Securities**

(a) Loss of or damage to "other property" or loss from damage to the "premises" or its exterior for the replacement cost of the property without deduction for depreciation. However, we will not pay more than the least of the following:

(i) The Limit of Insurance applicable to the lost or damaged property;

(ii) The cost to replace the lost or damaged property with property of comparable material and quality and used for the same purpose; or

(iii) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

(b) We will not pay on a replacement cost basis for any loss or damage to property covered under Paragraph **s.(3)(a)**:

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

(c) We will, at your option, pay for loss or damage to such property:

(i) In the "money" of the country in which the loss or damage was sustained; or

(ii) In the United States of America dollar equivalent of the "money" of the country in which the loss or damage was sustained, determined by the rate of exchange published in The Wall Street Journal on the day the loss was "discovered".

(d) Any property that we pay for or replace becomes our property.

**2. Conditions Applicable To Insuring Agreement A.1.**

**a. Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

(1) As soon as:

(a) You; or

(b) Any of your partners, "members", "managers", officers, directors or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you; or

(2) On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

**b. Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in Territory Condition **E.1.q.** for a period of not more than 90 consecutive days.

**3. Conditions Applicable To Insuring Agreement A.2.**

**a. Deductible Amount**

The Deductible Amount does not apply to legal expenses paid under Insuring Agreement **A.2.**

**b. Electronic And Mechanical Signatures**

We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

**c. Proof Of Loss**

You must include with your proof of loss any instrument involved in that loss or, if that is not possible, an affidavit setting forth the amount and cause of loss.

**d. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.2.**

**4. Conditions Applicable To Insuring Agreements A.4. And A.5.**

**a. Armored Motor Vehicle Companies**

Under Insuring Agreement **A.5.**, we will only pay for the amount of loss you cannot recover:

(1) Under your contract with the armored motor vehicle company; and

(2) From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**b. Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

(1) Precious metals, precious or semiprecious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

(2) Manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**5. Conditions Applicable To Insuring Agreement A.6.**

**a. Special Limit Of Insurance For Specified Property**

We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

**b. Territory**

We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. Territory Condition **E.1.q.** does not apply to Insuring Agreement **A.6.**

 © Insurance Services Office, Inc., 2012 CR 00 21 08 13

## F. Definitions

1. "Computer program" means a set of related electronic instructions, which direct the operation and function of a computer or devices connected to it, which enable the computer or devices to receive, process, store or send "electronic data".

2. "Computer system" means:

   a. Computers, including Personal Digital Assistants (PDAs) and other transportable or handheld devices, electronic storage devices and related peripheral components;

   b. Systems and applications software; and

   c. Related communications networks;

   by which "electronic data" is collected, transmitted, processed, stored or retrieved.

3. "Counterfeit money" means an imitation of "money" which is intended to deceive and to be taken as genuine.

4. "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor.

5. "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known.

   "Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

6. "Electronic data" means information, facts, images or sounds stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software) on data storage devices, including hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

7. "Employee":

   a. Means:

      (1) Any natural person:

         (a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any dishonest act committed by the "employee";

         (b) Whom you compensate directly by salary, wages or commissions; and

         (c) Whom you have the right to direct and control while performing services for you;

      (2) Any natural person who is furnished temporarily to you:

         (a) To substitute for a permanent "employee", as defined in Paragraph 7.a.(1), who is on leave; or

         (b) To meet seasonal or short-term work load conditions;

         while that person is subject to your direction and control and performing services for you;

      (3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary "employee" as defined in Paragraph 7.a.(2);

      (4) Any natural person who is:

         (a) A trustee, officer, employee, administrator or manager, except an administrator or manager who is an independent contractor, of any "employee benefit plan"; or

         (b) Your director or trustee while that person is engaged in handling "money", "securities" or "other property" of any "employee benefit plan";

      (5) Any natural person who is a former "employee", partner, "member", "manager", director or trustee retained by you as a consultant while performing services for you;

      (6) Any natural person who is a guest student or intern pursuing studies or duties;

(7) Any natural person employed by an entity merged or consolidated with you prior to the effective date of this Policy; and

(8) Any natural person who is your "manager", director or trustee while:

    (a) Performing acts within the scope of the usual duties of an "employee"; or

    (b) Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

**b.** Does not mean:

Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph **7.a.**

**8.** "Employee benefit plan" means any welfare or pension benefit plan shown in the Declarations that you sponsor and that is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

**9.** "Financial institution" means:

**a.** With regard to Insuring Agreement **A.3.:**

    (1) A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution; or

    (2) An insurance company.

**b.** With regard to Insuring Agreement **A.6.:**

    (1) A bank, savings bank, savings and loan association, trust company, credit union or similar depository institution;

    (2) An insurance company; or

    (3) A stock brokerage firm or investment company.

**10.** "Financial institution premises" means the interior of that portion of any building occupied by a "financial institution".

**11.** "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

**12.** "Fraudulent instruction" means:

**a.** With regard to Insuring Agreement **A.6.a.(2):**

    (1) A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic instruction directing a "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", which instruction purports to have been issued by you, but which in fact was fraudulently issued by someone else without your knowledge or consent.

    (2) A written instruction (other than those covered under Insuring Agreement **A.2.**) issued to a "financial institution" directing the "financial institution" to debit your "transfer account" and to transfer, pay or deliver "money" or "securities" from that "transfer account", through an electronic funds transfer system at specified times or under specified conditions, which instruction purports to have been issued by you, but which in fact was issued, forged or altered by someone else without your knowledge or consent.

    (3) A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic or written instruction initially received by you, which instruction purports to have been issued by an "employee", but which in fact was fraudulently issued by someone else without your or the "employee's" knowledge or consent.

**b.** With regard to Insuring Agreement **A.6.b.:**

A computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic, written or voice instruction directing an "employee" to enter or change "electronic data" or "computer programs" within a "computer system" covered under the Insuring Agreement, which instruction in fact was fraudulently issued by your computer software contractor.

**13.** "Manager" means a natural person serving in a directorial capacity for a limited liability company.

**14.** "Member" means an owner of a limited liability company represented by its membership interest who, if a natural person, may also serve as a "manager".

© Insurance Services Office, Inc., 2012

15. "Messenger" means you, or your relative, or any of your partners or "members", or any "employee" while having care and custody of property outside the "premises".

16. "Money" means:

a. Currency, coins and bank notes in current use and having a face value;

b. Traveler's checks and money orders held for sale to the public; and

c. In addition, includes:

(1) Under Insuring Agreements **A.1.** and **A.2.**, deposits in your account at any financial institution; and

(2) Under Insuring Agreement **A.6.**, deposits in your account at a "financial institution" as defined in Paragraph **F.9.b.**

17. "Occurrence" means:

a. Under Insuring Agreement **A.1.**:

(1) An individual act;

(2) The combined total of all separate acts whether or not related; or

(3) A series of acts whether or not related;

committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

b. Under Insuring Agreement **A.2.**:

(1) An individual act;

(2) The combined total of all separate acts whether or not related; or

(3) A series of acts whether or not related;

committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

c. Under all other Insuring Agreements:

(1) An individual act or event;

(2) The combined total of all separate acts or events whether or not related; or

(3) A series of acts or events whether or not related;

committed by a person acting alone or in collusion with other persons, or not committed by any person, during the Policy Period shown in the Declarations, except as provided under Condition **E.1.k.** or **E.1.l.**

18. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include "computer programs", "electronic data" or any property specifically excluded under this insurance.

19. "Premises" means the interior of that portion of any building you occupy in conducting your business.

20. "Robbery" means the unlawful taking of property from the care and custody of a person by one who has:

a. Caused or threatened to cause that person bodily harm; or

b. Committed an obviously unlawful act witnessed by that person.

21. "Safe burglary" means the unlawful taking of:

a. Property from within a locked safe or vault by a person unlawfully entering the safe or vault as evidenced by marks of forcible entry upon its exterior; or

b. A safe or vault from inside the "premises".

22. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

23. "Theft" means the unlawful taking of property to the deprivation of the Insured.

24. "Transfer account" means an account maintained by you at a "financial institution" from which you can initiate the transfer, payment or delivery of "money" or "securities":

a. By means of computer, telegraphic, cable, teletype, telefacsimile, telephone or other electronic instructions; or

b. By means of written instructions (other than those covered under Insuring Agreement **A.2.**) establishing the conditions under which such transfers are to be initiated by such "financial institution" through an electronic funds transfer system.

25. "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

CRIME AND FIDELITY
CR 04 01 08 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CLIENTS' PROPERTY

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
EMPLOYEE THEFT AND FORGERY POLICY

With regard to this Clients' Property endorsement, the provisions of the Coverage Form or Policy to which this endorsement is attached apply, unless modified by this endorsement.

A. The following Insuring Agreement is added to Section **A. Insuring Agreements:**

We will pay for loss of or damage to "money", "securities" and "other property" sustained by your "client" resulting directly from "theft" committed by an identified "employee", acting alone or in collusion with other persons.

B. Under Section **D. Exclusions** in the Commercial Crime Coverage Form and the Commercial Crime Policy, the **Acts Committed By Your Employees, Managers, Directors, Trustees or Representatives** Exclusion does not apply to this Insuring Agreement.

C. Under Section **E. Conditions:**

1. Paragraph (1) of the **Duties In The Event Of Loss** Condition is replaced by the following:

    (1) Notify us as soon as possible;

2. The **Ownership Of Property; Interests Covered** Condition is replaced by the following:

    **Ownership Of Property; Interests Covered**

    The property covered under this Insuring Agreement is limited to property:

    a. That your "client" owns or leases; or

b. That your "client" holds for others in any capacity; or

c. For which your "client" is legally liable, provided your "client" was liable for the property prior to the time the loss was sustained.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your "client". Any claim for loss that is covered under this Insuring Agreement must be presented by you.

D. Under Section **F. Definitions:**

1. The following definitions are added:

    a. "Client" means any entity for whom you perform services under a written contract.

    b. "Occurrence" means:

        (1) An individual act;

        (2) The combined total of all separate acts whether or not related; or

        (3) A series of acts whether or not related;

        committed by an "employee", acting alone or in collusion with other persons, during the Policy Period shown in the Declarations, before such policy period or both.

2. The definition of "theft" is replaced by the following:

    "Theft" means the unlawful taking of property to the deprivation of your "client".

          © Insurance Services Office, Inc., 2012

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COLORADO CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL CRIME COVERAGE FORM
GOVERNMENT CRIME COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM

The following is added to Section **E. Conditions:**

**LOSS PAYMENT**

1. We will give you notice of our intentions within 60 days after we receive the sworn proof of loss; and

2. We will pay for covered loss or damage within 60 days after we receive the sworn proof of loss, if you have complied with all the terms of this coverage form; and:

   a. We have reached agreement with you on the amount of loss; or

   b. An appraisal award has been made.

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.: 11/01/2018
Forms a part of Policy No.: 01-LX-011738646-6 000

# SKI OPERATIONS GENERAL LIABILITY ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

I.  The following is added to Subparagraph **f.(1)(a)** of  Paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES):**

    (iv) "Bodily injury" or "property damage" arising out of the perils of explosion, fire, smoke or fumes, heat, lightning, windstorm, vandalism or malicious mischief, collision or overturning of an "auto" or "mobile equipment".

II. Subparagraph **g.(3)** of Paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced with the following:

    (3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured.

    A deductible of $1,000 applies to this Subparagraph **g.(3).**

III. Subparagraph **j.(4)** of Paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)** is deleted in its entirety and replaced with the following:

    (4) Personal property in the care, custody, or control of the insured except for "property damage" to the following:

        (a) Equipment contained in lockers owned, operated or controlled by you;
        (b) Personal property of guests in lodging accommodations owned or operated by you or under your management; or
        (c) Property of others while in your custody for repair or service.

    We may advance payment of part or all of the deductible amount and, upon notification of such payment made, you must promptly reimburse us for the deductible amounts advanced by us.

    The most we will pay for damages covered under this Subparagraph **(4)** is $250,000.

    A deductible of $1,000 applies to this Subparagraph.

IV. Subparagraphs **1.b.** and  **1.d.** of  **SUPPLEMENTARY PAYMENTS – COVERAGES  A  and  B(SECTION I – COVERAGES)** are deleted in their entirety and replaced with the following:

    b.  Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

| 102178(4/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 6 |

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $350 a day because of time off from work.

**V.** Subparagraph **2.a.(1)(d)** of **SECTION II - WHO IS AN INSURED** is deleted in its entirety and replaced with the following:

   **(d)** Arising out of his or her providing or failing to provide professional health care services.

   However, your "employees" or your "volunteer workers" are insureds for "bodily injury" and "personal and advertising injury" arising out of "emergency medical services" if such "employees" or "volunteer workers" are duly trained and/or licensed as physicians, nurses, physician assistants, medical advisors, medical trainers, paramedics, or emergency medical technicians.

   For the purposes of this exception, "emergency medical services" means providing first aid, emergency medical care or basic life support, including emergency surgical procedures, to your customers if they suffer injury or illness on your premises or adjacent premises owned by a state or governmental agency or subdivision or political subdivision that has issued you a permit or authorization. "Emergency medical services" does not include providing either non-emergency or elective surgical procedures or any non-emergency medical care.

**VI.** Paragraph **2.** of **SECTION II – WHO IS AN INSURED** is amended to include the following as insureds:

   **e.** **(1)** Any person or organization from whom you lease equipment when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an insured only with respect to their liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person or organization.

      A person's or organization's status as an additional insured under this endorsement ends when their contract or agreement with you for such leased equipment ends.

   **(2)** With respect to the insurance afforded these additional insureds, this insurance does not apply to any "occurrence" which takes place after the equipment lease expires.

   **f.** Any person or organization from whom you lease a premises when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an insured only with respect to liability arising out of your ownership, maintenance or use of that part of the premises leased to you, subject to the following additional exclusions:

   This insurance does not apply to:

   **(1)** Any "occurrence" which takes place after you cease to be a tenant in that premises;

   **(2)** Structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

   **g.** Any person or organization (referred to below as vendor) with whom you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy, but only with respect to "bodily

| 102178(4/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 2 of 6 |
| --- | --- | --- |

injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business

    **(1)** The insurance afforded the vendor does not apply to:

        **(a)** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

        **(b)** Any express warranty unauthorized by you;

        **(c)** Any physical or chemical change in the product made intentionally by the vendor;

        **(d)** Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

        **(e)** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

        **(f)** Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

        **(g)** Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

        **(h)** "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf.  However, this exclusion does not apply to:

            **(i)** The exceptions contained in Sub-paragraphs **g.(1)(d)** or **g.(1)(f)**; or

            **(ii)** Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

    **(2)** This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**h.** **(1)** Any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

        **(a)** Your acts or omissions; or

        **(b)** The acts or omissions of those acting on your behalf;

    In the performance of your ongoing operations for the additional insured.

    A person's or organization's status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

    (2)  With respect to the insurance afforded these additional insureds, the following additional exclusions applies:

        This insurance does not apply to:

        (a)  "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

            (i)  The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

            (ii)  Supervisory, inspection, architectural or engineering activities.

        (b)  "Bodily injury" or "property damage" occurring after:

            (i)  All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

            (ii)  That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

  i.  Any state or governmental agency or subdivision or political subdivision in connection with premises you own, rent or control, subject to the following provisions:

    (1)  This insurance applies only with respect to operations performed by you or on your behalf for which the state or governmental agency or subdivision or political subdivision has issued a permit or authorization.

    (2)  This insurance does not apply to:

        (a)  "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the federal government, state or municipality; or

        (b)  "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**VII.** With respect to the insurance afforded to the additional insureds added to the Policy by Subparagraphs 2.(e) through (i) of **SECTION II – WHO IS AN INSURED** (Amendatory Change VI. Of this Endorsement), the following provisions shall apply:

  1.  The insurance afforded to such additional insured:

    a.  Only applies to the extent permitted by law; and

    b.  Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

  2.  The following is added to **SECTION III – LIMITS OF INSURANCE:**

    The most we will pay on behalf of the additional insured is the amount of insurance:

    a.  Required by the contract or agreement you have entered into with the additional insured; or

   **b.**    Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations

**VIII. SECTION III – LIMITS OF INSURANCE** is deleted in its entirety and replaced with the following:

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.   Insureds;

    b.   Claims made or "suits" brought; or

    c.   Persons or organizations making claims or bringing "suits".

2. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

3. The Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

4. Subject to Paragraph **2.** above, The Each Occurrence Limit is the most we will pay for the sum of:

    a.   Damages under Coverage **A;** and

    b.   Medical expenses under Coverage **C**

    because of all "bodily injury" and "property damage" arising out of any one "occurrence".

5. Subject toParagraph **4.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

6. Subject toParagraph **4.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**IX.** Subparagraphs **2.e., 2.f**and **2.g.** are added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** as follows:

    e.   Knowledge of the "occurrence", offense, claim or "suit" by the agent, servant, or "employee" of an insured shall not in itself constitute your knowledge unless one of your officers, manager or partners has received notice of the "occurrence", offense, claim or "suit".

    f.   Failure by the agent, servant or "employee" of an insured (other than an officer, manager or partner) to notify us of an "occurrence" shall not constitute a failure to comply with subparagraphs **2.a.** and **2.b.** of this Section.

    g.   Failure to report an "occurrence" or offense which you inadvertently reported to another insurer shall not constitute a failure to comply with Subparagraphs **2.a.** and **2.b.** of this

| 102178(4/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 5 of 6 |
|---|---|---|

Section. However, you shall notify us of any such "occurrence" or offense as soon as you become aware of such error.

X.  Paragraphs **10.** and **11.** are added to **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** as follows:

### 10. Unintentional Error or Omission

The unintentional failure by you or any insured to provide accurate and complete representations as of the inception of the policy will not prejudice the coverages afforded by this policy. However, you must report such error or omission to us as soon as practicable after its discovery.

### 11. Liberalization Clause

If we revise or replace our standard policy form to provide more coverage without an additional premium charge, your policy will automatically provide the additional coverages as of the date the revision is effective in your state.

XI.  Paragraph **5.** of **SECTION V – DEFINITIONS** is deleted in its entirety and replaced with the following:

5.  "Employee" includes a "leased worker" or a "temporary worker".

XII. Subparagraph **f.** of Paragraph **12.** of **SECTION V - DEFINITIONS** is deleted in its entirety and replaced with the following:

f.  Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

All other terms and conditions of the policy remain the same.

_____

Authorized Representative

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M., 11/01/2018
Forms a part of Policy No.: 01-LX-011738646-6 000

## COVERAGE D – SALON OR SPA PROFESSIONAL LIABILITY COVERAGE ENDORSEMENT

This endorsement modifies insurance provided by under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SCHEDULE**

| Coverage D – Salon or Spa Professional Liability Coverage | Limits of Insurance | |
|---|---|---|
| | | |
| Each Wrongful Act Limit | **$1,000,000** | Each "wrongful act" |

| List of "professional services" performed by you and the number of persons performing each service. |
|---|
| Esthetician <u>6</u><br>Masseuse/ Massage Therapist <u>25</u><br>Manicurist/ Nail Technician<br>Beautician<br>Hairstylist/ Barber <u>4</u><br>Body Wrap Technician<br><br>Additional Service (Per Unit Charge)<br>Hydrotherapy Table/ Tub |
| Deductible: **$25,000** each and every "wrongful act" |
| Information required to complete this Schedule, if not shown above, will be shown on the Declarations. |

**A.** Subparagraphs 1.a.(2) of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)** and 1.a.(2) of **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)** are deleted in their entirety and replaced with the following:

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A, B** or **D**, or medical expenses under Coverage **C**.

**B.** The following exclusions are added to the policy and are applicable to "bodily injury" and "property damage" under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)** and "personal and advertising injury" under **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY (SECTION I – COVERAGES)**:

This insurance does not apply to:

1. Any claim or "suit" for which coverage is provided under **COVERAGE D SALON OR SPA PROFESSIONAL LIABILITY COVERAGE.**

| 110256 (03-12) | Includes copyrighted information of the Insurance Services Office, Inc. with permission. | Page 1 of 6 |
|---|---|---|

2. Any claim or "suit" arising out of the performance of or failure to perform professional services of any kind or description, or any act, error, or omission, malpractice or mistake of a professional nature committed by you or on your behalf in the conduct of your business.

C. The following is added to **SECTION I – COVERAGES**:

**COVERAGE D SALON OR SPA PROFESSIONAL LIABILITY COVERAGE**

1. **Insuring Agreement**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" arising out of a "wrongful act" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "wrongful act" and settle any claim or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in **SECTION III – LIMITS OF INSURANCE**; and

        (2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A**, **B** or **D**, or medical expenses under Coverage **C**.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **SUPPLEMENTARY PAYMENTS – COVERAGES A, B AND D**.

    b. This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" arises out of a "wrongful act";

        (2) The "bodily injury" or "property damage" is caused by a "wrongful act" that takes place in the "coverage territory";

        (3) The "bodily injury" or "property damage" occurs during the policy period; and

        (4) Prior to the policy period, no insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** and no "employee" authorized by you to give or receive notice of a "wrongful act" or claim, knew that the "bodily injury" or "property damage" arising out of "wrongful act" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** or any "employee" authorized by you to give or receive notice of a "wrongful act" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of **SECTION II – WHO IS AN INSURED** or any "employee" authorized by you to give or receive notice of a "wrongful act" or claim:

        (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

        (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

        (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or

has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

This insurance does not apply to:

a. **Intentional, Dishonest, Fraudulent, Criminal or Malicious Act**

"Bodily injury" or "property damage" arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error, or omission committed by any insured, including the willful or reckless violation of any statute.

b. **Failure to Perform Services in Accordance with Law**

"Bodily injury" or "property damage" arising out of services performed or preparations, products, apparatus or other equipment used in violation of any federal, state, municipal or other local law, rule, or regulation.

c. **Treatment without a License**

"Bodily injury" or "property damage" arising out of the performance of any service or treatment without a license if the law requires a license to perform the service or treatment, or any services performed by a person under the age of 16, or your failure to affirmatively determine if any insured has obtained such license.

d. **Specific Treatments or Procedures**

"Bodily injury" or "property damage" arising out of any of the following treatments or procedures:

(1) Micro-pigmentation, derma-pigmentation, permanent makeup or cosmetic tattooing;

(2) Body piercing, other than piercing of the ears;

(3) Tattooing or other similar applications of body art;

(4) Tattoo removal;

(5) Hair removal by x-ray, laser or photocoagultion;

(6) Any type of cosmetic dermatology, including, but not limited to injection of botox, injection of fillers,laser surgery, liposuction, eyelifts, and face lifts;

(7) Acupuncture;

(8) Dying or tinting of eyelashes using dyes or tints not approved by the Food and Drug Administration;

(9) Application of chemical peels containing a concentration of greater than thirty percent (30%) of active ingredients;

(10) Any invasive treatment, including, but not limited to removal of moles, warts and other growths, plastic surgery or sclerotherapy, or other procedures to minimize the appearance of veins;

(11) Nutritional Counseling; or

(12) Personal training;

However, Subparagraph (12) does not apply to the use of physical fitness facilities if the user is not under the direct supervision of a personal trainer.

| 110256 (03-12) | Includes copyrighted information of the Insurance Services Office, Inc. with permission. | Page 3 of 6 |
| --- | --- | --- |

e. **Specific Professional Services**

Any act, error, omission, malpractice, or mistake in the performance or failure to perform professional services by any attorney, architect, engineer, accountant, real estate manager, advisor or agent, or investment advisor or professional, chiropodistchiropractor, physical therapist, acupuncturist, or optometrist.

f. **Medical Facilities**

The operation of any medical facility, including, but not limited to any hospital, clinic, medical office, urgent care center, sanatorium, or laboratory.

g. **Professional Healthcare Services**

The performance of or failure to perform "professional healthcare services"

For the purposes of this endorsement, "professional healthcare services" means:

(1) Medical, surgical, dental, nursing or other healthcare services, including the furnishing of food or beverages in connection therewith; or

(2) Furnishing or dispensing of drugs or medical, dental or surgical supplies or appliances.

h. **Professional Boards or Committees**

Service by any person as a member of a formal accreditation, standards review or similar professional board or committee of any insured or if such person is charged with the duty of executing directives on behalf of such board or committee.

i. **Products-Completed Operations Hazard**

"Bodily injury" or "property damage" included within the "products-completed operations hazard".

j. **Coverage Provided Under Coverages A or B**

Any claim or "suit" for which coverage is provided under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** or **COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY** of this policy.

All Exclusions pertaining to "bodily injury" and "property damage" under **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY** and "personal and advertising injury" under **COVERAGE B PERSONAL AND ADVERTISING INJURYLIABILITY** shall apply equally to "bodily injury" and "property damage" under this **COVERAGE D – SALON OR SPA PROFESSIONAL LIABILITY COVERAGE**, except Exclusions**B.1.** and **B.2.** on page 1 of this Salon or Spa Professional Liability Coverage Endorsement, which do not apply to **COVERAGE D SALON OR SPA PROFESSIONAL LIABILITY COVERAGE.**

D. The title **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** is deleted and replaced with the new title **SUPPLEMENTARY PAYMENTS – COVERAGES A, B, AND D.**

E. Paragraph 1. of **SECTION III – LIMITS OF INSURANCE** is deleted and replaced with the following:

1. The Limits of Insurance shown in the Declarations and in the Schedule of the Salon or Spa Professional Liability Coverage Endorsement (the "Schedule") along with the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought;

c. Persons or organizations making claims or bringing "suits"; or

  **d.** "Wrongful acts".

**F.** With respect to this endorsement only, Paragraph **2.** of **SECTION III – LIMITS OF INSURANCE** is deleted and replaced with the following:

  **2.** The General Aggregate Limit shown in the Declarations is the most we will pay for the sum of:

    **a.** Medical Expenses under Coverage **C**;

    **b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

    **c.** Damages under Coverage **B**; and

    **d.** Damages under Coverage **D**.

**G.** Paragraphs 8.and9.are added to **SECTION III – LIMITS OF INSURANCE** as follows:

  **8.** Subject to Paragraph2. above, the Each Wrongful Act Limit shown in the Schedule is the most we will pay for all damages arising out of a single "wrongful act" under Coverage **D**.

  **9.** The Deductible, if applicable, shown in the Schedule applies to each and every "wrongful act" and shall be paid by you. The Deductible is included within and reduces the applicable limit of insurance. The Deductible shall be applied to the payment of judgments and/or settlements under Coverage **D**.

  We may advance payment of part or all of the Deductible amount and upon notification of such payment made, you must promptly reimburse us for the Deductible amounts advanced by us.

 All "wrongful acts" resulting from related or interrelated "wrongful acts" will be deemed to be a single "wrongful act".

**H.** Subparagraph **a.** of Paragraph 2. of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is deleted and replaced with the following:

  **2.** **Duties in the Event of a "Wrongful Act", Occurrence, Offense, Claim or Suit**

    **a.** You must see to it that we are notified as soon as practicable of a "wrongful act", "occurrence" or offense which may result in a claim. To the extent possible, notice should include:

      **(1)** How, when and where the "wrongful act", "occurrence" or offense took place; and

      **(2)** The names and addresses of any injured persons and witnesses; and

      **(3)** Nature and location of any injury or damage arising out of the "wrongful act", "occurrence" or offense.

**I.** With respect to this endorsement only, Paragraph **4.Other Insurance** of **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS** is deleted in its entirety and replaced with the following.

 Insurance provided by **COVERAGE D SALON OR SPA PROFESSIONAL LIABILITY COVERAGE** shall be excess over any other insurance provided to any insured whether such insurance is provided on a primary, excess, contingent, or any other basis, unless such insurance is written to be specifically excess of this policy.

**J.** Paragraph **18.** in **SECTION V – DEFINITIONS** is deleted and replaced with the following:

  **18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal and advertising injury", or a "wrongful act" to which this insurance applies is alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

| 110256 (03-12) | Includes copyrighted information of the Insurance Services Office, Inc. with permission. | Page 5 of 6 |
|---|---|---|

      **b.**  Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**K.**  In addition to the definitions in **SECTION V – DEFINITIONS** which apply to **COVERAGE D– SALON OR SPA PROFESSIONAL LIABILITY COVERAGE**, the following additional definitions apply to Coverage **D** only, and with respect to Coverage **D**, supersede any similar definitions in the policy:

    **1.**  "Professional services" means the services set forth below if provided by an insured for a fee:

      **a.**  Hairstylist or Barber;

      **b.**  Beautician;

      **c.**  Masseuse or massage therapist;

      **d.**  Esthetician;

      **e.**  Body wrap technician; or

      **f.**  Nail technician or manicurist.

    **2.**  "Wrongful act" means any act, error, or omission in the performance of or failure to perform "professional services" that an insured provides to its customers.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.: 11/01/2018
Forms a part of Policy No.: 01-LX-011738646-6 000

## BROAD FORM NAMED INSURED ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

:

Throughout this policy the words "you" and "your" refer to the "Named Insured" shown in the Declarations Page.

"Named Insured" means the person or organization first named as the Named Insured on the Declarations Page of this policy (the "First Named Insured"). "Named Insured" also includes:

**(1)** any other person or organization named as a Named Insured on the Declarations Page; and

**(2)** any subsidiary, associated, affiliated, or allied company or corporation (including subsidiaries thereof) of which a "Named Insured" has more than 50% ownership interest in or exercises management or financial control over at the inception date of this policy, provided such subsidiary, associated, affiliated, or allied company or corporation and their operations have been declared to us, in writing, prior to the inception date of this policy.

The first Named Insured is the appointed and irrevocable agent for all Named Insureds, including, for the purpose of receipt of any notice of cancellation, notice of nonrenewal (if applicable), and the payment or return of any premium under this policy.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| 117526 (6/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 1 |
|---|---|---|

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.: 11/01/2018
Forms a part of Policy No.: 01-LX-011738646-6

## COMPOSITE RATING PLAN PREMIUM ENDORSEMENT

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM (CGL)
LIQUOR LIABILITY COVERAGE FORM (LL)
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE FORM (PCO)
BUSINESS AUTO COVERAGE FORM (BA)
GARAGE COVERAGE FORM (G)
TRUCKERS COVERAGE FORM (T)

**The Class Code, Premium Basis, and Rate section of the Policy Declarations is changed to apply as follows:**

The premium for this policy will be computed upon a composite basis as shown below in accordance with our rules, rates, rating plans, premiums and minimum premiums and the other policy terms.

SCHEDULE

| Coverage (CGL, LL, PCO) | Basis of Premium | Premium Type | Estimated Basis of Premium | Composite Rate(s) | Estimated Premium | Minimum Premium | Deposit Premium |
|---|---|---|---|---|---|---|---|
| CGL | ▮ | Non-Subject | ▮ | ▮ | ▮ | ▮ | ▮ |
| CGL | ▮ | Non-Subject | ▮ | $4.900 | ▮ | ▮ | ▮ |
| | | | | Totals: | Per Declarations | ▮ | Per Declarations |

The Composite Rate(s) shown above apply per $1,000 of Gross Sales (a basis of premium type defined on page 2 of this endorsement).

Terrorism surcharges are not included in the above composite rate calculations, but are included in the Final Deposit Premium on the policy declarations page.

| 117527 (6/14) | ©All rights reserved. | Page 1 of 3 |
|---|---|---|

## COMPOSITE RATING PLAN PREMIUM ENDORSEMENT

### DEFINITIONS OF "BASIS OF PREMIUM TYPE"

(Subject to "Exceptions", if any, described below)

**Admissions** means the total number of persons, other than you, your partners and your employees, admitted during the policy period, to events conducted on premises you own, rent, lease, or otherwise control, whether on paid admission tickets, complimentary tickets or passes.

**Cost** means the total cost to you for all work performed for you during the policy period by independent contractors and their subcontractors at all levels, including the cost of all labor, materials, equipment and supplies furnished, used or delivered for use in the execution of such work, whether furnished by the owner, by contractors or subcontractors at any level, including, but not limited to, all fees, allowances, bonuses, and commissions either made, paid or due, as well as taxes other than taxes which you collect as a separate item and remit directly to a governmental division.

**Gallons** means the total number of gallons of liquid petroleum gases invoiced on any basis to any customer, whether or not the insured actually takes possession of such gasses.

**Licensed Auto** means the final average of the number of "autos" at policy inception and the number of "autos" at policy termination.

**Miles** means the total mileage driven during the policy period by all licensed "autos" owned by you.

**Receipts** means the gross amount of money you have charged others for work that you, your partners, your employees, your contractors and subcontractors at all levels have performed during the policy period, including taxes other than taxes which you collect as a separate item and remit directly to a governmental division.

**Remuneration** or **Payroll** means all of the money or the substitute for money earned during the policy period by you if you are the proprietor of the insured business, by all partners if you are a partnership or by all members if you are a Limited Liability Company, and by all your employees for their services to you during the policy period, subject to the following:

☐Total Gross Remuneration or Payroll, without limitation; or

☐Determined and limited in accordance with our Workers' Compensation Insurance Manual's rules respectively for the states in which you have employment; or

☐Determined and limited in accordance with our General Liability Insurance Manual's rules respectively for the states in which you have employment.

**Sales** means the gross amount of money you or others trading in your name have charged for all goods and services you or they have sold or distributed during the policy period, including charges for delivery, installation, service and repair, and including taxes other than taxes which you or such others collect as a separate item and remit directly to a governmental division. Sales will include both foreign and domestic sales and sales by one named insured to another unless otherwise indicated by "x" below:

☒ Sales do NOT include foreign sales.

☒ Sales do NOT include sales by one named insured to another.

**Units** means the number of items of the types specified in this endorsement.

    a.  **Units that you hold for use in your business** shall mean half the sum of their number at the policy's inception and their number at its expiration or termination, (if terminated then pro-rated by the fraction of an annual period that the policy remained in effect).

    b.  **Units that you sell to others** whether for your own account or the account of another, shall mean the total number of such units that you sell during the policy term.

If Units is selected as the basis of premium, a Unit is a(n)  .

**Other Basis of Premium Type (define here):**

| 117527 (6/14) | ©All rights reserved. | Page 2 of 3 |
|---|---|---|

**Other Definitions**

**Subject** is a Premium Type which means that such premium is subject to adjustment under a retrospective rating plan described in an endorsement attached to the policy. "Subject" is signified on Page 1 by a Premium Type "S".

**Non-Subject** is a Premium Type which means that such is NOT subject to adjustment under a retrospective rating plan described in an endorsement attached to the policy. "Non-Subject" is signified on Page 1 by a Premium Type "NS".

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| 117527 (6/14) | ©All rights reserved. | Page 3 of 3 |
|---|---|---|

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Policy No: 01-LX-011738646-6 000
Effective 12:01 a.m. 11/01/2018

# ADDITIONAL INSURED - WHERE REQUIRED UNDER CONTRACT OR AGREEMENT

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SECTION II - WHO IS AN INSURED**, is amended to read:

Any person or organization to whom you become obligated to include as an additional insured under this policy, as a result of any contract or agreement you enter into which requires you to furnish insurance to that person or organization of the type provided by this policy, but only with respect to liability arising out of your operations or premises owned by or rented to you. However, the insurance provided will not exceed the lesser of:

- The coverage and/or limits of this policy, or

- The coverage and/or limits required by said contract or agreement.

_____
**Authorized Representative or
Countersignature (In States Where
Applicable)**

Includes copyrighted material of Insurance Services Office, Inc., with its permission

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT
CAREFULLY.**

Policy No: 01-LX-011738646-6 000

Effective 12:01 a.m.  11/01/2018

RADIOACTIVE MATTER EXCLUSION

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Section I. - Coverages, Coverage A.- Bodily Injury and Property Damage Liability, 2. - Exclusions, is
amended to add:**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened
exposure of person(s) or property to any radioactive matter or any form of radiation.

**Section I. - Coverages, Coverage B.- Personal and Advertising Liability, 2. - Exclusions, is amended
to add:**

"Personal and advertising injury" arising out of the actual, alleged or threatened exposure of
person(s) or property to any radioactive matter or any form of radiation.

_____

**Authorized Representative**

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Policy No: 01-LX-011738646-6 000

Effective 12:01 a.m. 11/01/2018

ERISA EXCLUSION

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Section I. - Coverages, Coverage A.- Bodily Injury and Property Damage Liability, 2. – Exclusions,** is amended to add:

"Bodily injury" or "property damage" arising out of any obligation you incur under the Employee Retirement Income Security Act of 1974, Public Law 93-406, any law amendatory thereof or any regulation pertaining thereto.

**Section I. - Coverages, Coverage B.- Personal and Advertising Liability, 2. – Exclusions** is amended to add:

"Personal and advertising injury" arising out of any obligation you incur under the Employee Retirement Income Security Act of 1974, Public Law 93-406, any law amendatory thereof or any regulation pertaining thereto.

**Authorized Representative**

ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Policy No: 01-LX-011738646-6 000

Effective 12:01 a.m. 11/01/2018

# ASBESTOS AND SILICA EXCLUSION ENDORSEMENT

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**Section I. - COVERAGES, COVERAGE A. - BODILY INJURY and PROPERTY DAMAGE LIABILITY,
2. - Exclusions,** is amended to add the following exclusions:

**Asbestos**

"Bodily injury" or "property damage" arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust, or to any obligation of the insured to indemnify any party because of "bodily injury" or "property damage" arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust.

**Silica**

"Bodily injury" or "property damage" arising out of the presence, ingestion, inhalation or absorption of or exposure to silica products, silica fibers, silica dust or silica in any form, or to any obligation of the insured to indemnify any party because of "bodily injury" or "property damage" arising out of the presence, ingestion, inhalation or absorption of or exposure to silica products, silica fibers, silica dust or silica in any form.

**Section I. - COVERAGES, COVERAGE B. - PERSONAL and ADVERTISING INJURY LIABILITY,
2. - Exclusions** is amended to add the following exclusions:

**Asbestos**

"Personal and advertising injury" arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust, or to any obligation of the insured to indemnify any party because of "personal and advertising injury" arising out of the manufacture of, mining of, use of, sale of, installation of, removal of, distribution of, or exposure to asbestos products, asbestos fibers or asbestos dust.

**Silica**

"Personal and advertising injury" arising out of the presence, ingestion, inhalation or absorption of or exposure to silica products, silica fibers, silica dust or silica in any form, or to any obligation of the insured to indemnify any party because of "personal and advertising injury" arising out of the presence, ingestion, inhalation or absorption of or exposure to silica products, silica fibers, silica dust or silica in any form.

All other terms, conditions and exclusions of the policy shall remain unchanged.

_____

**Authorized Representative**

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods – Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

© Insurance Services Office, Inc., 2012     CG 00 01 04 13

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web sites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C – MEDICAL PAYMENTS**

**1. Insuring Agreement**

   **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

     **(1)** On premises you own or rent;

     **(2)** On ways next to premises you own or rent; or

     **(3)** Because of your operations;

     provided that:

       **(a)** The accident takes place in the "coverage territory" and during the policy period;

       **(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

       **(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

     **(1)** First aid administered at the time of an accident;

     **(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

     **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

   **a. Any Insured**

   To any insured, except "volunteer workers".

   **b. Hired Person**

   To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   **c. Injury On Normally Occupied Premises**

   To a person injured on that part of premises you own or rent that the person normally occupies.

   **d. Workers' Compensation And Similar Laws**

   To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

   **e. Athletics Activities**

   To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

   **f. Products-Completed Operations Hazard**

   Included within the "products-completed operations hazard".

   **g. Coverage A Exclusions**

   Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

   **a.** All expenses we incur.

   **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

   **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

 © Insurance Services Office, Inc., 2012 CG 00 01 04 13

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

 © Insurance Services Office, Inc., 2012

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by;

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III – LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all that other insurance.

(4) We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

    **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    **b.** Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

    **a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

    **b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

    **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

    **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

    **c.** All other parts of the world if the injury or damage arises out of:

        **(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

        **(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

        **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

    provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    **b.** You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

    © Insurance Services Office, Inc., 2012    CG 00 01 04 13

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You;

         (b) Others trading under your name; or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

   a. Means:

      (1) Work or operations performed by you or on your behalf; and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes:

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2) The providing of or failure to provide warnings or instructions.

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

COMMERCIAL GENERAL LIABILITY
CG 00 33 04 13

# LIQUOR LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – LIQUOR LIABILITY COVERAGE

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies if liability for such "injury" is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "injury" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

b. This insurance applies to "injury" only if:

(1) The "injury" occurs during the policy period in the "coverage territory"; and

(2) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "injury" or claim, knew that the "injury" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "injury" occurred, then any continuation, change or resumption of such "injury" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Injury" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim, includes any continuation, change or resumption of that "injury" after the end of the policy period.

d. "Injury" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "injury" or claim:

(1) Reports all, or any part, of the "injury" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "injury"; or

(3) Becomes aware by any other means that "injury" has occurred or has begun to occur.

### 2. Exclusions

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Injury" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

© Insurance Services Office, Inc., 2012

**c. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the "injury".

**d. Liquor License Not In Effect**

"Injury" arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

**e. Your Product**

"Injury" arising out of "your product". This exclusion does not apply to "injury" for which the insured or the insured's indemnitees may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

**f. Other Insurance**

Any "injury" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the limits of insurance.

This exclusion does not apply if the other insurance responds to liability for "injury" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**g. War**

"Injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**SUPPLEMENTARY PAYMENTS**

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.

2. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

3. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

5. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

6. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

7. Expenses incurred by the insured for first aid administered to others at the time of an event to which this insurance applies.

These payments will not reduce the limits of insurance.

**SECTION II – WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (a) above; or

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (a) or (b) above.

(2) "Property damage" to property:

(a) Owned or occupied by; or

(b) Rented or loaned;

to that "employee", any of your other "employees", by any of your partners or members (if you are a partnership or joint venture), or by any of your members (if you are a limited liability company).

b. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

c. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier; and

b. Coverage does not apply to "injury" that occurred before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for all "injury" as the result of the selling, serving or furnishing of alcoholic beverages.

3. Subject to the Aggregate Limit, the Each Common Cause Limit is the most we will pay for all "injury" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of any alcoholic beverage to any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – LIQUOR LIABILITY CONDITIONS

1. **Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Injury, Claim Or Suit**

a. You must see to it that we are notified as soon as practicable of an "injury" which may result in a claim. To the extent possible, notice should include:

   (1) How, when and where the "injury" took place;

   (2) The names and addresses of any injured persons and witnesses; and

   (3) The nature and location of any "injury".

b. If a claim is made or "suit" is brought against any insured, you must:

   (1) Immediately record the specifics of the claim or "suit" and the date received; and

   (2) Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

   (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   (2) Authorize us to obtain records and other information;

   (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "injury" to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under this Coverage Part, our obligations are limited as follows:

a. **Primary Insurance**

   This insurance is primary. Our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **b.** below.

b. **Method Of Sharing**

   If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

   If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

1. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

2. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the "injury" occurs in the course of travel or transportation between any places included in Paragraph a. above; or

c. All other parts of the world if the "injury" arises out of:

(1) Goods or products made or sold by you in the territory described in Paragraph a. above; or

(2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

3. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

4. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

5. "Injury" means damages because of "bodily injury" and "property damage", including damages for care, loss of services or loss of support.

6. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

7. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the occurrence that caused it.

8. "Suit" means a civil proceeding in which damages because of "injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

9. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**10.** "Your product":

   **a.** Means:

     **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(a)** You;

       **(b)** Others trading under your name; or

       **(c)** A person or organization whose business or assets you have acquired; and

     **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   **b.** Includes:

     **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

     **(2)** The providing of or failure to provide warnings or instructions.

   **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

© Insurance Services Office, Inc., 2012
CG 00 33 04 13

COMMERCIAL GENERAL LIABILITY
CG 20 08 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – USERS OF GOLFMOBILES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A. Section II – Who Is An Insured** is amended to include as an additional insured any person(s) using or legally responsible for the use of golfmobiles loaned or rented to others by you or any of your concessionaires but only for their liability arising out of the use of the golfmobiles.

**B.** For the purposes of this endorsement, golfmobile means a motorized conveyance that is:

1. Designed to carry up to four persons on a golf course for the purpose of playing golf; and
2. Not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground.

© Insurance Services Office, Inc., 2012

POLICY NUMBER: 01-LX-011738646-6         **COMMERCIAL GENERAL LIABILITY**
CG 20 10 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s) | Location(s) Of Covered Operations |
|---|---|
| SUBARU OF AMERICA INC<br>2235 ROUTE 70 WEST<br>CHERRY HILL, NJ 08002 | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or

2. The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

1. All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

2. That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 20 10 04 13         © Insurance Services Office, Inc., 2012         **Page 1 of 2**

**C.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

   **1.** Required by the contract or agreement; or

**2.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012    CG 20 10 04 13

POLICY NUMBER: 01-LX-011738646-6

**COMMERCIAL GENERAL LIABILITY**
CG 20 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): |
| --- |
| C. MERRITT "CHUCK" HORNING JR. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** **Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

1. In the performance of your ongoing operations; or

2. In connection with your premises owned by or rented to you.

However:

1. The insurance afforded to such additional insured only applies to the extent permitted by law; and

2. If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

**B.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III – Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declarations.

CG 20 26 04 13 © Insurance Services Office, Inc., 2012 Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

POLICY NUMBER: 01-LX-011738646-6

**COMMERCIAL GENERAL LIABILITY**
CG 21 35 10 01

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – COVERAGE C – MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Description And Location Of Premises Or Classification: |
|---|
| Excluded for All Locations and All Class Codes |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule:

1. Section I – Coverage **C** – Medical Payments does not apply and none of the references to it in the Coverage Part apply: and

2. The following is added to Section I – Supplementary Payments:

   h. Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

    © ISO Properties, Inc., 2000       □

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

   **(a)** Refusal to employ that person;

   **(b)** Termination of that person's employment; or

   **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

POLICY NUMBER: 01-LX-011738646-6

COMMERCIAL GENERAL LIABILITY
CG 21 53 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – DESIGNATED ONGOING OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Description of Designated Ongoing Operation(s):**
ALL OPERATIONS OF C. MERRITT HORNING JR; H&S INVESTMENTS, I LP; AND NEWPORT
FEDERAL EXCEPT THOSE OPERATIONS RELATED TO TSG SKI & GOLF LLC;

**Specified Location (If Applicable):**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I – Coverages):

This insurance does not apply to "bodily injury" or "property damage" arising out of the ongoing operations described in the Schedule of this endorsement, regardless of whether such operations are conducted by you or on your behalf or whether the operations are conducted for yourself or for others.

Unless a "location" is specified in the Schedule, this exclusion applies regardless of where such operations are conducted by you or on your behalf. If a specific "location" is designated in the Schedule of this endorsement, this exclusion applies only to the described ongoing operations conducted at that "location".

For the purpose of this endorsement, "location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

CG 21 53 01 96 · Copyright, Insurance Services Office, Inc., 1994 · **Page 1 of 1** · □

COMMERCIAL GENERAL LIABILITY
CG 23 01 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – REAL ESTATE AGENTS OR BROKERS ERRORS OR OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved any misrepresentation, error or omission by you or any real estate agent or broker who is either employed by you or performing work on your behalf in such capacity.

POLICY NUMBER: 01-LX-011738646-6

**COMMERCIAL GENERAL LIABILITY**
CG 24 04 05 09

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person Or Organization: |
|---|
| WHERE REQUIRED BY WRITTEN CONTRACT OR AGREEMENT EXECUTED PRIOR TO THE OCCURRENCE |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

POLICY NUMBER: 01-LX-011738646-6

COMMERCIAL GENERAL LIABILITY
CG 24 07 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

## SCHEDULE

**Description of Premises and Operations:**
RESTAURANTS

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1. On, from or in connection with the use of any premises described in the Schedule, or

2. In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf,

Paragraph a. of the definition of "Products-completed operations hazard" in the DEFINITIONS Section is replaced by the following:

"Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

        Copyright, Insurance Services Office, Inc., 1994           ☐

COMMERCIAL GENERAL LIABILITY
108538 03/11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITED ADVICE OF CANCELLATION TO SCHEDULED ENTITIES

| SCHEDULE | |
|---|---|
| **Name of Person or Organization** | **E-Mail or U.S. Postal Service Address** |
| GPSI Leasing II - Accord, LLC | Attn: Betty Temple<br>PO Box 1719<br>Portland, OR 97207-1719 |
| TMVOA | 455 Mountain Village Blvd. Telluride, CO 81435 |
| The Peaks Owners Association, Inc.<br>Attn: Kristin Meucci | C/O TSG Ski & Golf<br>565 Mountain Village Blvd, Telluride, CO 81435 |
| Montrose Regional Airport | 2100 Airport Road, Montrose, CO 81401 |
| Durango- La Plata County Airport | 1000 Airport Road, Durango, CO 81303 |
| Canon<br>Customer #714809 | 15325 SE 30th Place, Suite 00<br>Bellevue, WA 98007-6538 |
| GM Financial<br>Account 0170275117 & 0170260106 | Jim Fuocco Motor Company<br>741 N First St, Grand Junction, CO 81501 |
| Exchange Bank<br>Lease #11831 | 3110 Second Ave, Kearney, NE 68847 |

This policy is amended as follows:

In the event that the **Insurer** cancels this policy for any reason other than non-payment of premium, and

1. the cancellation effective date is prior to this policy's expiration date;

2. the **First Named Insured** is under an existing contractual obligation to notify a certificate(s) holder(s) when this policy is canceled (hereinafter, the "Certificate Holder(s)") and has provided the **Insurer**, either directly or through it's broker of record, either:

   (a) the name of the entity shown on the certificate, a contact name at such entity and the U.S. Postal Service mailing address of each such entity; or
   (b) the email address of a contact at each such entity; and

3. prior to the effective date of cancellation, the **First Named Insured** confirms to the **Insurer**, either directly or through its broker of record, that the persons or organizations set forth in the Schedule

**COMMERCIAL GENERAL LIABILITY**
108538 03/11

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

above, as well as their respective addresses listed, should continue to be a part of the Schedule and, if not, the names of the persons or organizations that should be deleted,

the **Insurer** will provide advice of cancellation (the "Advice") to each such Certificate Holder(s) confirmed by the **First Named Insured** in writing to be correctly a part of the Schedule within <u>30</u> days after the **First Named Insured** confirms the accuracy of the Schedule above with the **Insurer**; provided, however, that if a specific number of days is not stated above, then the Advice will be provided to such Certificate Holder(s) as soon as reasonably practicable after the **First Named Insured** confirms the accuracy of the Schedule above with the **Insurer**.

Proof of the **Insurer** emailing the Advice, using the information provided and subsequently confirmed by the **First Named Insured** in writing, will serve as proof that the **Insurer** has fully satisfied its obligations under this endorsement.

This endorsement does not affect, in any way, coverage provided under this policy or the cancellation of this policy or the effective date thereof, nor shall this endorsement invest any rights in any entity not insured under this policy.


The following Definitions apply to this endorsement:

1. **First Named Insured** means the Named Insured shown on the Declarations Page of this policy.
2. **Insurer** means the insurance company shown in the header on the Declarations Page of this policy.

All other terms, conditions and exclusions shall remain the same.


————————————————————————————
AUTHORIZED REPRESENTATIVE

COMMERCIAL GENERAL LIABILITY
MAN 046 09/14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEWLY ACQUIRED ORGANIZATIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **3.** of **SECTION II - WHO IS AN INSURED** is deleted in its entirety and replaced by the following:

3. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

All other terms and conditions of the policy remain the same.

Authorized Representative

COMMERCIAL GENERAL LIABILITY
MAN 047 09/14

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SUPPLEMENTARY PAYMENTS ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **1.d.** of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** is deleted in its entirety and replaced by the following:

  d.    All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $500 a day because of time off from work.

All other terms and conditions of the policy remain the same

_____

Authorized Representative

# SKI RESORT
# BUSINESS INCOME (AND EXTRA EXPENSE)
# COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **E. Definitions.**

## A. Coverage

### 1. Business Income

Business Income means the:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

b. Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(1) Business Income including "Rental Value".

(2) Business Income other than "Rental Value".

(3)"Rental Value".

If option (1) above is selected, the term Business Income will include "Rental Value". If option (3) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph:

(a) If you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(b) If you do not own or occupy the described premises, but you obtain income through a property management contract, or similar contract, the described premises means the location subject to the terms and conditions of the property management contract, but only if such premises is described on the Declarations.

### 2. Extra Expense

a. Extra Expense coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income coverage applies at that premises.

b. Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

| 109364 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 10 |

(1) Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

(2) Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

3. **Covered Causes Of Loss, Exclusions And Limitations**

See Causes of Loss — Special Form.

4. **Additional Limitation – Interruption Of Computer Operations**

a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under the Additional Coverage – Interruption Of Computer Operations.

b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under the Additional Coverage – Interruption Of Computer Operations.

5. **Additional Coverages**

a. **Civil Authority**

In this Additional Coverage — Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income and Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four (4) consecutive weeks after the date of that action; or

(2) When the action of civil authority ends;

Whichever occurs first.

b. **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

(a) Used in the construction, alterations or additions; or

(b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

c. **Extended Business Income**

(1) **Business Income Other Than "Rental Value"**

| 109364 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 2 of 10 |
|---|---|---|

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

(b) Ends on the earlier of:

(i) The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

(ii) 180 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) "Rental Value"

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

(a) Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

(b) Ends on the earlier of:

(i) The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

(ii) 180 consecutive days after the date determined in (2)(a) above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

d. **Interruption Of Computer Operations**

(1) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

(2) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) Coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in the CAUSES OF LOSS – SPECIAL FORM.

(b) Coverage under this Additional Coverage – Interruption Of Computer Operations, if caused by virus or hacking as described in Paragraph **6. Virus and Hacking** of Section F. **Additional Coverage Extensions** in the CAUSES OF LOSS – SPECIAL FORM, will be subject to Virus and Hacking Limit of Insurance shown in the Supplemental Declarations.

(c) If the CAUSES OF LOSS – SPECIAL FORM is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage – Interruption Of Computer Operations.

**(3)** The most we will pay under this Additional Coverage – Interruption of Computer Operations is the Interruption of Computer Operations Limit of Insurance shown on the Supplemental Declarations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(4)** This Additional Coverage – Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the Limit of Insurance stated in the Supplemental Declarations as referenced above has not been exhausted.

**6. Coverage Extensions**

These Extensions are additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

Insurance provided by this Coverage Part is extended as follows:

**a. Newly Acquired or Constructed Property**

**(1)** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**(2)** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is the Newly Acquired or Constructed Property of Insurance shown on the Supplemental Declarations at each location.

**(3)** Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire or begin to construct the property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

**b. Dependent Property**

We shall pay for the actual loss of your business income caused by or resulting from:

**(1)** the necessary suspension of your operations during the period of restoration; and

**(2)** direct physical loss or damage by a Covered Cause of Loss to your dependent property.

Dependent Property means property operated by others which you depend on to:

**(1)** Deliver materials or services to you, or to others for your account (Contributing Locations). These services shall not include water, communication, or power supply services;

**(2)** Accept your products or services (Recipient Locations);

**(3)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Locations); or

**(4)** Attract customers to your business (Leader Locations).

The most we will pay for loss or damage under this Business Income and Extra Expense Coverage Extension is the Dependent Property Limit of Insurance shown on the Supplemental Declarations.

c.  **Off Premises Utility Failure**

We shall pay for the actual loss of your business income and extra expense caused by or resulting from:

(1) The necessary suspension of your operations during the period of restoration;

(2) Direct physical loss or damage by a Covered Cause of Loss to property not on your premises but used to supply you with services by the following utilities:

(a) Water Supply Services, meaning the following types of property supplying water to the premises described in the Declarations:

(i)  Pumping stations; and

(ii) Water mains.

(b) Communication Supply Services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave, or television services to the premises described in the Declarations, such as:

(i)  Communication transmission lines;

(ii) Coaxial cables; and

(iii) Microwave radio relays, except satellites.

This shall not include aboveground communication lines.

(c) Power Supply Services, meaning the following types of property supplying electricity, steam, or gas to the premises described in the Declarations:

(i)  Utility generating plants;

(ii) Switching stations;

(iii) Substations;

(iv) Transformers; and

(v) Transmission lines.

This shall not include aboveground transmission or distribution lines.

The most we shall pay under this Business Income and Extra Expense Coverage Extension is the Off Premises Utility Failure Limit of Insurance shown on the Supplemental Declarations for loss you incur after the first twenty-four (24) hours following direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility companies described above.

d.  **Lease Cancellation Moving Expense**

Extra Expense coverage is extended to include any moving expenses incurred by you, which result from the cancellation of a lease at your premises described in the Declarations, provided that such lease cancellation occurs as a result of direct physical loss or damage to such premises by a Covered Cause of Loss.

The most we will pay for loss or damage under this Extra Expense Coverage Extension is the Lease Cancellation Moving Expense Limit of Insurance shown on the Supplemental Declarations.

B.  **Limits Of Insurance**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1.  Alterations and New Buildings;

2.  Civil Authority;

3.  Extra Expense; or

4.  Extended Business Income.

C.  **Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1.  **Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Loss**

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Loss Determination**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

**c. Resumption Of Operations**

We will reduce the amount of your:

(1) Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**4. Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

**D. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

**1. Maximum Period Of Indemnity**

The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

**a.** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

**b.** The Limit of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

**a.** The Limit of Insurance, multiplied by

**b.** The fraction shown in the Declarations for this Optional Coverage.

**Example:**

| When: | The Limit of Insurance is | $ | 120,000 |
|---|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is | | 1/4 |

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If, in this example, the actual amount of loss is:

| Days 1-30 | $ | 40,000 |
|---|---|---|
| Days 31-60 | | 20,000 |
| Days 61-90 | | 30,000 |
| | $ | 90,000 |

We will pay:

| Days 1-30 | $ | 30,000 |
|---|---|---|
| Days 31-60 | | 20,000 |
| Days 61-90 | | 30,000 |
| | $ | 80,000 |

The remaining $10,000 is not covered.

**E. Definitions**

**1.** "Accident" means a fortuitous event that causes direct physical damage to covered equipment. The event must be one of the following:

**a.** Mechanical breakdown, including rupture or bursting caused by centrifugal force;

**b.** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

**c.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

**d.** Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

**e.** Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

Covered equipment means Covered Property, unless otherwise indicated in the Equipment Breakdown – Other Conditions Endorsement:

(1) That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

(2) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

None of the following is covered equipment:

(1) A structure, foundation, cabinet, compartment or air supported structure or building;

(2) Insulating or refractory material;

(3) Sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

(4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) Vehicle or any equipment mounted on a vehicle. For the purpose of this limitation, vehicle means, any machine or apparatus that is used for transportation or moves under its own power including, but not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a vehicle;

(6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(7) Dragline, excavation or construction equipment; or

(8) Equipment manufactured by you for sale.

2. "Computer Equipment" means electronic data processing systems including keyboards, display screens, terminals, printers, and related peripheral equipment used solely for data processing operations. Computer equipment shall not include such equipment held for sale, distribution, or which is manufactured in the course of your business.

3. "Electronic data" means information, instruction, or "programs" that are recorded on your "media", including original source material used to enter data.

4. "Finished Stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

5. "Media" means magnetic tapes, compact discs, diskettes, disk packs, cards, or other standardized data recording materials which can be read by your electronic data processing equipment.

6. "Operations" means:

a. Your business activities occurring at the described premises; and

b. The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

7. "Period of Restoration" means the period of time that:

a. Begins:

(1) Immediately after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises for Business Income and Extra Expense; and

(2) For equipment breakdown:

(a) (1) above shall apply, except;

(b) If a time deductible is shown in the Declarations, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is

| 109364 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 8 of 10 |

expressed in days, each day shall mean twenty-four (24) consecutive hours; or

(c) If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of the policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in the Declarations will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible; or

(d) If a deductible for Equipment Breakdown is shown in the Equipment Breakdown – Other Conditions Endorsement, then as respects Equipment Breakdown Coverage, the "period of restoration" will begin immediately after the "accident", and the deductible shown in the Equipment Breakdown – Other Conditions Endorsement will apply;

Caused by or resulting from any Covered Cause of Loss at the described premises; and

b. Ends on the earlier of:

(1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

If more than one "period of restoration" applies to business income and extra expense coverages as the result of one occurrence, or one accident, the longest single applicable waiting period shall apply.

The expiration date of this policy will not cut short the "period of restoration".

8. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

9. "Programs" means software that are purchased or written specifically to be used with "computer equipment".

10. "Rental Value" means Business Income that consists of:

a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

b. Continuing normal operating expenses incurred in connection with that premises, including:

(1) Payroll; and

(2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

11. "Suspension" means:

a. The slowdown or cessation of your business activities; or

| 109364 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 9 of 10 |

**b.** That a part or all of the described premis-
es is rendered untenantable, if coverage
for Business Income including "Rental
Value" or "Rental Value" applies.

By signing below, the President and the Sec-
retary of the Insurer agree on behalf of the In-
surer to all the terms of this Policy.

_____
PRESIDENT

_____
SECRETARY

This Policy shall not be valid unless signed at
the time of issuance by an authorized repre-
sentative of the Insurer, either below or on the
Declarations page of the policy.

_____
AUTHORIZED REPRESENTATIVE

| 109364 (2/12) | Includes copyrighted material of Insurance Ser-vices Office, Inc with permission. | Page 10 of 10 |

## ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.: 11/01/2018
Forms a part of Policy No.: 01-LX-011738646-6 000

# SKI RESORT
# EARTH MOVEMENT COVERAGE ENDORSEMENT
# (SUB-LIMIT FORM)

This endorsement modifies insurance provided under the following:

SKI RESORT PROPERTY COVERAGE – BUILDING AND PERSONAL PROPERTY COVERAGE FORM
SKI RESORT PROPERTY COVERAGE – CAUSES OF LOSS – SPECIAL FORM

**A. Additional Covered Causes Of Loss**

The following are added to the Covered Causes of Loss:

**Earth Movement**

1. Earthquake, including any earth sinking, rising or shifting related to such event;

2. Landslide, including any earth sinking, rising or shifting related to such event;

3. Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

4. Earth sinking rising or shifting;

5. Volcanic eruption, explosion or effusion meaning direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   a. Airborne volcanic blast or airborne shock waves;

   b. Ash, dust or particulate matter; or

   c. Lava flow.

   All Earth Movement that occurs within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period.

**B. Exclusions, Limitations And Related Provisions**

1. The Exclusions and Limitation(s) sections of the Causes of Loss Form apply to coverage provided under this endorsement, except as provided in **B.2.** and **B.3.** below.

2. To the extent that the Earth Movement Exclusion might conflict with coverage provided under this endorsement, the Earth Movement Exclusion does not apply.

3. We will not pay for loss or damage caused directly or indirectly by tidal wave or tsunami, even if attributable to an Earthquake or Volcanic Eruption.

4. We will not pay for loss or damage caused by or resulting from any Earthquake or Volcanic Eruption that begins before the inception of this insurance.

5. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land.

**C. Limit Of Insurance**

1. **General Information**

   The term Limit of Insurance means the Limit of Insurance applicable to Earth Movement for the Covered Property or Coverage under which loss or damage is sustained.

Includes copyrighted material of Insurance Services Office, Inc with permission.

The Declarations provides information on the Limit of Insurance applicable to Covered Property and Coverages for Earth Movement.

**2. Annual Aggregate Limit**

The Limit of Insurance for Earth Movement is an annual aggregate limit and as such is the most we will pay for the total of all loss or damage that is caused by Earth Movement in a 12-month period (starting with the beginning of the present annual policy period), even if there is more than one Earth Movement occurrence during that period of time. Thus, if the first Earth Movement occurrence does not exhaust the Limit of Insurance, then the balance of that Limit is available for subsequent Earth Movement occurrence(s).

If a single Earth Movement occurrence begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance applicable to the following annual policy period will **not** apply to such Earth Movement occurrence.

**3. Additional Coverages And Coverage Extensions**

Amounts payable under an Additional Coverage or Coverage Extension, as set forth in the applicable Coverage Form, do not increase the Limit of Insurance for Earth Movement.

**4. Ensuing Loss**

If a Cause of Loss (such as fire) is covered by means of an exception to the Earth Movement Exclusion, in the Causes of Loss Form, we will also pay for the loss or damage caused by that other Covered Cause of Loss. But the most we will pay, for the total of all loss or damage caused by the Earth Movement and other Covered Cause of Loss, is the Limit of Insurance applicable to such other Covered Cause of Loss. We will **not** pay the sum of the two Limits.

**D. Deductible**

The Deductible, if any, in this Ski Area Property Coverage Form is replaced by the following with respect to Earth Movement.

**1.** The Deductible for coverage provided under this endorsement is the Deductible applicable to Earth Movement shown on the Declarations.

**2.** The Deductible provisions apply to each occurrence of Earth Movement.

**3.** We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance.

**4.** When property is covered under the Coverage Extension for Newly Acquired or Constructed Property: In determining the amount, if any, that we will pay for loss or damage:

**a.** If the Earth Movement deductible is shown as a percentage, we will deduct an amount equal to a percentage of the value of the property at time of loss. The applicable percentage for Newly Acquired or Constructed Property is the highest percentage shown in the Declarations for any described premises;

**b.** If the Earth Movement deductible is shown as a dollar amount(s), the applicable deductible for Earth Movement is the highest dollar amount deductible shown in the Declarations for any described premises;

**c.** If the Earth Movement deductible is shown as different percentages and / or dollar amounts, we will deduct an amount equal to a percentage of the value of the property at time of loss, being the highest percentage shown in the Declarations for any described premises, but not less than the lowest dollar amount deductible, shown in the Declarations for any described premises.

**5.** If there is loss or damage caused by Earth Movement, and loss or damage caused by a Cause of Loss (e.g., fire) that is covered by means of an exception to the Earth Movement Exclusion, then the only applicable Deductible provisions are those stated in this endorsement.

**E. Business Income and Extra Expense Period of Restoration**

The "period of restoration" definition stated in the Business Income (And Extra Expense) Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each occurrence of Earth Movement. A single occurrence of Earth Movement is defined in Section A. of this endorsement.

All other terms and conditions of the policy remain the same.

_____

Authorized Representative

## ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.: 11/01/2018
Forms a part of Policy No.: 01-LX-011738646-6 000

# SKI RESORT
# FLOOD COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the following:

SKI RESORT PROPERTY COVERAGE – BUILDING AND PERSONAL PROPERTY COVERAGE FORM
SKI RESORT PROPERTY COVERAGE – CAUSES OF LOSS – SPECIAL FORM

**A. Additional Covered Cause Of Loss**

The following is added to the Covered Causes Of Loss:

Flood, meaning a general and temporary condition of partial or complete inundation of normally dry land areas due to:

1. The overflow of inland or tidal waters;

2. The unusual or rapid accumulation or runoff of surface waters from any source; or

3. Mudslides or mudflows which are caused by flooding as defined in **A.2.** above. For the purpose of this Covered Cause Of Loss, a mudslide or mudflow involves a river of liquid and flowing mud on the surface of normally dry land areas as when earth is carried by a current of water and deposited along the path of the current.

All flooding in a continuous or protracted event will constitute a single flood.

**B. Exclusions, Limitations And Related Provisions**

1. The Exclusions and Limitation(s) sections of the Causes Of Loss – Special Form apply to coverage provided under this endorsement except as provided in **B.2.** and **B.3.** below.

2. To the extent that a part of the Water Exclusion might conflict with coverage provided under this endorsement, that part of the Water Exclusion does not apply.

3. To the extent that a tsunami causes the overflow of tidal waters, the exclusion of earthquake, in the Earth Movement Exclusion, does not apply.

4. The following exclusions and limitations are added and apply to coverage under this endorsement:

a. We will not pay for any loss or damage caused by or resulting from any Flood that begins before or within 72 hours after the inception date of this endorsement. If you request and we provide an increase in the stated Limit of Insurance for Flood, the increase will not apply to loss or damage from any Flood that begins before or within 72 hours after your request was made.

If the Flood is due to the overflow of inland or tidal waters, then the Flood is considered to begin when the water first overflows its banks.

b. We will not pay for loss or damage caused by or resulting from destabilization of land arising from the accumulation of water in subsurface land areas.

c. Under this Coverage Part, as set forth under Property Not Covered in the Coverage Form to which this endorsement is attached, land is not covered property, nor is the cost of excavations, grading, backfilling or filling. Therefore, coverage under this endorsement does not include the cost of restoring or remediating land due to the collapse or sinking of land caused by or resulting from Flood. However, coverage under this endorsement includes damage to the covered portions of the building and to covered personal property, caused by collapse or sinking of land along the shore of a body of water as the result of erosion or undermining caused by waves or currents of water which exceed the cyclical levels and cause Flood.

**C. Additional Coverages And Coverage Extensions**

1. With respect to Flood Coverage, the Debris Removal Additional Coverage (and any additional limit for Debris Removal under a Limit Of Insurance clause or an endorsement) is not applicable and is replaced by the following:

**DEBRIS REMOVAL**

a. We will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from Flood. However, we will not pay to remove deposits of mud or earth from the grounds of the described premises.

b. We will also pay the expense to remove debris of Covered Property that has floated or been hurled off the described premises by Flood.

c. This coverage for Debris Removal, as set forth in **C.1.a.** and **C.1.b.** above, does not increase the applicable Limit of Insurance for Flood. Therefore, the most we will pay for the total of debris removal and loss or damage to Covered Property is the Limit of Insurance for Flood that applies to the Covered Property at the affected described premises covered under this endorsement.

**D. Limit Of Insurance**

1. **General Information**

Flood Coverage may be written at a Limit of Insurance that is equal to or less than the Limit of Insurance which applies to other Covered Causes of Loss (e.g., Fire) under this Ski Area Commercial Property Coverage Form.

The Limit of Insurance for Flood is shown in the Declarations.

2. **Application Of Limit And Aggregate**

The Limit of Insurance for Flood is the most we will pay in a single occurrence of Flood for loss or damage caused by the Flood. If there is more than one Flood in a 12-month period (starting with the beginning of the present annual policy period), the most we will pay for the total of all loss or damage sustained during that period of time and caused by Flood is the amount that is identified as the Annual Aggregate for Flood as shown in the Declarations.

If the Limit of Insurance and the Annual Aggregate amount are the same, or if there is no amount stated as an Annual Aggregate, then the Limit of Insurance is the most we will pay for the total of all loss or damage that is caused by Flood in a 12-month period (starting with the beginning of the present annual policy period), even if there is more than one occurrence of Flood during that period of time. Thus, if the first Flood does not exhaust the applicable Limit of Insurance, then the balance of that Limit is available for a subsequent Flood(s).

If a single occurrence of Flood begins during one annual policy period and ends during the following annual policy period, any Limit of Insurance or Annual Aggregate applicable to the following annual policy period will **not** apply to that Flood.

3. **Ensuing Loss**

In the event of covered ensuing loss, for example, loss caused by Fire, Explosion and/or Sprinkler Leakage which results from the Flood, the most we will pay, for the total of all loss or damage caused by flood, fire, explosion and sprinkler leakage, is the Limit of Insurance applicable to Fire. We will **not** pay the sum of the Fire and Flood Limits.

**E. Deductible**

1. The Deductible for coverage provided under this endorsement is the Deductible applicable to Flood as shown in the Declarations.

2. We will not pay that part of the loss that is attributable to any Deductible(s) in the National Flood Insurance Program policy.

3. If Flood results in another Covered Cause of Loss and if both Covered Causes of Loss cause loss or damage, then only the higher deductible applies (e.g., the Flood deductible or the Fire deductible).

**F. Other Insurance**

The **Other Insurance** Commercial Property Condition is replaced by the following with respect to the coverage provided under this endorsement:

1. If the loss is also covered under a National Flood Insurance Program (NFIP) policy then we will pay only for the amount of loss in excess of the limit insured under that policy.

 Includes copyrighted material of Insurance Services Office, Inc with permission.

**2.** If there is other insurance covering the loss, other than that described in F.1. above, we will pay our share of the loss. Our share is the proportion that the applicable Limit of Insurance under this endorsement bears to the total of the applicable Limits of Insurance under all other such insurance. But we will not pay more than the applicable Limit of Insurance stated in the Declarations.

**G. Business Income and Extra Expense Period of Restoration**

The "period of restoration" definition stated in the Business Income (And Extra Expense) Coverage Form, or in any endorsement amending the beginning of the "period of restoration", applies to each occurrence of Flood. A single occurrence of Flood is defined in Section **A.** of this endorsement.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.: 11/01/2018
Forms a part of Policy No.: 01-LX-011738646-6 000

**AMOUNT OF INSURANCE SCHEDULE ENDORSEMENT**

This endorsement modifies insurance provided by:

PROPERTY COVERAGE PART

The Coverages Provided and Amount of Insurance shown on the Declarations are amended as indicated in the Schedule.

I.  If one or more of the Coverages Provided listed under:

A.  "As Per Schedule On File With Company" is indicated in the Schedule below, **our** liability regarding such indicated Coverage Provided shall be limited to the lesser of the following:

1.  The actual adjusted amount of loss, less the applicable deductible(s); or

2.  The total stated value for the property involved, as shown on the latest Statement of Values on file with **us**, less the applicable deductible(s).

B.  "Blanket Per Premises" is indicated in the Schedule below:

Regardless of the number of buildings located at each premises, the Limit(s) of Insurance as shown on the Declarations for any building on that Premises is deleted and replaced with the Limit(s) of Insurance shown on the "Blanket Limits Per Premises Schedule" as theBuilding and/or Business Personal Property Limit of Insurance and/or the Blanket Business Income Limit of Insurance,which apply to all of the buildings located at such premises. If an Other Coverage is described in the Schedule, the Limit(s) of Insurance shown on the Declarations for that Other Coverage for any building on that premises is deleted and replaced with the Blanket Other Coverage Limit.

The premises numbers which apply to the buildings(s) are shown on the Declarations.

C.  "Blanket" is indicated in the Schedule, the Blanket Amount of Insurance shown on the Declarations will apply as respects each indicated Coverage Provided.

II. For all Coverages Provided and Amount of Insurance options:

The coinsurance percentage shown on the Declarations for a building and/or Business Personal Property, will apply to the Blanket Building and/or Business Personal Property Limit of Insurance shown in the Schedule for the premises where such building is located, except when Agreed Value is shown. The coinsurance percentage shown on the Declarations for business income, will apply to the Blanket Business Income Limit of Insurance shown in the Schedule for the premises where such building is located, except when Agreed Value is shown, or if the Optional Coverage, Maximum Period of Indemnity is provided.If applicable, the Coinsurance percentage shown on the Declarations for an Other Coverage that is described on the Schedule below, will apply to the Blanket Other Coverage Limit of Insurance shown in the Schedule for the premises where such building is located.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.
All rights reserved.

The Causes of Loss, Deductible, and Optional Coverages apply to each building as stated on the Declarations, by an endorsement attached to the policy or a separate statement of value document on file with the Company.

## COVERAGES PROVIDED AND AMOUNT OF INSURANCE SCHEDULE

| Coverages Provided | As Per Schedule On File With Company | Blanket Per Premises | Blanket | Total policy limit *  $ when no value is displayed, refer to statement of value document, or per premises schedule |
|---|---|---|---|---|
| Building | [X] | [ ] | [X] | |
| Business Personal Property | [X] | [ ] | [X] | |
| Business Income and Extra Expense | [X] | [ ] | [X] | |
| Lifts | [X] | [ ] | [X] | |
| Fixed Snowmaking | [X] | [ ] | [X] | |
| Mobile Equipment | [X] | [ ] | [X] | |
| Miscellaneous Equipment | [X] | [ ] | [X] | |
| Computer Equipment / EDP | [X] | [ ] | [X] | |
| Contingent BI | [X] | [ ] | [X] | |
| Golf & Rented Equipment | [X] | [ ] | [X] | |
| GPS System | [X] | [ ] | [X] | |

*   If as per schedule on file with Company is indicated above, our liability, shall be limited as per paragraph I. above.

## BLANKET LIMITS PER PREMISES SCHEDULE *
### (if Blanket Per Premises is indicated on the Amount of Insurance endorsement)

| Premises No. # | Blanket Building and/or Business Personal Property Limit of Insurance | Blanket Business Income Limit of Insurance | Blanket Other Coverage Limit of Insurance |
|---|---|---|---|

        Includes copyrighted material of Insurance Services Office, Inc., with its permission.
All rights reserved.

*Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations, by endorsement, or separate statement of value document hereto.

Also the terms of Subparagraph **I.B.** of the Amount of Insurance Schedule endorsement shall apply as respects any scheduled premises, coverages and limits of insurance.

All other terms and conditions remain the same.

_____
Authorized Representative

COMMERCIAL PROPERTY

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    a. Someone insured by this insurance;

    b. A business firm:

        (1) Owned or controlled by you; or

        (2) That owns or controls you; or

    c. Your tenant.

This will not restrict your insurance.

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

1. Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

2. Additional Coverage – Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

POLICY NUMBER:01-LX-011738646-6

**COMMERCIAL PROPERTY**
CP 12 18 10 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDERS' RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

### SCHEDULE

| Location Number:  1 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.):    C1 |
|---|---|---|
| Description Of Property:  PREM 1-1 | | |
| Loss Payee Name: | LOSS PAYEES AS PER ON FILE WITH THE COMPANY | |
| Loss Payee Address: | ., Telluride, CO 81435 | |

| Location Number:  1 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.):    C2 |
|---|---|---|
| Description Of Property:  GONDOLA PLAZA BUILDING #27 | | |
| Loss Payee Name: | U.S. BANK | |
| Loss Payee Address: | PO BOX 487, 238 EAST COLORADO AVE, Telluride, CO 81435 | |

| Location Number:  1 | Building Number: 1 | Applicable Clause (Enter C.1., C.2., C.3. or C.4.):    C1 |
|---|---|---|
| Description Of Property:  LEASED 2015 ALU SCREENING BUCKET | | |
| Loss Payee Name: | RASMUSSEN EQUIPMENT COMPANY | |
| Loss Payee Address: | 3333 WEST 2100 SOUTH, West Valley City, UT 84119 | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99**, the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

**C.** The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**1. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**a.** Adjust losses with you; and

**b.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear

**2. Lender's Loss Payable Clause**

**a.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

(1) Warehouse receipts;

(2) A contract for deed;

(3) Bills of lading;

(4) Financing statements; or

(5) Mortgages, deeds of trust, or security agreements.

**b.** For Covered Property in which both you and a Loss Payee have an insurable interest:

(1) We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

(2) The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

(3) If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

(a) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(b) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(c) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

(4) If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(a) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

(b) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**c.** If we cancel this policy, we will give written notice to the Loss Payee at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**d.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**3. Contract Of Sale Clause**

a. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered into a contract with for the sale of Covered Property.

b. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

(1) Adjust losses with you; and

(2) Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

c. The following is added to the **Other Insurance** Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**4. Building Owner Loss Payable Clause**

a. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building in which you are a tenant.

b. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

c. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

**COMMERCIAL PROPERTY**
115191 08/17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SKI RESORT PROPERTY COVERAGE PROPERTY IN TRANSIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

SKI RESORT PROPERTY COVERAGE – CAUSES OF LOSS – SPECIAL FORM

Subparagraph **1. a.** of Section **F. Additional Coverage Extensions** is deleted in its entirety and replaced by the following:

You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) while in due course of "transit", including loading and unloading. Your personal property in "transit" includes shipments within the Coverage Territory, including, while waterborne on inland or coastal waterways within or between the Continental United States, Alaska, or Canada. This coverage shall not apply to the property of others for which you are responsible as a carrier for hire, as a shipper, or hauler. We shall pay for those shipments of your personal property in the custody of a carrier under a shipping document.

For the purposes of this endorsement, "transit" means the shipment of Covered Property that:

a.   Begins at the point of shipment to a specific destination;

b.   Includes the ordinary reasonable and necessary stops, interruptions, delays, or transfers incidental to the route and method of shipment, including rest periods taken by driver(s);

c.   Includes temporary storage at a terminal location, including while situated on or in the mode of transportation used for shipment of Covered Property, for up to 30 consecutive days; and

d.   Ends upon the acceptance of the goods by or on behalf of the consignee at the specified destination.

All other terms and conditions of the policy remain the same.

_____

Authorized Representative

COMMERCIAL PROPERTY
115192 08/17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MULTIPLE DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

SKI RESORT BUILDING AND PERSONAL PROPERTY COVERAGE FORM
SKI RESORT BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

### SCHEDULE *

The Deductibles applicable to any one occurrence are shown below:

| Coverage | Building Location | Deductible | Covered Causes of Loss |
|---|---|---|---|
| Building & Contents | 1 | $25,000 | Special |
| Lifts | 1 | $25,000 | Special |
| Fixed Snowmaking | 1 | $25,000 | Special |
| Mobile Equipment | 1 | $25,000 | Special |
| Misc Equipment | 1 | $25,000 | Special |
| EDP | 1 | $10,000 | Special |
| Contingent BI | 1 | $25,000 | Special |
| Tee/Greens/Fairways | 1 | $5,000 | See Specific Form |
| Sprinkler System | 1 | $5,000 | See Specific Form |
| Additional Golf Property | 1 | $1,000 | See Specific Form |
| Non-Owned Golf Carts | 1 | $1,000 | See Specific Form |
| Business Income | 1 | $25,000 | Special |
| Food Borne | 1 | $10,000 | Special |
| | | | |

*Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

I.    The following is added to the DEDUCTIBLE section of the Ski Resort Building and Personal Property Coverage Form:

    **A.**  In the event that loss or damage occurs to Covered Property at more than one building location as a result of one occurrence, the largest applicable deductible for that Covered Cause of Loss, shown in the Schedule above or in the Declarations, will apply.

    **B.**  In the event that loss or damage occurs to Covered Property as a result of more than one Covered Cause of Loss, the largest single applicable deductible shall apply.

    **C.**  The terms of this endorsement do not apply to any Windstorm or Hail Percentage Deductible provided elsewhere in this policy.

II.    The Ski Resort Business Income (and Extra Expense) Coverage Form is amended as follows:

In the event that a monetary (dollar) deductible is shown for Business Income coverage the following shall apply:

COMMERCIAL PROPERTY
115192 08/17

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**A.** The Business Income deductible will apply in addition to the Covered Property deductible, and paragraph **I. A.** above shall not apply as respects the Business Income deductible;

**B.** In the event that loss or damage occurs to Covered Property at more than one building location as a result of one occurrence, the largest applicable deductible for Business Income, for that Covered Cause of Loss, shown in the Schedule above or in the Declarations, will apply; and

**C.** The following Deductible provision is added to the Ski Resort Business Income and Extra Expense Coverage Form:

**Deductible**

If the adjusted amount of Business Income loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of Business Income loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less

All other terms and conditions of the policy remain the same.


Authorized Representative

COMMERCIAL PROPERTY
97081 04/08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN - OTHER CONDITIONS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
CAUSES OF LOSS FORM – SPECIAL FORM

*Equipment Breakdown is subject to the Limits of Insurance shown in the Supplemental Declarations attached to and forming a part of this policy, unless otherwise specified below.*

| Coverages | Limits of Insurance |
|---|---|
| Equipment Breakdown Limit | $100,000,000 |
| Expediting Expenses | $100,000 |
| Hazardous Substances | $100,000 |
| Spoilage | $100,000 |
| Computer Equipment | $100,000 |
| Data Restoration | $100,000 |
| Service Interruption | $100,000 |
| Business Income | $22,801,987 |
| (Business Income is a sublimit , and included in the total Equipment Breakdown limit above) | |
| Extra Expense | Combined with Business Income |
| Dependent Property | $1,500,000 |
| Ordinance or Law | $1,000,000 |

### Deductibles

*Equipment Breakdown is subject to the deductibles shown in the Declarations attached to and forming a part of this policy, unless otherwise specified below.*

| | |
|---|---|
| Direct Coverages............................................. | $25,000 |
| Except equip. for generating electricity.............. | $40.00 Per KW, $25,000 Minimum |
| Except motors, compressors, pumps & gears.................. | $40.00 Per Horsepower, $25,000 Minimum |
| Indirect Coverages........................................... | 1 Times ADV* |

**Other Conditions** (any Equipment Breakdown conditions not otherwise indicated above)

Excavation costs limited to: $5,000
Extended Business Income: 180 Days
Interruption of Service Waiting Period: 24 Hours

97081 04/08              New Hampshire Insurance Company       **Page 1 of 2**

COMMERCIAL PROPERTY
97081 04/08

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

*ADV ="" Average Daily Value

All other terms, conditions, and exclusions shall remain unchanged.

_____
Authorized Representative

COMMERCIAL PROPERTY
100387 06/10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FOOD CONTAMINATION AND COMMUNICABLE DISEASE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

SCHEDULE*

**Premises Covered:**

1.

2.

3.

**Limit of Insurance for Each Premises:**

Food Contamination and Communicable Disease Aggregate Limit          $ 1,000,000

\* Information required to complete this schedule, if not shown on this endorsement, will be shown in the Declarations, or by endorsement hereto.

I.    Subparagraph e. is added to paragraph **5. Additional Coverages** of Section **A. COVERAGE** as follows:

e.    **Food Contamination and Communicable Disease**

(1)  We will pay for the actual loss of Business Income you sustain if the Board of Health or other governmental body orders you to close one or more of your entire premises, as shown in the Schedule of this FOOD CONTAMINATION AND COMMUNICABLE DISEASE COVERAGE endorsement (hereinafter "Schedule"), due to discovery or suspicion of "food contamination" or "communicable disease".

(2)  We will pay for Extra Expense you incur (as described in Subparagraphs (a) – (c) below) due to the Board of Health or other governmental body discovering or suspecting "food contamination" or "communicable disease" at your premises, as described in the Schedule.  We will only pay for the following Extra Expense:

(a)  The cost to replace consumable food that is declared contaminated by the local Board of Health or other governmental body, or consumable food that is suspected to be contaminated;

(b)  The cost of necessary medical tests or vaccinations for your employees, as required by the local Board of Health or other governmental body, but only to the extent that such tests or vaccinations do not qualify for coverage under any other insurance policy, or insurance plan;

(c)  The cost to clean up your equipment as required by the Board of Health or any other governmental body;

COMMERCIAL PROPERTY
100387 06/10

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

      **(d)** The cost to reimburse your guests, patrons, or invitees for necessary doctors care, hospitalization and medical tests, and

      **(e)** The cost of additional expense in advertising to restore your business reputation.

    **(3)** Limit of Insurance

      The most we will pay under this Additional Coverage for all losses due to "food contamination" and "communicable disease" in any one policy year, at each premises described in the Schedule is the Food Contamination and Communicable Disease Aggregate Limit shown in the Schedule.

      The Food Contamination and Communicable Disease Aggregate Limit is in addition to the Limits of Insurance for Covered Property shown in the Declarations.

    **(4)** This Additional Coverage does not apply to any fines or penalties levied against you by the Board of Health, or any other governmental authority, as a result of the discovery or suspicion of "food contamination" or "communicable disease".

**II.** With respect to the coverage provided by this endorsement *only*, Subparagraph **c. Extended Business Income** of Paragraph **5. Additional Coverages** of Section **A. Coverage** is deleted in its entirety.

**III.** With respect to the coverage provided by this endorsement *only*, the following definitions are added to Section **F. Definitions**:

    **1.** "Food contamination" means food that is deemed unfit for consumption by the Board of Health or other governmental body as a result of:

      **a.** Tainted food you purchased;

      **b.** Food which has been improperly stored, handled, or prepared; or

      **c.** A "communicable disease" transmitted through your employee(s).

    **2.** "Communicable disease" means any disease that is transmissible by infection or contagion through contact with humans or animals, or through bodily fluids, contaminated objects, airborne inhalation or a similar agent.

All other terms, conditions, and exclusions of the policy shall remain unchanged.

_____

AUTHORIZED REPRESENTATIVE

COMMERCIAL PROPERTY
110326 07/12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL COVERAGES FOR GOLF COURSES

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

## SCHEDULE

| ADDITIONAL COVERAGES | LIMITS OF INSURANCE | |
|---|---|---|
| Tee to Green | $ 2,000,000 | Per policy period |
| Sprinklers and Underground Wiring | $ 25,000 | Per occurrence |
| Additional Covered Golf Course Property | $ 5,000 | Per occurrence |

*\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.*

The following Additional Coverages are added to Paragraph **4. Additional Coverages** in Section **A. Coverage**:

[Limits for each Additional Coverage are in addition to Limits of Insurance for Covered Property shown in the Declarations. Unless otherwise indicated, the property deductible shown in the Declarations shall apply to the Additional Coverages].

**a. Tee To Green**

We will pay for loss or damage to your golf holes meaning tees, driving ranges, cut fairways, greens, bunkers, cut and maintained roughs and other cut and maintained playing surfaces.

We will only pay for loss or damage caused by or resulting from any of the following causes of loss:

(1)     Fire, lightning, explosion;

(2)     Aircraft or vehicles;

(3)     Riots, riot attending a strike, civil commotion;

(4)     Vandalism and malicious mischief; or

(5)     Windstorm or hail.

The total we will pay for all loss or damage under this Additional Coverage in any one policy period shall not exceed the amount shown in the Schedule to this Additional Coverage for Golf Courses endorsement (hereinafter the "Schedule").

110326 07/12                    New Hampshire Insurance Company            **Page 1 of 2**

COMMERCIAL PROPERTY
110326 07/12

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

**b. Sprinklers And Underground Wiring**

We will pay for loss or damage to your in-ground landscape sprinkler systems (including related equipment) and underground wiring at the premises described in the Declarations. We will not pay for loss or damage caused by freezing.

The most we will pay for loss or damage under this Additional Coverage for any one occurrence is the amount shown in the Schedule.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

**c. Additional Covered Golf Course Property**

We will pay for loss or damage to your:

(1) flags, ball washers, benches, tee markers, tee monuments, tee signs, exterior light fixtures, poles and bells at the premises described in the Declarations; and

(2) fences, bridges, walks, patios and other paved surfaces that are adjacent to greens and fairways covered under the Tee to Green Additional Coverage, above.

The most we will pay for loss or damage under this Additional Coverage for any one occurrence is the amount shown in the Schedule.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

All other terms and conditions of the policy remain the same.

Authorized Representative

COMMERCIAL PROPERTY
108014 08/17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL COVERAGE - WILDFIRE EXTRA EXPENSE

This endorsement modifies insurance provided under the following:

SKI RESORT BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

**Schedule**

Wildfire Extra Expense Aggregate Limit of Liability          $ 100,000

*(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)*

The following subparagraph **e.** is added to paragraph **6.** of section **A.:**

**e.  Wildfire Extra Expense**

Wildfire Extra Expense that the Insured sustains due to direct physical loss or damage, to a "Forest" covering the "insured ski area" described in the Declarations. The direct physical loss or damage must be caused by a "Wildfire".

Wildfire Extra Expense means the necessary excess cost incurred by the Insured in order to continue operation of the "insured ski area" and related ski resort business as nearly as reasonably practicable for a period not to exceed 12 months, over and above the cost that would normally have been incurred to conduct business during the same period had no direct physical loss or damage occurred. The end of the policy term does not cut short this 12-month period. Wildfire Extra Expense means:

**a.** Expenses to restore the ski slopes located in the "Insured ski area", including but not limited to, expenses for: constructing berms, installing barriers or fencing to contain snow on slopes, demarking trails, removing debris, such as trees and brush, and re-foresting and/or similar expenses; and

**b.** Advertising expenses in order to promote the operation of the "Insured ski area" after a "wildfire".

The Wildfire Extra Expense Aggregate Limit of Liability shown in the Schedule above is the most the Company will pay under this endorsement, for the total of all Wildfire Extra Expenses sustained in any one policy term, regardless of the number of occurrences under this policy. With respect to an occurrence which begins in one policy term and continues or results in additional loss or damage in a subsequent policy term, all direct physical loss or damage is deemed to be sustained in the policy term in which the occurrence began.

The following are added to Section **F. Definitions:**

"Forest" means the dense growth of trees and underbrush covering a tract of land.

"Insured ski area" means the land within the ski resort's permit area that is owned or leased   by   the insured.

COMMERCIAL PROPERTY
108014 08/17

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

"Wildfire" means a highly destructive fire involving a "Forest".

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

COMMERCIAL PROPERTY
MAN XXX 11/11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SKI RESORT SUPPLEMENTAL DECLARATIONS

Limits of Insurance shown below shall apply with respect to Additional Coverages, Coverage Extensions and Additional Coverage Extensions, as provided in the Ski Area Commercial Property Forms, unless another limit is otherwise indicated in the Declarations or by endorsement hereto.

Where a Limit of Insurance is indicated as Included, such coverage shall follow the Limit(s) of Insurance provided by the Policy and indicated in the Declarations.

If other, more specific, coverage is provided by this policy, the Limit of Insurance with respect to Additional Coverages, Coverage Extensions and Additional Coverage Extensions shall apply in excess of the Limit(s) of Insurance for such specific coverage.

No coverage is provided by this Supplemental Declarations. Refer to the Ski Area Commercial Property Forms to determine the scope of your insurance protection.

**Building and Personal Property Coverage Form**

| Additional Coverages | Limits of Insurance |
|---|---|
| Debris Removal | $ 25,000 |
| Preservation of Property | Included |
| Fire Department Service Charge | 25,000 |
| Pollutant Clean Up And Removal | 25,000 |
| Recharge of Fire Protection Equipment | 10,000 |
| Reward Payments | 10,000 |
| Money And Securities – On Your Premises | 20,000 |
| Money And Securities - Away From Your Premises | 10,000 |
| Computer Equipment, Media, Electronic Data, And Programs: | |
|     Computer Equipment | **1,000,000** |
|     Media, Electronic Data And Programs | **included in above** |
| Lock Replacement | 10,000 |
| Wind Blown Debris | 10,000 |

MAN XXX 11/11        New Hampshire Insurance Company       **Page 1 of 4**

COMMERCIAL PROPERTY
MAN XXX 11/11

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

| | |
|---|---|
| Claim Expense | 25,000 |
| Expediting Costs | 25,000 |

| Coverage Extensions | Limits of Insurance |
|---|---|
| Newly Acquired or Constructed Property – Buildings | $ 1,000,000 |
| Newly Acquired or Constructed Property – Your Business | |
|     Personal Property | 1,000,000 |
| Personal Effects And Property Of Officers, Partners, Members | |
|     and Employees | 50,000 |
| Valuable Papers And Records (Other Than Electronic Data) | 100,000 |
| Property Off - Premises | 50,000 |
| Your Outdoor Property | 100,000 |
| Sod, Trees, Shrubs and Plants | |
|     Any one Tree, Shrub or Plant | 1,000 |
|     Any one occurrence | 25,000 |
| Non-Owned Detached Trailers | 20,000 |
| Fine Arts | **500,000** |
| Salesperson's Samples | 10,000 |
| Accounts Receivable Records | 100,000 |
| Off Premises Utility Failure – Damage to Covered Property | **1,000,000** |
| Retaining Walls | 5,000 |
| Undamaged Leasehold Improvements | 50,000 |
| Coverage for Loss to Portion of Undamaged Building | Included |
| Bridges, Roadways, Walks, Patios or Other Paved Surfaces | Included |
| Ordinance or Law | Included |

COMMERCIAL PROPERTY
MAN XXX 11/11

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### Business Income and/or Extra Expense Coverage Form

| Additional Coverages | | Limits of Insurance |
|---|---|---|
| Civil Authority | $ | Included |
| Alterations And New Buildings | | Included |
| Extended Business Income | | Included |
| Interruption Of Computer Operations | | 100,000 |

| Coverage Extensions | | Limits of Insurance |
|---|---|---|
| Newly Acquired or Constructed Property (Business Income) | $ | 500,000 |
| Dependent Property | | 100,000 |
| Off Premises Utility Failure (Business Income) | | **1,000,000** |
| Lease Cancellation Moving Expenses | | 5,000 |
| Off Premises Utility Failure — when loss is caused by loss or damage to Above Ground Transmission or Distribution Lines: | | |
| Damage to Covered Property and Business Income combined | | **1,000,000** |

### Causes of Loss — Special Form

| Limitation | | Limits of Insurance |
|---|---|---|
| Theft of Furs, Jewelry, Stamps and Other Specified Items | $ | 5,000 any one item; Maximum 10,000 any one occurrence |

| Additional Coverages | | Limits of Insurance |
|---|---|---|
| Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria | | 25,000 |

| Additional Coverage Extensions | | Limits of Insurance |
|---|---|---|

**COMMERCIAL PROPERTY**
MAN XXX 11/11

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

| | | |
|---|---|---|
| Property In Transit | $ | 350,000 |
| Water Damage, Other Liquids, Powder Or Molten | | |
|     Material Damage | | Included |
| Glass | | Included |
| Sewer Backup and Water Below the Surface | | Included |
| Additional Spoilage | | 25,000 |
| Virus and Hacking | | 25,000 |

| **Additional Coverage – Equipment Breakdown** | | **Limits of Insurance** |
|---|---|---|
| Equipment Breakdown | $ | Included |
|     Expediting Expenses | | 25,000 |
|     Hazardous Substances | | 25,000 |
|     Spoilage | | 25,000 |
|     Computer Equipment | | 25,000 |
|     Data Restoration | | 25,000 |
|     Service Interruption | | 25,000 |
|     Business Income | | Included |
|     Extra Expense | | Included |
|     Dependent Property | | Included |
|     Ordinance or Law | | Included |

Where a Limit of Insurance is indicated as Included, such coverage shall follow the Limit(s) of Insurance provided by the Policy and indicated in the Declarations, unless otherwise indicated in the Equipment Breakdown – Other Conditions Endorsement.

Where any policy deductible, condition, limitation or exclusion for Additional Coverage – Equipment Breakdown is different from those provided by the forms attached to this policy, such deductible, condition, limitation or exclusion for Additional Coverage – Equipment Breakdown, if any, will be indicated in the Equipment Breakdown – Other Conditions Endorsement.

COMMERCIAL PROPERTY
MAN 070 11/14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SKI RESORT PROPERTY UNDERGROUND PROPERTY ENDORSEMENT

This endorsement modifies insurance provided under the following:

SKI RESORT BUILDING AND PERSONAL PROPERTY COVERAGE FORM

I.  Subparagraph **l.** of paragraph **2. Property Not Covered** of section **A. Coverage** is deleted in its entirety and replaced by the following:

l.   Underground pipes, flues or drains, except as provided in paragraph **5. Coverage Extensions;**

II.  The following is added to paragraph **5. Coverage**

**Extensions: Underground Property**

Coverage for your building is extended to include your underground property, including but not limited to pipes, flues, drains or tanks, provided that a description and value is shown on the statement of values submitted to, and on file with us.

Coverage includes cost to excavate such underground property during repair and replacement.

Coverage under this Coverage Extension does not include underground or buried piping used to de-ice heated walkways, driveways or patios.

All other terms and conditions of the policy remain the same.

COMMERCIAL PROPERTY
117560 09/18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# OFF PREMISES UTILITY SERVICES CHANGES

This endorsement modifies insurance provided under the following:

SKI RESORT BUILDING AND PERSONAL PROPERTY COVERAGE FORM

SKI RESORT BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

I.   The SKI RESORT BUILDING AND PERSONAL PROPERTY COVERAGE FORM is amended as follows:

Subparagraph k. Off Premises Utility Failure of paragraph 5. Coverage Extensions of section A. Coverages is deleted in its entirety and replaced with the following:

We shall pay for loss of or damage to your Covered Property caused by the interruption of service to the premises described in the Declarations which results from direct physical loss of or damage, by a Covered Cause of Loss, to the following services not on the premises described in the Declarations:

(1)   Water Supply Services, meaning the following types of property supplying water to the premises described in the Declarations:

(a)   Pumping stations; and

(b)   Water mains.

**(2)** Communication Supply Services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave, or television services to the premises described in the Declarations, such as:

**(a)** Communication transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

This shall not include above ground communication lines, except that we will pay for loss or damage under this Extension which results from direct physical loss of or damage, caused by or resulting from a Covered Cause of Loss, to above ground communication lines within 10 statute miles of the premises described in the Declarations.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam, or gas to the premises described in the Declarations:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

    **(d)** Transformers; and

    **(e)** Transmission lines.

    This shall not include above ground transmission lines, except that we will pay for loss or damage under this Extension which results from direct physical loss of or damage, by a Covered Cause of Loss, to above ground transmission lines within 10 statute miles of the premises described in the Declarations.

The most we will pay for loss or damage under this Extension is the Off Premises Utility Failure Limit of Insurance shown in the Supplemental Declarations.

II. The SKI RESORT BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM is amended as follows:

Subparagraph c. Off Premises Utility Failure of paragraph 6, Coverage Extensions of section A. Coverages is deleted in its entirety and replaced by the following:

## c. Off Premises Utility Failure
We shall pay for the actual loss of your business income and extra expense caused by or resulting from:

    **(1)** The necessary suspension of your operations during the period of restoration;

    **(2)** Direct physical loss or damage by a Covered Cause of Loss to property not on your premises but used to supply you with services by the following utilities:

        **(a)** Water Supply Services, meaning the following types of property supplying water to the premises described in the Declarations:

            **(i)** Pumping stations; and

            **(ii)** Water mains.

        **(b)** Communication Supply Services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave, or television services to the premises described in the Declarations, such as:

            **(i)** Communication transmission lines;

            **(ii)** Coaxial cables; and

            **(iii)** Microwave radio relays, except satellites.

        This shall not include above-ground communication lines, except that we will pay for loss or damage under this Extension which results from direct physical loss of or damage, caused by or resulting from a Covered Cause of Loss, to above ground communication lines within 10 statute miles of the premises described in the Declarations.

        **(c)** Power Supply Services, meaning the following types of property supplying electricity, steam, or gas to the premises described in the Declarations:

            **(i)** Utility generating plants;

COMMERCIAL PROPERTY
117560 09/18

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

(ii)  Switching stations;

(iii) Substations;

(iv) Transformers; and

(v)  Transmission lines.

This shall not include above-ground transmission lines, except that we will pay for loss or damage under this Extension which results from direct physical loss of or damage, caused by or resulting from a Covered Cause of Loss, to above ground transmission lines within 10 statute miles of the premises described in the Declarations.

The most we shall pay under this Business Income and Extra Expense Coverage Extension is the Off Premises Utility Failure Limit of Insurance shown on the Supplemental Declarations for loss you incur after the first twenty-four (24) hours following direct physical loss or damage by a Covered Cause of Loss that disrupted the services provided by the utility companies described above, unless a dollar deductible is shown in the Declarations or by endorsement to this policy for Business Income and then such dollar deductible shall apply as respects this coverage extension.

All other terms and conditions of the policy remain the same.

_____

Authorized Representative

COMMERCIAL PROPERTY
IL1201 11/85

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY CHANGE

set initialization "sformpg" set pn " " set fn "IL 12 01 11 85" set cyears "1983" set bind "right"
set polno "N" set clinc "Y" set ctype "both" set format "NONE" set div "NONE" set isof1
"Helvetica 9.5 medium" set isof2 "Helvetica 9.5 bold" set isof3 "Helvetica 12 bold" set isof4
"Helvetica 18 bold"

| POLICY NUMBER<br><br>01-LX-011738646-6 | POLICY CHANGES EFFECTIVE<br><br>11/1/18 | COMPANY      ,<br><br>New Hampshire Insurance Company |
|---|---|---|
| NAMED INSURED<br><br>TSG COMPANY LLC | | AUTHORIZED REPRESENTATIVE |

COVERAGE PARTS AFFECTED

COMMERCIAL PROPERTY

Business Income/Extra Expense included coverage for managed properties – as per schedule on file with

Carrier – Per SOV

COMMERCIAL PROPERTY
IL1201 11/85

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

Authorized Representative Signature

# ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

Policy No: 01-LX-011738646-6 000
Effective 12:01 a.m. 11/01/2018

## FUNGUS EXCLUSION

*This endorsement modifies insurance provided under the following:*

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury", or any other loss, cost or expense, including but not limited to, losses, costs or expenses related to, arising from or associated with clean-up, remediation, containment, removal or abatement, caused directly or indirectly, in whole or in part, by:

    a. Any "fungus(i)", "mold(s)", mildew or yeast, or
    b. Any "spore(s)" or toxins created or produced by or emanating from such "fungus(i)", "mold(s)", mildew or yeast, or
    c. Any substance, vapor, gas, or other emission or organic or inorganic body or substance produced by or arising out of any "fungus(i)", "mold(s)", mildew or yeast, or
    d. Any material, product, building component, building or structure, or any concentration of moisture, water or other liquid within such material, product, building component, building or structure, that contains, harbors, nurtures or acts as a medium for any "fungus(i)", "mold(s)", mildew, yeast, or "spore(s)" or toxins emanating therefrom,

regardless of any other cause, event, material, product and/or building component that contributed concurrently or in any sequence to that "bodily injury", "property damage", "personal and advertising injury", loss, cost or expense.

For the purposes of this exclusion, the following definitions are added to the Policy:

    "Fungus(i)" includes, but is not limited to, any of the plants or organisms belonging to the major group fungi, lacking chlorophyll, and including "mold(s)", rusts, mildews, smuts, and mushrooms.

    "Mold(s)" includes, but is not limited to, any superficial growth produced on damp or decaying organic matter or on living organisms, and "fungi" that produce molds.

    "Spore(s)" means any dormant or reproductive body produced by or arising or emanating out of any "fungus(i)", "mold(s)", mildew, plants, organisms or microorganisms.

It is understood that to the extent any coverage may otherwise be provided under this policy or any of its other endorsements, the provisions of this exclusion will supercede.

**ALL OTHER TERMS AND CONDITIONS SHALL REMAIN UNCHANGED.**

_____
Authorized Representative

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

Policy No: 01-LX-011738646-6 000
Effective 12:01 a.m. 11/01/2018

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**NOTICE:  EXCEPT TO SUCH EXTENT AS MAY OTHERWISE BE PROVIDED HEREIN, THE COVERAGE OF THIS ENDORSEMENT IS GENERALLY LIMITED TO LIABILITY FOR ONLY THOSE CLAIMS THAT ARE FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND REPORTED IN WRITING TO THE INSURER PURSUANT TO THE TERMS HEREIN.  PLEASE READ THIS ENDORSEMENT CAREFULLY AND DISCUSS THE COVERAGE THEREUNDER WITH YOUR INSURANCE AGENT OR BROKER.**

**NOTICE: THE LIMIT OF INSURANCE AVAILABLE TO PAY JUDGMENTS OR SETTLEMENTS SHALL BE REDUCED BY AMOUNTS INCURRED BY US FOR LEGAL DEFENSE.**

**EMPLOYEE BENEFITS LIABILITY INSURANCE
PROVIDES CLAIMS MADE COVERAGE - Please read carefully**

**ADDITIONAL DECLARATIONS**

| ITEMS | | |
|---|---|---|
| 1. | **LIMIT OF INSURANCE FOR EMPLOYEE BENEFITS LIABILITY INSURANCE** Any payments made pursuant to this endorsement will be subject to, and erode the General Aggregate Limit of the policy to which this endorsement is attached. $1,000,000 , Each Wrongful Act or Series Of Related Wrongful Acts Limit | |
| 2. | **SELF INSURED RETENTION:** ☐ (Applicable, if checked) Check this box if SIR is shown in the next field. | Each Wrongful act or series of related Wrongful acts. If applicable, then the insurance provided by this endorsement will only apply in excess of the listed Self Insured Retention (hereinafter "Retained Limit").  Additionally, we shall have the right, but not the duty, to defend any suit against the Insured seeking damages on account of a Wrongful act or series of related Wrongful acts. |
| 3. | **DEDUCTIBLE:** ☒ (Applicable, if checked) Check this box if deductible is shown in the next field. | $ 1,000      Each Wrongful act or series of related Wrongful acts. If applicable, then the Deductible is subject to the terms and conditions of the Deductible Endorsement – Form A (Form No. _____) that is attached to the policy under Endorsement No. |
| 4. | **RETROACTIVE DATE:** 11/01/2001 | |
| 5. | **ESTIMATED ANNUAL PREMIUM:** | ███████ |

A. For the purpose of coverage provided by this endorsement only, **SECTION I – COVERAGES,** is amended with the addition of the following:

COVERAGE - EMPLOYEE BENEFITS LIABILITY

1.  Insuring Agreement

51767(04/02)                                        1

a. We will pay the Insured for those sums which the Insured shall become legally obligated to pay as damages because of any "claim" made against the Insured due to any "Wrongful act" of the Insured, or any other person for whose acts the Insured is legally liable, in the "administration" of the "employee benefit program" of the Insured.

Except with respect to a Retained Limit as indicated in Item 2 of the Additional Declarations, we have the right and duty to defend any suit against the Insured seeking damages on account of such negligent act, error or omission, even if any of the allegations of the suit are groundless, false or fraudulent, and we may make such investigation and settlement of any "claim" or suit as we deem expedient. However, we will have no duty to defend the insured against any "suit" seeking damages to which this insurance does not apply.
But:

1) The amount we will pay for damages is limited as described in Section D. 1. of this endorsement headed Limits of Insurance;
2) the amounts we pay for "allocated loss adjustment expenses" will reduce the Limit of Insurance available, as provided under Section D. 1. of this endorsement headed Limits of Insurance; and
3) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments, settlements, or "allocated loss adjustment expenses".

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Section C. of this endorsement.

b. The insurance provided by this endorsement applies to damages only if:

1) the damages did not occur before the Retroactive Date, if any, shown in Item 4. of the Additional Declarations or after the end of the policy period; and
2) the "claim" for damages covered by this endorsement is first made against the Insured, in accordance with Paragraph c. below, during the policy period or an Extended Reporting Period we provide under Section E., 2. Optional Extended Reporting Period.

c. A "claim" seeking damages will be deemed to have been made at the earlier of the following times:

1) When notice of such "claim" is received and recorded by any insured or by us, whichever comes first; or
2) When we make settlement in accordance with Paragraph 1.a. above

A "claim" received and recorded by the insured within 60 days after the end of the policy period will be considered to have been received within the policy period, if no subsequent policy is available to cover the "claim".

d. All "claims" for damages made by an "employee" because of any "Wrongful act" or series of related "Wrongful acts", including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been made at the time the first of those "claims" is made against any insured.

2. Exclusions

This endorsement does not apply to:

a. Dishonest, Fraudulent, Criminal Or Malicious Act.

Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious act, error or omission, committed by any insured, including the willful or reckless violation of any statute.

b. Bodily Injury, Property Damage, Or Personal And Advertising Injury

"Bodily injury", "property damage" or "personal and advertising injury".

c. Failure To Perform A Contract

Damages arising out of failure of performance of contract by any insurer.

d. Insufficiency Of Funds

Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

e. Inadequacy Of Performance Of Investment/Advice Given With Respect To Participation

Any "claim" based upon:

1) Failure of any investment to perform;
2) Errors in providing information on past performance of investment vehicles; or
3) Advice given to any person with respect to that person's decision to participate or not to participate in any plan included in the "employee benefit program"

f. Workers' Compensation And Similar Laws

Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

g. ERISA

Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended, or by any similar federal, state or local laws.

h. Available Benefits

Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

i. Taxes, Fines Or Penalties

Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

j. Employment-Related Practices

Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

k. Failure to Maintain Insurance or Bond

Any "claim" made against the Insured based on or attributable to any failure or omission on the part of the Insured to effect and maintain insurance or bonding for Plan Property or Assets.

B. For purposes of the coverage provided by this endorsement only, **Section II – Who Is An Insured** is deleted in its entirety and replaced with the following:

Insured: as used in this endorsement, means the Named Insured, provided that (a) if the Named Insured is designated as an individual, the insurance applies only to the conduct of a business of which he is the sole proprietor and (b) the unqualified word Insured also includes the following:

A.      If the Named Insured is or includes a partnership or joint venture, any partner or member thereof but only with respect to his liability as such;

51767(04/02)                           3

B.     Any executive officer, director or stockholder of the Named Insured while acting within the scope of his duties as such;

C.     Any employee, provided such employee is authorized to act in the "administration" of the "Employee Benefits Program" of the Named Insured.

C.  For the purposes of the coverage provided by this endorsement only, **SECTION I – SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**, is deleted in its entirety and replaced with the following:

ALLOCATED LOSS ADJUSTMENT EXPENSES – EMPLOYEE BENEFITS LIABILITY COVERAGE

a. If a Retention Amount is shown in Item 2. of the Additional Declarations above, you are responsible for all "Allocated Loss Adjustment Expenses" we pay as Supplementary Payments, according to the election indicated by an "X" below. If no election is indicated, election i. shall apply.

☐ i.     All "Allocated Loss Adjustment Expenses" up to the Retained Limit.  However, the most you are responsible for with respect to damages and "Allocated Loss Adjustment Expenses" combined shall not exceed the Retained Limit.

☐ii.    All "Allocated Loss Adjustment Expenses".

☐iii.   A part of "Allocated Loss Adjustment Expenses".  That part will be calculated by dividing the smaller of the Retained Limit or the damages you pay by the damages we pay. If we pay no damages, you are responsible for all "Allocated Loss Adjustment Expenses" up to the applicable Retained Limit and % of all remaining "Allocated Loss Adjustment Expenses".

☐iv.   No "Allocated Loss Adjustment Expenses".

b. If a Deductible Amount is shown in Item 2. of the Additional Declarations above, **you must reimburse us** for all "Allocated Loss Adjustment Expense" we pay as Supplementary Payments, according to the election indicated in the Deductible Endorsement that is referred to in Item 3 of the Additional Declarations.

c. With regard to either a Retained Limit or a Deductible:

(1)  your duty to pay for "Allocated Loss Adjustment Expenses" applies separately to each "Wrongful act" or series of related "Wrongful acts" committed in the "administration" of the "employee benefit program" of the Insured; and

(2)  All payments made by us for "Allocated Loss Adjustment Expenses" will be within the Limits of Insurance as provided under Section D. 1. of this endorsement headed Limits of Insurance.

D. For the purposes of the coverage provided by this endorsement, **Section III - Limits Of Insurance** is revised as follows:

1. Limits Of Insurance

a. The Limits of Insurance shown in the Additional Declarations and the rules below fix the most we will pay regardless of the number of:
1)  Insureds;
2)  "Claims" made or "suits" brought;
3)  Persons or organizations making "claims" or bringing "suits";
4)  "Wrongful act" or series of related "Wrongful acts"; or
5)  Benefits included in your "employee benefit program".

b.  The General Aggregate Limit as described in **Section III - Limits Of Insurance, 2.** is amended to include the following paragraph:

d. All damages and all associated "allocated loss adjustment expenses" that we pay because of a "Wrongful act" or series of related "Wrongful acts" committed in the "administration" of the "employee benefit program" of the Insured.

c. Subject to the General Aggregate Limit, the Each Wrongful Act or Series Of Related Wrongful Acts

Limit as stated in Item 1. of the Additional Declarations is the most we will pay for all damages and all associated "allocated loss adjustment expenses" due to any one "Wrongful act" or series of related "Wrongful acts" committed in the "administration" of the "employee benefit program" of the Insured.

However, the amount paid under this endorsement shall not exceed, and will be subject to, the limits and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

The Limits of Insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits Of Insurance.

2.   Retention Amount

If a Retention Amount is shown in Item 2. of the Additional Declarations above, the Limits of Insurance for the Coverage provided by this endorsement will apply in excess of the Retained Limit as stated in Item 2. of the Additional Declarations.

Subject to additional "Allocated Loss Adjustment Expenses", the Retained Limit is the most an insured will pay for all damages due to any one "Wrongful act' or series of related "Wrongful acts" committed in the "administration" of the "employee benefit program" of the Insured.

3.   Deductible

If a Deductible Amount is shown in Item 2. of the Additional Declarations above, **you must reimburse us** for all damages due to any one "Wrongful act" or series of related "Wrongful acts" committed in the "administration" of the "employee benefit program" of the Insured and any "Allocated Loss Adjustment Expense" we pay as Supplementary Payments, according to the terms and conditions as provided for in the Deductible Endorsement that is referred to in Item 3 of the Additional Declarations.

E.  For the purpose of coverage provided by this endorsement only, **SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS,** is amended with the addition of the following conditions:

1.   PREMIUM

The premium stated in the ADDITIONAL DECLARATIONS is an estimated premium only. Upon termination of each annual period of this endorsement the Insured, on request, will furnish us a statement of the total number of employees at the end of the period. The earned premium shall be computed on the average of the number of employees at the end of the coverage period and that stated in the ADDITIONAL DECLARATIONS. If the earned premium thus computed exceeds the estimated premium paid, the Insured shall pay the excess to us; if less, we shall return to the Insured the unearned portion paid by such Insured.

2.   OPTIONAL EXTENDED REPORTING ENDORSEMENT

The coverage under the Employee Benefits Liability Endorsement may end because one of us chooses to cancel it or not renew it. If this is not the result of non-payment of the premium, then you have the right to purchase an Extended Reporting Period Endorsement. The Extended Reporting Period does not extend the policy period or change the scope of coverage provided. It only extends the time to report covered claims that were first committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Schedule. The "claim" must first be made against an Insured and reported to us within 3 years after the Employee Benefits Liability Endorsement ends and while the reporting endorsement is in effect.

To obtain this reporting endorsement you must request it in writing and pay the additional premium within 30 days after this agreement ends. If we don't receive written notice and payment within this period, the

Extended Reporting Period will not go into effect. Additionally, you may not exercise this right at a later date.

We'll sell you this endorsement for the additional premium. This additional premium will not exceed 200% of the annual premium for the Employee Benefits Liability Endorsement. Once you pay the premium we can't cancel the endorsement. We will determine the additional premium taking into account the following:

a.    The exposures insured;
b.    Previous types and amounts of insurance;
c.    Limits of Liability available under the Employee Benefit Liability Insurance for future payment of damages; and
d.    Other related factors.

The Extended Reporting Period endorsement applicable to this coverage shall set forth the terms, not inconsistent with this Section, applicable to the Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Extended Reporting Period starts.

The optional Extended Reporting Endorsement does not reinstate or increase the Limits of Liability applicable to any "claim" to which The Employee Benefits Liability Endorsement applies.

3.   CONFORMITY WITH STATUTE

Terms of this endorsement which are in conflict with the statute of the state wherein this endorsement is issued are hereby amended to conform to such statutes.

F. Special Conditions relating to the Retained Limit (if applicable)

1.   With respect to the coverage provided by this endorsement only, Section IV - Commercial General Liability Conditions, 2. – Duties in the Event of Occurrence, Offense, "claim" or Suit, a. is amended to read:

A. Periodic Notices: on a  basis, you must provide us with a written summary (loss run) of all "wrongful acts", "claims", or "suits" which have or may result in payments within the Retained Limit.

This written summary must show:

1.   The date of the "wrongful act"; and
2.   A description of the damage, and
3.   The amount paid or reserved, including "allocated loss adjustment expense", resulting from the "wrongful act", "claim" or "suit".

B. Individual Notices of A "wrongful act" : in addition to the Periodic Notices provided for in A. above, you must see to it that we are notified as soon as practicable of any "wrongful act" which may result in a "claim".  Knowledge of a "wrongful act" by your agent, your servant, or your employee will not in itself constitute knowledge to you unless the Director of Risk Management (or one with similar or equivalent title) or his/her designee, at the address shown in the policy declarations, will have received such notice.  To the extent possible notice should include how, when and where the "wrongful act" took place and the nature of any damage arising out of the "wrongful act". You must provide us with any and all additional information, material and/or data, subsequent to the original notice, as it becomes available.

2.   Claims Administration

A. You will employ and pay, without any reimbursement from us, a firm acceptable to us for the purpose of providing claim services (Claims Administrator).  In the event of cancellation, expiration or revision of the contract between you and the self-insurance service company, you will notify us within ten (10) days of the cancellation, expiration or revision.

B. Loss settlements made by you or the Claims Administrator will be within the terms, conditions and limits of the policy.

C. There will be no reduction of the Retained Limit because of payment of "claims" or "suits" arising from "claims" or "suits" for which coverage is not afforded to by the policy.

3. Bankruptcy

Your bankruptcy, insolvency, inability to pay, failure to pay, or refusal to pay the Retained Limit will not increase our obligations under the policy. In the event there is insurance, whether or not applicable to an "wrongful act", "claim" or "suit" within the Retained Limit, you will continue to be responsible for the full amount of the Retained Limit before the limits of insurance under this policy apply. In no case will we be required to pay the Retained Limit or any portion thereof. Our obligations will attach only when the entire amount of the Retained Limit has been paid and then only in excess of the Retained Limit and not in excess of the total limit of insurance adjusted for any reduction in the aggregate limit of our liability.

G. For the purpose of coverage provided by this endorsement only, **SECTION V – DEFINITIONS**, is amended with the addition of the following definitions:

1. "Administration": shall mean:
   A. Giving counsel to employees with respect to the Employee benefit program;
   B. Interpreting the Employee benefit program;
   C. Handling of records in connection with the Employee benefit program;
   D. Effective enrollment, termination or cancellation of employees under the "Employee benefit program", provided all are acts which are authorized by the Named Insured.

2. "Allocated Loss Adjustment Expenses" means all fees for service of process and court costs and court expenses; pre- and post-judgement interest; attorneys' fees; cost of undercover operative and detective services; costs of employing experts; costs for legal transcripts, copies of any public records, and costs of depositions and court-reported or recorded statements; costs and expenses of subrogation; and any similar fee, cost or expense reasonably chargeable to the investigation, negotiation, settlement or defense of a loss or a "claim" or "suit" against you, or to the protection and perfection of your or our subrogation rights.

   "Allocated Loss Adjustment Expenses" shall not include our general overhead, the salary and employee benefits of any of our employees, nor the fees of any attorney who is our employee or under our permanent retainer; nor the fees of any attorney we retain to provide counsel to us about our obligations, if any, under any policy issued by us or our affiliated company (ies), with respect to a "claim" or "suit" against you.

3. "Cafeteria plans" means plans authorized by applicable law to allow employees to elect to pay for certain benefits with pre-tax dollars.

4. "Claim" means any demand, or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of an act, error or omission.

5. "Employee benefit program": means a program providing some or all of the following benefits to "employees" of the Insured, whether provided through a cafeteria plan or otherwise:

   (a) group life insurance; group accident or health insurance; dental, vision and hearing plans; provided that no one other than an "employee" of the Insured may subscribe to such benefits and such benefits are made generally available to those "employees" of the Insured who satisfy the plan's eligibility requirements;

   (b) profit sharing plans, employee savings plans, pension plans, employee stock subscription plans, provided that no one other than an "employee" of the Insured may subscribe to such benefits and such benefits are made generally available to all "employees" of the Insured who are eligible under the plan for such benefits;

   (c) workmen's compensation, unemployment insurance, social security benefits, disability benefits;

   (d) Vacation plans, including buy and sell programs; leave of absence programs, including military, maternity, family, and civil leave; tuition assistance plans; transportation and health club subsidies; and

(e) Any other similar benefits designated in the Schedule or added thereto by endorsement.

6. "Wrongful act": means any actual or alleged negligent act, error or omission in the "administration" of the Employee Benefits Plan.

H. For the purpose of coverage provided by this endorsement only, Definitions 5. and 18. in **SECTION V – DEFINITIONS** are replaced by the following:

5. "Employee" means a person actively employed, formerly employed, on leave of absence or disabled, or retired. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

18. "Suit" means a civil proceeding in which damages because of an act, error or omission to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

All other terms, exclusions, and conditions of this policy remain unchanged.

_____
Authorized Representative

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Policy No: 01-LX-011738646-6 000

Effective 12:01 a.m. 11/01/2018

## ABUSE AND MOLESTATION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**Commercial General Liability Coverage Part-Occurrence**

### ADDITIONAL DECLARATIONS

1.  Limits of Insurance

    $1,000,000          For each **abuse or molestation incident**

    $1,000,000          Aggregate Limit of Insurance for all **abuse or
                        molestation incidents**

**(If no entry appears above, information required to complete this endorsement will be shown in
the Declarations as applicable to this endorsement.)**

For the purposes of this endorsement, Coverage A., Bodily Injury and Property Damage, and
Coverage B., Advertising Injury and Personal Injury, of the Commercial General Liability
Coverage Part are each amended by adding the following to the end of each insuring agreement
and the following shall be the only insuring agreement to apply to **abuse or molestation
incidents.**

## I.    INSURING AGREEMENT

A.   **We** shall pay those amounts that the insured becomes legally obligated to pay as damages
     for **bodily injury, mental injury, advertising injury** or **personal injury** arising out of:

     1.   Any **abuse or molestation incident** arising out of:

          Negligent:

          a.   Employment;

          b.   Investigation;

          c.   Supervision;
          d.   Reporting to the proper authorities, or failure to report; or

     e.     Retention;

of a person for whom the insured is or ever was legally responsible.

B.    This insurance shall only apply if the **abuse or molestation incident** takes place on or after the inception date of this policy, but before the end of the **policy period**, and within the coverage territory.

C.    A **claim** by a person or organization seeking damages will be deemed to have been made at the earlier of the following times:

     1.    When notice of such **claim** is received and recorded by the insured or by **us**, whichever comes first; or

     2.    When **we** make settlement in accordance with the provisions of this endorsement.

.    All **claims** for damages because of **bodily injury**, **mental injury**, **advertising injury**, or **personal injury** arising out of an **abuse or molestation incident** to the same person, including damages claimed by any person or organization for care, loss of services, or death resulting at any time from the **bodily injury**, **mental injury**, **advertising injury**, or **personal injury**, shall be deemed to have been made at the time the first of those **claims** is made against the insured.

D.    **We** have the right and duty to defend any **suit** seeking damages to which this endorsement applies. **Our** right and duty to defend end when **we** have exhausted the applicable limit of insurance. Further, **we** may at our discretion investigate any **abuse or molestation incident** and settle any **claim** or **suit** that may result.

## II.    DEFINITIONS

For the purposes of this endorsement, the following additional definitions shall apply:

A.    **Abuse or molestation incident** means any actual or alleged negligent act, error, or omission resulting in abuse
or molestation or threatened abuse or molestation.

B.    **Mental Injury** means mental anguish or emotional distress.

## III.    LIMITS OF INSURANCE

A.    The limits of insurance stated above in the Additional Declarations and the information contained in this section fix the most **we** shall pay regardless the number of:

     1.    insureds;

**65123(4/96)**          2

2.    **Claims** submitted or suits brought; or

3.    Persons or organizations making **claims** or bringing **suits.**

B.    The most **we** shall pay under this endorsement for damages for **bodily injury, mental injury, advertising injury,** and **personal injury** arising from each **abuse or molestation incident** is limited to each **abuse or molestation incident** limit of insurance. The total damages for all **bodily injury, mental injury, advertising injury,** and **personal injury** arising from all **abuse or molestation incidents** shall be limited to the aggregate limit of insurance shown above in the Additional Declarations.

C.    These limits of insurance shall be the only limits of insurance available for coverage under this endorsement notwithstanding anything contained in Section III., Limits of Insurance, of the Commercial General Liability Coverage Part.

D.    All claims arising from continuous, related, or repeated **abuse or molestation incidents** shall be treated as arising out of one **abuse or molestation incident.** The limits of insurance in effect when the first **claim** was made shall apply to all such **claims.**

E.    The limits of insurance of this endorsement apply separately to each consecutive annual period and to any remaining period of less than twelve (12) months, starting with the beginning of the **policy period** shown in the Declarations, unless the **policy period** is extended after issuance for an additional period of less than twelve (12) months. In that case, the additional period shall be deemed part of the last preceding **policy period** for purposes of determining the limits of insurance.

## IV.   EXCLUSIONS

The endorsement shall not apply to any individual who:

1.    Committed or is alleged to have committed in the act which results in an **abuse or molestation incident;**

2.    Knowingly failed to prevent any expected or intended **abuse or molestation incident;** or

3.    Intentionally neglected to notify the proper authorities of any **abuse or molestation incident.**

**All other terms, conditions and exclusions remain unchanged.**

AUTHORIZED REPRESENTATIVE

**65123(4/96)**                 3

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ CAREFULLY

Policy No: 01-LX-011738646-6 000
Effective 12:01 a.m. 11/01/2018

TOTAL LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL UMBRELLA LIABILITY

This insurance does not apply to any "bodily injury", "property damage", "personal and
advertising injury", or any other loss, cost or expense arising out of the presence, ingestion,
inhalation, or absorption of or exposure to lead in any form or products containing lead.

_____
AUTHORIZED REPRESENTATIVE

58332 (08/07)

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.: 11/01/2018
Forms a part of Policy No.: 01-LX-011738646-6 000

# AGGREGATE DEDUCTIBLE LIABILITY INSURANCE (DEFENSE COSTS WITHIN DEDUCTIBLE)

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      LIQUOR LIABILITY COVERAGE FORM

## SCHEDULE

| Aggregate Deductible | $100,000 |
|---|---|

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM or | PER OCCURRENCE |
| Bodily Injury Liability | | |
| OR | | |
| Property Damage Liability | | |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | | $25,000 |
| OR | **Amount and Basis of Deductible** | |
| | PER CLAIM or | PER COMMON CAUSE |
| Liquor Liability (either alone or in combination with any of the deductible amounts for Bodily Injury Liability, Property Damage Liability or Bodily Injury Liability and/or Property Damage Liability Combined indicated in the Schedule above) | | $25,000 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages and/or "defense costs" for all "bodily injury", "property damage" and "injury", however caused):

**A.** Regardless of the number of insureds, claims made or "suits" brought, or persons or organizations making claims or bringing "suits", the most that you will be obligated to pay for the sum of all deductibles shall be the amount shown as Aggregate Deductible in the Schedule or the Declarations.

**B.** Subject to Paragraph **A.**, above, our obligation under the Bodily Injury Liability, Property Damage Liability, and Liquor Liability Injury Coverages to pay damages on your behalf applies only after any deductible amount, stated in the Schedule above as applicable to such coverages, is exhausted by the payment of damages and/or "defense costs".

**C.** Subject to Paragraph **A.**, above, you may select a deductible amount for Bodily Injury Liability and/or Property Damage Liability Coverage on either a per claim or a per "occurrence" basis. You may select a deductible amount for Liquor Liability Coverage on either a per claim or a per common cause basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

  **1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury" and/or "defense costs" resulting from such claim;

   **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage" and/or "defense costs" resulting from such claim; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

    **(1)** "Bodily injury";

    **(2)** "Property damage"; or

    **(3)** "Bodily injury" and "property damage" combined

  As the result of any one "occurrence".

  If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", and/or "defense costs" are incurred for such claim, a separate deductible amount will be applied to each person making a claim for such damages.

  With respect to "property damage", person includes an organization.

   **d.** Under Liquor Liability Coverage, to all "injuries" sustained by any one person or organization.

  **2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages and/or "defense costs" because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages and/or "defense costs" because of "property damage"; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages and/or "defense costs" because of:

    **(1)** "Bodily injury";

    **(2)** "Property damage"; or

    **(3)** "Bodily injury" and "property damage" combined

  As the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

3.  **PER COMMON CAUSE BASIS.** If the Liquor Liability deductible amount indicated in the Schedule above is on a per common cause basis, that deductible amount applies to all damages and/or "defense costs" because of "injury" as the result of the selling, serving or furnishing of any alcoholic beverage to any one person, regardless of the number of persons or organizations who sustain damages.

D.  The terms of this insurance, including those with respect to:

1.  Our right and duty to defend the insured against any "suits" seeking those damages; and

2.  Your duties in the event of an "occurrence", "injury", claim, or "suit"

Apply irrespective of the application of the deductible amount.

E.  We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

F.  For the purposes of this endorsement only, the following definitions are added:

"Defense costs" means what we will pay under Paragraph 1. of **SUPPLEMENTARY PAYMENTS – COVERAGES A AND B** of the Commercial General Liability Coverage Forms and the **SUPPLEMENTARY PAYMENTS** Section of the Liquor Liability Coverage Form.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

**ENDORSEMENT**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M.: 11/01/2018
Forms a part of Policy No.: 01-LX-011738646-6 000

# AMENDMENT TO DEFINITION OF BODILY INJURY ENDORSEMENT

This endorsement modifies the insurance under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Paragraph **3.** of **SECTION V – DEFINITIONS** is deleted in its entirety and replaced with the following:

3.  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

    "Bodily injury" also includes mental anguish and emotional distress provided such mental anguish or emotional distress results from the bodily injury, sickness or disease.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

| 102173 (05/10) | Includes copyrighted material of Insurance Services Office, Inc with permission.<br>All rights reserved. | Page 1 of 1 |
|---|---|---|

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Policy No: 01-LX-011738646-6 000
Effective 12:01 a.m.  11/01/2018

# EXCEPTION TO POLLUTION EXCLUSION ENDORSEMENT

This endorsement modifies the insurance under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Subparagraph **f.(d)(iv)** is added to Paragraph **2. Exclusions** of **COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I – COVERAGES)** as follows:

**(iv)**    "Bodily injury" or "property damage" arising out of the following if the operations meet all standards of any statute, ordinance, regulation or license requirement of any federal, state or local government which apply to those operations:

    **a.**    Pesticide or herbicide applications.

    **b.**    The application or use of pool chemicals.

    **c.**    The application or use of chemicals to maintain the surface of an ice rink.

All other terms and conditions of the policy remain the same.

_____
Authorized Representative

102175 (05/10)                    Page 1 of 1

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
All rights reserved.

## ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

This endorsement, effective 12:01 A.M., 11/01/2018
Forms a part of Policy No.: 01-LX-011738646-6 000

### EXCLUSION FOR CONTINUING OR PROGRESSIVE "BODILY INJURY", "PERSONAL AND ADVERTISING INJURY" OR "PROPERTY DAMAGE"

This endorsement modifies insurance under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**1. SECTION I. - COVERAGES, COVERAGE A. - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. - Exclusions, is amended to add:**

"bodily injury" or "property damage" which:

1) first becomes known to an insured prior to this policy's inception date; or
2) first manifests itself prior to this policy's inception date; and

which "bodily injury" or "property damage" is continuous or progressive into this policy period.

This exclusion shall apply whether or not the insured's legal obligation to pay for damages for "bodily injury" or "property damage" was established before the inception date of this policy.

**2. SECTION I. - COVERAGES, COVERAGE B. - PERSONAL AND ADVERTISING LIABILITY, 2. – Exclusions is amended to add the following exclusion:**

**Continuous or Progressive "Personal and Advertising Injury**

"Personal and advertising injury" which:

1) first becomes known to an insured prior to this policy's inception date; or
2) first manifests itself prior to this policy's inception date; and

which "Personal and advertising injury" is continuous or progressive into this policy period.

This exclusion shall apply whether or not the insured's legal obligation to pay for damages for "personal and advertising injury" was established before the inception date of this policy.

| 69186 (11/14) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 2 |
| --- | --- | --- |

3. **SECTION IV. CONDITIONS** is amended to add the following conditions:

    **10.**    **Obligations of Other Insurers**

        Nothing herein shall be interpreted to relieve any other insurer from obligations under policies issued to any insured which provide coverage for all or part of any continuing or progressive event.

4. **SECTION V. DEFINITIONS, Paragraph 13. Occurrence** is deleted in its entirety and is replaced by the following:

13.    "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

      In the event of continuing or progressive "bodily injury" or "property damage" over any length of time, such "bodily injury" or "property damage" shall be deemed to be one "occurrence", and shall be deemed to occur only when such "bodily injury" or "property damage" first commenced.

All other terms, conditions, and exclusions shall remain the same.

 

                     _____

                     **Authorized Representative**

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Policy No: 01-LX-011738646-6 000
Effective 12:01 a.m. 11/01/2018

## CRISIS RESPONSE COVERAGE EXTENSION ENDORSEMENT
## (INCLUDING ACTS OF NATURE)

THIS COVERAGE EXTENSION ENDORSEMENT EXTENDS COVERAGE TO PROVIDE FOR "CRISIS RESPONSE COSTS" AND "CRISIS MANAGEMENT LOSS" IN THE EVENT OF A "CRISIS EVENT" AS DEFINED HEREIN. THE LIMITS OF INSURANCE PROVIDED FOR SUCH COVERAGE ARE IN ADDITION TO THE LIMITS OF INSURANCE PROVIDED IN THE DECLARATIONS OF THIS POLICY.

### Schedule

CRISIS RESPONSE NOTIFICATION TELEPHONE NUMBER: 877-244-3100

| Crisis Response Coverage Extension | Limits of Insurance | |
|---|---|---|
| Crisis Response Aggregate Limit | $250,000 | |
| Each Crisis Response Costs Limit | $250,000 | Each "Crisis Event" |
| Each Crisis Management Loss Limit | $50,000 | Each "Crisis Event" |

Notwithstanding any provisions to the contrary in the policy to which this Coverage Extension is attached, subject to the Limits of Insurance as shown in the above Schedule and in accordance with the terms and conditions set forth in this Coverage Extension, the policy is extended to provide "crisis response costs" and "crisis management loss" resulting from a "crisis event".

SECTION I. - CRISIS RESPONSE COVERAGE EXTENSION

A. We will reimburse you or pay on your behalf reasonable and necessary "crisis response costs" and/or "crisis management loss" arising out of:

1. "Bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct"; or

2. An imminent threat of "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct";

But only with respect to a "crisis event" to which this Coverage Extension applies.

The amount we will reimburse you or pay on your behalf for such "crisis response costs" and/or "crisis management loss" is limited as described in SECTION III - CRISIS RESPONSE LIMITS OF INSURANCE. No self-insured retention or deductible shall apply to this Coverage Extension.

B. We will reimburse you or pay on your behalf "crisis response costs" and/or "crisis management loss" arising out of a "crisis event" only if:

1. The "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct" or an imminent threat of "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct" takes place in the "coverage territory";

2. The "crisis event" commences to occur during the policy period, and

| 102158 (08/14) | ©All rights reserved. | Page 1 of 5 |
|---|---|---|

3. Such "crisis response costs" and/or "crisis management loss" are incurred within thirty (30) days after the commencement date of the "crisis event". The end of the policy period will not cut short this thirty (30) day period.

All related or interrelated "crisis events" shall be treated as one "crisis event" and shall be deemed to have occurred in their entirety when the first of such "crisis events" occurs.

## SECTION II. - EXCLUSIONS

If this Coverage Extension is attached to a Commercial General Liability Coverage Form, the exclusions of the policy also apply to this Coverage Extension, except for the following Exclusions, which do not apply to this Coverage Extension: Expected or Intended Injury; Liquor Liability; Workers' Compensation And Similar Laws; Employer's Liability; Pollution; Aircraft, Auto or Watercraft; Mobile Equipment; Damage To Property; Damage to Your Product; Damage to Your Work; Damage To Impaired Property Or Property Not Physically Injured; and Recall Of Products, Work Or Impaired Property.

If this Coverage Extension is attached to a Professional Liability or Professional Errors and Omissions Policy, the exclusions of the policy also apply to this Coverage Extension, except for the following Exclusions, which do not apply to this Coverage Extensions: Bodily Injury; Property Damage; Personal and Advertising Injury; Dishonest, Fraudulent or Criminal Acts; Workers' Compensation And Similar Laws; Employer's Liability; Pollution; Aircraft, Auto or Watercraft; Prior Knowledge; Misappropriation of Funds; or Unfair Trade Practices.

## SECTION III. - CRISIS RESPONSE LIMITS OF INSURANCE

A. The Schedule above and the rules below establish the most we will reimburse or pay on your behalf for "crisis response costs" and "crisis management loss" regardless of the number of insureds, "crisis events", or "affected persons".

B. The Crisis Response Aggregate Limit is the most we will reimburse or pay on your behalf for the sum of all "crisis response costs" and "crisis management loss" under this Coverage Extension.

C. Subject to Paragraph B. above, the Each Crisis Response Costs Limit is the most we will reimburse or pay on your behalf for all "crisis response costs" arising out of any one "crisis event".

D. Subject to Paragraph B. above, the Crisis Management Loss Limit is the most we will reimburse or pay on your behalf for all "crisis management loss" arising out of any one "crisis event".

All "crisis events" or all related or interrelated "crisis events" will be deemed to be one "crisis event".

## SECTION IV. - DEFINITIONS

The definitions of the policy apply to this Coverage Extension. However, the following additional definitions applicable to this coverage Extension supersede any similar definitions in the policy.

You and your refer to the Named Insured and we, us and our refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning as follows:

A. "Affected persons" means those individuals, including your employees, who suffer direct "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct" or directly experience an imminent threat of "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct"

B. "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time.

C. "Coverage territory" means the United States of America, including its territories and possessions, Puerto Rico and Canada. "Coverage territory" shall also include "crisis events" occurring anywhere

| 102158 (08/14) | ©All rights reserved. | Page 2 of 5 |

in the world if such "crisis event" occurs during an event officially sponsored, organized and controlled by you or during travel thereto or returning there-from.

**D.** "Crisis event" means:

1. A man-made emergency situation or an emergency situation caused by an act of nature that involves "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct" or an imminent threat of "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct", sustained by an "affected person(s)", including, but not limited to:

    **a.** arson;

    **b.** an explosion or bombing;

    **c.** the taking of hostages;

    **d.** a mass shooting;

    **e.** terrorism (if covered under the policy only);

    **f.** intentional contamination of food, drink, or pharmaceuticals;

    **g.** a building, structure or forest fire;

    **h.** a building, structure or equipment collapse;

    **i.** an automobile, watercraft or aircraft accident;

    **j.** an avalanche;

    **k.** flood;

    **l.** earthquake;

    **m.** any event that results in dismemberment, permanent paralysis or traumatic brain injury to an individual

    **n.** mud slide; or

    **o.** a drowning, in a natural or man-made body of water

2. Adverse media coverage of any kind which first occurs during the policy period and results from an emergency situation described in Subparagraph 1. above, regardless of when such emergency situation occurs.

**E.** "Crisis management firm" means a public relations firm or crisis management firm, assigned or approved by us in writing that is hired by you to perform services of the type covered under "crisis management loss" in connection with a "crisis event".

**F.** "Crisis management loss" means reasonable and necessary fees and expenses charged by a "crisis management firm" or your employees in providing public relations and media management services for the purpose of maintaining and restoring public confidence in you. These expenses may include printing, advertising, or mailing of materials to manage reputational risk. This does not include the salaries of your employees.

"Crisis management loss" shall not include "crisis response costs" or "defense costs".

**G.** "Crisis response costs" means:

| 102158 (08/14) | ©All rights reserved. | Page 3 of 5 |

1.  Reasonable and necessary "emergency transport expenses", "emergency psychology expenses", funeral expenses, travel expenses, and temporary living expenses incurred by you to provide relief and/or support to "affected persons" and the immediate family members of such "affected persons";

2.  Expenses incurred by you to secure the scene of a "crisis event"; and

3.  Any other expenses pre-approved by the Company

"Crisis response costs" shall not include "defense costs" or "crisis management loss".

H.  "Defense costs" means legal fees and expenses incurred by you for legal advice or services sought in anticipation of, or upon actual receipt of, a claim alleging liability and seeking damages for "bodily injury", "property damage" ", "personal and advertising injury" or "sexual misconduct" or an imminent threat of "bodily injury", "property damage", "personal and advertising injury" or "sexual misconduct".

I.  "Emergency transport expenses" means reasonable and necessary emergency transport expenses, occurring within 24-hours after a "crisis event", to transport an "affected person" sustaining "bodily injury" or "sexual misconduct" in a "crisis event" to a medical treatment facility.

J.  "Emergency psychology expenses" means reasonable and necessary expenses for psychology or counseling services provided to "affected persons" and incurred within the first fourteen (14) days of a "crisis event".  This does not include the costs or expenses of any medications or hospitalizations.  Such psychology or counseling services must be approved by the "crisis management firm".

K.  "Property damage" means:

1.  Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

2.  Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "crisis event" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media including cloud stored data which are used with electronically controlled equipment.

L.  "Sexual misconduct" means any sexual act (even if consensual) including, but not limited to, sexual abuse, sexual molestation, sexual harassment, sexual misconduct, sexual assault, sexual victimization, sexual intimacy, sexual contact, sexual advances, sexual exploitation, requests for sexual favors, verbal or physical conduct of a sexual nature, coercion to engage in sexual activities and licentious or immoral misconduct.

## SECTION V. - CONDITIONS

The general and/or common conditions of the policy apply to this Coverage Extension.  However, the following conditions applicable to this Coverage Extension supersede any similar conditions in the policy to the contrary.

A.  Insured's Duties in the Event of a "Crisis Event"

1.  You must see to it that we are notified by telephone within twenty-four (24) hours of a "crisis event" which may result in "crisis response costs" or "crisis management loss".  The call must

| 102158 (08/14) | ©All rights reserved. | Page 4 of 5 |

be made to the phone number indicated in the Schedule of this Coverage Extension.   If necessary, we will provide you with an approved "crisis management firm" unless we agree to accept a "crisis management firm" that you have selected.

2.  Thereafter you must provide written notice, as soon as practicable.   To the extent possible, this written notice should include:

   a.  How, when and where the "crisis event" took place;

   b.  The names and addresses of any "affected parties" and witnesses; and

   c.  The nature and location of any injury or damage arising out of the "crisis event".

3.  If reimbursement is sought directly by you, you must submit a claim for reimbursement of "crisis response costs" and "crisis management loss" within ninety (90) days after incurring such "crisis response costs" or "crisis management loss".  Such claim(s) must include invoices and/or receipts supporting such "crisis response costs" or "crisis management loss" for each and every expense in excess of fifty (50) dollars.

4.  Written notice and claim submission as required in Paragraphs 1. and 2. of this section, respectively, shall be mailed or delivered to:

Attn: Crisis Response Dept
175 Water Street, 20th Floor
New York, NY 10038

**B.  Anti-Stacking Provision**

If "crisis response costs" and/or "crisis management loss" provided by this Coverage Extension  are also provided by any other insurance issued to you by us or any of our affiliated companies (whether or not such costs or loss are referred to using these same terms), the maximum limit of insurance under all insurance available shall not exceed the highest applicable limit of insurance available under any one policy or endorsement.   This condition does not apply to any other insurance issued by us or any of our affiliated companies specifically intended to apply as excess insurance over this Coverage Extension.

All other terms and conditions of the policy remain the same.

<p style="text-align:center">_____<br>Authorized Representative</p>

| 102158 (08/14) | ©All rights reserved. | Page 5 of 5 |
|---|---|---|

# SKI RESORT
# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H. – Definitions**.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the building or structure;

(6) Ski lifts, including, but not limited to aerial lifts, surface lifts, or other equipment used to transport customers to the top of a ski slope or run. Covered equipment shall consist of towers, chairs, cables, ropes, machinery houses, ramps and related equipment used in their operation and maintenance of such ski lifts (excluding engineering costs and site preparation, other than construction supervision);

(7) Fixed snowmaking equipment including compressors, compressor houses, related equipment and structures and electrical equipment including transformers and distribution panels.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

    **(a)** Made a part of the building or structure you occupy but do not own; and

    **(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others;

**(8)** "Ski area mobile equipment" used in the operation of your business.

**c.** **Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises;

But this shall not include any property which you have accepted under a "shipping document" or "storage document", unless such property is reported to us and coverage specifically shown in the Declarations.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces, except as provided under Subparagraph **o.** of Paragraph **5. Coverage Extensions.**

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Land (including land on which the property is located), water, growing crops or lawns;

**h.** Personal property while airborne or waterborne;

**i.** Bulkheads, pilings, piers, wharves or docks;

**j.** Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**k.** Retaining walls that are not part of a building, except as provided under Subparagraph **l.** in Paragraph **5. Coverage Extensions;**

**l.** Underground pipes, flues or drains;

**m.** "Computer equipment", "media", "electronic data" and "programs" except as provided under Subparagraph **h.** of Paragraph **4. Additional Coverages** of Section A. **Coverage,** and in Section E. **Additional Coverage – Equipment Breakdown** in the CAUSES OF LOSS – SPECIAL FORM.

**n.** The cost to replace or restore the information on valuable papers and records, including those which exist as "electronic data". Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as "electronic data".

**o.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

| 109365 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 2 of 20 |

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

 (a) "Ski area mobile equipment" used in the operation of your business at the described premises.(b)Vehicles or self-propelled machines, other than autos, you hold for sale;

 (c) Rowboats or canoes out of water at the described premises; or

 (d) Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

p. The following property while outside of buildings:

 (1) Grain, hay, straw or other crops;

 (2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See Causes of Loss – Special Form

**4. Additional Coverages**

Limits for each additional coverage are in addition to Limits of Insurance for Covered Property shown in the Declarations. Unless otherwise indicated, the property deductible shown in the Declarations shall apply to the Additional Coverages.

**a. Debris Removal**

(1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

 (a) Extract "pollutants" from land or water; or

 (b) Remove, restore or replace polluted land or water.

(3) Subject to the exception in Paragraph (4), the following provision applies:

The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional limit, as shown in the Supplemental Declarations, for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, but only if The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

Therefore, if this exception applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus the limit shown in the Supplemental Declarations.

(5) Examples

**Example #1**

| | | |
|---|---|---|
| Limit of Insurance | $ | 90,000 |
| Amount of Deductible | $ | 500 |
| Amount of Loss | $ | 50,000 |

| | |
|---|---|
| Amount of Loss Payable | $  49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $  10,000 |

The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

**Example #2**

| | |
|---|---|
| Limit of Insurance | $  190,000 |
| Amount of Deductible | $  500 |
| Amount of Loss | $  180,000 |
| Amount of Loss Payable | $  179,500 |
| | ($180,000 - $500) |
| Debris Removal Expense | $  50,000 |
| Debris Removal Expense | |
| Payable | |
| Basic Amount | $  10,500 |
| Additional Amount | $  25,000 |

.

The basic amount payable for debris removal expense under the terms of Paragraph (3) is $10,500. The cap applies because the sum of the loss payable ($179,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($190,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph (4), because the sum of the loss payable and debris removal expense ($179,500 + $50,000 = $229,500) would exceed the Limit of Insurance ($190,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph (4). Thus the total payable for debris removal expense in this example is $35,500; $14,500 of the debris removal expense is not covered.

**b.  Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c.  Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

We will pay up to an additional limit, as shown in the Supplemental Declarations, for fire department service charge in any one occurrence of physical loss or damage to Covered Property, but only if the total of the actual fire department service charge plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

No Deductible applies to this Additional Coverage.

d.  **Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is the Pollutant Clean up and Removal Limit of Insurance shown on the Supplemental Declarations for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

e.  **Recharge of Fire Protection Equipment**

We will pay your expense to recharge your fire protection equipment:

(1) If you use your equipment, or the equipment automatically discharges, to protect your Covered Property as a result of a covered cause of loss; or

(2) Due to accidental discharge.

However, we will not pay for:

(1) Any costs resulting from the enforcement of any ordinance or law that regulates the recharging, repair or replacement of such fire extinguishing device, or fire fighting suppressing or controlling substance;

(2) Halon;

(3) Recharge of any device used for demonstration or testing purposes; or

(4) Recharge due to maintenance of any device or system.

No deductible applies to this Additional Coverage.

The most we will pay under this Additional Coverage is the Recharge of Fire Protection Equipment Limit of insurance shown on the Supplemental Declarations.

f.  **Reward Payments**

In the event of covered loss or damage to Covered Property as a result of arson, theft or vandalism, we will pay for amounts you offer, and subsequently pay, as a reward to anyone other than you, your officers, partners, directors, or any family member(s) of such individuals, or any employee of a law enforcement agency or any employee of a business engaged in property protection, or any person(s) involved in the crime, as a reward for information leading to:

(1) the arrest and conviction of any person(s) responsible for the arson, theft or vandalism loss; or

(2) the recovery of the stolen property.

No deductible applies to this Additional Coverage.

The most we will pay under this Additional Coverage is the Reward Payments Limit of Insurance shown on the Supplemental Declarations.

g.  **Money and Securities**

(1) We will pay for the loss of "money" and "securities" belonging to your business if at the time of the loss, the "money" and "securities" are at the described premises, at a bank or savings institution prior to deposit with that institution, within your living quarters, or in the possession of your partner(s), officer(s) or director(s), or employee(s) authorized to have use and custody of such property, or in transit between any of these places and results directly from:

(a) Theft, meaning the unlawful taking of property to your deprivation;

(b) Disappearance; or

(c) Destruction.

(2) With respect to this Additional Coverage, we will not pay for loss:

(a) Resulting from accounting or arithmetical errors or omissions;

(b) Due to the giving or surrendering of property in any exchange or purchase; or

(c) Of property contained in any "money" operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

(3) A loss caused by one or more persons, or involving a single act or series of related acts, is considered one occurrence.

(4) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

(5) In the event of loss or damage we will determine the value as follows:

(a) "Money" at its face value; and

(b) "Securities" at their value at the close of business on the day the loss is discovered.

(6) "Money" means:

(a) Currency, coins and bank notes in current use and having a face value; and

(b) Travelers checks, register checks and money orders held for sale to the public.

(7) "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or property and includes:

(a) Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

(b) Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

The insurance provided by this coverage form is extended to cover "money" and "securities" used in your business that are lost, damaged, or destroyed as a result of a covered cause of loss if:

(1) On your premises described in the Declarations or in a federally or state regulated savings or banking institution; or

(2) Away from your premises described in the Declarations while in transit by a person authorized by you, or within the living quarters of someone to whom you have entrusted the Covered Property.

The most we will pay under this Additional Coverage is the applicable Money and Securities Limit of Insurance shown on the Supplemental Declarations.

h. **Computer Equipment, Media, Electronic Data, And Programs**

The insurance provided by this coverage form is extended to cover "computer equipment", "media", "electronic data", and "programs" which you own, lease, or rent from others, or for which you are legally responsible including the replacement cost to reproduce "programs" that are lost or accidentally erased, including documentation and source materials, if you actually replace or reproduce them.

Computer "programs" and "electronic data" are covered solely as respects direct physical loss or damage by a "specified cause of loss", as defined in the Causes of Loss – Special Form.

 The most we will pay under this Additional Coverage is the Computer Equipment, Media, Electronic Data, And Programs Limit of Insurance shown on the Supplemental Declarations.

i. **Lock Replacement**

We will pay your necessary expense incurred to replace locks or lock cylinders only after:

(1) A covered theft of property from any building or structure described in the Declarations; or

| 109365 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 6 of 20 |

**(2)** Theft of a key to any building or structure described in the Declarations.

The following additional conditions apply to lock replacement coverage:

**(1)** You must notify us and the appropriate law enforcement authority of the theft as soon as practicable; and

**(2)** You must replace locks and lock cylinders within 72 hours of the discovery of the theft.

Under this Additional Coverage, we will not pay for:

**(1)** Disappearance of a key, or keys, without evidence of theft; or

**(2)** Lock replacement as respects locks or lock cylinders of any motor vehicle, motorized land vehicle, or any other building, structure, room, vault, or other property which is not a part of a building or structure described in the Declarations.

The most we will pay under this Additional Coverage is the Lock Replacement Limit of Insurance shown on the Supplemental Declarations.

**j. Wind Blown Debris**

We will pay your expense to remove debris (including trees) blown onto your premises, as shown on the Declarations, from the premises of others.

The most we will pay under this Additional Coverage is the Wind Blown Debris Limit of Insurance shown on the Supplemental Declarations.

**k. Claim Expense**

We will pay your reasonable and necessary expenses up to the Claim Expense Limit of Insurance shown on the Supplemental Declarations for preparing and certifying details which we require to determine the amount of loss payable under this policy.

However, we will not pay for:

**(1)** Expenses incurred by you in utilizing the services of Attorneys, Public Adjusters, Insurance Agents or Brokers,

or any of their subsidiary, related or associated entities; or

**(2)** Any fees or costs for consultation on coverage or negotiation of claims; or

**(3)** Any costs, or overhead or operating expenses, related to a claim that you may incur, including salaries of your employees.

**l.** Expediting Costs:

We will pay the reasonable and necessary costs incurred for the temporary repair of covered loss or damage to Covered Property and to expedite the permanent repair or replacement of such damaged property.

This Additional Coverage does not cover costs:

**(1)** Recoverable elsewhere in this Policy; or

**(2)** For permanent repair or replacement of damaged property.

The most we will pay under this Additional Coverage is the Expediting Costs Limit of Insurance shown on the Supplemental Declarations.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises. Limits for each coverage extension are included in, and not in addition to, Limits of Insurance for Covered Property.

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, that insurance is extended to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building de-
scribed in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or dam-
age under this Extension at each
building is the Newly Acquired or Con-
structed Property - Buildings Limit of
Insurance shown on the Supplemental
Declarations.

**(2) Your Business Personal Property**

(a) If this policy covers Your Business
Personal Property, that insurance
is extended to apply to:

(i) Business personal property,
including such property that
you newly acquire, at any lo-
cation you acquire other than
at fairs, trade shows or exhibi-
tions;

(ii) Business personal property,
including such property that
you newly acquire, located at
your newly constructed or ac-
quired buildings at the location
described in the Declarations;
or

(iii) Business personal property
that you newly acquire, locat-
ed at the described premises.

The most we will pay for loss or
damage under this Extension at
each building is the Newly Ac-
quired or Constructed Property
– Your Business Personal
Property Limit of Insurance
shown on the Supplemental
Declarations.

(b) This Extension does not apply to:

(i) Personal property of others
that is temporarily in your pos-
session in the course of in-
stalling or performing work on
such property; or

(ii) Personal property of others
that is temporarily in your pos-
session in the course of your
manufacturing or wholesaling
activities.

**(3) Period Of Coverage**

With respect to insurance on or at
each newly acquired or constructed
property, coverage will end when any
of the following first occurs:

(a) This policy expires;

(b) 180 days expire after you acquire
the property or begin construction
of that part of the building that
would qualify as covered property;
or

(c) You report values to us.

We will charge you additional premium
for values reported from the date you
acquire the property or begin construc-
tion of that part of the building that
would qualify as covered property.

However, property with a value of
$10,000 or less for any one building,
or any one item of business personal
property, will be covered from the time
of acquisition until the expiration date
of this policy and will not be subject to
the reporting, or premium adjustment,
provisions of Paragraph **a. Newly Ac-
quired Or Constructed Property**
stated above.

**b. Personal Effects And Property Of
Officers, Partners, Members or
Employees**

The insurance that applies to Your Busi-
ness Personal Property is extended to ap-
ply to personal effects owned by you, your
officers, your partners or members, your
managers or your employees. This exten-
sion does not apply to loss or damage by
theft.

The most we will pay for loss or damage
under this Extension at each described
premises is the Personal Effects and
Property of Officers, Partners, Members
and Employees Limit of Insurance shown
on the Supplemental Declarations. Our
payment for loss of or damage to personal
property of others will only be for the ac-
count of the owner of the property.

c. **Valuable Papers And Records (Other Than Electronic Data)**

(1) The insurance that applies to Your Business Personal Property is extended to apply to the cost to research, replace or restore the lost information on valuable papers and records for which duplicates do not exist.

(2) Under this Coverage Extension, the most we will pay to research, replace or restore the lost information at each described premises is the Valuable Papers And Records (Other Than Electronic Data) Limit of Insurance shown on the Supplemental Declarations, unless a higher limit is shown in the Declarations. Such amount is additional insurance.

We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records.

d. **Property Off-Premises**

(1) The insurance provided by this Coverage Form is extended to apply to your Covered Property while it is away from the described premises, if it is:

(a) Temporarily at a location you do not own, lease or operate;

(b) In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

(c) At any fair, trade show or exhibition.

(2) This Extension does not apply to property:

(a) In or on a vehicle; or

(b) In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

(3) The most we will pay for loss or damage under this Extension is the Property Off - Premises Limit of Insurance shown on the Supplemental Declarations.

e. **Your Outdoor Property**

The insurance provided by this Coverage Form is extended to apply to your outdoor property within 1,000 feet of the premises described in the Declarations, including outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), if direct physical loss or damage is caused by a covered cause of loss.

Your outdoor property does not include sod, trees, shrubs or plants.

The most we will pay for loss or damage under this Extension is the Your Outdoor Property Limit of Insurance shown on the Supplemental Declarations. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

f. **Sod, Trees, Shrubs and Plants**

The insurance provided by this Coverage Form is extended to apply to your sod, trees, shrubs, and plants within 1,000 feet of the premises described in the Declarations, if direct physical loss or damage is caused by or results from any of the following causes of loss if they are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or civil commotion; or

(5) Aircraft.

The most we will pay for loss or damage under this Extension is the Sod, Trees, Shrubs and Plants Limit of Insurance shown on the Supplemental Declarations.

g. **Non-Owned Detached Trailers**

**(1)** The insurance that applies to Your Business Personal Property is extended to apply to loss or damage to trailers that you do not own, provided that:

    **(a)** The trailer is used in your business;

    **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

    **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

    **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

The most we will pay for loss or damage under this Extension is the Non-Owned Detached Trailers Limit of Insurance shown on the Supplemental Declarations.

**h.  Fine Arts**

The insurance provided by this Coverage Form is extended to cover your fine arts at the premises described in the Declarations.  Fine Arts means paintings, rare books, manuscripts, pictures, prints, etchings, drawings, tapestries, bronzes, statuary, potteries, porcelains, marbles, and other bona fide works of art; or items of rarity or historical value that you own or are in your care, custody or control.

The most we will pay for loss or damage under this Extension is the Fine Arts Limit of Insurance shown on the Supplemental Declarations.

**i.  Salesperson's Samples**

The insurance provided by this coverage form is extended to cover property used only for sample purposes while it is in the care, custody, and control of any salesperson, located anywhere within the coverage territory.

The most we will pay for loss or damage under this Extension is the Salesperson's Samples Limit of Insurance shown on the Supplemental Declarations.

**j.  Accounts Receivable Records**

**(1)** The insurance provided by this Coverage Form is extended to cover your accounts receivable records.  Accounts receivable records shall be limited to:

    **(a)** All amounts due from your customers that you are unable to collect;

    **(b)** Interest charges on any loans required to offset amounts you are unable to collect pending our payment of these amounts;

    **(c)** Reasonable collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

    **(d)** Other reasonable expenses that you incur to re-establish your records of accounts receivable.

The most we will pay for loss or damage under this Extension is the Accounts Receivable Records Limit of Insurance shown on the Supplemental Declarations.

**(2)** This Coverage Extension does not apply to:

    **(a)** Bookkeeping, accounting or billing errors or omissions; or

    **(b)** Loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

**k.  Off Premises Utility Failure**

We shall pay for loss of or damage to your Covered Property caused by the interruption of service to the premises described in the Declarations which results from direct physical loss of or damage, by a Covered Cause of Loss, to the following services not on the premises described in the Declarations:

(1) Water Supply Services, meaning the following types of property supplying water to the premises described in the Declarations:

   (a) Pumping stations; and

   (b) Water mains.

(2) Communication Supply Services, meaning property supplying communications services, including, but not limited to, telephone, radio, microwave, or television services to the premises described in the Declarations, such as:

   (a) Communication transmission lines;

   (b) Coaxial cables; and

   (c) Microwave radio relays except satellites.

This shall not include above ground communication lines.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam, or gas to the premises described in the Declarations:

   (a) Utility generating plants;

   (b) Switching stations;

   (c) Substations;

   (d) Transformers; and

   (e) Transmission lines.

This shall not include above ground transmission or distribution lines, except;

We will pay for loss or damage under this Extension which results from direct physical loss of or damage, by a Covered Cause of Loss, to above ground transmission lines within 5 statute miles of the premises described in the Declarations.

The most we will pay for loss or damage under this Extension is the Off Premises Utility Failure Limit of Insurance shown in the Supplemental Declarations.

l. **Retaining Walls**

Coverage for your building is extended to include retaining walls that are not a part of a building, located at the premises described in the Declarations.

The most we will pay for loss or damage under this Extension is the Retaining Walls Limit of Insurance shown on the Supplemental Declarations.

m. **Undamaged Leasehold Improvements**

If your lease is canceled in accordance with a valid lease provision as the result of direct physical loss or damage, by a Covered Cause of Loss, to property at the location in which you are a tenant, and you cannot legally remove your "Tenants Improvements and Betterments", we will extend Your Business Personal Property coverage to apply to the unamortized value of such "Tenants Improvements and Betterments".

The most we will pay for loss or damage under this Extension is the Undamaged Leasehold Improvements Limit of Insurance shown on the Supplemental Declarations.

n. **Coverage for Loss to Portion of Undamaged Building**

This Coverage Extension applies only to buildings to which the Replacement Cost Coverage applies.

In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay for the loss in value of the undamaged portion of the damaged building as a consequence of enforcement of an ordinance or law that requires demolition of undamaged parts of the same building.

o. **Bridges, Roadways, Walks, Patios or Other Paved Surfaces**

Coverage for your building is extended to include your bridges, roadways, walks, patios or other paved surfaces, provided that a description and value is shown on the statement of values submitted to, and on file with us.

If the CAUSES OF LOSS – SPECIAL FORM is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Coverage Extension.,

p.  **Ordinance or Law**

(1) This Coverage Extension applies only to buildings to which the Replacement Cost Coverage applies.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law that requires you to demolish and clear the site of undamaged parts of the building, subject to the limitations stated in Subparagraphs **p.(4)** through **p.(10)** of this Coverage Extension.

(3) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Subparagraphs **p.(4)** through **p.(10)** of this Coverage Extension.

(4) The ordinance or law referred to in **p.(2)** and **p.(3)** of this Coverage Extension is an ordinance or law that regulates the demolition, construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(5) Under this Coverage Extension, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(6) Under this Coverage Extension, we will not pay for:

(a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

(b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

(7) The Limit of Insurance for this Coverage Extension is included in, and not in addition to, Limits of Insurance for Covered Property.

(8) With respect to this Coverage Extension:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **p.(7)** of this Coverage Extension, is the increased cost of construction at the same premises.

(c) If the ordinance or law requires re-location to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **p.(7)** of this Coverage Extension, is the increased cost of construction at the new premises.

(9) This Coverage Extension is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(10) The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Coverage Extension, as stated in **p.(7)** of this Coverage Extension, is not subject to such limitation.

**B. Exclusions And Limitations**

See CAUSES OF LOSS - SPECIAL FORM.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations or any Supplemental Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $5,000 per sign in any one occurrence.

**D. Deductible**

1. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

2. As respects Equipment Breakdown coverage:

The deductible(s) for Buildings and Business Personal Property shown in the Declarations apply(ies) unless a separate deductible for Equipment Breakdown is shown in the Declarations, or by endorsement hereto.

If such deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage, or expense (prior to any applicable deductible) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

3. If more than one deductible applies to Covered Property, as a result of one occurrence, you shall pay the highest applicable deductible.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example No. 1:**

| | |
|---|---|
| Deductible: | $     250 |
| Limit of Insurance – Bldg. 1: | $  60,000 |
| Limit of Insurance – Bldg. 2: | $  80,000 |
| Loss to Bldg. 1: | $  60,100 |
| Loss to Bldg. 2: | $  90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$  60,100

–      250

$  59,850 Loss Payable – Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

---

**Example No. 2:**

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:    $    70,000

(exceeds Limit of Insurance plus Deductible)

Loss to Bldg. 2:    $    90,000

(exceeds Limit of Insurance plus Deductible)

Loss Payable – Bldg. 1:    $60,000

(Limit of Insurance)

Loss Payable – Bldg. 2:    $80,000

(Limit of Insurance)

Total amount of loss payable:

$140,000

## E.  Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1.  Abandonment

There can be no abandonment of any property to us.

### 2.  Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

## 3.  Duties In The Event Of Loss Or Damage

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**c.** In the event of imminent loss or damage to Covered Property, by a Covered Cause of Loss, with prior notice to and approval from us, you must take all reasonable steps to protect the Covered Property from damage, and keep a record of your expenses incurred to protect the Covered Property. We will reimburse such approved expenses.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Branded Or Labeled Merchandise**

If Branded or Labeled merchandise is damaged, you may at your own expense:

**a.** Stamp "salvage" on the merchandise or its containers, if the stamp shall not physically damage the merchandise, or

**b.** Remove the brands or labels; if doing so shall not physically damage the merchandise. You shall re-label the merchandise or its containers to comply with the law.

If you elect one of these options in Subparagraphs **6.a** or **6.b.**, we shall pay the difference between the salvage value of damaged merchandise with the brand or label attached and the salvage value of damaged merchandise with the brand or label removed.

**7. Consequential Damages**

We will pay for consequential damages resulting from a partial loss by a Covered Cause of Loss to your Covered Property.**b.**

| 109365 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 15 of 20 |
|---|---|---|

Consequential damages means the loss of value of a part or parts of your product that are not physically damaged and are unmarketable as a complete product.

**8. Pair or Sets**

We shall pay for loss or damage to a Pair or Set.

In case of loss to any part of a pair or set we may:

**a.** Repair or replace any part to restore the pair or set to its value before the loss; or

**b.** Pay the difference between the value of the pair or set before and after the loss.

**9. Valuation**

We will determine the value of Covered Property in the event of loss or damage, at the time of loss, as follows:

**a.** Replacement cost, except as otherwise provided in this Paragraph **9.** Replacement cost shall not exceed the smallest of the following amounts:

**(1)** The limit of this policy applicable to the lost or damaged Covered Property;

**(2)** The cost to repair or replace the Covered Property, or any part thereof, with property of comparable material and quality, on the same premises and used for the same purpose;

**(3)** The amount actually and necessarily expended in repairing or replacing the lost or damaged Covered Property;

We shall not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged Covered Property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

If you do not repair or replace the Covered Property, it shall be valued at its actual cash value on the date of loss.

**b.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**c.** Labor, materials, and services that you furnish or arrange on property of others are valued based on the actual cost of the labor, materials, and services.

**d.** Fine arts are valued at the appraised value at the time of loss, or if there is no appraisal at the greater of:

**(1)** the original acquisition cost, or

**(2)** the market value at the time of loss.

**e.** Accounts receivable loss payment shall be determined as follows:

**(1)** When there is proof that a loss has occurred but you cannot accurately establish the amount of accounts receivable outstanding at the time of the loss, the amount of the loss shall be based on your latest monthly statements and shall be computed as follows:

**(a)** Determine the amount of all outstanding accounts receivable at the end of the same fiscal month in the year immediately preceding the year in which the loss occurs;

**(b)** Calculate the percentage of increase or decrease in your gross sales of goods and services for the twelve (12) fiscal months immediately preceding the month in which the loss occurred against the twelve (12) months prior to the period determined in step **(a)**;

**(c)** The total amount of accounts receivable as of the last day of the fiscal month in which the loss occurs shall be the amount determined in step **(a)** increased or decreased by the percentage determined in step **(b)**; and

**(d)** The established monthly amount of accounts receivable shall be adjusted for the normal fluctuation in the amount of accounts receivable in the fiscal month in which the loss occurs;

(2) We shall deduct from the established total amount of accounts receivable:

(a) The amount of any accounts evidenced by records not lost or damaged;

(b) Any other amounts you are able to establish or collect; and

(c) An amount to allow for probable bad debts which you normally would have been unable to collect;

(3) If you recover the amount of any accounts receivable that were included in the amount of the paid loss, you shall return the recovered amount to us, up to the total amount of the paid loss. You shall keep the amount of any accounts receivable you recover in excess of the amount of the paid loss.

f. "Computer equipment", "media", "electronic data", and "programs" loss payments shall be determined as follows:

(1) "Computer equipment" is valued at the total cost to repair or replace the damaged property without deduction for depreciation. However, we will not pay more than the smallest of the following:

(a) The actual cost to repair or replace the lost or damaged property with new property of the same kind, quality and capability, on the same site and used for the same purpose;

(b) The Limit of Insurance shown in the Supplemental Declarations for the damaged property.

(2) "Electronic data" and "programs" are valued at the actual cost to reproduce the data and programs, if you actually reproduce the data and programs. We will also pay any reasonable additional expense that you may incur in reproducing the data and programs to continue your normal computer operations. The most we will pay for this coverage is the Limit of Insurance shown in the Supplemental Declarations.

We will not pay for data and programs that cannot be reproduced due to lack of backup, support documentation or records unless specified articles are described and agreed values are shown in the Declarations. If shown, we will pay for each article lost at the agreed value.

(3) "Media" items are valued at actual cost to repair or replace with similar like, kind and quality, up to the limit shown in the Supplemental Declarations.

g. "Ski area mobile equipment" used in the operation of your business at the actual cash value as of the time of loss or damage, unless otherwise indicated in the Declarations.

h. At the actual cash value as of the time of loss or damage, if actual cash value is shown in the Declarations.

10. Any recovery as a result of subrogation proceedings arising out of an occurrence, after expenses incurred in such subrogation proceedings are deducted, shall accrue to you in the proportion that the deductible amount and/or any provable uninsured loss amount bears to the entire provable loss amount.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**2. Errors or Omissions**

We will cover direct physical loss or damage at locations within the Coverage Territory that you own, lease or operate, if such loss or damage is not payable under this Policy solely due to:

**a.** Any error or unintentional omission in the description of the address of the property whether made at the inception of the policy period or subsequent thereto; or

**b.** Failure through any error or unintentional omission to:

(1) Include any described premises of the Insured at the inception of the Policy; or

(2) Report any newly acquired location before the period of automatic coverage provided under this Policy for Newly acquired location(s) expires.

With respect to Subparagraphs **a.** and **b.** above, this Errors or Omissions Condition does not function to allow you or your representative to correct any value shown in the Statement of Values, or Limit of Insurance.

We will cover such direct physical loss or damage, to the extent it would have provided coverage had such error or unintentional omission not been made.

You must report any error or unintentional omission us immediately upon discovery.

There is no coverage under this Paragraph for loss or damage which is covered under the Newly Acquired or Constructed Property provisions of this Policy.

**G. Inflation Guard Optional Coverage**

If shown as applicable in the Declarations, the f Inflation Guard Optional Coverage applies separately to each item.

**1.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**2.** The amount of increase will be:

**a.** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

b. The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

c. The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

If: The applicable Limit of Insurance is    $   100,000

The annual percentage increase is    8%

The number of days since the beginning of the policy year (or last policy change) is    146

The amount of increase is $100,000 x .08 x 146

÷ 365 =    $   3,200

**H. Definitions**

1. "Computer equipment" means electronic data processing systems including keyboards, display screens, terminals, printers, and related peripheral equipment used solely for data processing operations. "Computer equipment" shall not include such equipment held for sale, distribution, or which is manufactured in the course of your business.

2. "Electronic data" means information, instruction, or "programs" that are recorded on your "media", including original source material used to enter data.

3. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

4. "Media" means magnetic tapes, compact discs, diskettes, disk packs, cards, or other standardized data recording materials which can be read by your "computer equipment".

5. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

6. "Programs" means software that are purchased or written specifically to be used with "computer equipment".

7. "Shipping document" means a tariff document, bill of lading, shipping receipt, freight bill or contract for services.

8. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

9. "Ski area mobile equipment" means a land vehicle, including any attached machinery or equipment, whether self-propelled or not that is:

a. Not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged;

b. Maintained for use primarily on premises owned or rented to you, including the ways immediately adjoining such premises;

c. Maintained for use solely in the operation of your business as a ski area; and

d. Maintained for purposes other than the transportation of persons or cargo.

"Ski area mobile equipment" includes:

a. Bulldozers, forklifts and other vehicles;

b. Vehicles that travel on crawler treads, including, but not limited to snowcats and snowmobiles;

c. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills;

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

| 109365 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 19 of 20 |
|---|---|---|

(4) Cherry pickers and similar devices used to raise or lower workers;

d. Self-propelled vehicles permanently attached equipment designed for:

(1) Snow removal;

(2) Road maintenance; or

(3) Street cleaning.

"Ski area mobile equipment" does not include:

a. Any ski lifts including, but not limited to aerial lifts, surface lifts, or other equipment used to transport customers to the top of a ski slope or run; or

b. Fixed snowmaking equipment including compressors, compressor houses, related equipment and structures and electrical equipment including transformers and distribution panels.

10. "Storage document" means a warehouse receipt, storage receipt, inventory control document or master storage agreement.

11. "Tenants Improvements and Betterments" means fixtures, alterations, installations or additions:

a. Made a part of a building you occupy, but do not own; and

b. You acquired or made at your expense but cannot legally remove.

By signing below, the President and the Secretary of the Insurer agree on behalf of the Insurer to all the terms of this Policy.

_____
PRESIDENT

_____
SECRETARY

This Policy shall not be valid unless signed at the time of issuance by an authorized representative of the Insurer, either below or on the Declarations page of the policy.

_____
AUTHORIZED REPRESENTATIVE

End of Document.

# SKI RESORT
# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G. Definitions**.

## A.  Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1.  Excluded in Section **B.**, Exclusions; or

2.  Limited in Section **C.**, Limitations;

that follow.

## B.  Exclusions

1.  We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a.  Ordinance Or Law**

   The enforcement of any ordinance or law:

   (1)  Regulating the construction, use or repair of any property; or

   (2)  Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (1)  An ordinance or law that is enforced even if the property has not been damaged; or

   (2)  The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b.  Earth Movement**

   (1)  Earthquake, including any earth sinking, rising or shifting related to such event;

   (2)  Landslide, including any earth sinking, rising or shifting related to such event;

   (3)  Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4)  Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5)  Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a)  Airborne volcanic blast or airborne shock waves;

   (b)  Ash, dust or particulate matter; or

   (c)  Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

---

| 109366 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 1 of 16 |
|---|---|---|

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

**c.  Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d.  Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e.  Utility Services**

Except as provided by Subparagraph **5.k.** of Section **A.** in the Building and Personal Property Coverage Form, the failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)**  Originates  away from the described premises; or

**(2)**  Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f.  War And Military Action**

**(1)**  War, including undeclared or civil war;

**(2)**  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)**  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.  Water**

**(1)**  Flood, surface water, waves (including tidal wave and tsunami), tides, tidal  water, overflow of any body of water, or  spray from any of these, all whether or not driven by wind (including storm surge);

**(2)**  Mudslide or mudflow;

**(3)**  Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment; or

**(4)**  Water under the ground surface pressing on, or flowing or seeping through:

**(a)**  Foundations, walls, floors or paved surfaces;

**(b)**  Basements, whether paved or not; or

**(c)**  Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **g.(1)**, **g.(3)** or **g. (4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Subparagraphs **g.(1)** through **g.(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, as described in Subparagraphs **g.(1)** through **g.(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

As respects the Additional Coverage – Equipment Breakdown, if electrical "covered equipment" requires drying out because of Water, as described in Subparagraphs **g.(1)** and **g.(3)** above, we will pay the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible indicated in the Declarations.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

1. When "fungus", wet or dry rot or bacteria results from fire or lightning; or

2. To the extent that coverage is provided in the Additional Coverage – Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

   **a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

   (1) Electrical or electronic wire, device, appliance, system or network; or

   (2) Device, appliance, system or network utilizing cellular or satellite technology.

   For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

   (a) Electrical current, including arcing;

   (b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

   (c) Pulse of electromagnetic energy; or

   (d) Electromagnetic waves or microwaves.

   But if fire results, we will pay for the loss or damage caused by that fire.

   This exclusion does not apply to the extent that coverage is provided by Additional Coverage – Equipment Breakdown.

   This exclusion does not apply to "Computer Equipment".

   **b.** Delay, loss of use or loss of market.

   **c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

   **d.** (1) Wear and tear;

   (2) Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   (3) Smog;

| 109366 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 3 of 16 |
|---|---|---|

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for loss or damage caused by that elevator collision.

This exclusion does not apply to the extent that coverage is provided by Additional Coverage – Equipment Breakdown.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

If an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss", "accident", or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss", "accident" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

This exclusion does not apply to the extent that coverage is provided by Additional Coverage – Equipment Breakdown.

**f.** Continuous or repeated seepage or leakage of water, or the presence of condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **j.**, does not apply to damage to glass caused by chemicals applied to the glass.

| 109366 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 4 of 16 |

k. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

l. Improper lubrication and/or maintenance of ski lifts, including, but not limited to aerial lifts, surface lifts, or other equipment used to transport customers to the top of a ski slope or run. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

m. Physical damage to "ski area mobile equipment" used in the operation of your business that is the direct result of an "accident".

n. The weight of a load exceeding the registered lifting capacity of "ski area mobile equipment".

o. Freezing to above ground snowmaking pipes.

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

a. **Business Income (And Extra Expense) Coverage Form**

We will not pay for:

(1) Except as provided by paragraph **E. Additional Coverage – Equipment Breakdown**, or as provided by Subparagraph **6.c.** of Section **A.** in the Business Income (and Extra Expense) Coverage Form, any loss caused directly or indirectly by the failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building. Failure includes lack of sufficient capacity and reduction in supply.

But if the failure of power, communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

(2) Any loss caused by or resulting from:

(a) Damage or destruction of "finished stock"; or

(b) The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

(3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

(4) Any increase of loss caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

(5) Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

(6) Any other consequential loss.

b. **Leasehold Interest Coverage Form**

(1) Paragraph **B.1.a.** Ordinance Or Law, does not apply to insurance under this Coverage Form.

(2) We will not pay for any loss caused by:

(a) Your cancelling the lease;

(b) The suspension, lapse or cancellation of any license; or

(c) Any other consequential loss.

c. **Legal Liability Coverage Form**

(1) The following exclusions do not apply to insurance under this Coverage Form:

(a) Paragraph **B.1.a.,** Ordinance Or Law;

(b) Paragraph **B.1.c.,** Governmental Action;

(c) Paragraph **B.1.d.,** Nuclear Hazard;

(d) Paragraph **B.1.e.,** Utility Services; and

(e) Paragraph **B.1.f.,** War And Military Action.

(2) The following additional exclusions apply to insurance under this Coverage Form:

(a) **Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(i) Your assumption of liability was executed prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

(b) **Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

C. **Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

This limitation does not apply to the extent that coverage is provided by Additional Coverage – Equipment Breakdown.

b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

This limitation does not apply to the extent that coverage is provided by Additional Coverage – Equipment Breakdown.

c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

d. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

e. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

a. Animals, and then only if they are killed or their destruction is made necessary.

b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

(1) Glass; or

(2) Containers of property held for sale.

c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

(1) If the property is located on or within 1,000 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

(2) To Business Income Coverage or to Extra Expense Coverage.

3. **Furs, Jewelry, Stamps and Other Specified Items**

The most we will pay for loss of or damage, by theft, to all property shown below is the Theft of Furs, Jewelry, Stamps and Other Specified Items Limit of Insurance shown on the Supplemental Declarations for any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The property for which this limitation applies is:

a. Furs, fur garments and garments trimmed with fur.

b. Jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c. Stamps, tickets, including lottery tickets held for sale, and letters of credit.

These limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.**, does not apply to Business Income Coverage or to Extra Expense Coverage.

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

    a. Results in discharge of any substance from an automatic fire protection system; or

    b. Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage — Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **D.2.** and **D.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

    a. A "specified cause of loss" other than fire or lightning; or

    b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

    a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

    b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

    c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **D.2.** of this Limited Coverage is limited to the applicable Limit of Insurance shown in the Supplemental Declarations. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss"

(other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than the applicable Limit of Insurance shown in the Supplemental Declarations even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form.

6. The following, **6.a.** or **6.b.**, applies only if Business Income and/or Extra Expense coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

## E. Additional Coverage – Equipment Breakdown

The most we will pay for loss or damage under this Additional Coverage – Equipment Breakdown arising from any one "accident" is the Limit of Insurance shown in the Declarations, or by endorsement hereto. Limits for this Additional Coverage – Equipment Breakdown are included in, and are not in addition to, Limits of Insurance for Covered Property.

1. We will pay for direct physical damage to Covered Property that is the direct result of an "accident".

2. The following coverages also apply to the direct result of an "accident". These coverages do not provide additional amounts of insurance.

   a. **Expediting Expenses**

      With respect to your damaged Covered Property, we will pay for the reasonable extra cost to:

      (1) make temporary repairs; and

      (2) expedite permanent repairs or permanent replacement.

      The most we will pay for loss, damage or expense under this coverage is the limit indicated in the Supplemental Declarations.

b. **Hazardous Substances**

   We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

   This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in 2.c.(1)(b) below. As used in this Additional Coverage – Equipment Breakdown, additional costs mean those beyond what would have been payable under this coverage had no "hazardous substance" been involved.

   The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is the Limit of Insurance indicated in the Supplemental Declarations.

c. **Spoilage**

   (1) We will pay:

      (a) For physical damage to "perishable goods" due to spoilage;

      (b) For physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;

      (c) Any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

   (2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Valuation Condition of

the Building and Personal Property Coverage Form.

The most we will pay for loss, damage or expense under this coverage is the Limit of Insurance indicated in the Supplemental Declarations.

**d. Computer Equipment**

We will pay for loss, damage or expense caused by or resulting from an "accident" to "computer equipment".

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is the Limit of Insurance indicated in the Supplemental Declarations. Computers used primarily to control or operate "covered equipment" are not subject to this limit.

**e. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data".

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, if shown as covered, is the Limit of Insurance indicated in the Supplemental Declarations.

**f. Service Interruption**

(1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility, or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(2) Unless otherwise shown in the Declarations or Equipment Breakdown – Other Conditions Endorsement, Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident".

(3) The most we will pay for loss, damage or expense under this coverage is the Limit of Insurance that applies to Business Income, Extra Expense or Spoilage, except that if a Limit of Insurance is shown in the Supplemental Declarations for Service Interruption, that Limit will apply to Business Income and Extra Expense loss under this Service Interruption coverage.

**g. Business Income and Extra Expense**

Any insurance provided under this policy for Business Income or Extra Expense is extended to Equipment Breakdown coverage.

The most we will pay for loss of Business Income you sustain or necessary Extra Expense you incur is the Limit of Insurance shown in the Supplemental Declarations for that coverage.

3. In addition to all other exclusions and limitations, we will not pay under this coverage for loss, damage or expense caused by or resulting from:

a. Any defect, programming error, programming limitation, computer virus, hacking, malicious code, loss of "electronic data", loss of access, loss of use, loss of functionality or other condition within or involving "electronic data" or "media" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

b. Any of the following tests:

A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment.

c. Misalignment, miscalibration, tripping off – line, or any condition that can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of

maintenance. But if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident".

4. With respect to Service interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except for explosion of steam boilers, steam pipes, steam engines or steam turbines); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

5. With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for any increase in loss resulting from an agreement between you and your customer or supplier.

6. We will not pay under this coverage for any loss or damage to animals.

7. The following conditions are added:

   a. **Suspension**

   Whenever "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

   (1) Your last known address; or

   (2) The address where the "covered equipment" is located.

   Once suspended in this way, your insurance can be reinstated only by an endorsement for the "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

   b. **Jurisdictional Inspections**

   If any property that is "covered equipment" under this coverage requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your

behalf. We do not warrant that conditions are safe or healthful.

   c. **Environmental, Safety and Efficiency Improvements**

   If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which actual cash value applies.

F. **Additional Coverage Extensions**

   1. **Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from:

      (1) A Covered Cause of Loss; or

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

   c. The most we will pay for loss or damage under this Extension is the Property in Transit Limit of Insurance shown in the Supplemental Declarations.

   This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

   2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension, **F.3.,** does not increase the Limit of Insurance.

4. **Sewer Backup and Water Below the Surface**

   We will pay for direct physical loss or damage caused by:

   a. Water that backs up through a sewer or drain; or

   b. Water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a described premises.

   We will not pay for any loss or damage caused by water or other materials that back up from a sewer or drain when such back up is caused by any flood. For purposes of this Paragraph, flood has the meaning described Subparagraphs **1.g.(1)**, **1.g.(2)** and **1.g.(5)** of Section **B. Exclusions.**

   This Coverage Extension, **F.4.,** does not increase the Limit of Insurance.

5. **Additional Spoilage**

Except as otherwise covered by Subparagraph **E. Additional Coverage – Equipment Breakdown**, we shall pay for loss of or damage to your "perishable goods", caused by a power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

   a. Only the following Exclusions in Paragraph **B.1.** of this Causes of Loss Form are applicable to this Additional Coverage Extension:

      (1) Earth Movement;

      (2) Governmental Action;

      (3) Nuclear Hazard;

      (4) War And Military Action; and

      (5) Water.

   b. In addition, the following Exclusions apply to this Additional Coverage Extension:

      We will not pay for loss or damage caused by or resulting from:

      (1) The disconnection of any refrigerating, cooling or humidity control system from the source of power.

      (2) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current.

      (3) The inability of an Electrical Utility Company or other power source to provide sufficient power due to:

         (a) Lack of fuel; or

         (b) Governmental order.

      (4) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand.

      (5) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

The most we will pay for loss or damage under this Extension is the Additional Spoilage Limit of Insurance shown in the Supplemental Declarations.

6.  **Virus and Hacking**

We cover direct physical loss to covered "computer equipment", "electronic data", "media" or "programs", and your Web site caused by a computer virus or by computer hacking.

However, we do not cover:

a.  Loss of exclusive use of any "electronic data" or proprietary "programs" that have been copied, scanned, or altered;

b.  Loss of or reduction in economic or market value of any "electronic data" or proprietary "programs" that have been copied, scanned, or altered;

c.  Theft from your "electronic data" or proprietary "programs" of confidential information through the observation of the "electronic data" or proprietary "programs" by accessing covered "computer equipment", your computer network, or your Web site without any alteration or other physical loss or damage to the records or programs.

Confidential information includes, but is not limited to, customer information, processing methods, or trade secrets; and

Computer hacking means an unauthorized intrusion by an individual or group of individuals, whether employed by you or not, into "computer equipment", "electronic data", "media" or "programs", a Web site, or a computer network and that results in but is not limited to:

a.  Deletion, destruction, generation, or modification of "software";

b.  Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "electronic data", "media" or "programs";

c.  Observation, scanning, or copying of "electronic data" or "media" and proprietary "programs";

d.  Damage, destruction, inadequacy, malfunction, degradation, or corruption of any

"computer equipment" or "media" used with "computer equipment"; or

e.  Denial of access to or denial of services from your "computer equipment", your computer network, or Web site.

Computer virus means the introduction into "computer equipment", "electronic data", "media" or "programs", or a Web site of any malicious, self-replicating electronic data processing code or other code and that is intended to result in, but is not limited to:

a.  Deletion, destruction, generation, or modification of "electronic data", "media" or "programs";

b.  Alteration, contamination, corruption, degradation, or destruction of the integrity, quality, or performance of "electronic data", "media" or "programs";

c.  Damage, destruction, inadequacy, malfunction, degradation, or corruption of any "computer equipment" or "media" used with "computer equipment"; or

d.  Denial of access to or denial of services from your "computer equipment", your computer network, or Web site.

The most we pay in any one occurrence under this Additional Coverage Extension is the Virus and Hacking Limit of Insurance shown in the Supplemental Declarations.

The most we pay for all covered losses under this Supplemental Coverage during each separate 12 month period of this policy is the Virus and Hacking Limit of Insurance shown in the Supplemental Declarations.

G.  **Definitions**

1.  "Accident" means a fortuitous event that causes direct physical damage to "covered equipment".  The event must be one of the following:

a.  Mechanical breakdown, including rupture or bursting caused by centrifugal force;

b.  Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires;

c.  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned

or leased by you, or operated under your control;

d. Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

e. Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

2. "Boilers and Vessels" means:

a. Any boiler, including attached steam, condensate and feedwater piping; and

b. Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

This term does not appear in this policy, but may appear in the Equipment Breakdown – Other Conditions Endorsement.

3. "Computer Equipment" means electronic data processing systems including keyboards, display screens, terminals, printers, and related peripheral equipment used solely for data processing operations. Computer equipment shall not include such equipment held for sale, distribution, or which is manufactured in the course of your business.

4. "Covered Equipment"

a. "Covered Equipment" means Covered Property, unless otherwise indicated in the Equipment Breakdown – Other Conditions Endorsement:

(1) That generates, transmits or utilizes energy, including electronic communications and data processing equipment, or

(2) Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

b. None of the following is "covered equipment":

(1) Structure, foundation, cabinet, compartment or air supported structure or building;

(2) Insulating or refractory material;

(3) Sewer piping, underground vessels or piping, or piping forming a part of a sprinkler system;

(4) Water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

(5) Vehicle or any equipment mounted on a vehicle. For the purpose of this limitation, vehicle means, any machine or apparatus that is used for transportation or moves under its own power including, but not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a vehicle;

(6) Satellite, spacecraft or any equipment mounted on a satellite or spacecraft;

(7) Dragline, excavation or construction equipment; or

(8) Equipment manufactured by you for sale.

5. "Electronic data" means information, instruction, or "programs" that are recorded on your media, including original source material used to enter data.

6. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

7. "Hazardous Substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

8. "Media" means magnetic tapes, compact discs, diskettes, disk packs, cards, or other standardized data recording materials which

| 109366 (2/12) | Includes copyrighted material of Insurance Services Office, Inc with permission. | Page 14 of 16 |

can be read by your electronic data processing equipment.

9.  "Perishable Goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

    **10.** "Production Machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston.

    This term does not appear in this policy, but may appear in the Equipment Breakdown – Other Conditions Endorsement.

11. "Programs" means software that are purchased or written specifically to be used with "computer equipment".

12. "Ski area mobile equipment" means a land vehicle, including any attached machinery or equipment, whether self-propelled or not that is:

    a.  Not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged;

    b.  Maintained for use primarily on premises owned or rented to you, including the ways immediately adjoining such premises;

    c.  Maintained for use solely in the operation of your business as a ski area; and

    d.  Maintained for purposes other than the transportation of persons or cargo.

    "Ski area mobile equipment" includes:

    a.  Bulldozers, forklifts and other vehicles;

    b.  Vehicles that travel on crawler treads, including, but not limited to snowcats and snowmobiles;

    c.  Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

        (1) Power cranes, shovels, loaders, diggers or drills;

    (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

    (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    (4) Cherry pickers and similar devices used to raise or lower workers;

    d.  Self-propelled vehicles permanently attached equipment designed for:

        (1) Snow removal;

        (2) Road maintenance; or

        (3) Street cleaning.

    "Ski area mobile equipment" does not include:

    a.  Any ski lifts including, but not limited to aerial lifts, surface lifts, or other equipment used to transport customers to the top of a ski slope or run; or

    b.  Fixed snowmaking equipment including compressors, compressor houses, related equipment and structures and electrical equipment including transformers and distribution panels.

13. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    a.  Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

        (1) The cost of filling sinkholes; or

        (2) Sinking or collapse of land into manmade underground cavities.

    b.  Falling objects does not include loss or damage to:

        (1) Personal property in the open; or

**(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.