## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01873-CMA-NRN

NEW HAMPSHIRE INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Plaintiffs,

v.

TSG SKI & GOLF LLC, THE PEAKS OWNERS ASSOCIATION, INC., PEAKS HOTEL LLC, and H. CURTIS BRUNJES,

    Defendants; and

TSG SKI & GOLF, LLC; THE PEAKS OWNERS ASSOCIATION, INC.; PEAKS HOTEL LLC; and H. CURTIS BRUNJES,

    Counter-Plaintiffs,

v.

NEW HAMPSHIRE INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Counter-Defendants.

## NEW HAMPSHIRE INSURANCE COMPANY'S
## MOTION FOR ENTRY OF JUDGMENT

New Hampshire Insurance Company ("New Hampshire"), for its Motion for Entry of Judgment, states as follows:

**INTRODUCTION**

New Hampshire moves the Court for entry of judgment in its favor in the amount it paid to defend Defendants TSG Ski & Golf, LLC ("TSG"), Peaks Hotel, LLC ("Peaks Hotel"), the Peaks Owners Association, Inc. (the "POA"), and H. Curtis Brunjes ("Brunjes") in an underlying lawsuit, plus interest. The Court's May 17, 2023 Order Granting Plaintiffs' Motion for Summary Judgment found that New Hampshire owed no duty to defend Defendants with respect to the lawsuit captioned *Peaks Capital Partners, LLC et al. v. H. Curtis Brunjes et al.*, Case No. 2019 CV 30047, in the Colorado District Court, County of San Miguel (the "Underlying Lawsuit"). The Court's Order also found that New Hampshire was entitled to reimbursement of amounts New Hampshire paid to defend Defendants, as well as interest. (Doc. 115 at 21.) The Court directed New Hampshire to file a Motion for Entry of Judgment setting forth the amounts to which New Hampshire is entitled. New Hampshire moves for entry of judgment in the amount of $942,957.16[1] against TSG and Peaks Hotel, plus $206.68 in interest for each day after May 31, 2023 and the amount of $277,991.79[2] against the POA and Brunjes, plus $60.93 in interest for each day after May 31, 2023.

**A.   New Hampshire Is Entitled To Recoupment And Interest For Payments Made On Behalf Of TSG, Peaks Hotel**

The following table details payments made by New Hampshire, the date of those payments, and statutory interest to which New Hampshire is entitled, calculated at eight percent, compounded annually from the date paid until the date of the filing of this Motion

---

[1] Interest per day after May 31, 2023 on this amount is $206.68: ($942,957.16 / 365) * 0.08 = Interest Per Day.
[2] Interest per day after May 31, 2023 on this amount is $60.93: ($277,991.79 / 365) * 0.08 = Interest Per Day

1

for Entry of Judgment:[3]

| Payee | Date Paid | Amount | Days | Interest through 5/31/23 |
|---|---|---|---|---|
| Stuart D. Morse & Assocs. | 3/31/2023 | $3,300.00 | 61 Days | $44.12 |
| Stuart D. Morse & Assocs. | 3/21/2023 | $1,325.00 | 71 Days | $20.62 |
| Indexed IO Corp. | 1/10/2023 | $423.44 | 141 Days | $13.09 |
| Waas Campbell | 1/4/2023 | $20,648.95 | 147 Days | $665.29 |
| Stuart D. Morse & Assocs. | 1/10/2023 | $4,968.50 | 141 Days | $153.55 |
| Stuart D. Morse & Assocs. | 12/13/2022 | $31,119.00 | 169 Days | $1,152.68 |
| Indexed IO Corp | 12/15/2022 | $176.43 | 167 Days | $6.46 |
| Deborah A. Harris | 4/4/2023 | $1,105.00 | 57 Days | $13.80 |
| Stuart D. Morse & Assocs. | 11/7/2022 | $3,913.50 | 205 Days | $175.84 |
| Waas Campbell | 10/6/2022 | $13,377.20 | 237 Days | $694.88 |
| Indexed IO Corp | 10/12/2022 | $218.77 | 231 Days | $11.08 |
| Veritext | 9/20/2022 | $673.73 | 253 Days | $37.36 |
| Stuart D. Morse & Assocs. | 10/11/2022 | $20,459.00 | 232 Days | $1,040.33 |
| Stuart D. Morse & Assocs. | 9/23/2022 | $19,195.50 | 250 Days | $1,051.81 |
| FTI Consulting | 9/20/2022 | $463.50 | 253 Days | $25.70 |
| FTI Consulting | 9/20/2022 | $31,299.32 | 253 Days | $1,735.61 |
| Indexed IO Corp | 9/19/2022 | $218.77 | 254 Days | $12.18 |
| Indexed IO Corp | 9/19/2022 | $211.72 | 254 Days | $11.79 |
| Stuart D. Morse & Assocs. | 8/24/2022 | $67,205.38 | 254 Days | $3,741.41 |

---

[3] The formula used to calculate interest is: **Amount * (Days / 365 ) * 0.08 = Interest**

| | | | | |
|---|---|---|---|---|
| Veritext | 8/16/2022 | **$2,413.85** | 280 Days | **$148.14** |
| Stuart D. Morse & Assocs. | 8/4/2022 | **$100,773.15** | 302 Days | **$6,670.35** |
| Veritext | 8/2/2022 | **$22,504.54** | 316 Days | **$1,558.67** |
| FTI Consulting | 7/19/2022 | **$70,743.91** | 316 Days | **$4,899.74** |
| Braddy Investigations | 7/19/2022 | **$4,195.00** | 289 Days | **$265.72** |
| Chicago Economic | 8/15/2022 | **$7,500.00** | 310 Days | **$509.59** |
| Proof Technology | 7/25/2022 | **$309.59** | 310 Days | **$21.04** |
| Michael Marks | 7/27/2022 | **$2,975.00** | 308 Days | **$200.83** |
| Proof Technology | 7/25/2022 | **$175.00** | 310 Days | **$11.89** |
| Litigation Services | 6/29/2022 | **$646.65** | 336 Days | **$47.62** |
| Litigation Services | 6/29/2022 | **$1,823.20** | 336 Days | **$134.27** |
| Veritext | 6/28/2022 | **$891.70** | 337 Days | **$65.86** |
| Litigation Services | 6/29/2022 | **$2,200.15** | 336 Days | **$162.03** |
| Orten Cavanagh | 7/14/2022 | **$3,282.00** | 321 Days | **$230.91** |
| Veritext | 6/22/2022 | **$1,299.20** | 343 Days | **$97.67** |
| Veritext | 6/22/2022 | **$469.50** | 343 Days | **$35.30** |
| Indexed IO Corp | 7/19/2022 | **$218.77** | 316 Days | **$15.15** |
| Veritext | 6/14/2022 | **$1,745.55** | 351 Days | **$134.29** |
| Litigation Services | 6/14/2022 | **$1,190.00** | 351 Days | **$91.55** |
| Stuart D. Morse & Assocs. | 6/15/2022 | **$30,384.00** | 350 Days | **$2,330.83** |
| Litigation Services | 6/9/2022 | **$720.00** | 356 Days | **$56.18** |
| Litigation Services | 6/9/2022 | **$715.00** | 356 Days | **$55.79** |
| FTI Consulting | 6/1/2022 | **$25,000.00** | 364 Days | **$1,994.52** |

3

| FTI Consulting | 5/24/2022 | **$33,576.10** | 372 Days | $2,737.60 |
|---|---|---|---|---|
| Litigation Services | 5/18/2022 | **$1,648.65** | 378 Days | $136.59 |
| Litigation Services | 5/9/2022 | **$195.00** | 387 Days | $16.54 |
| Indexed IO Corp | 5/13/2022 | **$218.77** | 383 Days | $18.36 |
| Indexed IO Corp | 5/13/2022 | **$197.60** | 383 Days | $16.59 |
| Litigation Services | 4/26/2022 | **$1,975.00** | 399 Days | $172.78 |
| Stuart D. Morse & Assocs. | 4/28/2022 | **$15,520.00** | 397 Days | $1,350.45 |
| Stuart D. Morse & Assocs. | 4/28/2022 | **$6,926.50** | 397 Days | $602.70 |
| Stuart D. Morse & Assocs. | 4/28/2022 | **$24,624.50** | 397 Days | $2,142.67 |
| Stuart D. Morse & Assocs. | 4/28/2022 | **$34,281.50** | 397 Days | $2,982.96 |
| Veritext | 4/19/2022 | **$1,049.60** | 406 Days | $93.40 |
| Stuart D. Morse & Assocs. | 3/22/2022 | **$11,055.00** | 434 Days | $1,051.59 |
| Indexed IO Corp | 4/7/2022 | **$649.26** | 418 Days | $59.48 |
| Veritext | 3/15/2022 | **$1,040.15** | 441 Days | $100.54 |
| Litigation Services | 3/18/2022 | **$1,290.00** | 438 Days | $123.84 |
| Stuart D. Morse & Assocs. | 3/22/2022 | **$13,870.00** | 434 Days | $1,319.36 |
| FTI Consulting | 1/24/2022 | **$53,344.22** | 491 Days | $5,740.71 |
| Baker Tilly | 1/11/2022 | **$1,300.83** | 504 Days | $143.70 |
| Braddy Investigations | 1/26/2022 | **$1,485.50** | 489 Days | $159.21 |
| TSG Reporting | 1/20/2022 | **$3,485.95** | 495 Days | $378.20 |
| JAG Group | 1/10/2022 | **$1,187.50** | 505 Days | $131.44 |
| Stuart D. Morse & Assocs. | 1/12/2022 | **$12,442.50** | 503 Days | $1,371.74 |
| Stuart D. Morse & Assocs. | 1/7/2022 | **$17,117.50** | 508 Days | $1,905.90 |

4

| Huseby Global | 12/13/2021 | **$1,731.00** | 522 Days | **$215.15** |
|---|---|---|---|---|
| Huseby Global | 12/17/2021 | **$132.00** | 529 Days | **$15.30** |
| Huseby Inc. | 12/17/2021 | **$4,613.30** | 529 Days | **$534.89** |
| Huseby Inc. | 12/13/2021 | **$201.46** | 531 Days | **$201.46** |
| Indexed IO Corp. | 12/15/2021 | **$218.77** | 533 Days | **$25.56** |
| TSG Reporting | 11/24/2021 | **$282.60** | 555 Days | **$34.38** |
| TSG Reporting | 11/22/2021 | **$2,213.95** | 557 Days | **$270.28** |
| Veritext | 11/9/2021 | **$1,030.10** | 570 Days | **$128.69** |
| Indexed IO Corp | 10/25/2021 | **$211.72** | 585 Days | **$27.15** |
| TSG Reporting | 9/29/2021 | **$1,305.15** | 611 Days | **$174.78** |
| Orten Cavanagh | 9/22/2021 | **$15,000** | 618 Days | **$2,031.78** |
| TSG Reporting | 9/24/2021 | **$1,742.85** | 616 Days | **$235.31** |
| Indexed IO Corp | 9/27/2021 | **$430.49** | 613 Days | **$57.84** |
| Stuart D. Morse & Assocs. | 9/13/2021 | **$6,589.00** | 627 Days | **$905.49** |
| Stuart D. Morse & Assocs. | 8/27/2021 | **$5,117.50** | 644 days | **$722.34** |
| Indexed IO Corp | 8/31/2021 | **$218.77** | 640 Days | **$30.69** |
| Indexed IO Corp | 8/13/2021 | **$211.72** | 658 Days | **$30.53** |
| Indexed IO Corp | 7/21/2021 | **$218.77** | 681 Days | **$32.65** |
| Stuart D. Morse & Assocs. | 6/23/2021 | **$3,731.50** | 709 Days | **$579.86** |
| Colorado Springs | 6/9/2021 | **$9,376.25** | 723 Days | **$1,485.81** |
| Stuart D. Morse & Assocs. | 5/26/2021 | **$3,039.00** | 735 Days | **$489.57** |
| FTI Consulting | 5/17/2021 | **$25,000** | 744 Days | **$4,076.71** |
| Indexed IO Corp | 4/29/2021 | **$218.77** | 762 Days | **$36.54** |

| Baker Tilly | 4/20/2021 | **$7,500** | 771 Days | **$1,267.40** |
|---|---|---|---|---|
| Indexed IO Corp. | 4/29/2021 | **$416.37** | 762 Days | **$69.54** |
| Indexed IO Corp. | 4/29/2021 | **$1,057.73** | 762 Days | **$176.66** |
| Stuart D. Morse & Assocs. | 4/16/2021 | **$9,013.00** | 775 Days | **$1,530.98** |
| Stuart D. Morse & Assocs. | 4/16/2021 | **$21.970.50** | 775 Days | **$3,731.98** |
| Stuart D. Morse & Assocs. | 3/19/2021 | **$11,161.50** | 803 Days | **$1,964.42** |
| Stuart D. Morse & Assocs. | 1/12/2021 | **$9,810.59** | 869 Days | **$1,868.58** |
| TSG Company | 12/3/2020 | **$3,459.70** | 909 Days | **$689.29** |
| **TOTAL** | | **$866,213.66** | | **$76,743.50** |

(*See* Group Ex. A; Group Ex. B.)

**B.   New Hampshire Is Entitled To Recoupment And Interest For Payments Made On Behalf Of POA and Brunjes**

The following table details payments made by New Hampshire to defend the POA and Brunjes, the date of those payments, and statutory interest to which New Hampshire is entitled, calculated at eight percent, compounded annually from the date paid until the date of the filing of this Motion for Entry of Judgment:[4]

| Payee | Date Paid | Amount | Days | Interest through 5/31/23 |
|---|---|---|---|---|
| Hustead Law Firm | 4/13/2023 | **$5,837.80** | 48 Days | **$61.42** |
| Hustead Law Firm | 4/13/2023 | **$21,025.15** | 48 Days | **$221.20** |
| Hustead Law Firm | 4/13/2023 | **$30,895.02** | 48 Days | **$325.03** |
| Hustead Law Firm | 4/13/2023 | **$10,191.15** | 48 Days | **$107.22** |

---

[4] The formula used to calculate interest is: **Amount * (Days / 365 ) * 0.08 = Interest**

6

| Hustead Law Firm | 4/13/2023 | **$6,776.17** | 48 Days | **$71.29** |
|---|---|---|---|---|
| Hustead Law Firm | 4/13/2023 | **$11,339.26** | 48 Days | **$119.30** |
| Hustead Law Firm | 4/13/2023 | **$15,312.85** | 48 Days | **$161.10** |
| Hustead Law Firm | 4/13/2023 | **$1,406.29** | 48 Days | **$14.79** |
| Hustead Law Firm | 4/13/2023 | **$16,734.44** | 48 Days | **$176.06** |
| Hustead Law Firm | 4/13/2023 | **$13,977.79** | 48 Days | **$147.05** |
| Hustead Law Firm | 5/11/2023 | **$24,157.88** | 20 Days | **$105.90** |
| Hustead Law Firm | 5/11/2023 | **$67,469.65** | 20 Days | **$295.76** |
| Hustead Law Firm | 5/11/2023 | **$25,763.30** | 20 Days | **$112.94** |
| Centurion Discovery | 5/11/2023 | **$326.41** | 20 Days | **$1.43** |
| Litigation Services | 5/11/2023 | **$439.90** | 20 Days | **$1.93** |
| Veritext | 5/11/2023 | **$787.50** | 20 Days | **$3.45** |
| Veritext | 5/11/2023 | **$947.74** | 20 Days | **$4.15** |
| Veritext | 5/11/2023 | **$2,834.40** | 20 Days | **$12.42** |
| Veritext | 5/11/2023 | **$3,329.47** | 20 Days | **$14.59** |
| Veritext | 5/11/2023 | **$2,859.91** | 20 Days | **$12.54** |
| Veritext | 5/11/2023 | **$3,007.65** | 20 Days | **$13.18** |
| Veritext | 5/11/2023 | **$3,112.37** | 20 Days | **$13.64** |
| Veritext | 5/11/2023 | **$2,423.03** | 20 Days | **$10.62** |
| Veritext | 5/11/2023 | **$2,583.94** | 20 Days | **$11.33** |
| Veritext | 5/11/2023 | **$1,730.03** | 20 Days | **$7.58** |
| Veritext | 5/11/2023 | **$693.73** | 20 Days | **$3.04** |
| TOTAL | | **$275,962.83** | | **$2,028.96** |

(*See* Group Ex. A; Group Ex. B.)

### C. New Hampshire Requests Entry of Judgment Against TSG, Peaks Hotel, POA and Brunjes

Based upon New Hampshire's payments set forth above on behalf of TSG and Peaks Hotel, New Hampshire is entitled to recoup $866,213.66 from TSG and Peaks Hotel, plus $76,743.50 statutory interest, for a total judgment of $942,957.16, plus $206.68 per day after May 31, 2023. Separately, based upon New Hampshire's payments set forth above on behalf of the POA and Brunjes, New Hampshire is entitled to recoup $275,962.83 from the POA and Brunjes, plus $2,028.96 statutory interest, for a total judgment of $277,991.79, plus $60.93 per day after May 31, 2023. New Hampshire therefore moves the Court for entry of judgment in the amount of $942,957.16 against TSG and Peaks Hotel, plus $206.68 per day after May 31, 2023, and for entry of judgment in the amount of $277,991.79 against the POA and Brunjes, plus $60.93 per day after May 31, 2023.

WHEREFORE, Plaintiff NEW HAMPSHIRE INSURANCE COMPANY requests that this Court enter a judgment in its favor and against TSG SKI & GOLF, LLC and PEAKS HOTEL, LLC in the amount of $942,957.16, plus $206.68 per day after May 31, 2023; that this Court enter a judgment in its favor and against THE PEAKS OWNERS ASSOCIATION, INC. and H. CURTIS BRUNJES in the amount of $277,991.79, plus $60.93 per day after May 31, 2023; and any other relief this Court deems just and proper.

Dated: May 31, 2023

Respectfully submitted,

NEW HAMPSHIRE INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

By: */s/ David J. Rock*
Matthew J. Fink
Ian A. Cooper
David J. Rock
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
10 South Wacker Drive, 21st Floor
Chicago, IL 60606
Telephone: (312) 585-1400
mfink@nicolaidesllp.com
icooper@nicolaidesllp.com
drock@nicolaidesllp.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

*/s/ David J. Rock*

9