IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 21-cv-01873-CMA-SP

NEW HAMPSHIRE INSURANCE COMPANY, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Plaintiffs/Counter Defendants,

v.

TSG SKI & GOLF, LLC,
THE PEAKS OWNERS ASSOCIATION, INC.,
PEAKS HOTEL, LLC, and
H. CURTIS BRUNJES,

    Defendants/Counter Claimants.

## ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT

This matter is before the Court on Plaintiff New Hampshire Insurance Company's ("New Hampshire") Motion for Entry of Judgment. (Doc. # 116.) On May 17, 2023, this Court granted Plaintiffs' Motion for Summary Judgment (Doc. # 102) and determined that Plaintiffs owed no duty to defend or indemnify Defendants with respect to the lawsuit captioned *Peaks Capital Partners, LLC et al. v. H. Curtis Brunjes et al.*, Case No. 2019 CV 30047, in Colorado District Court for the County of San Miguel ("Underlying Lawsuit"). (Doc. # 115.) The Court also found that New Hampshire is entitled to reimbursement for defense costs related to the Underlying Lawsuit and

directed New Hampshire to file a Motion for Entry of Judgment setting forth the amounts to which New Hampshire is entitled.

New Hampshire timely filed the instant Motion requesting entry of judgment in the amount of $942,957.16 against Defendants TSG and Peaks Hotel, plus $206.68 in interest for each day after May 31, 2023, and the amount of $277,991.79 against Defendants the Peaks Owners Association and H. Curtis Brunjes, plus $60.93 in interest for each day after May 31, 2023. (Doc. # 116 at 2.) Defendants did not file a response, and the time for which to do so has now expired.

Having thoroughly reviewed the Motion and its attachments (Doc. # 116), the Court is satisfied that New Hampshire is entitled to entry of judgment in the amounts requested. For the reasons set forth in New Hampshire's Motion (Doc. # 116) and this Court's Order Granting Summary Judgment (Doc. # 115), it is ORDERED as follows:

- The Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendants in the instant lawsuit;
- Plaintiff New Hampshire Insurance Company is entitled to judgment in its favor against Defendants TSG Ski & Golf, LLC, and the Peaks Hotel, LLC, in the amount of $942,957.16, plus $206.68 in interest per day after May 31, 2023; and
- Plaintiff New Hampshire Insurance Company is entitled to judgment in its favor against Defendants the Peaks Owners Association, Inc. and H. Curtis Brunjes in the amount of $277,991.79, plus $60.93 in interest per day after May 31, 2023.

The Clerk of Court is directed to close this case.

DATED:  July 3, 2023

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                Senior United States District Judge

3