**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01873-CMA-SP

NEW HAMPSHIRE INSURANCE COMPANY, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

      Plaintiffs/Counter Defendants,

v.

TSG SKI & GOLF, LLC,
THE PEAKS OWNERS ASSOCIATION, INC.,
PEAKS HOTEL, LLC, and
H. CURTIS BRUNJES,

      Defendants/Counter Claimants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

PURSUANT to and in accordance with the [117] Order Granting Motion for Entry of Judgment, entered by the Honorable Christine M. Arguello on July 3, 2023 and incorporated herein by reference, it is

ORDERED that judgment is hereby entered in favor of Plaintiff/Counter Defendant, New Hampshire Insurance Company, and against Defendants/Counter Claimants, TSG Ski & Golf, LLC, and The Peaks Hotel, LLC, in the amount of $942,957.16, plus $206.68 in interest per day after May 31, 2023. It is further

ORDERED that judgment is hereby entered in favor of Plaintiff New Hampshire Insurance Company, and against Defendants, the Peaks Owners Association, Inc. and H. Curtis Brunjes, in the amount of $277,991.79, plus $60.93 in interest per day after May 31, 2023. It is further

ORDERED that post-judgment interest shall accrue on the total amount at the legal rate of 5.26% pursuant to 28 U.S.C. §1961 from the date of entry of judgment. It is further

ORDERED that Plaintiffs/Counter Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment.

DATED: July 3, 2023.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk