IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01873-CMA-SBP

NEW HAMPSHIRE INSURANCE COMPANY, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Plaintiffs,

v.

TSG SKI & GOLF, LLC,
THE PEAKS OWNERS ASSOCIATION, INC.,
PEAKS HOTEL, LLC, and
H. CURTIS BRUNJES,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION TO STAY EXECUTION OF JUDGMENT AND WAIVE SUPERSEDEAS BOND

This matter is before the Court on Defendants' Motion to Stay Execution of Judgment and Waive Supersedeas Bond (Doc. #119). The Court grants a Stay of Execution on the Final Judgment to and including August 15, 2023.

Defendants shall deposit into the Court registry 125% of the judgment amount or post a supersedeas bond on or before August 15, 2023.

                    BY THE COURT:

                    CHRISTINE M. ARGUELLO
                    Senior United States District Judge