APPEAL,JD2,MJ CIV PP,NDISPO,STAYDI,TERMED

## U.S. District Court - District of Colorado
### District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:21-cv-01873-CMA-SBP

New Hampshire Insurance Company et al v. TSG Ski & Golf, LLC et al
Assigned to: Senior Judge Christine M. Arguello
Referred to: Magistrate Judge Susan B. Prose
Cause: 28:1332 Diversity-Declaratory Judgment

Date Filed: 07/09/2021
Date Terminated: 07/03/2023
Jury Demand: Defendant
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

### Plaintiff
**New Hampshire Insurance Company**

represented by **David J. Rock**
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 South Wacker Drive
Suite 2100
Chicago, IL 60606
312-585-1466
Fax: 312-585-1401
Email: drock@nicolaidesllp.com
*ATTORNEY TO BE NOTICED*

**Matthew Jay Fink**
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 South Wacker Drive
Suite 2100
Chicago, IL 60606
312-585-1400
Fax: 312-585-1401
Email: mfink@nicolaidesllp.com
*ATTORNEY TO BE NOTICED*

**Ian Andrew Cooper**
Nicolaides Fink Thorpe Michaelides Sullivan LLP
10 South Wacker Drive
Suite 2100
Chicago, IL 60606
312-585-1400
Fax: 312-585-1401
Email: icooper@nicolaidesllp.com
*ATTORNEY TO BE NOTICED*

### Plaintiff
**National Union Fire Insurance Company of Pittsburgh, PA**

represented by **David J. Rock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Jay Fink**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian Andrew Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

### Defendant
**TSG Ski & Golf, LLC**

represented by **Bradley Aaron Levin**
Levin Sitcoff Waneka PC
455 Sherman Street
Suite 490
Denver, CO 80203
303-575-9390
Fax: 303-575-9385
Email: brad@lsw-legal.com
*ATTORNEY TO BE NOTICED*

**Kerri J. Anderson**
Levin Sitcoff Waneka PC

455 Sherman Street
Suite 490
Denver, CO 80203
303-575-9390
Fax: 303-575-9390
Email: kerri@lsw-legal.com
*ATTORNEY TO BE NOTICED*

**Sean Richard Cumberlege**
Cumberlege Law, LLC
4450 Arapahoe Avenue
Suite 100
Boulder, CO 80218
720-446-9533
Email: sean@cumberlegelaw.com
*TERMINATED: 09/12/2022*

**Todd R. Scardina**
Scardina Family Law LLC
1245 East Colfax Avenue
Suite 302
Denver, CO 80218
720-420-9068
Email: todd@scardinafamilylaw.com
*TERMINATED: 08/25/2022*

**Defendant**

**Peaks Owners Association, Inc., The**          represented by **Bradley Aaron Levin**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Frederick J. Baumann**
                                                                Lewis Roca Rothgerber Christie LLP
                                                                1601 19th Street
                                                                Suite 1000
                                                                Denver, CO 80202
                                                                303-628-9542
                                                                Fax: 303-623-9222
                                                                Email: fbaumann@lewisroca.com
                                                                *TERMINATED: 12/01/2021*

                                                                **Kerri J. Anderson**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Sean Richard Cumberlege**
                                                                (See above for address)
                                                                *TERMINATED: 09/12/2022*

                                                                **Todd R. Scardina**
                                                                (See above for address)
                                                                *TERMINATED: 08/25/2022*

**Defendant**

**Peaks Hotel LLC**                              represented by **Bradley Aaron Levin**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Kerri J. Anderson**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Sean Richard Cumberlege**
                                                                (See above for address)
                                                                *TERMINATED: 09/12/2022*

                                                                **Todd R. Scardina**
                                                                (See above for address)
                                                                *TERMINATED: 08/25/2022*

**Defendant**

**H. Curtis Brunjes**                            represented by **Bradley Aaron Levin**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

|  |  | **Kerri J. Anderson** |
|  |  | (See above for address) |
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  |  |
|  |  | **Sean Richard Cumberlege** |
|  |  | (See above for address) |
|  |  | *TERMINATED: 09/12/2022* |
|  |  |  |
|  |  | **Todd R. Scardina** |
|  |  | (See above for address) |
|  |  | *TERMINATED: 08/25/2022* |

**Counter Claimant**

**H. Curtis Brunjes**                    represented by **Sean Richard Cumberlege**
(See above for address)
*TERMINATED: 09/12/2022*

**Todd R. Scardina**
(See above for address)
*TERMINATED: 08/25/2022*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Peaks Owners Association, Inc., The**    represented by **Frederick J. Baumann**
(See above for address)
*TERMINATED: 12/01/2021*

**Sean Richard Cumberlege**
(See above for address)
*TERMINATED: 09/12/2022*

**Todd R. Scardina**
(See above for address)
*TERMINATED: 08/25/2022*

**Counter Claimant**

**TSG Ski & Golf, LLC**                  represented by **Sean Richard Cumberlege**
(See above for address)
*TERMINATED: 09/12/2022*

**Todd R. Scardina**
(See above for address)
*TERMINATED: 08/25/2022*

**Counter Claimant**

**Peaks Hotel LLC**                      represented by **Sean Richard Cumberlege**
(See above for address)
*TERMINATED: 09/12/2022*

**Todd R. Scardina**
(See above for address)
*TERMINATED: 08/25/2022*

V.

**Counter Defendant**

**National Union Fire Insurance Company of Pittsburgh,**    represented by **David J. Rock**
**PA**                                                      (See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Jay Fink**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian Andrew Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**New Hampshire Insurance Company**      represented by **David J. Rock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Jay Fink**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ian Andrew Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**H. Curtis Brunjes**                    represented by **Bradley Aaron Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerri J. Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Richard Cumberlege**
(See above for address)
*TERMINATED: 09/12/2022*

**Todd R. Scardina**
(See above for address)
*TERMINATED: 08/25/2022*

**Counter Claimant**

**TSG Ski & Golf, LLC**                  represented by **Bradley Aaron Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerri J. Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Richard Cumberlege**
(See above for address)
*TERMINATED: 09/12/2022*

**Todd R. Scardina**
(See above for address)
*TERMINATED: 08/25/2022*

**Counter Claimant**

**Peaks Owners Association, Inc., The**  represented by **Bradley Aaron Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Frederick J. Baumann**
(See above for address)
*TERMINATED: 12/01/2021*

**Kerri J. Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Richard Cumberlege**
(See above for address)
*TERMINATED: 09/12/2022*

**Todd R. Scardina**
(See above for address)
*TERMINATED: 08/25/2022*

**Counter Claimant**

**Peaks Hotel LLC**                      represented by **Bradley Aaron Levin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kerri J. Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Richard Cumberlege**
(See above for address)
*TERMINATED: 09/12/2022*

**Todd R. Scardina**
(See above for address)
*TERMINATED: 08/25/2022*

V.

**Counter Defendant**

**National Union Fire Insurance Company of Pittsburgh,**          represented by      **David J. Rock**
**PA**                                                                                 (See above for address)
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **Matthew Jay Fink**
                                                                                       (See above for address)
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **Ian Andrew Cooper**
                                                                                       (See above for address)
                                                                                       *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**New Hampshire Insurance Company**                               represented by      **David J. Rock**
                                                                                       (See above for address)
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **Matthew Jay Fink**
                                                                                       (See above for address)
                                                                                       *ATTORNEY TO BE NOTICED*

                                                                                       **Ian Andrew Cooper**
                                                                                       (See above for address)
                                                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2023 | 121 | ORDER: The Court GRANTS a Stay of Execution on the Final Judgment to and including August 15, 2023. Defendants shall deposit into the Court registry 125% of the judgment amount or post a supersedeas bond **on or before August 15, 2023**. SO ORDERED by Senior Judge Christine M. Arguello on 8/2/2023.(sphil, ) (Entered: 08/02/2023) |
| 08/02/2023 | 120 | NOTICE OF APPEAL as to 117 Order on Motion for Judgment, 115 Order on Motion for Summary Judgment, 118 Clerk's Judgment, by Defendants H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC (Filing fee $ 505, Receipt Number ACODC-9227059) (Anderson, Kerri) (Entered: 08/02/2023) |
| 07/31/2023 | 119 | MOTION to Stay *Execution of Judgment and Waive Supersedeas Bond* by Defendants Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Anderson, Kerri) (Entered: 07/31/2023) |
| 07/03/2023 | 118 | FINAL JUDGMENT by Clerk on 7/3/2023 in favor of National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company against Peaks Hotel LLC, Peaks Owners Association, Inc., The, H. Curtis Brunjes re: 117 Order on Motion for Judgment entered by Senior Judge Christine M. Arguello on 7/3/2023. (rkeec) (Entered: 07/03/2023) |
| 07/03/2023 | 117 | ORDER granting 116 Motion for Judgment. SO ORDERED by Senior Judge Christine M. Arguello on 7/3/2023. (rkeec) (Entered: 07/03/2023) |
| 05/31/2023 | 116 | MOTION for Judgment by Plaintiff New Hampshire Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rock, David) (Entered: 05/31/2023) |
| 05/17/2023 | 115 | ORDER: Plaintiffs' New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, PAs Motion for Summary Judgment 102 is GRANTED. SO ORDERED by Senior Judge Christine M. Arguello on 5/17/2023.(sphil, ) (Entered: 05/17/2023) |
| 05/02/2023 | 114 | REASSIGNING MAGISTRATE JUDGE. This action is reassigned to Magistrate Judge Susan Prose upon her appointment. All future pleadings should reference Magistrate Judge Prose at the end of the civil action number (such as 21-cv-01873-CMA-SP). Unless otherwise ordered, the dates and times for all previously scheduled matters will be maintained and will now be handled by Magistrate Judge Prose in Courtroom C-205. Her chambers are located in Room C-254 of the Byron G. Rogers Courthouse. Her telephone number is 303-335-2722. (Text Only Entry) (sphil, ) (Entered: 05/02/2023) |
| 02/03/2023 | 113 | REPLY to Response to 102 MOTION for Summary Judgment *Reply Brief ISO MSJ* filed by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Attachments: # 1 Exhibit M)(Cooper, Ian) (Entered: 02/03/2023) |
| 01/25/2023 | 112 | ORDER: Granting 111 Unopposed Motion for Extension of Time to File Reply. Plaintiffs' Reply to their 102 Motion for Summary Judgment due on or before 2/3/2023. SO ORDERED by Senior Judge Christine M. Arguello on 1/25/2023. Text Only |

|  |  | Entry(cmasec) (Entered: 01/25/2023) |
|---|---|---|
| 01/25/2023 | 111 | Unopposed MOTION for Extension of Time to File Response/Reply as to 102 MOTION for Summary Judgment *Reply Brief ISO MSJ* by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Rock, David) (Entered: 01/25/2023) |
| 01/09/2023 | 110 | ORDER: Granting 108 Motion to Exceed Page Limitation. Defendants' 109 Response in Opposition to 102 Plaintiffs' Motion for Summary Judgment is ACCEPTED as filed. SO ORDERED by Senior Judge Christine M. Arguello on 1/9/2023. Text Only Entry(cmasec) (Entered: 01/09/2023) |
| 01/06/2023 | 109 | RESPONSE to 102 MOTION for Summary Judgment filed by Defendants Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Anderson, Kerri) (Entered: 01/06/2023) |
| 01/06/2023 | 108 | MOTION for Leave to File Excess Pages by Defendants Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Anderson, Kerri) (Entered: 01/06/2023) |
| 12/29/2022 | 107 | ORDER: Granting 106 Second Joint Motion for Extension of Time to File Response/Reply. Defendants' Response to 102 Plaintiffs' Motion for Summary Judgment due on or before 1/6/2023. Plaintiffs' Reply due on or before 1/27/2023. SO ORDERED by Senior Judge Christine M. Arguello on 12/29/2022. Text Only Entry(cmasec) (Entered: 12/29/2022) |
| 12/27/2022 | 106 | Joint MOTION for Extension of Time to File Response/Reply as to 102 MOTION for Summary Judgment by Defendants Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Anderson, Kerri) (Entered: 12/27/2022) |
| 12/05/2022 | 105 | ORDER: Granting 104 Joint Motion for Extension of Time to File Response/Reply. Defendants' Response to 102 Plaintiffs' Motion for Summary Judgment due on or before 12/30/2022. Plaintiffs' Reply due on or before 1/20/2023. SO ORDERED by Senior Judge Christine M. Arguello on 12/5/2022. Text Only Entry(cmasec) (Entered: 12/05/2022) |
| 11/30/2022 | 104 | Joint MOTION for Extension of Time to File Response/Reply as to 102 MOTION for Summary Judgment by Defendants H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Anderson, Kerri) (Entered: 11/30/2022) |
| 11/14/2022 | 103 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Motion Hearing held on 11/14/2022. New Hampshire Insurance Company and National Union Fire Insurance Company of Pittsburgh, P.A.s Motion to Stay Discovery for Count II and III of Defendants Counterclaims (Dkt. # 99 ) is GRANTED in modified form. ALL discovery is stayed in this case. Within 5 days after a decision by Judge Arguello on the Motion for Summary Judgment, in the event the motion is denied, the parties should contact Judge Neureiters Chambers to set a Status or Scheduling Conference to see how the case will proceed. FTR: Courtroom C203. (rvill, ) (Entered: 11/14/2022) |
| 11/11/2022 | 102 | MOTION for Summary Judgment by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I - Part 1, # 10 Exhibit I - Part 2, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L)(Cooper, Ian) (Entered: 11/11/2022) |
| 11/04/2022 | 101 | RESPONSE to 99 MOTION to Stay *Discovery for Counts II and III of Defendants' Counterclaims* filed by Defendants Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Anderson, Kerri) (Entered: 11/04/2022) |
| 10/28/2022 | 100 | MEMORANDUM regarding 99 MOTION to Stay *Discovery for Counts II and III of Defendants' Counterclaims* filed by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. Motion referred to Magistrate Judge N. Reid Neureiter by Senior Judge Christine M. Arguello on 10/28/2022. Text Only Entry (cmasec) (Entered: 10/28/2022) |
| 10/28/2022 | 99 | MOTION to Stay *Discovery for Counts II and III of Defendants' Counterclaims* by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 10/28/2022) |
| 10/18/2022 | 98 | MINUTE ENTRY for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Status Conference held on 10/18/2022. A telephonic Motion Hearing is set for November 14, 2022 at 11:00 a.m. before Magistrate Judge N. Reid Neureiter in Courtroom C203. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. FTR: Courtroom C203. (rvill, ) (Entered: 10/19/2022) |
| 10/14/2022 | 97 | Joint STATUS REPORT by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company, Counter Defendants National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 10/14/2022) |
| 10/13/2022 | 96 | ANSWER/REPLY to 95 Answer to Amended Complaint,, Counterclaim, by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company.(Cooper, Ian) (Entered: 10/13/2022) |
| 09/22/2022 | 95 | ANSWER to 77 Amended Complaint, *Second*, COUNTERCLAIM against National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company by H. Curtis Brunjes, TSG Ski & Golf, LLC, Peaks Owners Association, Inc., The, Peaks Hotel LLC.(Anderson, Kerri) (Entered: 09/22/2022) |
| 09/12/2022 | 94 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 12 September 2022. It is hereby ORDERED that Defendants' Unopposed Second Motion for Extension of Time to File Responsive Pleading to Second Amended Complaint (Dkt. # 91 ) is GRANTED. Defendants shall answer or otherwise respond to the Second Amended Complaint (Dkt. # 77 ) on or before September 22, 2022. It is further ORDERED that the Motion to Withdraw as Counsel for Defendants (Dkt. # 92 ) is GRANTED. Sean Cumberlege is given leave to withdraw as counsel for Defendants. The Clerk is respectfully directed to remove Sean Cumberlege from electronic notification in this case. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 09/12/2022) |
| 09/12/2022 | 93 | MEMORANDUM regarding 92 MOTION to Withdraw as Attorney *for Defendants* filed by H. Curtis Brunjes, Peaks Owners Association, Inc., The, Peaks Hotel LLC, TSG Ski & Golf, LLC, 91 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 78 Notice of Filing Amended Pleading, filed by H. Curtis Brunjes, Peaks Owners Association, Inc., The, |

| | | |
|---|---|---|
| | | The, Peaks Hotel LLC, TSG Ski & Golf, LLC. Motions referred to Magistrate Judge N. Reid Neureiter by Senior Judge Christine M. Arguello on 9/12/2022. Text Only Entry (cmasec) (Entered: 09/12/2022) |
| 08/26/2022 | 92 | MOTION to Withdraw as Attorney *for Defendants* by Defendants H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Cumberlege, Sean) (Entered: 08/26/2022) |
| 08/25/2022 | 91 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 78 Notice of Filing Amended Pleading, by Defendants H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Anderson, Kerri) (Entered: 08/25/2022) |
| 08/25/2022 | 90 | ORDER: Granting 89 Motion to Withdraw as Attorney. Attorney Todd Scardina is permitted to withdraw as counsel for Defendants. The Court notes that Defendant continue to be represented by Messrs. Levin, Cumberlege and Ms. Anderson. FURTHER ORDERED that the Clerk of the Court is DIRECTED to delete Mr. Scardina's email address from future ECF filings and electronic notifications in this case. SO ORDERED by Senior Judge Christine M. Arguello on 8/25/2022. Text Only Entry(cmasec) (Entered: 08/25/2022) |
| 08/24/2022 | 89 | MOTION to Withdraw as Attorney *for Defendants* by Defendants H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC, Counter Claimants H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Scardina, Todd) (Entered: 08/24/2022) |
| 08/24/2022 | 88 | NOTICE of Entry of Appearance by Kerri J. Anderson on behalf of H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLCAttorney Kerri J. Anderson added to party H. Curtis Brunjes(pty:dft), Attorney Kerri J. Anderson added to party Peaks Hotel LLC(pty:dft), Attorney Kerri J. Anderson added to party Peaks Owners Association, Inc., The(pty:dft), Attorney Kerri J. Anderson added to party TSG Ski & Golf, LLC(pty:dft) (Anderson, Kerri) (Entered: 08/24/2022) |
| 08/24/2022 | 87 | NOTICE of Entry of Appearance by Bradley Aaron Levin on behalf of H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLCAttorney Bradley Aaron Levin added to party H. Curtis Brunjes(pty:dft), Attorney Bradley Aaron Levin added to party Peaks Hotel LLC(pty:dft), Attorney Bradley Aaron Levin added to party Peaks Owners Association, Inc., The(pty:dft), Attorney Bradley Aaron Levin added to party TSG Ski & Golf, LLC(pty:dft) (Levin, Bradley) (Entered: 08/24/2022) |
| 08/18/2022 | 86 | AMENDED Minute ORDER by Magistrate Judge N. Reid Neureiter on 18 August 2022. This Amended Minute Order amends and supersedes Dkt. # 83 . It is hereby ORDERED that Defendants' Unopposed Motion for Extension of Deadline to Respond to Second Amended Complaint (Dkt. # 80 ) is GRANTED. Defendants shall answer or otherwise respond to Plaintiffs' Second Amended Complaint (Dkt. # 77 ) on or before August 25, 2022. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 08/18/2022) |
| 08/12/2022 | 85 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 12 August 2022. It is hereby ORDERED that a Status Conference is set for October 18, 2022 at 3:00 p.m. The hearing will be conducted telephonically, and parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 08/12/2022) |
| 08/08/2022 | 84 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 8 August 2022. Due to a conflict on the Court's calendar, it is hereby ORDERED that the Status Conference set for October 18, 2022 at 10:30 a.m. is VACATED. The parties are directed to jointly contact chambers (303-335-2403) on or before August 12, 2022 to reschedule the Status Conference. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) Modified to correct entry on 8/9/2022 (cmadr, ). (Entered: 08/08/2022) |
| 08/04/2022 | 83 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 4 August 2022. It is hereby ORDERED that Defendants' Unopposed Motion for Extension of Deadline to Respond to Second Amended Complaint (Dkt. # 80 ) is GRANTED. Defendants shall answer or otherwise respond to Plaintiffs' Second Amended Complaint (Dkt. # 77 ) on or before August 21, 2022. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 08/04/2022) |
| 08/02/2022 | 82 | REASSIGNING MAGISTRATE JUDGE. Due to the recent appointment of Magistrate Judge Nina Y. Wang as a United States District Judge, this action is randomly reassigned to Magistrate Judge N. Reid Neureiter. All future pleadings should reference Magistrate Judge Neureiter at the end of the civil action number (21-cv-01873-CMA-NRN). Unless otherwise ordered, the dates and times for all previously scheduled matters will be maintained and will now be handled by Magistrate Judge Neureiter. (Text only entry) (agarc, ) (Entered: 08/02/2022) |
| 08/02/2022 | 81 | MEMORANDUM regarding 80 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond *to Second Amended Complaint* filed by H. Curtis Brunjes, Peaks Owners Association, Inc., The, Peaks Hotel LLC, TSG Ski & Golf, LLC. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 8/2/2022. Text Only Entry (cmasec) (Entered: 08/02/2022) |
| 08/01/2022 | 80 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond *to Second Amended Complaint* by Defendants H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Scardina, Todd) (Entered: 08/01/2022) |
| 08/01/2022 | 79 | NOTICE of Change of Address/Contact Information *and Withdrawal of Attorney* by Todd R. Scardina (Scardina, Todd) (Entered: 08/01/2022) |
| 07/21/2022 | 78 | NOTICE of Filing Amended Pleading re 77 Amended Complaint, *Second Amended Complaint for Declaratory Judgment and Reimbursement Redlined* by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company (Attachments: # 1 Exhibit A - Second Amended Complaint Redlined)(Cooper, Ian) (Entered: 07/21/2022) |
| 07/21/2022 | 77 | AMENDED COMPLAINT *Second Amended Complaint for Declaratory Judgment and Reimbursement* against H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC, filed by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Cooper, Ian) (Entered: 07/21/2022) |

| 06/27/2022 | 76 | COURTROOM MINUTES/MINUTE ORDER for Status Conference held on 6/27/2022 before Magistrate Judge Nina Y. Wang. ORDERED: A Telephonic Status Conference will be set for October 18, 2022 at 10:30 AM before Magistrate Judge Nina Y. Wang. Participants may access this court's conference line by using the following dial-in information: 1-888-363-4749, Access Code 5738976. Parties shall submit a joint status report to the court no later than October 14, 2022. FTR: NYW-FTR. (cpomm, ) (Entered: 06/28/2022) |
|---|---|---|
| 06/21/2022 | 75 | MINUTE ORDER: This matter is before the court on the 73 Joint Motion to Convert June 27, 2022 Scheduling Conference to Status Conference and Extend Responsive Pleading Deadline. The Motion is **GRANTED**. The Scheduling Conference set for 6/27/2022 at 10:30 AM is hereby **CONVERTED** to a Status Conference. Accordingly, the Parties' 6/21/2022 deadline to file a proposed Scheduling Order is **VACATED**. In addition, Defendants' deadline to answer or otherwise respond to the 72 First Amended Complaint is **EXTENDED** to **7/21/2022**. In addition, in light of the Parties' representation that Plaintiffs intend to file a Second Amended Complaint, it is **ORDERED** that Plaintiffs shall file either a motion to amend the complaint, or an amended pleading pursuant to Local Rule 15.1(a), on or before **7/21/2022**. By Magistrate Judge Nina Y. Wang on 06/21/2022. Text Only Entry(nywlc2, ) (Entered: 06/21/2022) |
| 06/21/2022 | 74 | MEMORANDUM regarding 73 Joint MOTION to Continue *and Convert Scheduling Conference to Status Conference* filed by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 6/21/2022. Text Only Entry (cmasec) (Entered: 06/21/2022) |
| 06/20/2022 | 73 | Joint MOTION to Continue *and Convert Scheduling Conference to Status Conference* by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 06/20/2022) |
| 06/15/2022 | 72 | AMENDED COMPLAINT against H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC, filed by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Cooper, Ian) (Entered: 06/15/2022) |
| 06/13/2022 | 71 | MINUTE ORDER: The 69 Unopposed Motion for Leave to File First Amended Complaint for Declaratory Judgment and Reimbursement is **GRANTED** pursuant to Rule 15(a)(2). Plaintiffs shall file a clean copy of their First Amended Complaint, in accordance with Local Rule 15.1(a), on or before **6/15/2022**. By Magistrate Judge Nina Y. Wang on 06/13/2022. Text Only Entry(nywlc2, ) (Entered: 06/13/2022) |
| 06/13/2022 | 70 | MEMORANDUM regarding 69 Unopposed MOTION to Amend/Correct/Modify *Complaint for Declaratory Judgment and Reimbursement* filed by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 6/13/2022. Text Only Entry (cmasec) (Entered: 06/13/2022) |
| 06/13/2022 | 69 | Unopposed MOTION to Amend/Correct/Modify *Complaint for Declaratory Judgment and Reimbursement* by Counter Defendants National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company, Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Attachments: # 1 Exhibit 1)(Cooper, Ian) (Entered: 06/13/2022) |
| 06/02/2022 | 68 | MINUTE ORDER granting the 66 Unopposed Motion for Enlargement of Time to File Responsive Pleading to Counterclaim. Plaintiffs/Counter-Defendants shall answer or otherwise respond to Defendants' Counterclaim on or before **6/15/2022**. By Magistrate Judge Nina Y. Wang on 06/02/2022. Text Only Entry(nywlc2, ) (Entered: 06/02/2022) |
| 06/01/2022 | 67 | MEMORANDUM regarding 66 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 65 Answer to Complaint,, Counterclaim, filed by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 6/1/2022. Text Only Entry (cmasec) (Entered: 06/01/2022) |
| 06/01/2022 | 66 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 65 Answer to Complaint,, Counterclaim, by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 06/01/2022) |
| 05/11/2022 | 65 | *Defendants'* ANSWER to 1 Complaint, *Defendants',* COUNTERCLAIM against All Plaintiffs by H. Curtis Brunjes, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC, Peaks Hotel LLC. (Attachments: # 1 Exhibit Exhibit 1 - Letter from Michael P. Robertson;)(Cumberlege, Sean) (Entered: 05/11/2022) |
| 05/04/2022 | 64 | MINUTE ORDER granting the 62 Unopposed Motion for Extension of Answer Deadline. Defendants shall answer or otherwise respond to the Complaint on or before **5/11/2022**. By Magistrate Judge Nina Y. Wang on 05/04/2022. Text Only Entry(nywlc2, ) (Entered: 05/04/2022) |
| 05/04/2022 | 63 | MEMORANDUM regarding 62 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond filed by H. Curtis Brunjes, Peaks Owners Association, Inc., The, Peaks Hotel LLC, TSG Ski & Golf, LLC. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 5/4/2022. Text Only Entry (cmasec) (Entered: 05/04/2022) |
| 05/04/2022 | 62 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond by Defendants H. Curtis Brunjes, Peaks Hotel LLC, Peaks Owners Association, Inc., The, TSG Ski & Golf, LLC. (Scardina, Todd) (Entered: 05/04/2022) |
| 05/02/2022 | 61 | MINUTE ORDER: Pursuant to the Parties' joint contact with the undersigned's chambers, a Scheduling Conference is SET for **6/27/2022 at 10:30 am** in Courtroom A 502 before Magistrate Judge Nina Y. Wang. The Parties' proposed Scheduling Order, using the form of scheduling order located on the court's website, is due **6/21/2022**. The Parties shall file a copy of their proposed Scheduling Order on the docket and shall also submit a Word copy of the proposed Order to Wang_Chambers@cod.uscourts.gov. By Magistrate Judge Nina Y. Wang on 05/02/2022. (nywlc2, ) (Entered: 05/02/2022) |
| 04/29/2022 | 60 | MINUTE ORDER: This court stayed discovery in this matter on December 22, 2021 pending the resolution of the then-pending Motion to Dismiss. In so doing, the court ordered the Parties to contact the undersigned's chambers within seven days of any order on the Motion to Dismiss, if such order did not fully dispose of the case, to set a Scheduling Conference. Judge Arguello denied the Motion to Dismiss on April 21, but the Parties did not contact the court by the ordered deadline. Accordingly, the |

| | | |
|---|---|---|
| | | Parties are ORDERED to jointly contact the undersigned's chambers on or before **May 4, 2022** to set a Scheduling Conference in this matter. By Magistrate Judge Nina Y. Wang on 4/29/2022. Text Only Entry (nywlc2, ) (Entered: 04/29/2022) |
| 04/21/2022 | [59](#) | ORDER: Defendants' Motion to Dismiss Or, In the Alternative, Motion to Stay (Doc. # 30) is DENIED WITHOUT PREJUDICE. SO ORDERED by Judge Christine M. Arguello on 4/21/2022. (sphil, ) (Entered: 04/21/2022) |
| 12/22/2021 | [58](#) | ORDER ON MOTION TO STAY by Magistrate Judge Nina Y. Wang on 12/21/2021. IT IS ORDERED that: The Joint Motion to Stay Discovery [55](#) is GRANTED; All discovery in this matter is hereby STAYED pending final resolution of the Motion to Dismiss [30](#) ; Should the disposition of the Motion to Dismiss not fully resolve this matter, within seven (7) days of the disposition of the Motion to Dismiss, the Parties shall jointly CONTACT the chambers of the undersigned to set a Scheduling Conference to discuss further discovery and scheduling.(alave, ) (Entered: 12/22/2021) |
| 12/20/2021 | [57](#) | REPLY to Response to [47](#) MOTION for Joinder re [43](#) Reply to Response to Motion, [30](#) MOTION to Dismiss filed by Defendant TSG Ski & Golf, LLC. (Cumberlege, Sean) (Entered: 12/20/2021) |
| 12/15/2021 | 56 | MEMORANDUM regarding [55](#) Joint MOTION to Stay *Discovery* filed by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 12/15/2021. Text Only Entry (cmasec) (Entered: 12/15/2021) |
| 12/15/2021 | [55](#) | Joint MOTION to Stay *Discovery* by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 12/15/2021) |
| 12/07/2021 | [54](#) | COURTROOM MINUTES/MINUTE ORDER for Telephonic Scheduling Conference/Status Conference held before Magistrate Judge Nina Y. Wang on 12/7/2021. Counsel shall meet and confer and file a motion to stay discovery on or before December 17, 2021. If counsel do not agree on the motion to stay discovery, they shall file a joint status report and advise the Court of the issues. The Court converts this Scheduling Conference into a Status Conference. Initial Disclosures, and the documents identified in the Initial Disclosures shall be produced on or before December 21, 2021. FTR: NYW-FTR. (ebuch) (Entered: 12/07/2021) |
| 12/06/2021 | [53](#) | BRIEF in Opposition to [47](#) MOTION for Joinder re [43](#) Reply to Response to Motion, [30](#) MOTION to Dismiss filed by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 12/06/2021) |
| 12/01/2021 | 52 | ORDER: Granting [51](#) Motion to Withdraw as Attorney. Attorney Frederick J. Baumann is permitted to withdraw as counsel for Defendant The Peaks Owners Association, Inc. The Court notes that Defendant continues to be represented by Messrs. Cumberlege and Scardina. FURTHER ORDERED that the Clerk of the Court is DIRECTED to delete Mr. Baumann's email address from future ECF filings and electronic notifications in this case. SO ORDERED by Judge Christine M. Arguello on 12/1/2021. Text Only Entry(cmasec) (Entered: 12/01/2021) |
| 12/01/2021 | [51](#) | MOTION to Withdraw as Attorney *by Frederick J. Baumann* by Defendant Peaks Owners Association, Inc., The. (Baumann, Frederick) (Entered: 12/01/2021) |
| 12/01/2021 | [50](#) | NOTICE of Entry of Appearance *for Peaks Owners Association, INC via TSG* by Sean Richard Cumberlege on behalf of Peaks Owners Association, Inc., TheAttorney Sean Richard Cumberlege added to party Peaks Owners Association, Inc., The(pty:dft) (Cumberlege, Sean) (Entered: 12/01/2021) |
| 12/01/2021 | [49](#) | NOTICE of Entry of Appearance *for H. Curtis Brunjes via TSG as Assignee* by Sean Richard Cumberlege on behalf of H. Curtis BrunjesAttorney Sean Richard Cumberlege added to party H. Curtis Brunjes(pty:dft) (Cumberlege, Sean) (Entered: 12/01/2021) |
| 11/30/2021 | [48](#) | Proposed Scheduling Order by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 11/30/2021) |
| 11/30/2021 | [47](#) | MOTION for Joinder re [43](#) Reply to Response to Motion, [30](#) MOTION to Dismiss by Defendant H. Curtis Brunjes. (Attachments: # [1](#) Exhibit 1 - Assignment Agreement)(Scardina, Todd) (Entered: 11/30/2021) |
| 11/30/2021 | [46](#) | NOTICE of Entry of Appearance *for H. Curtis Brunjes via TSG as Assignee* by Todd R. Scardina on behalf of H. Curtis BrunjesAttorney Todd R. Scardina added to party H. Curtis Brunjes(pty:dft) (Scardina, Todd) (Entered: 11/30/2021) |
| 11/30/2021 | [45](#) | NOTICE of Entry of Appearance *for Peaks Owners Association, INC via TSG as Assignee* by Todd R. Scardina on behalf of Peaks Owners Association, Inc., TheAttorney Todd R. Scardina added to party Peaks Owners Association, Inc., The(pty:dft) (Scardina, Todd) (Entered: 11/30/2021) |
| 11/15/2021 | [44](#) | JOINDER re [30](#) MOTION to Dismiss by Defendant Peaks Owners Association, Inc., The. (Baumann, Frederick) (Entered: 11/15/2021) |
| 11/11/2021 | [43](#) | REPLY to Response to [30](#) MOTION to Dismiss or in the Alternative, motion to Stay filed by Defendants Peaks Hotel LLC, TSG Ski & Golf, LLC. (Attachments: # [1](#) Exhibit A)(Cumberlege, Sean) (Entered: 11/11/2021) |
| 11/02/2021 | 42 | MINUTE ORDER granting the [40](#) Unopposed Motion for Extension of Time to Respond to Complaint. Defendant The Peaks Owners Association, Inc.'s deadline to answer or otherwise respond to the Complaint is **11/15/2021**. **No further extensions of this deadline will be granted absent extraordinary circumstances.** By Magistrate Judge Nina Y. Wang on 11/02/2021. Text Only Entry(nywlc2, ) (Entered: 11/02/2021) |
| 11/01/2021 | 41 | MEMORANDUM regarding [40](#) Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re [1](#) Complaint, *(2nd Extension)* filed by Peaks Owners Association, Inc., The. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 11/1/2021. Text Only Entry (cmasec) (Entered: 11/01/2021) |
| 11/01/2021 | [40](#) | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re [1](#) Complaint, *(2nd Extension)* by Defendant Peaks Owners Association, Inc., The. (Baumann, Frederick) (Entered: 11/01/2021) |
| 11/01/2021 | [39](#) | SUMMONS Returned Executed by New Hampshire Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA. H. Curtis Brunjes served on 10/31/2021, answer due 11/21/2021. (Cooper, Ian) (Entered: 11/01/2021) |

8/3/23, 3:36 PM — U.S. District Court:cod

| 10/28/2021 | 38 | BRIEF in Opposition to 30 MOTION to Dismiss filed by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 10/28/2021) |
|---|---|---|
| 10/20/2021 | 37 | MINUTE ORDER: This matter is before the court on the 33 MOTION for Extension of Time to *Serve Defendant H. Curtis Brunjes* and the 35 Joint MOTION for Extension of Time to *File Proposed Scheduling Order and to Continue Scheduling Conference*. The Motion for Extension of Time to serve Defendant Brunjes is **GRANTED in part**. Plaintiff's deadline to serve Defendant Brunjes is extended 30 days, or through November 8, 2021. In addition, the Motion to Continue the Scheduling Conference is **GRANTED**. The Scheduling Conference is RE-SET for **12/7/2021 at 10:00 AM** before Magistrate Judge Nina Y. Wang. The Parties' Proposed Scheduling Order is due **11/30/2021**. **The Parties are advised that no further extensions of the deadline to file the Proposed Scheduling Order or continuances of the Scheduling Conference will be granted absent extraordinary circumstances.** By Magistrate Judge Nina Y. Wang on 10/20/2021. Text Only Entry(nywlc2, ) (Entered: 10/20/2021) |
| 10/20/2021 | 36 | MEMORANDUM regarding 35 Joint MOTION for Extension of Time to *File Proposed Scheduling Order and to Continue Scheduling Conference* filed by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 10/20/2021. Text Only Entry (cmasec) (Entered: 10/20/2021) |
| 10/20/2021 | 35 | Joint MOTION for Extension of Time to *File Proposed Scheduling Order and to Continue Scheduling Conference* by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 10/20/2021) |
| 10/20/2021 | 34 | MEMORANDUM regarding 33 MOTION for Extension of Time to *Serve Defendant H. Curtis Brunjes* filed by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 10/20/2021. Text Only Entry (cmasec) (Entered: 10/20/2021) |
| 10/20/2021 | 33 | MOTION for Extension of Time to *Serve Defendant H. Curtis Brunjes* by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cooper, Ian) (Entered: 10/20/2021) |
| 10/12/2021 | 32 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendant Peaks Owners Association, Inc., The. Peaks Owners Association, Inc., The answer due 10/12/2021. (Baumann, Frederick) (Entered: 10/12/2021) |
| 10/12/2021 | 31 | NOTICE of Entry of Appearance by Frederick J. Baumann on behalf of Peaks Owners Association, Inc., TheAttorney Frederick J. Baumann added to party Peaks Owners Association, Inc., The(pty:dft) (Baumann, Frederick) (Entered: 10/12/2021) |
| 10/07/2021 | 30 | MOTION to Dismiss by Defendants Peaks Hotel LLC, TSG Ski & Golf, LLC. (Cumberlege, Sean) (Entered: 10/07/2021) |
| 09/22/2021 | 29 | MINUTE ORDER: In light of the 25 Stipulation for Extension of Responsive Pleadings Deadline, filed pursuant to Local Rule 6.1(a), Defendant Peaks Hotel LLC and TSG Ski & Golf, LLC shall answer or otherwise respond to Plaintiffs' Complaint on or before **October 7, 2021**. By Magistrate Judge Nina Y. Wang on 09/22/2021. Text Only Entry(nywlc2, ) (Entered: 09/22/2021) |
| 09/22/2021 | 28 | NOTICE of Entry of Appearance by Sean Richard Cumberlege on behalf of Peaks Hotel LLC, TSG Ski & Golf, LLC (Cumberlege, Sean) (Entered: 09/22/2021) |
| 09/22/2021 | 27 | NOTICE of Entry of Appearance by Todd R. Scardina on behalf of Peaks Hotel LLC, TSG Ski & Golf, LLCAttorney Todd R. Scardina added to party Peaks Hotel LLC(pty:dft), Attorney Todd R. Scardina added to party TSG Ski & Golf, LLC(pty:dft) (Scardina, Todd) (Entered: 09/22/2021) |
| 09/22/2021 | 26 | MEMORANDUM regarding 25 Stipulated MOTION for Extension of Time to File Answer or Otherwise Respond *to Complaint* filed by Peaks Hotel LLC, TSG Ski & Golf, LLC. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 9/22/2021. Text Only Entry (cmasec) (Entered: 09/22/2021) |
| 09/21/2021 | 25 | Stipulated MOTION for Extension of Time to File Answer or Otherwise Respond *to Complaint* by Defendants Peaks Hotel LLC, TSG Ski & Golf, LLC. (Cumberlege, Sean) (Entered: 09/21/2021) |
| 09/14/2021 | 24 | MINUTE ORDER granting the 22 Unopposed Motion to Continue Scheduling and Planning Conference. The Scheduling Conference is hereby RE-SET for **10/28/2021 at 10:00 AM** before Magistrate Judge Nina Y. Wang. The Parties' Proposed Scheduling Order is due **10/21/2021**. **The Parties are reminded of their obligation to comply with court orders, including court orders related to the filing and submission of their Proposed Scheduling Order.** Moreover, the court notes that, pursuant to this court's 16 Standing Order, all proceedings set before Magistrate Judge Wang through January 1, 2022 are being held via telephone conference. By Magistrate Judge Nina Y. Wang on 09/14/2021. Text Only Entry(nywlc2, ) (Entered: 09/14/2021) |
| 09/14/2021 | 23 | MEMORANDUM regarding 22 Unopposed MOTION to Continue *Scheduling and Planning Conference* filed by National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. Motion referred to Magistrate Judge Nina Y. Wang by Judge Christine M. Arguello on 9/14/2021. Text Only Entry (cmasec) (Entered: 09/14/2021) |
| 09/14/2021 | 22 | Unopposed MOTION to Continue *Scheduling and Planning Conference* by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 09/14/2021) |
| 09/13/2021 | 21 | SUMMONS issued by Clerk. (Attachments: # 1 Summons H. Curtis Brunjes, # 2 Magistrate Judge Consent Form) (evana, ) (Entered: 09/13/2021) |
| 09/10/2021 | 20 | SUMMONS REQUEST as to H. Curtis Brunjes re 1 Complaint, by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Rock, David) (Entered: 09/10/2021) |
| 09/10/2021 | 19 | SUMMONS REQUEST as to The Peaks Owners Association, Inc. re 1 Complaint, by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Rock, David) (Entered: 09/10/2021) |
| 09/09/2021 | 18 | WAIVER OF SERVICE Returned Executed by New Hampshire Insurance Company, National Union Fire Insurance Company of |

| | | Pittsburgh, PA. Peaks Hotel LLC waiver sent on 7/23/2021, answer due 9/21/2021. (Rock, David) (Entered: 09/09/2021) |
|---|---|---|
| 09/09/2021 | 17 | WAIVER OF SERVICE Returned Executed by New Hampshire Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA. TSG Ski & Golf, LLC waiver sent on 7/23/2021, answer due 9/21/2021. (Rock, David) (Entered: 09/09/2021) |
| 08/17/2021 | 16 | **STANDING ORDER**: As of August 16, 2021, the public health risks caused by the coronavirus, and in particular, the Delta variant of the coronavirus, continue to be present. In order to support public health efforts to cabin the spread of the coronavirus, to protect the health of the Parties and counsel by minimizing their need to travel, and to protect the health of the general public, the following measures are adopted in an abundance of caution. Accordingly, **IT IS ORDERED THAT:** (1) All proceedings **set before Magistrate Judge Wang**, notwithstanding any evidentiary proceedings, including but not limited to trials, which are scheduled to occur through **January 1, 2022,** shall be held **via telephone conference,** unless otherwise ordered by the court. Participants may access this court's conference line by using the following dial-in information: **1-888-363-4749, Access Code 5738976. This Amended Standing Order does not apply to any criminal matters; evidentiary civil matters; or other matters specifically set after the effective date to be in-person, scheduled through January 1, 2022;** (2) All jury trials scheduled to occur **before Magistrate Judge Wang** through January 1, 2022, shall proceed as scheduled, pursuant to the District of Colorado's Jury Trial Protocols and its effective General Order(s), available at http://www.cod.uscourts.gov/CourtOperations/COVID-19Guidance.aspx; and (3) Parties and/or counsel are advised to check information on the website of the United States District Court for the District of Colorado (http://www.cod.uscourts.gov/) and specifically, for Magistrate Judge Wang, for continuing information. By Magistrate Judge Nina Y. Wang on 8/17/2021. Text Only Entry (nywlc2, ) Modified on 8/18/2021 to correct text. (alave, ) (Entered: 08/17/2021) |
| 08/10/2021 | 15 | ORDER REFERRING CASE to Magistrate Judge Nina Y. Wang. Magistrate Judge Wang is designated to conduct NDISPO proceedings pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b). Court-sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. The Magistrate Judge, at his/her discretion, may convene such early neutral evaluation and/or settlement conferences and direct related procedures as may facilitate resolution of this case without the necessity of a motion or prior authorization of the undersigned. SO ORDERED by Judge Christine M. Arguello on 8/10/2021. Text Only Entry (cmasec) (Entered: 08/10/2021) |
| 08/09/2021 | 14 | MEMORANDUM RETURNING CASE to Senior Judge Blackburn. This case is randomly reassigned to Judge Christine M. Arguello. All future pleadings should be designated as 21-cv-01873-CMA. (athom, ) (Entered: 08/10/2021) |
| 08/09/2021 | 13 | CASE REASSIGNED pursuant to 12 Consent to Jurisdiction of Magistrate Judge. All parties do not consent. This case is randomly reassigned to Senior Judge Robert E. Blackburn. All future pleadings should be designated as **21-cv-1873-REB** (Text Only Entry) (angar, ) (Entered: 08/09/2021) |
| 08/09/2021 | 12 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company All parties do not consent.. (Cooper, Ian) (Entered: 08/09/2021) |
| 07/22/2021 | 11 | ORDER Setting/Planning Conference and Setting Deadline for Filing of Consent/Non-Consent Form set for 9/15/2021 10:00 AM in Courtroom A502 before Magistrate Judge Nina Y. Wang. Consent Form due by 9/1/2021. Proposed Scheduling Order due 9/8/2021 by Magistrate Judge Nina Y. Wang. (alave, ) (Entered: 07/22/2021) |
| 07/22/2021 | 10 | MINUTE ORDER: In light of Plaintiffs' 9 Response to this court's 8 Order to Show Cause, the court is satisfied that complete diversity of citizenship exists in this case and thus this court has subject matter jurisdiction over this matter. Accordingly, it is **ORDERED** that the 8 Order to Show Cause is **DISCHARGED**. By Magistrate Judge Nina Y. Wang on 07/22/2021. Text Only Entry (nywlc2, ) (Entered: 07/22/2021) |
| 07/21/2021 | 9 | RESPONSE TO ORDER TO SHOW CAUSE re 8 by Plaintiffs National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Cooper, Ian) (Entered: 07/21/2021) |
| 07/12/2021 | 8 | ORDER TO SHOW CAUSE: Returnable by Plaintiffs why this case should not be dismissed for lack of federal subject matter jurisdiction. Show Cause Response due by 7/23/2021, by Magistrate Judge Nina Y. Wang on 07/12/2021. (alave, ) (Entered: 07/13/2021) |
| 07/09/2021 | 7 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent AIG Property Casualty Inc. for National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company. (Cooper, Ian) (Entered: 07/09/2021) |
| 07/09/2021 | 6 | NOTICE of Entry of Appearance by David J. Rock on behalf of National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance CompanyAttorney David J. Rock added to party National Union Fire Insurance Company of Pittsburgh, PA(pty:pla), Attorney David J. Rock added to party New Hampshire Insurance Company(pty:pla) (Rock, David) (Entered: 07/09/2021) |
| 07/09/2021 | 5 | NOTICE of Entry of Appearance by Matthew Jay Fink on behalf of National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance CompanyAttorney Matthew Jay Fink added to party National Union Fire Insurance Company of Pittsburgh, PA(pty:pla), Attorney Matthew Jay Fink added to party New Hampshire Insurance Company(pty:pla) (Fink, Matthew) (Entered: 07/09/2021) |
| 07/09/2021 | 4 | NOTICE of Entry of Appearance by Ian Andrew Cooper on behalf of National Union Fire Insurance Company of Pittsburgh, PA, New Hampshire Insurance Company (Cooper, Ian) (Entered: 07/09/2021) |
| 07/09/2021 | 3 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. No summons issued (cpomm, ) (Entered: 07/09/2021) |
| 07/09/2021 | 2 | Case assigned to Magistrate Judge Nina Y. Wang. Text Only Entry (cpomm, ) (Entered: 07/09/2021) |
| 07/09/2021 | 1 | COMPLAINT against All Defendants (Filing fee $ 402,Receipt Number 1082-7952101)Attorney Ian Andrew Cooper added to party National Union Fire Insurance Company of Pittsburgh, PA(pty:pla), Attorney Ian Andrew Cooper added to party New Hampshire Insurance Company(pty:pla), filed by New Hampshire Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(Cooper, Ian) (Entered: 07/09/2021) |