**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01873-CMA-SBP

NEW HAMPSHIRE INSURANCE COMPANY, and
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Plaintiffs,

v.

TSG SKI & GOLF, LLC,
THE PEAKS OWENERS SSOCIATION, INC.,
PEAKS HOTEL, LLC, and
H. CURTIS BRUNJES,

    Defendants.

---

**ORDER GRANTING DEFENDANTS' MOTION FOR
ORDER RE DEPOSIT OF FUNDS INTO COURT REGISTRY.**

---

This matter is before the Court on Defendants' Motion for Order re Deposit of Funds into Court Registry (Doc. # 124), in which Defendants request the Court approve the deposit of funds into the Registry of the Court pursuant to Fed. R. Civ. P. 62.

The appellants, as principals, are held and firmly bound to the appellees in the sums of $942,957.16 and $277,991.79, plus interest, to be paid to appellees or their successors or assigns, from the proceeds of: checks in the amounts of $1,178,696.45 and $347,489.74 (125% of each aforementioned judgment), and shall tender said amounts to the Clerk, United States District Court forthwith for which payment well and truly made appellants bind themselves, their heirs, executors, administrators, or assigns, jointly and

severally, by this instrument.

Whereas, on the 3rd day of July, 2023, in an action pending in the above court, between the plaintiffs and the defendants, judgment was rendered against TSG Ski & Golf, LLC and The Peaks Hotel, and against Peaks Owners Association, Inc. and H. Curtis Brunjes, and the appellants having filed a Notice of Appeal from such judgment to the United States Court of Appeals for the Tenth Circuit and having applied for and obtained an order of the District Court staying enforcement of such judgment during the pendency of the appeal.

Now, therefore, the condition of this obligation is that if the appellants shall prosecute their appeal to effect and shall satisfy the judgment in full, together with costs, interest, and damages for delay if the appeal is finally dismissed or the judgment is affirmed or shall satisfy in full such judgment as modified together with such costs, interests, and damages as the Court of Appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full service and effect.

It is ORDERED that Defendants' Motion for Order re Deposit of Funds Into Court Registry (Doc. # 124) is GRANTED. The Court approves the deposit of funds into the Registry of the Court.

DATED: August 16, 2023

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
Senior United States District Judge