FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

February 24, 2025

Christopher M. Wolpert
Clerk of Court

---

NEW HAMPSHIRE INSURANCE
COMPANY; NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA,

    Plaintiffs-Counter-Defendants -
    Appellees,

v.

TSG SKI & GOLF, LLC; THE PEAK
OWNERS ASSOCIATION, INC.; PEAKS
HOTEL LLC; H. CURTIS BRUNJES,

    Defendants-Counterclaimants -
    Appellants.

No. 23-1248
(D.C. No. 1:21-CV-01873-CMA-SBP)
(D. Colo.)

---

## JUDGMENT

---

Before **HARTZ**, **KELLY**, and **FEDERICO**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk