**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-01873-CMA-SBP

NEW HAMPSHIRE INSURANCE COMPANY,
and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

    Plaintiffs,

v.

TSG SKI & GOLF, LLC, individually and on behalf of THE PEAKS OWNERS ASSOCIATION, INC.,
PEAKS HOTEL, LLC, and
H. CURTIS BRUNJES,

    Defendants.

---

**ORDER GRANTING MOTION FOR RELEASE OF FUNDS HELD IN COURT REGISTRY**

---

    This matter is before the Court on Defendants' Motion for Release of Funds Held in Court Registry (Doc.132).

    On February 24, 2025, the United States Court of Appeals for the Tenth Circuit affirmed the judgment for Plaintiffs and the mandate issued on March 18, 2025 (Docs. 129, 130).

    TSG having wired the funds that New Hampshire agreed was due as a result of the Judgment, and New Hampshire having filed a Satisfaction of Judgment reflecting the same (Doc. 131), the Court having reviewed the Motion and now being fully advised in the premises, it is hereby

    ORDERED that the Defendants' Motion for Release of Funds Held in the Court Registry (Doc. 132) is GRANTED.  It is

    FURTHER ORDERED that the principal amount of $1,526,186.19, plus all

accrued interest, shall be released to TSG Ski & Golf, LLC., 565 Mountain Village Blvd. 2nd Floor, Telluride, CO 81435.

DATED: April 21, 2025

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge